AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

FILED
APR 27 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Amazon.com, Inc. and Amazon Data Services, Inc. | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. |
| WDC Holdings, LLC, et al. | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amazon.com, Inc. and Amazon Data Services, Inc.

Date:   04/27/2020

/s/ TJAndrews
*Attorney's signature*

Travis Andrews (Va. State Bar No. 90520)
*Printed name and bar number*

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
*Address*

TAndrews@gibsondunn.com
*E-mail address*

(202) 955-8500
*Telephone number*

(202) 467-0539
*FAX number*

[ Print ]   [ Save As... ]   [ Reset ]