

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMAZON.COM, INC. and AMAZON
DATA SERVICES, INC.,

    Plaintiffs,

v.

WDC HOLDINGS LLC dba NORTHSTAR
COMMERCIAL PARTNERS; BRIAN
WATSON; STERLING NCP FF, LLC;
MANASSAS NCP FF, LLC; NSIPI
ADMINISTRATIVE MANAGER; NOVA
WPC LLC; WHITE PEAKS CAPITAL LLC;
VILLANOVA TRUST; JOHN DOES 1-20,

    Defendants.

CASE NO. 1:20CV484

FILED UNDER SEAL PURSUANT TO
LOCAL RULE 5

### NOTICE OF HEARING RE APPLICATION FOR AN *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

PLEASE TAKE NOTICE that, should the Court find it appropriate to hear oral argument on Plaintiffs' Application for an *Ex Parte* Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, Plaintiffs respectfully request that oral argument be set on or before May 1, 2020, or as soon thereafter as the matter may be heard. This request is driven by the urgency of the relief requested in Plaintiffs' Application, which seeks to protect and preserve evidence and assets including a multi-million dollar payment that, on information and belief, Defendants' former joint venture partner (IPI) intends to make to Defendants Sterling NCP FF LLC and Manassas NCP FF LLC on or before May 15, 2020.

Dated: April 27, 2020

Respectfully submitted,

*/s/ T. Andrews*

Elizabeth P. Papez (*pro hac vice* application pending)
Patrick F. Stokes (*pro hac vice* application pending)
Travis S. Andrews (Va. State Bar No. 90520)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
tandrews@gibsondunn.com
epapez@gibsondunn.com
pstokes@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*