**EXHIBIT 5**



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, December 2, 2019 5:40 PM
**To:** Bezos, Jeff <jeff@amazon.com>
**Subject:** Whistleblower- Confidential- OPSEC- On-going Kick-backs & AWS Security risk

Mr. Bezo's,

Would you care to hear about a couple of your employees who have taken kick backs in excess of $8,000,000, maybe as high as $50,000,000, and in my opinion represent a threat to the security of AWS?

I never considered myself a rat and I am actually on good terms with everyone involved but I guess I am just upset that I have always acted with integrity and it is disheartening when people are rewarded so grossly for unscrupulous behavior.

My knowledge and evidence will lead you to the others that have empirical evidence. This is the quietest way I can disclose this, I thought about doing a SEC whistleblower or just calling a newspaper but honestly I have so much respect for what you have accomplished I feel better just telling you; not to mention I wouldn't turn away compensation or some sort of professional engagement but we can see how this all plays out.

This letter is being shared in confidence and do not want my name, company, or contact information disclosed to anyone other than you legal department at this point.

I look forward to hearing from you.

Respectfully,

████

