**EXHIBIT 7**

advice (01B).txt

Citywide Banks
P.O. Box 128
Denver CO 80202

Outgoing Wire - Advice of Debit

Date:   08/07/2019                    Wire Create Time: 1024

Account #         : *****1914
Originator Name   : W D C HOLDINGS LLC
Amount            : $321,028.44
GFX Reference     : 20192190099300

Beneficiary Bank: First Tennessee Bank
Beneficiary     : ********8
                  Villanova Trust
                  Christian Vance Kirschner, Trustee 16 Compton Trace Nashville, TN 37215

Beneficiary Info (OBI):
                  Manassas Leasing Fee

Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Fed Reference Number (IMAD):
                  20190807L1LFB83C000245

Please do not respond to this email address as it is an unmonitored mailbox.

Page 1