**EXHIBIT 8**

To: Kirschner, Casey[ckirschn@amazon.com]; Don Marcotte[dmarcotte@northstarcp.com]
From: Brian Watson
Sent: Mon 10/2/2017 9:50:00 PM
Subject: RE: JK Moving- Layout
Received: Mon 10/2/2017 9:50:59 PM

Thanks Casey. We will be there on Oct 12th. Don sent you the lease comments. When can we expect a signed term sheet?

Thanks!

**Brian Watson**
Chairman and CEO



Northstar Commercial Partners
1999 Broadway, Suite 770
Denver, Colorado 80202 USA
303.893.9500
303.893.9505 Fax
www.northstarcp.com

DENVER | NEW YORK

Now Available on
Amazon &
The7Rings.com
―――――――
100% of net proceeds
are donated to charity



To learn more about our various community initiatives, please visit: www.BrianWatson.us

**Creating Opportunity. Empowering People. Strengthening Communities.**

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:** Kirschner, Casey [mailto:ckirschn@amazon.com]
**Sent:** Monday, October 2, 2017 1:37 PM
**To:** Brian Watson <brian@northstarcp.com>; Don Marcotte <dmarcotte@northstarcp.com>
**Subject:** FW: JK Moving- Layout

Gentlemen,

Attached is our latest site plan for the Shaw Rd. project. You will notice both buildings got 20' wider improving our utilization of the site. Let me know if you have any questions.

I would like to invite you to join me in NOVA next Wednesday, Oct. 12th. I have a meeting set up with Loudoun County Business Development to discuss our project and would like to introduce you to the project team (civil, architect, GC). Let me know if that works.

EE Reed (most likely the GC) is putting together a construction budget which I should have in the next couple of days. I'll send it over with our budget template so you can review and add to.

Our legal team is reviewing your comments to the lease doc and will turn a draft this week.

Things are moving pretty quickly. Let me know if you want to discuss anything. Hopefully you can make it out to IAD next week.

Thanks,

Casey

**From:** Johnny Lim [mailto:jlim@jclconsultingllc.com]
**Sent:** Monday, October 02, 2017 12:18 PM
**To:** Kirschner, Casey <ckirschn@amazon.com>

**Subject:** JK Moving- Layout

Casey,
Attached is the JK Moving update layout. Let me know if you have any questions. Thank you.

**Johnny C. Lim**
*703-798-2499*