**EXHIBIT 9**

| Site Code | Address | Landlord Entity | Delivered/Future | Length of Term | Completion Guarantor | Lease Signatory | Date Executed | CAB/Spend Approved | Yield | Lease Start Date | Total Rent Obligations | Monthly Rent | Remaining Rent Owed as of 2/5/2020 | Building Square footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Northstar** | | | | | | | | | | | | | | |
| **Delivered** | | | | | | | | | | | | | | |
| | | Manassas NCP LLC | Delivered | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 11/1/2018 | $43,300,000.00 | 6.70% | 6/17/2019 | | $225,058.58 | | 204,408 |
| | | Manassas NCP LLC | Delivered | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 11/1/2018 | $43,200,000.00 | 6.70% | 11/6/2019 | | $224,809.77 | | 204,408 |
| | | Dulles NCP LLC | Delivered | 15 YEARS | Northstar Healthcare Development, LLC | Brian Watson | 2/27/2018 | $42,000,000.00 | 6.20% | 11/1/2018 | | $218,223.81 | | 150,000 |
| | | Dulles NCP LLC | Delivered | 15 YEARS | Northstar Healthcare Development, LLC | Brian Watson | 2/27/2018 | $60,000,000.00 | 6.20% | 3/6/2019 | | $297,597.14 | | 215,000 |
| TOTAL | | | | | | | | $188,500,000.00 | | | | $965,689.30 | | |
| **Future** | | | | | | | | | | | | | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 4/6/2018 | $44,000,000.00 | 6.70% | | | $244,444.44 | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 4/6/2018 | $44,000,000.00 | 6.70% | | | $244,444.44 | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 4/6/2018 | $44,000,000.00 | 6.70% | | | $244,444.44 | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC * | Brian Watson | 4/6/2018 | $44,000,000.00 | 6.70% | | | $244,444.44 | | |
| | | Dulles NCP II | Future | 15 YEARS | Northstar Development Partners LLC | Brian Watson | 1/13/2020 | $51,000,000.00 | 6.70% | | | $283,333.33 | | |
| TOTAL | | | | | | | | $227,000,000.00 | | | | $1,261,111.11 | | |
| TOTAL | | | | | | | | | | | | | | |
| **Future** | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | |

*WDC Holdings LLC. Per Kyle Ramoutiller (from Northstar) "WDC is the parent entity for the entire company this entity co-lacks all of the fees required by all properties and related entities. NCP (Northstar Commercial Partners) is under the WDC entity. Brian is the 99% member of WDC"

...now owned by Metlife (MA at GCC Owner LLC). To our knowledge JPA is not an investor with METLIFE.

**Estimated Monthly Rent based on total CAB divided by the Lease Term.

Rental Obligation = (Cost of Land + Cost of Construction)*Yield) + (Operating Expenses)