**EXHIBIT 10**

| | |
|---|---|
| From: | Brian Watson |
| To: | Kirschner, Casey |
| Subject: | Re: This Thursday? |
| Date: | Tuesday, August 22, 2017 11:11:38 AM |

Thanks brother!

**Brian Watson**
Chairman and CEO

**Northstar Commercial Partners**
1999 Broadway, Suite 770
Denver, Colorado 80202 USA
303.893.9500 Office
303.893.9505 Fax
www.northstarcp.com

**Denver | New York**

To learn more about our various community initiatives, please visit: www.BrianWatson.us

**Creating Opportunity. Empowering People. Strengthening Communities.**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, you are hereby notified that any use or dissemination of this communication is strictly prohibited. If you have received this email in error please notify the sender immediately, then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained herein, and same is submitted subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals.

On Aug 22, 2017, at 8:10 AM, Kirschner, Casey <ckirschn@amazon.com> wrote:

> Sorry I left that info out! We will be meeting at 2001 8th Ave in downtown Seattle. The Westin and Sheraton are a few blocks away.
>
> Sent from my iPhone
>
> On Aug 22, 2017, at 12:20 AM, Brian Watson <brian@northstarcp.com> wrote:
>
>> Thanks Casey!
>>
>> Will we be meeting at Corporate HQ? Just need an idea for location, so we can book a hotel, unless there is one you recommend?
>>
>> Looking forward to it!

**Brian Watson**

Chairman and CEO

<image001.jpg>

To learn more about our various community initiatives, please visit: www.BrianWatson.us

**Creating Opportunity. Empowering People. Strengthening Communities.**

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

**From:** Kirschner, Casey [mailto:ckirschn@amazon.com]
**Sent:** Monday, August 21, 2017 6:25 PM
**To:** Brian Watson <brian@northstarcp.com>
**Subject:** Re: This Thursday?

Let's meet in the afternoon at 1pm. I have blocked my calendar out for a few hours and Carl can come down whenever he is available. I'll send you an invite tomorrow with instructions on where to meet.

Looking forward to a productive afternoon! I'll be available for dinner and Carl should be as well.

Thanks!

Casey

On Aug 21, 2017, at 7:17 PM, Brian Watson <brian@northstarcp.com> wrote:

> Casey,
>
> I hope this message finds you doing well.
>
> We are looking forward to meeting with you on this Thursday in Seattle. Where and when would you like to

meet? We are planning to fly out on Friday for our Alaska trip, and have left all day on Thursday, including dinner, available for whatever works best for you and Carl. Please let me know ASAP, so we can plan accordingly.

Also, any recommendations on where we should stay?

Thank you!


**Brian Watson**
Chairman and CEO

<image001.jpg>

*To learn more about our various community initiatives, please visit:*
*www.BrianWatson.us*

**Creating Opportunity. Empowering People. Strengthening Communities.**

*This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions imposed by our principals. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*