# EXHIBIT 15

## Doden, Matt

| | |
|---|---|
| **From:** | Kerri Assell <kassell@joneskeller.com> |
| **Sent:** | Wednesday, January 17, 2018 9:44 AM |
| **To:** | Plowden, Rob |
| **Cc:** | Cherkin, Marnina; Heller, Mack; Kyle Ramstetter |
| **Subject:** | RE: ▮▮▮▮ - Dulles NCP, LLC -Assignment and Assumption |

Rob,

Dulles NCP, LLC has been formed in Delaware.  Can you please send an execution version of the Assignment and Assumption of Purchase and Sale Agreement?

Thank you.

Kerri

## JONES&KELLER

**Kerri P. Assell**
Attorney At Law
P: 303.785.1613 | F: 303.573.8133
JONES&KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
kassell@joneskeller.com
www.joneskeller.com

### CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission is addressed.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken or not taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please immediately inform me by "reply" e-mail and delete the message in its entirety.  Thank you.

**From:** Plowden, Rob [mailto:robplowden@eversheds-sutherland.com]
**Sent:** Monday, January 15, 2018 4:05 PM
**To:** Kyle Ramstetter; Kerri Assell
**Cc:** Cherkin, Marnina (marninac@amazon.com); Tyerman, Sarah (tyermans@amazon.com); Heller, Mack; Kirschner, Casey
**Subject:** ▮▮▮▮ - Sterling NCP I - comments to SNDA and Assignment and Assumption

My comments to the SNDA and assignment and assumption are attached.

1

This remains subject to my client's review and approval.

Rob Plowden | Partner | Eversheds Sutherland (US) LLP

T: +1.404.853.8418
Biography | vCard

www.eversheds-sutherland.com

**Eversheds Sutherland**
Client Commitment. Innovative Solutions. Global Service.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit **www.eversheds-sutherland.com**.

This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.