**EXHIBIT 20**

advice (01B).txt

Citywide Banks
P.O. Box 128
Denver CO 80202

Outgoing Wire - Advice of Debit

Date:  06/07/2019                    Wire Create Time: 1143

Account #        : *****1914
Originator Name  : W D C HOLDINGS LLC
Amount           : $150,000.00
GFX Reference    : ▮▮▮▮▮▮0700

Beneficiary Bank: First Tennessee Bank
Beneficiary     : ********8
                  Villanova Trust
                  Christian Vance Kirschner, Trustee 16 Compton Trace Nashville, TN 37215

Beneficiary Info (OBI):
                  Dulles Final Leasing Payment

Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Fed Reference Number (IMAD):
                           ▮▮▮▮▮▮▮▮▮0268

Please do not respond to this email address as it is an unmonitored mailbox.

Page 1