# EXHIBIT 21

*Source: Splits worksheet provided by Kyle*

| WDC Amount Received | | Fee Type | Project | Date | Referal - Villanova Due | | Referal - Villanova Paid | | Referal - Villanova Owed | | Net Revenue | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | 400,000.00 | Leasing Fee | Dulles | 4/6/2018 | $ | 300,000.00 | $ | 50,000.00 | $ | 250,000.00 (1) | $ | 100,000.00 |
| $ | 1,128,213.00 | Development Fee (20%) | Dulles | 7/20/2018 | $ | 225,642.60 | $ | - | $ | 225,642.60 | $ | 902,570.40 |
| $ | 1,013,514.00 | Leasing Fee (25%) | Quail | 6/4/2018 | $ | 760,210.50 | $ | - | $ | 760,210.50 | $ | 253,403.50 |
| $ | 1,058,807.00 | Development Fee (20%) | Quail | 6/4/2018 | $ | 211,761.40 | $ | - | $ | 211,761.40 | $ | 847,045.60 |
| $ | 3,600,534.00 | | | | $ | 1,497,614.50 | $ | 50,000.00 | $ | 1,447,614.50 | $ | 2,103,019.50 |

(1)  P/D/W Brian Watson 6/18/2018 other referral fees paid to Villanova were not inclusive of these deals;

$287,000.00  (Due to Dulles NCP, LLC)
$206,000.00  (Due to Sterling NCP FF, LLC)
$493,000.00  Total Equity Owed Today 6.25.18

Cash on Hand
810,000.00  WDC
180,000.00  NCPM
990,000.00