# EXHIBIT 23

5:52 AM
12/14/18

# Northstar Commercial Partners
## Vendor QuickReport
### All Transactions

| | Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Villanova Trust** | | | | | | | | |
| | Bill Pmt -Check | 03/07/2018 | wire | Referral Fee Sterling | Citywide Banks - WDC Holdings | √ | Accounts Payable | 50,000.00 |
| | Bill Pmt -Check | 05/01/2018 | wire | Quail Ridge Lease Commission | Citywide Banks - WDC Holdings | √ | Accounts Payable | 382,500.00 |
| | Bill Pmt -Check | 05/07/2018 | wire | Dulles Lease Commission | Citywide Banks - WDC Holdings | √ | Accounts Payable | 281,350.00 |
| | Bill Pmt -Check | 07/30/2018 | wire | Quail and Dulles Paid in Full | Citywide Banks - WDC Holdings | √ | Accounts Payable | 1,447,614.50 |
| | Bill Pmt -Check | 10/02/2018 | wire | Quail Development & Leasing fee | Citywide Banks - WDC Holdings | √ | Accounts Payable | 1,297,011.18 |
| | Bill Pmt -Check | 11/07/2018 | wire | Manassas Development Fee | Citywide Banks - WDC Holdings | √ | Accounts Payable | 122,319.64 |
| | Bill Pmt -Check | 12/07/2018 | wire | Dulles Leasing Fee/Manassas Leasing-Dev Fee | Citywide Banks - WDC Holdings | | Accounts Payable | 1,061,160.08 |
| | | | | | | | | 4,641,955.40 |