**EXHIBIT 24**

# Northstar Commercial Partners
## Vendor QuickReport
### All Transactions

**Villanova Trust**

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 03/07/2018 | wire | Referral Fee Sterling | Citywide Banks - WDC Holdings | √ | Accounts Payable | -50,000.00 |
| Bill | 03/08/2018 | | Referral Fee Sterling | Accounts Payable | | Referral Fee | -50,000.00 |
| Bill | 05/01/2018 | | Quail Ridge Lease Commission | Accounts Payable | | Leasing Fee | -382,500.00 |
| Bill Pmt -Check | 05/01/2018 | wire | Quail Ridge Lease Commission | Citywide Banks - WDC Holdings | √ | Accounts Payable | -382,500.00 |
| Bill | 05/07/2018 | | Dulles Lease Commission | Accounts Payable | | Leasing Fee | -261,350.00 |
| Bill Pmt -Check | 05/07/2018 | wire | Dulles Lease Commission | Citywide Banks - WDC Holdings | √ | Accounts Payable | -261,350.00 |
| Bill | 07/30/2018 | | Quail and Dulles Paid in Full | Accounts Payable | | -SPLIT- | -1,447,614.50 |
| Bill Pmt -Check | 07/30/2018 | wire | Quail and Dulles Paid in Full | Citywide Banks - WDC Holdings | √ | Accounts Payable | -1,447,614.50 |
| Bill | 10/02/2018 | | Quail Development & Leasing fee | Accounts Payable | | -SPLIT- | -1,297,011.16 |
| Bill Pmt -Check | 10/02/2018 | wire | Quail Development & Leasing fee | Citywide Banks - WDC Holdings | √ | Accounts Payable | -1,297,011.16 |
| Bill | 11/07/2018 | | Manassas Development Fee | Accounts Payable | | Development Fee | -122,319.64 |
| Bill Pmt -Check | 11/07/2018 | wire | Manassas Development Fee | Citywide Banks - WDC Holdings | √ | Accounts Payable | -122,319.64 |
| Bill | 12/07/2018 | | Dulles Leasing Fee/Manassas Leasing-Dev Fee | Accounts Payable | | -SPLIT- | -1,061,160.08 |
| Bill Pmt -Check | 12/07/2018 | wire | Dulles Leasing Fee/Manassas Leasing-Dev Fee | Citywide Banks - WDC Holdings | √ | Accounts Payable | -1,061,160.08 |
| Bill | 05/30/2019 | | Final Dulles Leasing Fee | Accounts Payable | | Leasing Fee | -150,000.00 |
| Bill Pmt -Check | 06/07/2019 | wire | Final Dulles Leasing Fee | Citywide Banks - WDC Holdings | √ | Accounts Payable | -150,000.00 |
| Bill | 08/07/2019 | | Manassas Leasing Fee | Accounts Payable | | Leasing Fee | -321,026.44 |
| Bill Pmt -Check | 08/07/2019 | wire | Manassas Leasing Fee | Citywide Banks - WDC Holdings | √ | Accounts Payable | -321,026.44 |