**EXHIBIT 25**

12/24/2019                                                      Gmail - FW: Two Items

 Gmail                                     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## FW: Two Items
1 message

XXXXXXXXXXXXXXXXXXXXXX                                  Fri, Dec 14, 2018 at 7:26 AM
XXXXXXXXXXXXXXXXXom>


XXXXXXXX,

XXXXXXXXXXXXX
XXXXXXXXXXXX

[cid:image003.jpg@01D49386.BE931D00]

Northstar Commercial Partners
1999 Broadway, Suite 3500
Denver, Colorado 80202 USA
Mobile: XXXXXXXX
Direct: XXXXXXXX
Office: 303.893.9500
Fax: 303.893.9505
www.northstarcp.com<http://www.northstarcp.com/>



Creating Opportunity. Empowering People. Strengthening Communities.

This message was delivered to the subscriber by XXXXX<mailto:XXXXXXX?subject= Thank%20you>. If you prefer not to
receive these messages in the future, please click here to
unsubscribe<mailto:XXXXXX@northstarcp.com?subject=Please%20Unsubscribe%20me>.

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding
contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment
advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any
securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or
entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then
delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information
contained in this email. This message may contain information that is confidential, subject to copyright or constitutes a
trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the
company.


From: Kristi Fisher <kfisher@northstarcp.com>
Sent: Friday, December 14, 2018 5:57 AM
To: Brian Watson <brian@northstarcp.com>
Cc: XXXXXXXXX<XXXXXXXXX>
Subject: RE: Two Items

Villanova            $4,641,955.40
Chiles Capital LLC   $100,000

Kristi Fisher
Office Manager
Northstar Commercial Partners
1999 Broadway, Suite 3500 | Denver, Colorado 80202
303.893.9500 U.S. Main Phone
720.249.2243 Direct Line

303.263.5581 Cell
303.893.9505 Fax
www.northstarcp.com<http://www.northstarcp.com/>

Creating Opportunity. Empowering People. Strengthening Communities.

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

From: Brian Watson <brian@northstarcp.com<mailto:brian@northstarcp.com>>
Sent: Thursday, December 13, 2018 11:13 PM
To: Kristi Fisher <kfisher@northstarcp.com<mailto:kfisher@northstarcp.com>>
Cc: XXXXXX<mailto:XXXXXXXX>>
Subject: FW: Two Items

Kristi,

What is the total amount of fees we have paid to Villanova, or ALL fees...? Leasing, sales, development, etc. Also, what have we paid Stephen Chiles?
Thanks!

Brian Watson
Chairman, Founder & CEO
[Northstar Logo]<http://www.northstarcp.com/>

Northstar Commercial Partners
1999 N. Broadway, Suite 3500
Denver, Colorado 80202<x-apple-data-detectors://1/0> USA
Phone:  303.893.9500
Web:  www.NorthstarCP.com<http://www.northstarcp.com/>

Executive Assistant: Hannah Turgeon
hannah@northstarcp.com<mailto:hannah@northstarcp.com>

Creating Opportunity. Empowering People. Strengthening Communities.

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

From: XXXX<XXXXX@northstarcp.com<mailto:XXXXXX@northstarcp.com>>
Sent: Wednesday, December 12, 2018 10:31 AM
To: Brian Watson <brian@northstarcp.com<mailto:brian@northstarcp.com>>

Subject: RE: Two Items

| | |
|---|---|
| (David Pritchard) AmericAsia Consulting Ltd | $61,070 |
| Carl Medearis | $186,875 |
| | |
| Richard Stader | $53,250 |
| Nicole Gamp | $42,400 |
| (Christian) V illanova Trust | $50,000 |
| Tim Brown | $24,684 |
| TOTAL: | $418,279 |

Respectfully,

XXX
XXXXXXXXX

[cid:image005.jpg@01D49386.BE931D00]

Northstar Commercial Partners
1999 Broadway, Suite 3500
Denver, Colorado 80202 USA
Mobile: XXXXXXXXX
Direct: XXXXXXXXX
Office: 303.893.9500
Fax: 303.893.9505
www.northstarcp.com<http://www.northstarcp.com/>

Creating Opportunity. Empowering People. Strengthening Communities.

This message was delivered to the subscriber by XXXXX@northstarcp.com<mailto:XXXXXXX@northstarcp.com? subject= Thank%20you>. If you prefer not to receive these messages in the future, please click here to unsubscribe<mailto:XXXXXXX@northstarcp.com?subject=Please%20Unsubscribe%20me>.

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

From: Brian Watson <brian@northstarcp.com<mailto:brian@northstarcp.com>>
Sent: Tuesday, December 11, 2018 3:31 PM
To: XXXXX<XXXXX@northstarcp.com<mailto:XXXXXXX@northstarcp.com>>
Subject: Two Items

XXXXX,

Pls send me the template referral agreement.

Please also send me how much we have paid our top 10 referral partners, and list their names and amounts individually. This should include the total we have paid them, and should include Christian as well.

Thank you,

Brian Watson
Chairman, Founder & CEO
[Northstar Logo]<http://www.northstarcp.com/>

12/24/2019                                                       Gmail - FW: Two Items

Northstar Commercial Partners
1999 N. Broadway, Suite 3500
Denver, Colorado 80202<x-apple-data-detectors://1/0> USA
Phone:  303.893.9500
Web:  www.NorthstarCP.com<http://www.northstarcp.com/>


Executive Assistant: Hannah Turgeon
hannah@northstarcp.com<mailto:hannah@northstarcp.com>

Creating Opportunity. Empowering People. Strengthening Communities.

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

---

**4 attachments**



image001.png
12K



image003.jpg
8K



image005.jpg
7K

 Villanova to date 12-14-18.xlsx
21K