**EXHIBIT 26**

**DULLES NCP, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

**Via Overnight Delivery and Email**

| | |
|---|---|
| Northstar Healthcare Development | Northstar Commercial Partners Management, LLC |
| 1999 Broadway, Suite 770 | 1999 Broadway, Suite 3500 |
| Denver, CO 80202 | Denver, CO 80202 |
| Attn: Brian Watson | Attention:  Michelle Wright, |
| Email: brian@northstarcp.com | Senior Property Manager |
| | Email: michelle@northstarcp.com |
| | Attention: Tim Lorman, COO |
| | Email: tlorman@northstarcp.com |

Re:   Termination of Development Agreement dated March 2, 2018 (**"Development Agreement"**) between Dulles NCP, LLC (**"Owner"**) and Northstar Healthcare Development, LLC (**"Developer"**) for the development of the property as more particularly described in the Development Agreement (the **"Property"**)

Brian, Michelle and Tim:

It has come to Owner's attention that during the term of the Development Agreement, Developer engaged in activities that constitute fraud, gross negligence and intentional misconduct. Pursuant to Section 8.1(b)(3) of the Development Agreement, Owner is hereby immediately terminating the Development Agreement for cause.  In addition, based on credible information that raised substantive concerns about self-dealing and fraud by Developer, Owner is currently engaged in an investigation regarding Developer's conduct and the conduct of principals and affiliates of Developer.  Owner reserves all rights that may be available to Owner following the conclusion of Owner's investigation.  Owner hereby demands Developer immediately provide Owner with all documentation and books and records, including, without limitation, all electronic and physical books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Dulles NCP, LLC,**
a Delaware limited liability company

By:_____
Name: Matthew A'Hearn
Title: Vice President

**Quail Ridge NCP, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

<u>**Via Overnight Delivery and Email**</u>

Northstar Healthcare Development
1999 Broadway, Suite 770
Denver, CO 80202
Attn: Brian Watson
Email: brian@northstarcp.com

Northstar Commercial Partners Management, LLC
1999 Broadway, Suite 3500
Denver, CO 80202
Attention: Michelle Wright,
            Senior Property Manager
Email: michelle@northstarcp.com
Attention: Tim Lorman, COO
Email: tlorman@northstarcp.com

Re:   Termination of Development Agreement ("**Development Agreement**") between Quail
      Ridge NCP, LLC ("**Owner**") and Northstar Healthcare Development, LLC ("**Developer**")
      for the development of the property located at ███████████████████
      ████████████████████████████████████ (the "**Property**")

Brian, Michelle and Tim:

    It has come to Owner's attention that during the term of the Development Agreement,
Developer engaged in activities that constitute fraud, gross negligence and intentional misconduct.
Pursuant to Section 8.1(b)(3) of the Development Agreement, Owner is hereby immediately
terminating the Development Agreement for cause. In addition, based on credible information that
raised substantive concerns about self-dealing and fraud by Developer, Owner is currently engaged
in an investigation regarding Developer's conduct and the conduct of principals and affiliates of
Developer. Owner reserves all rights that may be available to Owner following the conclusion of
Owner's investigation. Owner hereby demands Developer immediately provide Owner with all
documentation and books and records, including, without limitation, all electronic and physical
books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Quail Ridge NCP, LLC,**
a Delaware limited liability company

By:_____

Name: Matthew A'Hearn
Title: Vice President

**MANASSAS NCP, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

<u>**Via Overnight Delivery and Email**</u>

Northstar Healthcare Development
1999 Broadway, Suite 770
Denver, CO 80202
Attn: Brian Watson
Email: brian@northstarcp.com

Northstar Commercial Partners Management, LLC
1999 Broadway, Suite 3500
Denver, CO 80202
Attention: Michelle Wright,
          Senior Property Manager
Email: michelle@northstarcp.com
Attention: Tim Lorman, COO
Email: tlorman@northstarcp.com

