**EXHIBIT 29**

# FIRST AMENDMENT TO CONTRACT OF SALE

This First Amendment to Contract of Sale (this "Amendment") dated for reference purposes as of June 18, 2019, is executed by 41992 JOHN MOSBY HIGHWAY LLC, a Virginia limited liability company (hereinafter referred to as "Seller"), and WHITE PEAKS CAPITAL LLC, a Delaware limited liability company or permitted assigns (hereinafter referred to as "Purchaser").

## BACKGROUND AND PURPOSE

A. Purchaser and Seller entered into that certain Contract of Sale dated April 22, 2019 (the "Purchase Contract"), for the purchase and sale of certain property located in Loudoun County, Virginia, more particularly described in the Purchase Contract. (All undefined capitalized terms will have the same meaning as set forth in the Purchase Contract.)

B. Purchaser and Seller desire to amend the Purchase Contract as more particularly set forth in this First Amendment.

## AGREEMENT

In consideration of the mutual covenants set forth below and for other good and valuable consideration, the exchange, receipt and sufficiency of which the parties acknowledge, Seller and Purchaser agree as follows.

1. Feasibility Study Period. The initial Feasibility Study Period referenced and defined in Section 2.1 of the Purchase Contract is hereby amended and changed to expire on June 28, 2019 (formerly June 21, 2019), without the payment of any additional Deposit or any Extension Deposit or the requirement of any release of all or any portion of the Deposit. The existing Deposit is fully refundable through the Feasibility Period (June 28, 2019), and Purchaser retains all termination and extension rights under the Purchase Contract, including without limitation the Feasibility Extension of 30 days subject to payment of the Extension Deposit and release of the Released Deposit as set forth in Section 2.1 of the Purchase Contract.

2. Closing Date. The Closing Date set forth in Section 6.1 is amended and extended so that the Closing will occur on or before July 31, 2019.

3. No Other Changes. Except as set forth in this Amendment, the Purchase Contract is unchanged and is in full force and effect. This Amendment may be signed in two or more counterparts, all of which when taken together will constitute one original agreement.

**SELLER:**

41992 JOHN MOSBY HIGHWAY LLC

By: _____
Title: manager
Date: 6.19.19

**PURCHASER:**

WHITE PEAKS CAPITAL LLC

By: _____
Title: Manager
Date: 6/19/19

50291602.1