# EXHIBIT 35



e. The Exchange Escrow Funds should be disbursed directly to Realty Exchange Corporation by wire for placement in the qualified exchange escrow account. The wire instructions are as follows:

| | |
|---|---|
| Credit: | First VA Community Bank |
| | 11325 Random Hills Rd., Fairfax, VA 22030 |
| ABA Number: | █████9505 |
| Account Name: | REC Escrow EFF Kuhn 10216 |
| Beneficiary Address: | 7400 Heritage Village Plaza, #102, Gainesville, VA 20155 |
| Account Number: | ████4342 |
| Reference: | Kuhn 10216 |

Since we know you have enough to do, the Exchange and Escrow Account Agreement and the Assignment of Contract have been completed by us outside of settlement.

If there are any questions, please give us a call. **Please email/fax an advance copy of the settlement statement for our review. Our fax number is (703) 754-0754.**

Sincerely,

*Jeanine Dooley*

Jeanine Dooley
Jeanine@1031.us

cc: 41992 John Mosby Highway LLC