**EXHIBIT 38**

# WIRE TRANSFER INSTRUCTIONS

**Date:** 10/31/16   **Time Received:** _____   **WT Seq # (Br & Seq):** _____
**Wire Transfer Request Taken by (Bank Employee):** _____   ☐ In Person ☐ Call ☐ Fax ☐ Email

## CUSTOMER AUTHORIZATION:
**Customer Signature:** _____
*Security Procedures under a Wire Transfer Service Agreement*:
**Customer Test Code:** _____   **Bank Test Code:** _____ (must match)
**Call Back - Call From:** _____   **Call To:** _____   **Time:** _____

## BANK AUTHORIZATION:
☐ **Collected Funds**   **Source:** Select   **Funds included in collected bal:** _____
☐ **Call Back on Fax or Email:**   **Person contacted:** _____   **Time:** _____
**Approved by (Bank Employee):** _____

## SENDER
**Debit Account:**
**Account Number:** *****1914   **Type:** ☑ Checking ☐ Savings ☐ GL
**Originator Name:** WDC Holdings LLC dba Northstar Commercial Partners
**Originator Address:** 1999 Broadway, Suite 770
**City, State, Zip:** Denver CO 80202
**Phone Number:** 303-893-9500   **TIN/SSN:** **-***5066

## AMOUNT
**Transfer Amount:** $4,000.00   US   The account number listed above
**Wire Transfer Fee:** _____   will be charged for the wire amount
**Total:** $4,000.00   -   plus the wire transfer fee.

## BENEFICIARY
**Credit Account:**
**Account Number:** ******2908
**Beneficiary Name:** Christian Kirschner
**Beneficiary Address:** 16 Compton Trace
**City, State, Zip:** Nashville, TN 37215

## RECEIVING BANK
**ABA Number:** *****0076   ☐ Domestic   ☐ International (See Below)
**Bank Name:** Wells Fargo
**Address:** 420 Montgomery Street
**City, State, Zip:** San Francisco CA 94104

**International Wires (only):** **If these instructions involve an international transfer of funds, the order may be converted and sent in foreign funds at an exchange rate determined by Bank unless you have specifically requested otherwise herein. You agree to notify Bank in writing of any claim, objection or complaint concerning execution of this order within 14 days from the date hereof and acknowledge that your failure to provide such notice within such period shall forever bar any claim relating, directly or indirectly, to our execution of the order in the manner previously stated.

☐ **US Dollar - Convert**** (if eligible)   ☐ **US Dollar**   **Foreign Currency - Amount:** _____
**Currency Type:** _____   **SWIFT Number:** _____
**IBAN Number:** _____
**Beneficiary E-mail Address:** _____

**Originator to Beneficiary Information or Additional Information:**
RE: October

**Wire Room Confirmation:**
*Wire Agreement Reviewed by: _____   Reviewed by: _____ / _____
Input by: _____   Verified By: _____
Fed Reference #/Travelex Order ID: _____   Time Sent: _____

Wire Transfer Form   Revised 02-15-2011