**EXHIBIT 39**

## MANASSAS NCP FF, LLC
## Wire Instructions

Citywide Banks
1801 Larimer, Suite 100
Denver, CO 80202
ABA/Routing: ███5953
Account Name: **Manassas NCP FF, LLC**
Address: 1999 Broadway, Suite 770, Denver, CO 80202
Account #: ███9662
Phone: 303-365-3808 Citywide Banks
Fax: 303-365-3801 Citywide Banks
RE: (*investor your name*)