# EXHIBIT 41

|  | Commission | Dev Fee | Sale | Land/Rebate | Totals |
|---|---|---|---|---|---|
| Shaw Rd. | $ 800,000 | $ 700,000 | $ 2,250,000 | $ 400,000 | $ 4,150,000 |
| Quail Ridge | $ 2,600,000 | $ 1,750,000 | $ 3,750,000 | $ 400,000 | $ 8,500,000 |
| Manassass | $ 1,600,000 |  | $ | $ 2,000,000 | $ 3,600,000 |
| Lerner | $ 1,600,000 | $ 700,000 | $ 2,250,000 | $ 400,000 | $ 4,950,000 |
| Route 50 | $ 1,800,000 | $ 700,000 | $ 2,250,000 | $ 400,000 | $ 5,150,000 |
| DTC | $ 1,500,000 | $ 1,750,000 | $ 7,500,000 |  | $ 10,750,000 |
| Total | $ 9,900,000 | $ 5,600,000 | $ 18,000,000 | $ 3,600,000 | $ 37,100,000 |
| Share | $ 3,550,000 | $ 2,158,333 | $ 7,250,000 | $ 1,533,333 | $ 14,491,667 |