# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### SEALED

| **AMAZON.COM, INC, et al,** | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **WDC HOLDINGS LLC, et al.** | | Case No. 1:20CV484 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 4:02 p.m. |
| Proceeding Held: April 28, 2020 | Hearing Ended: | 4:34 p.m. |
| | | |

**Appearances:**

| **Plaintiff(s):** | Travis Andrews, Elizabeth Petrela Papez, Patrick Friel Stokes |
|---|---|
| | |
| **Defendant(s):** | |

[6] Plaintiff's Motion to Seal
[9] Plaintiff's Motion for Temporary Restraining Order

- Hearing and transcript are sealed until further Order of the court.
- Ms. Papez responds to court's questions and presents argument on motions.
- Court and counsel discuss how to best serve the defendants.
- Court and counsel discuss dollar amount that should be put into Escrow.
- Court orders a 2-million-dollar bond via ACH or wire transfer to the court treasury.
- Plaintiff's request that the case remain under seal.
- Request granted.
- Court grants motion.
- Order to follow.
- Preliminary Injunction hearing scheduled for Thursday, May 7, 2020 at 2:00 p.m.