IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484 <br><br><br> FILED UNDER SEAL PURSUANT TO LOCAL RULE 5 |

**PLAINTIFFS' MOTION REQUESTING THE COURT'S LEAVE TO FILE AN ELECTRONIC COPY OF A .M4A FILE DISCUSSED IN THE DECLARATION OF LUKE GILPIN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF SHOW CAUSE ORDER AND PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiffs respectfully seek the Court's leave to file a digital copy of the .m4a file attached as **Exhibit 1** to and described in the Declaration of Luke Gilpin in Support of Plaintiffs' Supplemental Memorandum in Support of Show Cause Order and Plaintiffs' Application for Preliminary Injunction. *See* ¶ 16.

Plaintiffs respectfully request the Court's leave to file this digital copy of the September 27, 2019 conversation on a thumb drive.

Dated: May 18, 2020							Respectfully submitted,

*/s/ TJAndrews*
_____
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Travis S. Andrews (Va. State Bar No. 90520)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
tandrews@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 18, 2020, I caused hard copies of the foregoing PLAINTIFFS' MOTION REQUEST THE COURT'S LEAVE TO FILE AN ELECTRONIC COPY OF A .M4A FILE DISCUSSED IN THE DECLARATION OF LUKE GILPIN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF SHOW CAUSE ORDER AND PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION to be served via prepaid first class mail on:

Jeffrey R. Hamlin
George R. Calhoun
James Trusty
IFRA PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006

Stanley L. Garnett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Denver, CO 80202

Gregory A. Brower
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway
Las Vegas, Nevada 89106
*Counsel for Defendants Watson and WDC Holdings LLC*

Jamie Hubbard
Stimson Stancil LaBranche Hubbard
1652 Downing Street
Denver, CO 80218
*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC*

NSIPI Administrative Manager
1999 Broadway, Suite 3500
Denver, CO 80202

Sterling NCP FF, LLC
1999 Broadway, Suite 3500
Denver, CO 80202

Manassass NCP FF, LLC
1999 Broadway, Suite 3500
Denver, CO 80202

Villanova Trust
c/o Christian Kirschner, Trustee
3924 Wallace Lane
Nashville, TN 37215


Respectfully submitted,
*s/ Travis S. Andrews*
Travis S. Andrews

3