IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. 1:20-cv-484 |
| v. ) | Hon. Liam O'Grady |
| ) | |
| WDC HOLDINGS LLC, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### ORDER

Comes now Plaintiffs' Motion Requesting the Court's Leave to File an Electronic Copy of a .M4A File. Dkt. 45. Plaintiffs seek to file a digital copy of Exhibit 1 to and described in the Declaration of Luke Gilpin in Support of Plaintiffs' Supplemental Memorandum in Support of Show Cause Order and Plaintiffs' Application for Preliminary Injunction.

Upon due consideration, Plaintiffs' motion (Dkt. 45) is hereby **GRANTED**.

It is **SO ORDERED**.

May 19, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge