IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; JOHN DOES 1-20,<br><br>Defendants. | CASE NO. 1:20-CV-484<br><br>FILED UNDER SEAL PURSUANT TO LOCAL RULE 5 |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE REDACTED PUBLIC VERSIONS OF SEVEN SEALED AND CONFIDENTIAL DOCUMENTS

Before the Court is Plaintiffs' Unopposed Motion to File Redacted Public Versions of Seven Sealed and Confidential Documents. Upon consideration of the Motion and the Protective Order entered in this case on June 4, 2020, the Court finds that the requirements of applicable rules and Fourth Circuit precedent are satisfied, that there is a compelling need to maintain under seal the following documents: (i) Exhibits 13, 14, 28, 32, 33 and 37 to the April 27, 2020 Declaration of Lora E. MacDonald filed in support of Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause re Preliminary Injunction and (ii) the May 18, 2020 Declaration of D. Matthew Doden filed in support of Plaintiffs' Motion for Preliminary Injunction.

The Court further finds that keeping these seven documents under seal is the least restrictive means available to protect the Plaintiffs' interests and those of the public. The Court

1

also finds that Plaintiffs' interest in sealing portions of the filed documents outweigh the public's interest in having access to the redacted portions of the filings.

THEREFORE it is hereby ORDERED that Exhibits 13, 14, 28, 32, 33 and 37 to the April 27, 2020 Declaration of Lora E. MacDonald in Support of Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause re Preliminary Injunction and the May 18, 2020 Declaration of D. Matthew Doden filed in support of Plaintiffs' Motion for Preliminary Injunction shall remain under seal.

IT IS FURTHER ORDERED that with respect to sealed Exhibits 13, 14, 28, 32, 33 and 37 to the April 27, 2020 MacDonald Declaration and the sealed May 18, 2020 Doden Declaration, the Clerk shall place on the public docket only the redacted versions of these seven documents that Plaintiffs filed with their Motion on June 10, 2020.

IT IS SO ORDERED.

DATE: June 11, 2020

Judge Liam O'Grady
United States District Judge