IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; JOHN DOES 1-20,<br><br>Defendants. | CASE NO. 1:20-CV-484<br><br>FILED UNDER SEAL PURSUANT TO LOCAL RULE 5 |

## ORDER UNSEALING THE DOCKET

Upon consideration of Plaintiffs' Notice of Execution of Conditions for Unsealing the Docket and the April 28, 2020 Protective Order Temporarily Sealing Documents (Dkt. 17), the Court finds that the conditions in the Order have been met and that the case should be unsealed.

THEREFORE it is hereby ORDERED that the Clerk of the Court unseal the instant case and place all documents filed in the case on the public docket, except that the following seven documents shall remain under seal pending the resolution of the Motion to Seal that Plaintiffs filed concurrently with the Notice: Exhibits 13, 14, 28, 32, 33 and 37 to the April 27, 2020 Declaration of Lora E. MacDonald, and the May 18, 2020 Declaration of D. Matthew Doden.

IT IS SO ORDERED.

DATE: June 11, 2020

_____
Judge Liam O'Grady
United States District Judge

1