# EXHIBIT C

| | |
|---|---|
| **From:** | Garnett, Stanley |
| **To:** | Papez, Elizabeth P. |
| **Cc:** | Trusty James; George Calhoun; jhamlin@ifrahlaw.com; gbrower@bhfs.com; Stokes, Patrick F.; Barrett, Claudia M.; Andrews, Travis; MacDonald, Lora Elizabeth |
| **Subject:** | Re: Sealed Preliminary Injunction 1:20cv484 |
| **Date:** | Wednesday, June 10, 2020 2:37:36 PM |

[External Email]

Elizabeth,

We do not object to filing the unsealing notice, nor to the redactions. We have no redactions or confidential designations of our own. Thanks for submitting this. It will make the mechanics of processing easier for everyone.

Regarding bond, Brian has continued to work with the bonding agents at IMA. They informed him that any bond must be 100% secured and they are evaluating his assets to determine what might be sufficient. They anticipate letting him know what is possible by tomorrow at which time I will promptly inform you.

Thanks,

Stanley L. Garnett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO. 80202
303.223.1286 tel
303.668.3113 cell
Sgarnett@bhfs.com


> On Jun 10, 2020, at 6:26 AM, Papez, Elizabeth P. <EPapez@gibsondunn.com> wrote:
>
>
> Stan – in connection with the unsealing notice Plaintiffs are designating confidential and filing redacted versions of the following for the public docket: Exhibits 3, 14, 28, 32, 33, and 37 to the 4/27/20 MacDonald Declaration and the 5/18 Doden Declaration. Please let us know if you have a position on the designations, or if there are defense documents you plan to identify for additional redactions.
>
> Thanks,
>
> **Elizabeth P. Papez**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, NW

Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

---

**From:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Sent:** Monday, June 8, 2020 5:11 PM
**To:** Garnett, Stanley <SGarnett@bhfs.com>
**Cc:** Trusty James <jtrusty@ifrahlaw.com>; George Calhoun <george@ifrahlaw.com>; jhamlin@ifrahlaw.com; gbrower@bhfs.com; Stokes, Patrick F. <PStokes@gibsondunn.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Andrews, Travis <TAndrews@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Sealed Preliminary Injunction 1:20cv484

Stan – as noted we'll proceed this week with a motion to unseal the docket.  If the insurance disclosure you mentioned is time sensitive please let us know and we can try to expedite the filing to accommodate.   Please also let us know the status on the bond.  Thanks and regards,

**Elizabeth P. Papez**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

---

**From:** Garnett, Stanley <SGarnett@bhfs.com>
**Sent:** Friday, June 5, 2020 6:16 PM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Cc:** Trusty James <jtrusty@ifrahlaw.com>; George Calhoun <george@ifrahlaw.com>; jhamlin@ifrahlaw.com; gbrower@bhfs.com; Stokes, Patrick F. <PStokes@gibsondunn.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Andrews, Travis <TAndrews@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** Re: Sealed Preliminary Injunction 1:20cv484

[External Email]

Thanks, Elizabeth. Have a nice weekend.


Stanley L. Garnett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO. 80202
303.223.1286 tel
303.668.3113 cell
Sgarnett@bhfs.com


> On Jun 5, 2020, at 3:55 PM, Papez, Elizabeth P. <EPapez@gibsondunn.com> wrote:
>
>
> Counsel – attached per the Court's correspondence below is the Preliminary Injunction Order entered this evening.  We will also serve the order on all other parties per the Court's request.
>
> Stan – if you have not yet prepared a motion to modify the seal order for the insurance disclosure you requested yesterday, we are happy to coordinate Monday on that and other unsealing issues.
>
> Thanks and regards,
>
> **Elizabeth P. Papez**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, NW
> Washington, DC 20036
> Tel +1 202.955.8608 (o)
> Tel +1 703.887.2062 (m)
> EPapez@gibsondunn.com
> www.gibsondunn.com
>
>
> ---
>
> **From:** Diane Wood <Diane_Wood@vaed.uscourts.gov>
> **Sent:** Friday, June 5, 2020 5:39 PM
> **To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
> **Subject:** [WARNING: ATTACHMENT UNSCANNED: AMP Service Not Available]Sealed Preliminary Injunction 1:20cv484
> **Importance:** High

Case 1:20-cv-00484-LO-TCB   Document 69-3   Filed 07/02/20   Page 5 of 6 PageID# 2046

[External Email]

Elizabeth:

Pursuant to our telephone conversation, upon your receipt of this order I would appreciate your distributing a copy to all counsel of record.

If you have any questions, please let me know.

Thank you – stay safe.

Diane B. Wood
Chambers of The Honorable Liam O'Grady
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

Chambers:   703-299-2121
Direct Dial:  703-299-2245
Fax:             703-299-3379
Email:  Diane_Wood@vaed.uscourts.gov

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information

contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.