# EXHIBIT D

# Table of Contents

| | |
|---|---:|
| Subject Information | 2 |
| Indicators | 3 |
| Principals (19 Found) | 3 |
| Subsidiaries (None Found) | 5 |
| Other Phones at Address (383 Found) | 5 |
| Other Businesses at Address (90 Found) | 11 |
| Corporations (12 Found) | 17 |
| Other Corporations at Address (392 Found) | 32 |
| Global Watch Lists (None Found) | 58 |
| Property Deeds (4 Found) | 58 |
| Property Assessments (2 Found) | 60 |
| Property Foreclosures (None Found) | 63 |
| Evictions (None Found) | 63 |
| Current Vehicle Information (None Found) | 63 |
| Past Vehicle Information (2 Found) | 63 |
| Aircraft Records (None Found) | 65 |
| Bankruptcy Filings (None Found) | 65 |
| Liens (2 Found) | 65 |
| Judgments (None Found) | 66 |
| UCC Filings (36 Found) | 66 |
| Other Known Employees (9 Found) | 81 |
| Possible Current and Former Employees (None Found) | 82 |

**VIKING IMAGES LLC (Primary)**
Incorporated In: **Colorado**
Status: **Good Standing**

**WARREN INVESTMENTS LLC (Primary)**
Incorporated In: **Colorado**
Status: **Good Standing**

**WREI - FLORIDA, LLC (Primary)**
Incorporated In: **Colorado**
Status: **Voluntarily Dissolved**

**WREI - FLORIDA, LLC, DELINQUENT APRIL 1, 2011 (Primary)**
Incorporated In: **Colorado**
Status: **Voluntarily Dissolved**

**WREI - FLORIDA, LLC, DISSOLVED JULY 1, 2016 (Primary)**
Incorporated In: **Colorado**
Status: **Voluntarily Dissolved**

# Global Watch Lists (None Found)

# Property Deeds (4 Found)

FIPSCounty: **097**
APN: **12-05-315-021-0000**
APN Sequence Number: **001**
Owner Is Corporate Flag: **Yes - Corporation**
Business Name: **LMLC NORTH CHICAGO LLC**
Address: 2525B-B SHERMAN AVE, NORTH CHICAGO, IL 60064 (LAKE COUNTY)
Mailing Address: 1999 BROADWAY STE 3500, DENVER, CO 80202-5701 (DENVER COUNTY)
Lender Address: 5005 YORK DR, NORMAN, OK 73069-9504 (CLEVELAND COUNTY)
Mail Carrier Route: **C044**
Batch Id: **20191010**
Batch Sequence: **01431**
Recording Date: **09/26/2019**
Document Type Code: **Mechanic Liens**
Transaction Type Code: **Mechanic Lien / Release**
Document Number: **000007595842**
Title Company Code: **00000**
Mortgage Interest Rate: **10.0000%**
Pri Cat Code: **Property Liens (Mechanical & HOA)**
Universal Land Use Code: **Commercial Acreage**
Property Indicator Code: **Vacant**
Residential Model Indicator Flag: **Based On Zip Code and Value Property is Not Residential**
Record Type Code: **New Record**

FIPSCounty: **014**
APN: **R1067574**
APN Sequence Number: **001**
Account Number: **157534202001**
Owner Is Corporate Flag: **Yes - Corporation**
Business Name: **NORTHSTAR COMMERCIAL PARTNERS**
Absentee Indicator Code: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Latitude: **39927715**

Longitude: **-105103910**
Address: 800 HOYT ST, BROOMFIELD, CO 80020-1008 (BROOMFIELD COUNTY)
Mailing Address: 1999 BROADWAY STE 770, DENVER, CO 80202-5703 (DENVER COUNTY)
Lender Address: 7470 SOUTHMOOR DR, FOUNTAIN, CO 80817-1216 (EL PASO COUNTY)
Carrier Route: **R004**
Mail Carrier Route: **C044**
Batch Id: **20190531**
Batch Sequence: **00038**
Recording Date: **05/22/2019**
Document Type Code: **Mechanic Liens**
Transaction Type Code: **Mechanic Lien / Release**
Document Number: **000000005372**
Title Company Code: **00000**
Pri Cat Code: **Property Liens (Mechanical & HOA)**
Universal Land Use Code: **Industrial (NEC)**
Property Indicator Code: **Industrial**
**Mortgage Information not available**
Residential Model Indicator Flag: **Based On Zip Code and Value Property is Not Residential**
Record Type Code: **New Record**

