IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; JOHN DOES 1-20, <br><br>　　　　Defendants. | CASE NO. 1:20-CV-484 |

### ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS BRIAN WATSON AND WDC HOLDINGS LLC SHOULD NOT BE HELD IN CONTEMPT OF THE JUNE 5, 2020 PRELIMINARY INJUNCTION

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s Motion for an Order to Show Cause Why Defendants Brian Watson and WDC Holdings LLC Should Not Be Held in Contempt of the June 5, 2020 Preliminary Injunction. Upon consideration of the Plaintiffs' Motion, the supporting Memorandum of Law, and the Declaration of Travis S. Andrews and exhibits, it is hereby:

ORDERED that Defendants shall respond to this motion on or before July 9, 2020 and Plaintiffs shall file their reply, if any, on or before July 14, 2020;

ORDERED that this motion will be heard on Friday, July 17, 2020;

ORDERED that, if the motion is granted, Defendants shall show cause by Friday, July 24, 2020, why they should not be held in contempt of the June 5 Preliminary Injunction, Dkt. 57, and

will have 21 days to respond to any expedited discovery Plaintiffs request to assess the sufficiency of Defendants' showing and/or to address the extent of any contempt injury to Plaintiffs; and

ORDERED that Defendants, as well as any other person or entity acting at their direction or in concert with them, shall preserve and maintain any and all documents or other evidence or information relating to assets in Defendants' possession, custody, or control at or after the June 5, 2020 entry of the Preliminary Injunction in this action, Dkt. 57.

IT IS SO ORDERED.

DATE: July 6, 2020

Judge Liam O'Grady
United States District Judge