UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC., et al.,<br><br>Defendants. | CIVIL ACTION No. 1:20cv484 |

**DEFENDANTS BRIAN WATSON AND WDC HOLDINGS LLCS'**
**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendants Brian Watson ("Watson") and WDC Holdings LLC, dba Northstar Commercial Partners ("Northstar") appeal to the United States Court of Appeal for the Fourth Circuit from the Order entered in this action (Dkt. #57) on June 5, 2020.

DATED: July 6, 2020

                                            Respectfully submitted,

                                                /s/ Jeffrey R. Hamlin
                                        Jeffrey R. Hamlin (Va. Bar No. 46932)
                                        George R. Calhoun (pro hac vice)
                                        James Trusty (pro hac vice)
                                        IFRAH PLLC
                                        1717 Pennsylvania Avenue NW
                                        Suite 650
                                        Washington, DC 20006-2004
                                        (202) 524-4140 – Tel.
                                        (202) 524-4141 – Fax
                                        jhamlin@ifrahlaw.com
                                        george@ifrahlaw.com

jtrusty@ifrahlaw.com

Stanley L. Garnett (pro hac vice)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Denver, Colorado 80202-4432
(303) 223-1100 – Tel.
(303) 223-1111 – Fax
Sgarnett@bhfs.com

Gregory A. Brower
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway
Las Vegas, Nevada 89106-4614
(702) 382-2101 – Tel.
(702) 382-8135 – Fax
gbrower@bhfs.com

Counsel for Defendants Brian Watson and WDC Holdings, Inc.