UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC., et al.,<br><br>Defendants. | CIVIL ACTION No. 1:20cv484-LO-TCB |

**[PROPOSED] ORDER**

Upon consideration of Defendants Brian Watson and WDC Holdings LLCS' Unopposed Motion For One Day Extension of Time To File Response to Plaintiffs Motion for an Order To Show Cause, it is this ___ day of _____, 2020, hereby

ORDERED, that Defendants Brian Watson and WDC Holdings LLCS' Unopposed Motion For One Day Extension of Time To File Response to Plaintiffs Motion For an Order To Show Cause is GRANTED.

DATED: _____      _____
                                                                United States District Court Judge