# Brian Watson
### Statement of Financial Condition
### as of 5/31/2020

**ASSETS**

| | | | | |
|---|---|---|---|---:|
| Cash and Marketable Securities | | Schedule 1 | $ | 269,086 |
| Personal Real Estate | | Schedule 3 | $ | 14,815,000 |
| Investment in Real Estate Partnerships and LLC's | | Exhibit A | $ | 58,498,917 |
| Investments in Operating Companies | | Schedule 4 | $ | 6,472,967 |
| Corporate Aircraft | | Schedule 5 | $ | 2,000,000 |
| Personal effects, art, auto and furnishings | | Schedule 7 | $ | 75,000 |
| | | **Total Assets** | **$** | **82,130,971** |

**LIABILITIES**

| | | | | |
|---|---|---|---|---:|
| Real Estate Encumbrances | | Schedule 3 | $ | 9,485,642 |
| Aircraft Loan | | Schedule 5 | $ | 1,549,011 |
| Personal Loans / Lines of Credit Outstanding | | Schedule 8 | $ | 9,647,284 |
| | | **Total Liabilities** | **$** | **20,681,937** |

**ASSETS IN EXCESS OF LIABILITIES**          **NET WORTH**          **$ 61,449,034**

I hereby certify the follwing information contained herein to be true and correct to the best of my knowledge, as of

this __5__ day of __June__, 2020 by _____/s/ R. Brian Watson_____
R. Brian Watson

**SCHEDULE 1 -   CASH IN BANKS/MARKETABLE SECURITIES (Liquidity Verification available upon request)**

| | | |
|---|---:|---:|
| Personal Checking Accounts | $ | 136,898 |
| 401k Retirement Account | $ | 132,188 |
| Total Liquid Cash and Marketable Securities | $ | 269,086 |

**SCHEDULE 3 -   PERSONAL REAL ESTATE**

| Description of Property | Appraised Value | Encumbrances | Net Value |
|---|---:|---:|---:|
| C Lazy U Ranch, Lot 8A, Granby CO (Owned under Watson CLU)* | $5,800,000 | $2,300,000 | $3,500,000 |
| 1499 Blake Street, Unit 7A, Denver CO (Owned under WDC Holdings) | $1,850,000 | $1,161,892 | $688,108 |
| 8 Churchill Drive | $6,600,000 | $5,600,000 | $1,000,000 |
| 4200 W 17th Ave #212, Denver CO (Owned under WDC Holdings) | $565,000 | $423,750 | $141,250 |
| Total Personal Real Estate | $ 14,815,000 | $ 9,485,642 | $ 5,329,358 |

*Home currently under construction. Construction loan closed February 2020.*

## SCHEDULE 4 -   INVESTMENTS IN OPERATING COMPANIES

**WDC Holdings Limited Liability Company dba Northstar Commercial Partners**

Mr. Watson owns 100% interest in W.D.C. Holdings Limited Liability Company dba Northstar Commercial Partners. This entity was forunded by Mr. Watson in 2000 and it is a professional commercial real estate investment company. It was professionaly appraised in July 2018 with Northstar Commercial Partners Management, LLC (See below) for $1,565,916.

|  |  |
|---|---:|
|  | $ 1,565,916 |

**Northstar Commercial Partners Management Limited Liability Company**

Mr. Watson owns a 100% interest in Northstar Commercial Partners Management Limited Liability Company.  The company was founded by Mr. Watson and provides property management services to each property investment LLC created by Mr. Watson. This company was appraised in July 2018 combined with W.D.C. Holdings, LLC (See above) for  $1,565,916.

|  |  |
|---|---:|
|  | Included above |

**Xcel Payments, LLC**

Mr. Watson owns a 61% interest in Xcel Payments, LLC.  This company provides direct referrals for  credit card processing, payroll cards, customer gift cards, and shipping/printing/promotional cost reduction services for companies throughout the world.  The company was founded in March 2009. The company was appraised in July 2018 for $50,000.

|  |  |  |  |
|---|---:|---:|---:|
| Estimated current value |  |  | $50,000 |
| Less:  Note Payable (Loan due to Watson Investment) |  |  | $17,032 |
| Net equity |  |  | $32,968 |
|  |  |  |  |
| Watson Loan | 100% | $17,032 | $17,032 |
| Watsons' interest | 61% | $32,968 | $20,110 |
|  |  |  |  |
| Watson's total estimated interest |  |  | $ 37,142 |

