

LAND TITLE GUARANTEE COMPANY
5690 DTC BLVD 650E
ENGLEWOOD, CO 80111
Phone: (720) 529-1608
Fax: (303) 393-3999

**"PURCHASERS"**
**STATEMENT OF SETTLEMENT**

PROPERTY ADDRESS: 1499 BLAKE STREET #7A, DENVER, CO 80202

SELLER(S): CHRISTOPHER S. CHASIN

BUYER(S): W.D.C. HOLDINGS, LLC, A COLORADO LIMITED LIABILITY COMPANY

SETTLEMENT DATE: October 03, 2017                     DATE OF PRORATION: October 03, 2017

| DESCRIPTION | DEBIT | CREDIT |
|---|---:|---:|
| **Sales Price & Earnest Money** | | |
| Sales Price | 1,750,000.00 | |
| Earnest Money from LTGC - Earnest Money | | 100,000.00 |
| **Title Fees to Land Title Guarantee Company** | | |
| Title Insurance ALTA Loan Policy | 774.00 | |
| Tax Certificate | 26.00 | |
| **Closing Fees to Land Title Guarantee Company** | | |
| Loan Closing Fee | 400.00 | |
| Closing Fee | 170.00 | |
| **Recording Fees to Land Title Guarantee Company** | | |
| Record Warranty Deed | 18.00 | |
| Record Deed of Trust | 108.00 | |
| Documentary Fee | 175.00 | |
| **Homeowner's Association to Palace Lofts Condominiums Association** | | |
| Owner's Association Dues Owing Palace Lofts Condominiums Association 10/03/2017 to 10/31/2017 @ $23.4194/day | 679.16 | |
| NOVEMBER ASSESSMENT | 726.00 | |
| **New Loan to FIRSTBANK** | | |
| New Loan Amount from FIRSTBANK | | 1,225,000.00 |
| Loan Origination Fee to FIRSTBANK | 12,250.00 | |
| Loan Processing Fee to FIRSTBANK | 950.00 | |
| Tax Service Premium to CoreLogic Tax Service | 132.00 | |
| Appraisal Processing to: to Mercury Network | 11.00 | |
| Appraisal Fee to NATHANIEL HAWK | 800.00 | |
| Credit Report to KROLL FACTUAL DATA | 33.95 | |
| Condo Questionnaire to SKYLINE MGMT | 103.95 | |
| SERVICELINK | 7.00 | |
| Loan Interest to FIRSTBANK 10/03/2017 to 11/01/2017 @ $109.0800/day | 3,163.32 | |
| Tax Reserves 8 months @ $806.91 | 6,455.28 | |
| Hazard Insurance Premium to Great Northern Insurance Co | 2,227.00 | |
| Aggregate Adjustment from FIRSTBANK | | 0.02 |
| **Real Estate Tax to DENVER COUNTY TREASURER** | | |
| Current Year Property Taxes 02331-19-138-138 01/01/2017 to 10/03/2017 @ $27.1362/day | | 7,462.46 |
| **Commission to KENTWOOD CITY PROPERTIES LLC** | | |
| Additional Commission to KENTWOOD CITY PROPERTIES LLC | 200.00 | |
| **SubTotals** | 1,779,409.66 | 1,332,462.48 |
| **Due from Buyer/Borrower** | | 446,947.18 |
| **Totals** | 1,779,409.66 | 1,779,409.66 |

The above figures do not include sales or use taxes on property
APPROVED AND ACCEPTED

Form 624   closing/statements/buyer_statement.html         70555932   (332669)



| PURCHASER(S) | REAL ESTATE BROKER: |
|---|---|
| W.D.C. HOLDINGS, LLC, A COLORADO LIMITED LIABILITY COMPANY | |
| By: _____ | KENTWOOD CITY PROPERTIES LLC |
| BRIAN WATSON, MANAGER | LAND TITLE CLOSING AGENT: |
| | Mandi Underdown |