**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
AN ORDER TO SHOW CAUSE WHY DEFENDANTS BRIAN WATSON
AND WDC HOLDINGS LLC SHOULD NOT BE HELD IN CONTEMPT OF
<u>THE JUNE 5, 2020 PRELIMINARY INJUNCTION</u>**

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s Motion for an Order to Show Cause Why Defendants Brian Watson and WDC Holdings LLC Should Not Be Held in Contempt of the June 5, 2020 Preliminary Injunction. Upon consideration of the Plaintiffs' Motion, the supporting Memoranda of Law, and the Declarations of Travis S. Andrews and exhibits; the Defendants' Responsive Memorandum of Law, the Declaration of Stanley Garnett and exhibits; and the July 17, 2020 hearing, the Motion is GRANTED and it is hereby:

ORDERED that Defendants shall show cause by Friday, July 24, 2020, why they should not be held in contempt of the June 5 Preliminary Injunction, Dkt. 57;

ORDERED that Defendants shall respond on or before August 14, 2020 to the expedited discovery requests Plaintiffs filed on July 15, 2020;

1

2

      ORDERED that Plaintiffs shall respond to Defendants' July 24 showing and August 14 discovery responses on or before August 21, 2020; and

      ORDERED that Defendants, as well as any other person or entity acting at their direction or in concert with them, shall preserve and maintain any and all documents or other evidence or information relating to assets in Defendants' possession, custody, or control at or after the June 5, 2020 entry of the Preliminary Injunction in this action, Dkt. 57.

      IT IS SO ORDERED.

DATE: _____            _____
                                                                Judge Liam O'Grady
                                                       United States District Judge