# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| AMAZON.COM, INC. et al., | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **WDC HOLDINGS LLC, et al.** | | Case No. 1:20CV484 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | S. Wallace |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 10:46 a.m. |
| Proceeding Held: July 17, 2020 | Hearing Ended: | 11:42 p.m. |

**Appearances:**

| **Plaintiff(s):** | Travis Andrews, Elizabeth Papez, Patrick Stokes, Claudia Barrett, Lora McDonald |
|---|---|
| | |
| **Defendant(s):** | James Trusty, Gregory Brower, Stanley Garnett |

[67] Plaintiff's Motion for Order to Show Cause

- Court asks about the status of appeal. Mr. Garnett and Mr. Trusty respond stating the appeal has recently been filed and there has not been a briefing deadline set.
- Ms. Papez responds to the court's question as to whether this court has jurisdiction to hear this motion.
- Counsel present arguments on the motion.
- Court informs counsel to move forward with discovery and prepare those requests.
- Order to follow.
- Counsel continue to present arguments on discovery.