# EXHIBIT 7

*Source: Splits worksheet provided by Kyle*

| WDC Amount Received | Fee Type | Project | Date | Referal - Villanova Due | Referal - Villanova Paid | Referal - Villanova Owed | | Net Revenue |
|---|---|---|---|---|---|---|---|---|
| $ 400,000.00 | Leasing Fee | Dulles | 4/6/2018 | $ 300,000.00 | $ 50,000.00 | $ 250,000.00 | (1) | $ 100,000.00 |
| $ 1,128,213.00 | Development Fee (20%) | Dulles | 7/20/2018 | $ 225,642.60 | $ - | $ 225,642.60 | | $ 902,570.40 |
| $ 1,013,614.00 | Leasing Fee (25%) | Quail | 6/4/2018 | $ 760,210.50 | $ - | $ 760,210.50 | | $ 253,403.50 |
| $ 1,058,807.00 | Development Fee (20%) | Quail | 6/4/2018 | $ 211,761.40 | $ - | $ 211,761.40 | | $ 847,045.60 |
| $ 3,600,634.00 | | | | $ 1,497,614.50 | $ 50,000.00 | $ 1,447,614.50 | | $ 2,103,019.50 |

(1)    P/D/W Brian Watson 6/18/2018 other referral fees paid to Villanova were not inclusive of these deals;

$287,000.00   (Due to Dulles NCP, LLC)
$206,000.00   (Due to Sterling NCP FF, LLC)
**$493,000.00   Total Equity Owed Today 6.25.18**

Cash on Hand
810,000.00   WDC
180,000.00   NCPM
**990,000.00**