**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| AMAZON.COM, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC., et al.,<br><br>Defendants. | CIVIL ACTION No. 1:20cv484 |

**WAIVER OF ORAL ARGUMENT**

Pursuant to Local Civil Rule 7(E), Defendants Brian Watson and WDC Holdings LLC, by counsel, hereby waive oral argument on their Consent Motion for an Extension of Deadlines and Page Limits for Defendants' Response to the Amended Complaint, Plaintiffs' Opposition, and Defendants' Reply Thereto.

DATED: August 21, 2020

Respectfully submitted

_/s/ Jeffrey R. Hamlin_
Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun (*pro hac vice*)
James Trusty (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com
*Counsel for Defendants Brian Watson*
*and WDC Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2020, I served the foregoing by electronic mail on:

Elizabeth P. Papez
Patrick F. Stokes
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC  20036-5306
epapez@gibsondunn.com
pstokes@gibsondunn.com

Respectfully submitted,

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VSB No. 46932)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
(202) 524-4140 – Tel.
(202) 524-4141 – Fax

*Attorney for Defendants Brian Watson and WDC Holdings LLC*