IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br><br>   Plaintiffs,<br><br>                    v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20,<br><br>   Defendants. | Case No. 1:20 Civ. 484 |

### DEFENDANT CARLETON NELSON'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL & MEMORANDUM IN SUPPORT THEREOF

In accordance with the Protective Order in this case, Dkt. 55, Defendant Carleton Nelson respectfully seeks leave to file under seal portions of the memorandum of law in support of his Motions To Stay Deadlines for Responding to Plaintiffs' Corrected First Amended Complaint and To Expedite Briefing, as well as the entirety of Exhibit B and portions of Exhibits A, C, D, E, F, and G to the Declaration of Eric R. Nitz dated September 1, 2020. Those filings constitute or reference documents that Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. (collectively, "Amazon") have designated as "Confidential" under the Protective Order, Dkt. 55.

Mr. Nelson disagrees with Amazon's designation of the documents at issue as "Confidential," but files this motion to comply with the Protective Order and Local Civil Rule 5(C). Under Local Civil Rule 5, Amazon "must file a response to [this] motion complying with [the] requirements" of Local Civil Rule 5(C)(2), (3), and (4), justifying the sealing of the above-referenced materials, and supplying a proposed order.

Dated:  September 1, 2020

Respectfully submitted,

/s/
Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

Justin V. Shur (*pro hac vice pending*)
Caleb Hayes-Deats (*pro hac vice pending*)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
jshur@mololamken.com
chayes-deats@mololamken.com

Jennifer E. Fischell (*pro hac vice pending*)
MOLOLAMKEN LLP
430 Park Avenue
New York, New York  10022
(212) 607-8174 (telephone)
(212) 607-8161 (fax)
jfischell@mololamken.com

*Counsel for Defendant Carleton Nelson*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On September 1, 2020, I will further send the document and a notification of such filing (NEF) to the following parties by e-mail:

Travis Stuart Andrews (Va. Bar No. 90520)
Luke Michael Sullivan (Va. Bar No. 92553)
Elizabeth P. Papez
Patrick F. Stokes
Claudia M. Barrett
GIBSON DUNN & CRUTCHER LLP
tandrews@gibsondunn.com
lsullivan@gibsondunn.com
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com

*Counsel for Plaintiffs*

Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun
James Trusty
IFRAH PLLC
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson and WDC Holdings LLC*

Edward T. Kang
Brian Frey
ALSTON & BIRD LLP
edward.kang@alston.com
brian.frey@alston.com

*Counsel for Defendant Casey Kirschner*

Dated: September 1, 2020

          /s/
Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

*Counsel for Defendant Carleton Nelson*