IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:20-cv-00484**, Case Name **Amazon.com Inc. v. WDC Holdings, et al.**
Party Represented by Applicant: **Casey Kirschner**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Edward Tae Joon Kang**
Bar Identification Number **1011251**        State **District of Columbia**
Firm Name **Alston & Bird LLP**
Firm Phone # **202-239-3300**        Direct Dial # **202-239-3728**        FAX # **202-654-4918**
E-Mail Address **edward.kang@alston.com**
Office Mailing Address **The Atlantic Building, 950 F. Street, NW, Washington, D.C. 20004**

Name(s) of federal court(s) in which I have been admitted **See attached listing**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **x** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    **Scott J. Pivnick**        **9/18/2020** (Date)
(Typed or Printed Name)        **48022** (VA Bar Number)

Court Use Only:   L.C.

Clerk's Fee Paid **X**   or Exemption Granted ____

The motion for admission is GRANTED **✓**   or DENIED ____

/s/ 
Liam O'Grady
United States District Judge

**9/17/20** (Date)

## EDWARD T. KANG'S LIST OF ADMISSIONS

| COURT OF ADMISSION | YEAR ADMITTED | IN GOOD STANDING |
|---|---|---|
| New York Bar | 2002 | Yes |
| District of Columbia Bar | 2016 | Yes |
| 2nd Circuit Court of Appeals | 2019 | Yes |
| 4th Circuit Court of Appeals | 2015 | Yes |
| 6th Circuit Court of Appeals | 2002 | Yes |
| 9th Circuit Court of Appeals | 2018 | Yes |
| 11th Circuit Court of Appeals | 2016 | Yes |
| District of Columbia Court of Appeals | 2013 | Yes |
| United States Supreme Court | 2006 | Yes |
| United States District Court for the District of Colorado | 2016 | Yes |
| United States District Court for the District of Columbia | 2016 | Yes |
| United States District Court for the District of Connecticut | 2005 | Yes |

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed the above and foregoing Application to Qualify as a Foreign Attorney with the Clerk of Court via the Court's ECF system which served a true copy on all counsel of record, via the ECF system.

This the 14th day of September, 2020.

/s/ Scott J. Pivnick
Scott J. Pivnick
Virginia Bar No. 48022
Alston & Bird LLP
950 F St. NW
Washington, DC 20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
scott.pivnick@alston.com

*Counsel for Defendant Casey Kirschner*