**EXHIBIT 1**



First, let me state that I take sole and full responsibility for my actions. My decision is my own, and no one should take any blame or responsibility.

As some of you may know, I had a surprise visit from the FBI this morning at my new home. It was like a scene from a movie where 3-4 cars showed up in my driveway, and I was greeted at the door by Special Agents Christopher Scrabis and Raul Leon of the Denver Division. They explained that they were there to help us with the Balfour Ann Arbor wire fraud issue, as our contractor Brinkmann Construction was hacked, and they sent us incorrect wire instructions where we wired $3 million. We had contacted the FBI weeks earlier to report this crime and to see if they could help us, and it was our understanding they seized the $3M from the fraudsters account, and we have been pleading with them to return the money to us so we could pay Brinkmann. Based on the massive stress this has caused me for weeks, I gladly let them in, as I thought they were there to help...

After discussing the Ann Arbor wire issue, they then changed tone and started to accuse me of fraud, misappropriation of funds, etc. in relation to our Amazon data centers. I was shocked to hear this, as I do not know of any such fraud, and explained to them I could not discuss this as I was under a strict confidentiality agreement with Amazon. They then served me papers, confiscated both of my laptops and cell phone, and left my home. Needless to state, I was scared, shocked, and devastated.

Though I am unsure what their issues are, I believe it is regarding one of two things. First, Kyle Ramstetter and Will Camenson, two former employees who worked for me, completed a "flip" of land last year without my knowledge or consent. In sum, they placed a parcel of land in Virginia under contract for $96 million and flipped a few weeks later for $116 million, making approximately $20 million behind my back. I learned of this 2 days before my wedding from an employee, and promptly investigated this. The next day I fired these two thieves, and confiscated their business computers and had them escorted from the office. After legal action, we settled with them during my honeymoon, and I have had no further communication or business dealings with them, though I think they should have went to jail, along with my ex-wife Patricia Watson who was working with them, gave them legal counsel, and I believe was involved in that transaction and 100 acres of land in Ohio she acquired with their help while they were my employees. Both Ramstetter and his White Plains entity were mentioned in the FBI documents.

If the issue is not the above, then it may be the referral agreement we have with Villanova Trust who was mentioned by the FBI agents and in the documents they gave me today. To be clear, we have had a referral agreement with Christian Kirschner of Villanova for over 4 years. He has been one of my best friends, and I pay him $4,000 per month as an independent contractor to research large companies, who may have commercial real estate needs, and then he introduces me to them.

We have done this for many years, even before he introduced us to Amazon, where his brother Casey works (he even made more intros this week and last, even in this time of Covid-19). After being introduced to Casey, we submitted a proposal for the first deal along with several other sophisticated companies, and we were told that we won that bid, as we had the most competitive pricing. Subsequently, we won two other projects for a total of 9 buildings. Per the audio investor update I sent this week to our investors, our projects have been on time, and under budget, and the team at Amazon have been so pleased, that they have referred to us as their best developer in the country. Villanova's referral agreement was drafted by legal counsel, and we paid them a share of fees that were generated from our work with Amazon. The funds we sent were never sent to Casey Kirschner or Carl Nelson, who the FBI also mentioned today.

So, it seems that someone has reported us to the FBI, and I guess that this is either my disgruntled and vindictive ex-wife ███████████, ███ a former employee who worked for about a month and abruptly left the firm stating that he had concerns but never told me what those were, ███████ a former employee who works with my ex-wife, or Kyle Ramstetter and Will Camenson, if they got into other legal issues and are now trying to barter Northstar in some way. There could be others, but those are my best guesses.

In speaking with my legal counsel, we still believe that we did not do anything illegal. That being stated, given the FBI involvement, accusations, and threats, one is "guilty until proven innocent" vs the way our legal system is supposed to work of "innocent until proven guilty". Though I have fought through many hard times, economic crashes, and tribulations, I can not make it through the public humiliation and devastation that a public accusation or indictment from the FBI/Department of Justice would have. Though I believe we are innocent and would prevail in a legal proceeding, the very public record of this would not allow me to raise debt or equity from investors moving forward, which would destroy my company, the people that work with me, and my family.

Between the massive negative impacts and devaluation caused by COVID-19, the constant legal threats and bashing by my ex-wife, and now this FBI witch hunt, ████████████████████ ███. Though I was expecting to receive approximately $11 million in the next few weeks and months from deals we were selling (exclusive of the Amazon deals which were expected to pay me over $60 million in the next few years), almost all of these have been terminated or put on hold due to Covid-19. ████████████████████████████████████

████████████████████████████

Tiffany █████████████████████████████
█████████████████ I wish I could be there tomorrow to set up our new furniture.
████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████ - Like ████████, you are greedy leeches, who will never be satisfied. I don't have your email addresses but I hope someone shares this with you, and also with Ramstetter and Camenson.

Carl- Your correspondence of last week broke my heart. I truly valued our friendship, and feel bad that you are so upset with me.

Northstar Team- Thank you for being the best team an employer could ever ask for. I am sorry I let you down, and I tried my best.

Matt and Luke of IPI, and ██████████████ Balfour- I hope you realize that life is not all about the money or forcing your will/control over others. Though I received the termination notice for the Amazon deals today, which we do not believe is valid until the FBI were to finalize a conviction of me, and we have been in legal snafus with Balfour for Stapleton and Ann Arbor, I

hope that you will treat my family and team fairly, and give them the fees and interests due over time. They will all depend on this, and you will still make plenty of money.

Christopher and Raul- Your actions have real consequences on real people, even though you are "just doing your job". I hope this will allow you to place any blame on me ██████████, and let my staff, family, investors, Christian, Casey, and Carl be.



[REDACTED]

Love,

**Brian Watson**
*Founder & CEO*



**Northstar Commercial Partners**

**Denver Headquarters**
1999 Broadway, Suite 3500
Denver, CO 80202

Office: 303-893-9500
Web: www.NorthstarCP.com

**Executive Assistant:** Christine Meier
cmeier@northstarcp.com



*BUILDING:*
*Lessons Learned in*
*Real Estate & Life*

Now Available on
Amazon &
www.buildingbook.us



*Creating Opportunity. Empowering People. Strengthening Communities.*

*This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*