Re:     Termination of Development Agreement ("**Development Agreement**") between Manassas
        NCP, LLC ("**Owner**") and Northstar Healthcare Development, LLC ("**Developer**") for the
        development of the property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (the
        "**Property**")

Brian, Michelle and Tim:

        It has come to Owner's attention that during the term of the Development Agreement,
Developer engaged in activities that constitute fraud, gross negligence and intentional misconduct.
Pursuant to Section 8.1(b)(3) of the Development Agreement, Owner is hereby immediately
terminating the Development Agreement for cause. In addition, based on credible information that
raised substantive concerns about self-dealing and fraud by Developer, Owner is currently engaged
in an investigation regarding Developer's conduct and the conduct of principals and affiliates of
Developer. Owner reserves all rights that may be available to Owner following the conclusion of
Owner's investigation. Owner hereby demands Developer immediately provide Owner with all
documentation and books and records, including, without limitation, all electronic and physical
books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Manassas NCP, LLC,**
a Delaware limited liability company

By: _____

Name: Matthew A'Hearn
Title:  Vice President

**DULLES NCP II, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

<u>**Via Overnight Delivery and Email**</u>

Northstar Healthcare Development
1999 Broadway, Suite 770
Denver, CO 80202
Attn: Brian Watson
Email: brian@northstarcp.com

Northstar Commercial Partners Management, LLC
1999 Broadway, Suite 3500
Denver, CO 80202
Attention: Michelle Wright,
             Senior Property Manager
Email: michelle@northstarcp.com
Attention: Tim Lorman, COO
Email: tlorman@northstarcp.com

Re:    Termination of Development Agreement ("**Development Agreement**") between Dulles NCP II, LLC ("**Owner**") and Northstar Healthcare Development, LLC ("**Developer**") for the development of the property located at ███████████████████████ (the "**Property**")

Brian, Michelle and Tim:

It has come to Owner's attention that during the term of the Development Agreement, Developer engaged in activities that constitute fraud, gross negligence and intentional misconduct. Pursuant to Section 8.1(b)(3) of the Development Agreement, Owner is hereby immediately terminating the Development Agreement for cause. In addition, based on credible information that raised substantive concerns about self-dealing and fraud by Developer, Owner is currently engaged in an investigation regarding Developer's conduct and the conduct of principals and affiliates of Developer. Owner reserves all rights that may be available to Owner following the conclusion of Owner's investigation. Owner hereby demands Developer immediately provide Owner with all documentation and books and records, including, without limitation, all electronic and physical books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Dulles NCP II, LLC,**
a Delaware limited liability company

By: _____
Name: Matthew A'Hearn
Title: Vice President

**DULLES NCP, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

**Via Overnight Delivery and Email**

Northstar Commercial Partners
Management, LLC
1999 Broadway, Suite 770
Denver, CO 80202
Attention: Michelle Wright, VP,
Property Management
Email: michelle@northstarcp.com
Attention: Scott Gibler, COO
Email: sgibler@northstarcp.com

Northstar Commercial Partners
Management, LLC
1999 Broadway, Suite 3500
Denver, CO 80202
Attention: Michelle Wright, Senior
Property Management
Email: michelle@northstarcp.com
Attention: Tim Lorman, COO
Email: tlorman@northstarcp.com
Attention: Brian Watson
Email: brian@northstarcp.com

Re:   Termination of Property Management Agreement dated March 2, 2018 ("**Property Management Agreement**") between Dulles NCP, LLC ("**Owner**") and Northstar Commercial Partners Management, LLC ("**Property Manager**") for the management of the property as more particularly described in the Management Agreement (the "**Property**")

Brian, Michelle, Scott and Tim:

It has come to Owner's attention that during the term of the Property Management Agreement, Property Manager engaged in activities that constitute cause to terminate the Property Management Agreement. Pursuant to Section 10.2.6 of the Property Management Agreement, Owner is hereby terminating the Property Management Agreement for cause immediately upon expiration of the 15-day notice period. In addition, based on credible information that raised substantive concerns about self-dealing and fraud by Property Manager, Owner is currently engaged in an ongoing investigation regarding Property Manager's conduct and the conduct of principals and affiliates of Property Manager. Owner reserves all rights that may be available to Owner following the conclusion of Owner's investigation. Owner hereby demands Property Manager immediately provide Owner with all documentation and books and records, including, without limitation, all electronic and physical books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Dulles NCP, LLC,**
a Delaware limited liability company

By: _____
Name: Matthew A'Hearn
Title: Vice President

**QUAIL RIDGE NCP, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

**Via Overnight Delivery and Email**

Northstar Commercial Partners
Management, LLC
1999 Broadway, Suite 770
Denver, CO 80202
Attention: Michelle Wright, VP,
Property Management
Email: michelle@northstarcp.com
Attention: Scott Gibler, COO
Email: sgibler@northstarcp.com

Northstar Commercial Partners
Management, LLC
1999 Broadway, Suite 3500
Denver, CO 80202
Attention: Michelle Wright, Senior
Property Management
Email: michelle@northstarcp.com
Attention: Tim Lorman, COO
Email: tlorman@northstarcp.com
Attention: Brian Watson
Email: brian@northstarcp.com

Re:  Termination of Property Management Agreement ("**Property Management Agreement**") between Quail Ridge NCP, LLC ("**Owner**") and Northstar Commercial Partners Management, LLC ("**Property Manager**") for the management of the property located at ███████████████████████████████████████████ ███████████████████ (the "**Property**")

Brian, Michelle, Scott and Tim:

It has come to Owner's attention that during the term of the Property Management Agreement, Property Manager engaged in activities that constitute cause to terminate the Property Management Agreement.  Pursuant to Section 10.2.6 of the Property Management Agreement, Owner is hereby terminating the Property Management Agreement for cause immediately upon expiration of the 15-day notice period.  In addition, based on credible information that raised substantive concerns about self-dealing and fraud by Property Manager, Owner is currently engaged in an ongoing investigation regarding Property Manager's conduct and the conduct of principals and affiliates of Property Manager.  Owner reserves all rights that may be available to Owner following the conclusion of Owner's investigation.  Owner hereby demands Property Manager immediately provide Owner with all documentation and books and records, including, without limitation, all electronic and physical books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Quail Ridge NCP, LLC,**
a Delaware limited liability company

By:_____

Name: Matthew A'Hearn
Title: Vice President

**MANASSAS NCP, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

**Via Overnight Delivery and Email**
Northstar Commercial Partners Management, LLC
1999 Broadway, Suite 3500
Denver, CO 80202
Attention: Michelle Wright, Senior Property Manager
Email: michelle@northstarcp.com
Attention: Tim Lorman, COO
Email: tlorman@northstarcp.com
Attention: Brian Watson
Email: brian@northstarcp.com

Re:   Termination of Property Management Agreement dated June 17, 2019 (**"Property Management Agreement"**) between Manassas NCP, LLC (**"Owner"**) and Northstar Commercial Partners Management, LLC (**"Property Manager"**) for the management of the property located at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (the **"Property"**)

Brian, Michelle and Tim:

It has come to Owner's attention that during the term of the Property Management Agreement, Property Manager engaged in activities that constitute cause to terminate the Property Management Agreement. Pursuant to Section 10.2.6 of the Property Management Agreement, Owner is hereby terminating the Property Management Agreement for cause immediately upon expiration of the 15-day notice period. In addition, based on credible information that raised substantive concerns about self-dealing and fraud by Property Manager, Owner is currently engaged in an ongoing investigation regarding Property Manager's conduct and the conduct of principals and affiliates of Property Manager. Owner reserves all rights that may be available to Owner following the conclusion of Owner's investigation. Owner hereby demands Property Manager immediately provide Owner with all documentation and books and records, including, without limitation, all electronic and physical books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Manassas NCP, LLC,**
a Delaware limited liability company