FIPSCounty: **031**
APN: **2331-19-138**
APN Sequence Number: **001**
Owner Is Corporate Flag: **Yes - Corporation**
Lender Name: **PATRICIA L WATSON**
Business Name: **WD C HOLDINGS LLC**
Owner Ownership Rights Code: **Company/Corporation**
Absentee Indicator Code: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Latitude: **39749370**
Longitude: **-105000700**
Address: 1499 BLAKE ST APT 7A, DENVER, CO 80202-1368 (DENVER COUNTY)
Mailing Address: 1499 BLAKE ST APT 7A, DENVER, CO 80202-1368 (DENVER COUNTY)
Lender Address: 2601 GARDEN LN, GREENWOOD VILLAGE, CO 80121-1602 (ARAPAHOE COUNTY)
Carrier Route: **C060**
Mail Carrier Route: **C060**
Batch Id: **20181130**
Batch Sequence: **00201**
Sale Date: **11/16/2018**
Recording Date: **11/20/2018**
Mortgage Date: **11/16/2018**
Mortgage Due Date: **12/31/2019**
Document Type Code: **Deed of Trust**
Transaction Type Code: **Construction Loan**
Document Number: **000000149561**
Title Company Code: **00000**
Mortgage Amount: **$3,368,133**
Mortgage Deed Type Code: **Deed of Trust**
Mortgage Term Code: **Years**
Mortgage Term: **1**
Pri Cat Code: **Non Purchase**
Mtg Sec Cat Codes: **Private Party, Fixed, Construction Loan, Equity (Closed or Revolving)**
Deed Sec Cat Codes: **Residential (Modeled)**
Universal Land Use Code: **Condominium**
Property Indicator Code: **Condominium (Residential)**
Private Party LenderFlag: **Y**
Construction Loan Flag: **Yes**
Equity Flag Code: **Yes**
Residential Model Indicator Flag: **Based On Zip Code and Value Property is Residential**
Record Type Code: **New Record**

FIPSCounty: **031**
APN: **2331-19-138**
APN Sequence Number: **001**
Owner Is Corporate Flag: **Yes - Corporation**
Lender Name: **FIRSTBANK FIRSTBANK**
Business Name: **WDC HOLDINGS LLC**
Owner Ownership Rights Code: **Company/Corporation**
Absentee Indicator Code: **Situs Address Taken From Sales Transaction - Determined Owner Occupied**
Latitude: **39749370**
Longitude: **-105000700**
Address: 1499 BLAKE ST APT 7A, DENVER, CO 80202-1368 (DENVER COUNTY)
Mailing Address: 1499 BLAKE ST APT 7A, DENVER, CO 80202-1368 (DENVER COUNTY)
Lender Address: 12345 W COLFAX AVE, LAKEWOOD, CO 80215-3742 (JEFFERSON COUNTY)
Carrier Route: **C060**
Mail Carrier Route: **C060**
Batch Id: **20171018**
Batch Sequence: **00680**
Seller Name Or Plaintiff: **CHASIN CHRISTOPHER S**
Sale Amount: **$1,750,000**
Sale Date: **10/03/2017**
Recording Date: **10/05/2017**
Mortgage Date: **10/03/2017**
Mortgage Due Date: **11/01/2047**
Document Type Code: **Deed**
Transaction Type Code: **Resale**
Document Number: **000000131598**
Lender Company Code: **039201**
Title Company Name: **LAND TITLE GUARANTEE**
Title Company Code: **01192**
Mortgage Amount: **$1,225,000**
Mortgage Interest Rate: **3.2500%**
Mortgage Loan Type Code: **Conventional**
Mortgage Deed Type Code: **Deed of Trust**
Mortgage Term Code: **Years**
Mortgage Term: **30**
Pri Cat Code: **Arms Length Transaction**
Mtg Sec Cat Codes: **CNV, Adjustable, Non Conforming**
Deed Sec Cat Codes: **Resale, Mortgaged Purchase, Residential (Modeled)**
Universal Land Use Code: **Condominium**
Property Indicator Code: **Condominium (Residential)**
Mortgage Interest Rate Type: **Adjustable**
Resale New Construction Code: **Resale**
Residential Model Indicator Flag: **Based On Zip Code and Value Property is Residential**
Record Type Code: **New Record**

## Property Assessments (2 Found)

Assessed Year: **2018**
1499 BLAKE ST APT 7A, DENVER, CO 80202-1368 (DENVER COUNTY)
FIPS County: **031**
APN: **2331-19-138**
APN Sequence Number: **001**
Block Number: **1**
Range: **68W**
Township: **03S**
Section: **33**