**Integrated Fund**

Mr. Watson is one of three partners in Integrated Realty, a capital advisory firm based in Los Angeles, CA., which was founded in January 2017. This firm raises debt and equity for institutional grade commercial real estate investments throughout the United States, and Mr. Watson shares in the revenue created from this fee business. As part of this business, the Integrated Fund was established in partnership with the Disney Family. This $30.87 million Fund provides up to 50% of the GP level equity requirement for investors throughout the U.S., and receives GP level returns/treatment.

|  |  |
|---|---:|
| Watson's Estimted Interest in Captial Adivisory Firm | $250,000 |
| Operational Cash Loan to Advisory Firm to be repaid to WDC Holdings | $625,000 |
| Watson's LP Equity Investment | $962,000 |
| Watson's GP Equity Investment in Fund | $412,409 |
| Watson's Estimated Manager's Interests in the Fund | $2,000,000 |
|  |  |
| Watson's total estimated interest | $4,249,409 |

**Northstar Healthcare Development, LLC**

Mr. Watson is a GP and PLW Capital (of which he owns 50%) owns 50% of Northstar Healthcare Development, LLC which was to develop projects. This entity receives development fees, and does not have any debt associated with the company.

|  |  |  |  |
|---|---:|---:|---:|
| Current Estimated Value |  |  | $1,241,000 |
| Less Debt |  |  | $0 |
| Net Equity |  |  | $1,241,000 |
|  |  |  |  |
| Watson's Manager's Interests (Projected) | 50% | $1,241,000 | $620,500 |
|  |  |  |  |
| Watson's total estimated interest |  |  | $ 620,500 |
|  |  |  |  |
| **TOTAL INVESTMENTS IN OPERATING COMPANIES** |  |  | **$ 6,472,967** |

### SCHEDULE 5 - CORPORATE AIRCRAFT

| Lender | | Marketed Value | Encumbrances | Net Equity |
|---|---|---|---|---|
| UMB Bank | NCP Freedom, LLC (Corporate Plane) | $2,000,000 | $1,549,011 | $450,989 |
| Equity | | | | $ 450,989 |

### SCHEDULE 6 - LIFE INSURANCE

| | | Face Value | Cash Value |
|---|---|---|---|
| | Various Insurance Policies | $32,550,000 | $0 |
| | Met Life Term Policy | $20,000,000 | $0 |
| Total | | $52,550,000 | $0 |

### SCHEDULE 7 - PERSONAL EFFECTS, ART, AUTO AND FURNISHING

| | |
|---|---|
| Total Personal Effects, Art, Auto and Furnishings | $ 75,000 |

### SCHEDULE 8 - PERSONAL LOANS AND LINES OF CREDIT GUARANTEED BY RBW

| | Commitment | Amount Outstanding |
|---|---|---|
| FirstTier Bank LOC | $6,000,000 | $5,995,000 |
| Steven Tebo Personal Loan | $5,000,000 | $2,900,000 |
| JM Capital VII Personal Loan | $462,284 | $452,284 |
| Turn-Key Capital Personal Loan | $300,000 | $300,000 |
| | | $ 9,647,284 |

### SCHEDULE 9 - UNCOVERED CONTINGENT LIABILITIES PERSONALLY GUARANTEED BY RBW

| | | Total |
|---|---|---|
| UNCOVERED Contingent Liabilities - NCP Real Estate Holdings | Exhibit A | 5,608,601 * |
| NCP Freedom, LLC (Corporate Plane) | | 1,549,011 |
| Personal Residences | | 9,485,642 |
| Personal Loans | | 9,647,284 |
| Total Secured Commercial Mortgages | | $ 26,290,538 |

*Mr. Watson Co-guarantees this debt with partners. Represents commercial mortgage Guarantys not coverd by Minimum In-Place 1.0x DSCR or Minimum 12-Month DS/Operating Defecit Reserves. See Exhibit A.

### NOTES TO FINANCIAL STATEMENTS

Note 1   **INCOME TAXES**

No estimate has been made of the income taxes that would be payable on the differences between the estimated current value of assets and their tax basis. Mr. Watson files an annual extension for completion of his Tax Return.

Note 2   **DISCLAIMER**

This is an unaudited Personal Financial Statement, which has not been verified by a CPA. The values and projections stated herein are estimates only, and are subject to the final disposition values, costs, time, final receipt of Manager's Profits, etc., and should not be relied upon as definitive values.

**OTHER**

Note 3   I hereby represent that I have never filed for personal bankruptcy.