By: _____
Name: Matthew A'Hearn
Title: Vice President

**DULLES NCP II, LLC**
300 N. LaSalle Street, Suite 1875
Chicago, IL 60654

April 2, 2020

**Via Overnight Delivery and Email**

Northstar Commercial Partners
Management, LLC
1999 Broadway, Suite 770
Denver, CO 80202
Attention: Michelle Wright, VP,
Property Management
Email: michelle@northstarcp.com
Attention: Scott Gibler, COO
Email: sgibler@northstarcp.com

Northstar Commercial Partners
Management, LLC
1999 Broadway, Suite 3500
Denver, CO 80202
Attention: Michelle Wright, Senior
Property Management
Email: michelle@northstarcp.com
Attention: Tim Lorman, COO
Email: tlorman@northstarcp.com
Attention: Brian Watson
Email: brian@northstarcp.com

Re:   Termination of Property Management Agreement ("**Property Management Agreement**")
between Dulles NCP II, LLC ("**Owner**") and Northstar Commercial Partners Management,
LLC ("**Property Manager**") for the management of the property located at ███
███████████████████████ (the "**Property**")

Brian, Michelle, Scott and Tim:

It has come to Owner's attention that during the term of the Property Management
Agreement, Property Manager engaged in activities that constitute cause to terminate the Property
Management Agreement.  Pursuant to Section 10.2.6 of the Property Management Agreement,
Owner is hereby terminating the Property Management Agreement for cause immediately upon
expiration of the 15-day notice period.  In addition, based on credible information that raised
substantive concerns about self-dealing and fraud by Property Manager, Owner is currently
engaged in an ongoing investigation regarding Property Manager's conduct and the conduct of
principals and affiliates of Property Manager.  Owner reserves all rights that may be available to
Owner following the conclusion of Owner's investigation.  Owner hereby demands Property
Manager immediately provide Owner with all documentation and books and records, including,
without limitation, all electronic and physical books and records, related to the Property.

[Remainder of Page Intentionally Left Blank]

Sincerely,

**Dulles NCP II, LLC,**
a Delaware limited liability company

By:_____
Name: Matthew A'Hearn
Title: Vice President

**WRITTEN CONSENT**

**OF THE BOARD OF MANAGERS**

**OF**

**THE SOLE MEMBER OF EACH OF**

**DULLES NCP, LLC**
**DULLES NCP II, LLC**
**QUAIL RIDGE NCP, LLC**
**MANASSAS NCP, LLC**

April 2, 2020

The undersigned, being the majority of the members of the Board of Managers (the *"Managers"*) of NSIPI Data Center Venture, LLC, a Delaware limited liability company (the *"Member"*), the sole member of each of Dulles NCP, LLC, a Delaware limited liability company, Dulles NCP II, LLC, a Delaware limited liability company, Quail Ridge NCP, LLC a Delaware limited liability company, and Manassas NCP, LLC, a Delaware limited liability company, the (*"Companies"*) and each a (*"Company"*), do hereby waive any and all requirements for calling, giving notice of and holding a meeting of the Managers and do hereby consent to the adoption of the following resolutions, which resolutions shall be deemed to be adopted on the date set forth above and shall have the same force and effect as if such resolutions were adopted by the Managers at a duly convened meeting held for such purpose, all in accordance with the laws of the State of Delaware and the Limited Liability Company Agreement of each of the Companies, as applicable:

**WHEREAS,** the Member of each of the Companies has determined that it is advisable and in the best interests of each Company to remove, appoint or affirm, as applicable, the officers (the *"Officers"*) of such Company, as set forth below.

**WHEREAS,** it is deemed to be in the best interest of each Company to approve and authorize its Officers to enter into documents and to act in the name and on behalf of such Company, as further described below.