Note 4   Legal Name: Robert Brian Watson.

Note 5   The projections related to the data center investments in the attached Exhibit A are subject to an involuntary removal of Manager notice received on April 2, 2020, though this is being contested.

**EXHIBIT A**  as of 5/31/2020

**OPERATING PROPERTIES**

| Entity Name | Property Address | Property Type | Size / SF | Occupancy | Property Revenue | Operating Expense | NOI | Annual P&I | DSCR | Cash Flow after DS | Deficit Reserve | DS Reserve | Leverage | Estimated Value | Total Debt | Loan Maturity | Recourse | Uncovered Contingent Liability | Estimated Equity | RBW Personal Investment | Projected Managers Interest | RBW% Managers Interest | (PLW) | Borrower Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1221 Broadway, LLC | 1221 N Broadway, Denver CO | Office | 52,000 | 100% | 2,248,036 | 929,774 | 1,318,262 | 780,884 | 1.69 | 537,378 | | | 62% | 17,100,000 | 10,567,702 | 1/31/2025 | 50% | | 6,952,298 | 321,426 | 2,735,041 | 100% | (1,528,234) | 1,528,234 |
| 5500 South Quebec, LLC | 5500 S Quebec, Greenwood Village CO | Office | 211,118 | 100% | 4,830,999 | 1,869,204 | 2,961,795 | 1,209,696 | 2.45 | 1,752,099 | | | 53% | 40,000,000 | 21,065,600 | 8/1/2020 | 100% | | 18,934,400 | 1,055,662 | 903,172 | 75% | (338,690) | 338,690 |
| Dabling Properties, LLC | 5825 Mark Dabling, CO Springs CO | Office | 151,363 | 100% | 1,286,237 | 578,816 | 707,421 | 449,660 | 1.57 | 257,761 | | | 55% | 17,490,000 | 9,661,729 | 1/23/2025 | 100% | | 7,828,271 | 1,055,662 | 2,985,763 | 50% | (1,274,272) | 1,274,272 |
| 9200 E Mineral, LLC | 9200 E Mineral Ave, Centennial CO | Office | 83,674 | 92% | 1,478,535 | 839,458 | 639,077 | 359,379 | 1.78 | 279,698 | | | 55% | 12,520,000 | 6,824,715 | 6/1/2024 | 25% | | 5,695,285 | 10,798 | 1,592,743 | 75% | (602,678) | 602,678 |
| Mountain Vista NCP LLC | 14647 S 50th Street, Phoenix AZ | Flex | 134,713 | 92% | 1,742,020 | 679,875 | 1,062,145 | 813,514 | 1.31 | 248,631 | | | 67% | 17,525,000 | 11,780,000 | 11/5/2020 | 0% | | 5,745,000 | 1,300,000 | 223,659 | 100% | (761,835) | 761,835 |
| Vista Gardens Property, LLC | 1863 Devon Place, Vista CA | Memory Care | 96 beds | 74% | 1,009,634 | 160,718 | 848,916 | 847,232 | 1.00 | 1,684 | | | 80% | 22,800,000 | 18,173,506 | 4/1/2024 | 50% | | 4,626,494 | 194,758 | | 50% | | 194,758 |
| 77 Sugar Creek Property, LLC | 77 Sugar Creek, Sugar Land TX | Office | 143,410 | 78% | 3,142,749 | 1,637,153 | 1,505,596 | 1,211,437 | 1.24 | 294,159 | | | 64% | 32,800,000 | 20,941,600 | 7/9/2022 | 0% | | 11,858,400 | 4,998 | 528,676 | 100% | | 533,674 |
| WSL Las Cruces, LLC | 175 N. Roadrunner Pkwy, Las Cruces NM | Skilled Nursing | 50 beds | 100% | 1,480,037 | 145,704 | 1,334,333 | 578,849 | 2.31 | 755,484 | | | 58% | 16,630,000 | 9,737,517 | 5/27/2020 | 75% | | 6,892,483 | 29,200 | 1,523,395 | 50% | (395,449) | 395,449 |
| **Total** | | | | | 17,218,247 | 6,840,702 | 10,377,545 | 6,250,651 | 1.66 | 4,126,894 | | | 62% | 176,865,000 | 108,772,369 | | | | 68,092,631 | 2,916,842 | 10,492,459 | | 7,613,901 | 5,629,597 |