**NOW THEREFORE, BE IT:**

<u>**Officers of Dulles NCP, LLC**</u>

**RESOLVED,** that the following named persons be, and hereby are, removed from the office of the Company set forth opposite their name:

| | |
|---|---|
| Brian Watson | President and Secretary |
| Donald J. Marcotte | Vice President |

**RESOLVED,** that the continuing appointment of Luke Gilpin and Matthew A'Hearn in their respective existing roles as Officers is hereby affirmed.

### Officers of Dulles NCP II, LLC

**RESOLVED**, that the following named person be, and hereby is, removed from the office of the Company set forth opposite his name:

Brian Watson                    Vice President and Secretary

**RESOLVED**, that the continuing appointment of Luke Gilpin and Matthew A'Hearn in their respective existing roles as Officers is hereby affirmed.

### Officers of Quail Ridge NCP, LLC

**RESOLVED**, that the following named persons be, and hereby are, removed from the office of the Company set forth opposite their name:

Brian Watson                    President and Secretary

Donald J. Marcotte              Vice President

**RESOLVED**, that the continuing appointment of Luke Gilpin and Matthew A'Hearn in their respective existing roles as Officers is hereby affirmed.

### Officers of Manassas NCP, LLC

**RESOLVED**, that the following named person be, and hereby is, removed from the office of the Company set forth opposite his name:

Brian Watson                    President

**RESOLVED**, that the continuing appointment of Luke Gilpin and Matthew A'Hearn in their respective existing roles as Officers is hereby affirmed.

### Removal of Administrative Manager of the Member

**RESOLVED**, that NSIPI Administrative Manager, LLC is hereby removed as the Administrative Manager (as defined in the Amended and Restated Limited Liability Company Agreement of the Member (as amended, the "Member Agreement")) of the Member by reason of a Cause Event (as defined in the Member Agreement), including under clause (c) of the definition thereof, and is hereby replaced by IPI NSIPI Data Center Holdings, LLC, as the Administrative Manager of the Member.

2

**Redemption of Membership Interests of the Member**

**RESOLVED**, that the Member redeems NSIPI Administrative Manager, LLC's, Sterling NCP FF, LLC's, and Manassas NCP FF, LLC's respective Membership Interests (as defined in the Member Agreement) in the Member (effective upon the date IPI NSIPI Data Center Holdings, LLC and the Managers provided notice to NSIPI Administrative Manager, LLC, Sterling NCP FF, LLC, and Manassas NCP FF, LLC of such redemption) and shall promptly pay to NSIPI Administrative Manager, LLC, Sterling NCP FF, LLC, and Manassas NCP, LLC the Fair Market Value (as defined in the Member Agreement) of their respective Membership Interests, calculated as of the redemption date, which Fair Market Value shall disregard NSIPI Administrative Manager, LLC's right to receive Carried Interest Distributions (as defined in the Member Agreement) and corresponding allocations of Net Profits (as defined in the Member Agreement).

**General**

**RESOLVED**, that the Officers be, and each of them individually hereby is authorized, empowered and directed to certify and furnish such copies of these resolutions and such statements as to the incumbency of the Officers as may be requested, and any person receiving such certified copy is and shall be authorized to rely upon the consents thereof;

**RESOLVED**, that these resolutions become effective upon the signatures of the majority of the Board. Any and all acts authorized pursuant to these resolutions and performed prior to the passage of these resolutions are hereby ratified and approved; and further

**RESOLVED**, that these resolutions may be executed by facsimile, email, Docusign or other electronic means, and such execution shall be considered valid, binding and effective for all purposes.

*[Remainder of Page Intentionally Left Blank]*

3

**IN WITNESS WHEREOF,** the undersigned hereby certifies, approves, adopts and consents to the foregoing, and executes this written consent, effective as of the date first above written.