**BRIDGE / LEASE-UP (Budgeted DS Reserve and/or Operating Deficit Reserve)**

| Entity Name | Property Address | Type | Size / SF | Occupancy | Property Revenue | Operating Expense | NOI | Annual P&I | DS Reserve | Deficit Reserve | Leverage | Estimated Value | Total Debt | Loan Maturity | Recourse | Uncovered Contingent Liability | Estimated Equity | RBW Personal Investment | Projected Managers Interest | RBW% Managers Interest | (PLW) | Borrower Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wadsworth Development, LLC | 3840 S. Wadsworth Blvd, Lakewood CO | Self-Storage | 199,418 | 18% | 123,425 | 537,408 | (413,983) | 542,508 | 960,400 | 364,000 | 43% | 23,000,000 | 9,800,000 | 7/2/2021 | 0% | | 13,200,000 | 405,754 | 756,599 | 100% | (581,177) | 581,177 |
| Gateway Retail Investment, LLC | 18475 W Colfax Ave, Golden CO | Retail | 15,529 | 100% | 505,545 | 248,261 | 255,284 | 253,800 | 133,810 | 320,014 | 58% | 6,300,000 | 3,659,544 | 11/17/2029 | 50% | | 2,640,456 | | | 50% | | |
| Stapleton Senior Living, LLC | 8154 E Martin Luther King Blvd, Denver CO | Sr Living | 148 beds | 100% | 5,602,947 | 4,420,470 | 1,182,477 | 893,394 | 640,278 | 1,010,646 | 65% | 22,950,000 | 14,913,317 | 10/10/2020 | 75% | | 8,036,683 | 89,062 | 1,219,935 | 45% | (319,016) | 319,016 |
| Northstar Portfolio, LLC | Various - 16 Asset National Portfolio | Industrial/Office/Retail | 4,439,773 | 75% | 17,534,326 | 8,462,063 | 9,072,263 | 6,827,391 | | 2,560,508 | 65% | 154,782,095 | 100,322,095 | 11/8/2021 | 0% | | 54,460,821 | 335,826 | | 100% | (167,913) | 167,913 |
| Wellbrook Bloomington, LLC | 1402 Leslie Drive, Bloomington IL | Sr Living | 80 beds | 80% | 932,764 | | 932,764 | 887,404 | 397,354 | 1,400,000 | 70% | 17,400,000 | 12,099,856 | 1/31/2022 | 100% | | 5,300,144 | 88,565 | 1,036,201 | 50% | (303,333) | 508,568 |
| LMLC Naperville, LLC | 1932 Springbrook Drive, Naperville IL | Daycare | 11,500 | 0% | | | | 160,938 | | (180,938) | 66% | 3,640,000 | 2,393,622 | 6/9/2020 | 100% | 2,393,622 | 1,246,378 | 49,000 | | 50% | (24,500) | 24,500 |
| LMLC Rockford, LLC | Ashwin Blvd & Spring Creek Rd, Rockford IL | Daycare | 7,513 | 0% | | | | 123,954 | | (123,954) | 61% | 2,610,000 | 1,595,217 | 9/13/2020 | 100% | 1,595,217 | 1,014,783 | | | 50% | | |
| LMLC North Chicago, LLC | 2525 Sherman, North Chicago IL | Daycare | 7,574 | 0% | | | | 132,564 | 73,372 | (132,564) | 54% | 3,000,000 | 1,619,762 | 7/26/2021 | 100% | 1,619,762 | 1,380,238 | | | 50% | | |
| Ann Arbor Senior Living Owner, LLC | 2830-2874 S Main Street, Ann Arbor MI | Sr Living | 152 beds | 55% | 5,837,628 | 6,870,225 | (1,032,597) | 1,775,467 | 1,788,508 | 561,539 | 54% | 62,700,000 | 34,000,000 | 10/22/2022 | 100% | | 28,700,000 | 298,214 | 2,145,216 | 25% | (417,259) | 417,259 |
| Hoyt Development, LLC | 800 Hoyt Street, Broomfield CO | Industrial | 312,996 | 15% | 610,853 | 523,659 | 87,194 | 483,018 | 622,783 | 395,450 | 62% | 23,500,000 | 14,600,000 | 9/29/2022 | 50% | | 8,900,000 | 278,123 | | 50% | (139,062) | 139,062 |
| **Total** | | | | | 31,145,488 | 21,062,086 | 10,083,402 | 12,079,438 | 4,836,485 | 6,305,711 | 61% | 319,882,916 | 195,003,413 | | | 5,608,601.00 | 124,879,503 | 1,544,544 | 5,157,951 | | 2,369,974 | 2,255,592 |