**BOARD OF MANAGERS:**

**LUKE GILPIN**

**MATTHEW A'HEARN**

# DULLES NCP, LLC

300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS)█████
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

      RE:    █████; Change of Landlord Notice

Dear Ms. Cherkin:

This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

| Dulles NCP, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

DULLES NCP, LLC

By: _____

Name: Matthew A'Hearn
Title: Vice President

cc:  global-lease-abstraction@amazon.com
     Legal-us-realestate@amazon.com
     NADC-Rent@amazon.com

Tenant Notice Dulles NCP, LLC
*Signature Page*

# DULLES NCP, LLC

300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS) ▮▮▮▮▮
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

       RE:    ▮▮▮▮▮; Change of Landlord Notice

Dear Ms. Cherkin:

      This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

| Dulles NCP, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

      In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

DULLES NCP, LLC

By: _____

Name: Matthew A'Hearn

Title: Vice President

cc:  global-lease-abstraction@amazon.com
     Legal-us-realestate@amazon.com
     NADC-Rent@amazon.com

**Tenant Notice Dulles NCP, LLC**
*Signature Page*

# DULLES NCP II, LLC
### 300 N. LaSalle Street, Suite 1875
### Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS)█████████
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

　　　　RE:　　█████████; Change of Landlord Notice

Dear Ms. Cherkin:

　　　　This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

| Dulles NCP II, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

　　　　In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

DULLES NCP II, LLC

By: _____

Name: Matthew A'Hearn
Title: Vice President

cc:  global-lease-abstraction@amazon.com
     Legal-us-realestate@amazon.com
     NADC-Rent@amazon.com

**Tenant Notice Dulles NCP II, LLC**
*Signature Page*

# MANASSAS NCP, LLC

300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS) ████
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

        RE:     ████; Change of Landlord Notice

Dear Ms. Cherkin:

        This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease.  IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter.  This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease.  Moving forward, please send all notices to the addresses listed below:

| Manassas NCP, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

        In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

MANASSAS NCP, LLC

By: _____

Name: Matthew A'Hearn

Title: Vice President

cc:  global-lease-abstraction@amazon.com
     Legal-us-realestate@amazon.com
     NADC-Rent@amazon.com

Tenant Notice Manassas NCP, LLC
*Signature Page*

# MANASSAS NCP, LLC

300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS) █████████
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

RE:     █████████; Change of Landlord Notice

Dear Ms. Cherkin:

This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

| Manassas NCP, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

MANASSAS NCP, LLC

By: _____

Name: Matthew A'Hearn
Title: Vice President

cc:  global-lease-abstraction@amazon.com
     Legal-us-realestate@amazon.com
     NADC-Rent@amazon.com

Tenant Notice Manassas NCP, LLC
*Signature Page*

# QUAIL RIDGE NCP, LLC

300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS)▇▇▇▇
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

RE:      ▇▇▇▇▇; Change of Landlord Notice

Dear Ms. Cherkin:

This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

|                            |                |                                     |
| -------------------------- | -------------- | ----------------------------------- |
| Quail Ridge NCP, LLC       | with copy to:  | Akin Gump Strauss Hauer & Feld LLP  |
| 300 N. LaSalle Street      |                | 201 Main Street                     |
| Suite 1875                 |                | Suite 1600                          |
| Chicago, Illinois 60654    |                | Fort Worth, Texas 76102             |
| Attn: Luke Gilpin          |                | Attn: Marc N. Epstein               |
| Email: lgilpin@ipipartners.com |            | Email: mepstein@akingump.com        |

In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

QUAIL RIDGE NCP, LLC

By: _____

Name: Matthew A'Hearn
Title: Vice President

cc:  global-lease-abstraction@amazon.com
     Legal-us-realestate@amazon.com
     NADC-Rent@amazon.com