**LAND / DEVELOPMENT (Budgeted DS Reserve and/or Operating Deficit Reserve)**

| Entity Name | Property Address | Type | Size / SF | Occupancy | Property Revenue | Operating Expense | NOI | Annual P&I | DS Reserve | Deficit Reserve | Leverage | Estimated Value | Total Debt | Loan Maturity | Recourse | Uncovered Contingent Liability | Estimated Equity | RBW Personal Investment | Projected Managers Interest | RBW% Managers Interest | (PLW) | Borrower Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Parkside Aurora, LLC | 14531 E Alameda Ave, Aurora CO | Mixed-Use / Retail and Retail | 216 MF / 36,319sf Retail | 0% | N/A | N/A | N/A | N/A | 2,200,000 | | 51% | 88,800,000 | 45,000,000 | 4/9/2023 | 100% | | 43,800,000 | 500,000 | 1,385,482 | 50% | | 1,192,241 |
| E. Colfax and Sable, LLC | E. Colfax Ave. and Sable Blvd., Aurora CO | TH and Retail | units | 0% | N/A | N/A | N/A | N/A | 659,060 | | 58% | 27,776,790 | 15,975,849 | 9/1/2020 | 100% | | 11,801,141 | 297,797 | | 50% | | |
| Pinnacle at Ridgegate, LLC | 10535 Park Meadows Blvd, Lone Tree CO | Medical Office | 80,000 | 0% | N/A | N/A | N/A | N/A | 640,278 | | 58% | 39,500,000 | 23,000,000 | 11/1/2025 | 100% | | 16,500,000 | 78,500 | 5,408,375 | 50% | (946,456) | 1,638,222 |
| **Total** | | | | | 31,756,341 | 21,585,745 | 10,170,598 | 12,582,456 | 9,706,698 | 6,992,171 | 56% | 499,459,706 | 293,579,082 | | | | 205,880,644 | 2,401,167 | 6,793,857 | | 3,266,329 | 5,423,616 |

Note: The projections related to these investments are subject to an involuntary removal of Manager notice received on April 2, 2020, though this is being contested.

**DATA CENTERS**

| Entity Name | Property Address | Type | Size / SF | Occupancy | Property Revenue | Operating Expense | NOI | Annual P&I | DSCR (or DS Reserve) | Cash Flow after DS | Leverage | Estimated Value | Total Debt | Loan Maturity | Recourse | Estimated Equity | RBW Personal Investment | Projected Managers Interest | RBW% Managers Interest | (PLW) | Borrower Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dulles NCP LLC | 22915 International Drive, Sterling VA | Data Center | 366,500 | 100% | 6,233,914 | 775,058 | 5,458,856 | 4,305,450 | 1.27 | 1,153,408 | 71% | 114,000,000 | 81,300,000 | 8/9/2021 | 0% | 32,700,000 | 258,000 | 4,411,966 | 80% | (1,235,350) | 3,767,573 |
| Quail Ridge NCP LLC | 24267 Quail Ridge Lane, Aldie VA | Data Center | 841,952 | 0% | | | | | | N/A | 74% | 243,200,000 | 179,069,186 | 9/30/2023 | 0% | 64,130,814 | 297,797 | 29,684,436 | 100% | (10,389,553) | 29,862,233 |
| Manassas NCP LLC | 9000 Freedom Center Blvd, Manassas VA | Data Center | 408,816 | 100% | 2,720,087 | 221,168 | 2,498,919 | 1,823,566 | 1.37 | 675,353 | 76% | 99,700,000 | 75,491,863 | 12/6/2023 | 0% | 24,208,137 | | 11,420,316 | 100% | (3,997,111) | 11,420,316 |
| **Total** | | | | N/A | 8,954,001 | 996,224 | 7,957,777 | 6,129,016 | 1.37 | 675,353 | 74% | 456,900,000 | 335,861,049 | N/A | | 121,038,951 | 555,797 | 45,516,718 | | 44,634,325 | 45,190,122 |

TOTAL EQUITY IN RE INVESTMENTS  56,438,917  
UNCOVERED CONTINGENT LIABILITIES  5,608,601  
GLOBAL DSCR ON OPERATING PROPERTIES  1.65x

```
   199.24  Watson - US Bank
  4510.91  Watson - First Tier Bank
 132188    Watson - TriNet 401k (March)
      0    Watson - Citywide
```

136898.2