**Tenant Notice Quail Ridge NCP, LLC**
*Signature Page*

# QUAIL RIDGE NCP, LLC

300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**<u>VIA EMAIL AND UPS DELIVERY</u>**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS)███████
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

      RE:    ███████; Change of Landlord Notice

Dear Ms. Cherkin:

     This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

| Quail Ridge NCP, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

     In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

QUAIL RIDGE NCP, LLC

By: _____

Name: Matthew A'Hearn
Title: Vice President

cc: global-lease-abstraction@amazon.com
Legal-us-realestate@amazon.com
NADC-Rent@amazon.co

**Tenant Notice Quail Ridge NCP, LLC**
*Signature Page*

# QUAIL RIDGE NCP, LLC

300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS) ▇▇▇▇▇
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

       RE:    ▇▇▇▇▇; Change of Landlord Notice

Dear Ms. Cherkin:

    This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

| Quail Ridge NCP, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

    In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

QUAIL RIDGE NCP, LLC

By: _____
Name: Matthew A'Hearn
Title: Vice President

cc:  global-lease-abstraction@amazon.com
     Legal-us-realestate@amazon.com
     NADC-Rent@amazon.com

**Tenant Notice Quail Ridge NCP, LLC**
*Signature Page*

# QUAIL RIDGE NCP, LLC
300 N. LaSalle Street, Suite 1875
Chicago, Illinois 60654

April 2, 2020

**VIA EMAIL AND UPS DELIVERY**
Amazon Data Services, Inc.
c/o Amazon.com, Inc.
Attention: Real Estate Manager (AWS) ▇▇▇▇
410 Terry Avenue N
Seattle, WA 98109-5210
Attention: Marnina Cherkin, Corporate Counsel, Real Estate
Email: marninac@amazon.com

Eversheds Sutherland
999 Peachtree St. NE, #2300
Atlanta, GA 30309
Attention: Rob Plowden
Email: robplowden@eversheds-sutherland.com

      RE:    ▇▇▇▇; Change of Landlord Notice

Dear Ms. Cherkin:

      This letter serves as Landlord's notice that Northstar Commercial Partners, LLC and its affiliated and associated companies are no longer involved with the management and development of the property, as more particularly described in the Lease. IPI NSIPI Data Center Holdings, LLC will be the property manager and developer effective as of the date of this letter. This letter shall serve as notice of Landlord's change of its notice addresses included in the Lease. Moving forward, please send all notices to the addresses listed below:

| Quail Ridge NCP, LLC | with copy to: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|---|
| 300 N. LaSalle Street | | 201 Main Street |
| Suite 1875 | | Suite 1600 |
| Chicago, Illinois 60654 | | Fort Worth, Texas 76102 |
| Attn: Luke Gilpin | | Attn: Marc N. Epstein |
| Email: lgilpin@ipipartners.com | | Email: mepstein@akingump.com |

      In addition to the change of notice addresses set forth above, please be advised that Landlord is also (i) inserting Luke Gilpin (lgilpin@ipipartners.com) as the notice party for Landlord Defaults set forth in Section 25(a) of the Lease; (ii) inserting Luke Gilpin – lgilpin@ipipartners.com as the email notice for Landlord delays pursuant to Section 5.b. of the Work Letter attached to the Lease as Addendum 4, (iii) inserting Luke Gilpin as Landlord's Representative for the construction process discussed in Section 7.a. of the Work Letter; and (iii) inserting Luke Gilpin as a Seller Key Individual in the ROFO/ROFR Purchase Agreement attached to the Lease as Exhibit C to Exhibit F.

[Remainder of Page Intentionally Left Blank]

Please let me know if you have any questions or comments.

QUAIL RIDGE NCP, LLC

By: _____
Name: Matthew A'Hearn
Title: Vice President

cc: global-lease-abstraction@amazon.com
    Legal-us-realestate@amazon.com
    NADC-Rent@amazon.com

**Tenant Notice Quail Ridge NCP, LLC**
*Signature Page*