# EXHIBIT 10

| | Commission | | Dev Fee | | Sale | | Land/Rebate | | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Shaw Rd. | $ | 800,000 | $ | 700,000 | $ | 2,250,000 | $ | 400,000 | $ | 4,150,000 |
| Quail Ridge | $ | 2,600,000 | $ | 1,750,000 | $ | 3,750,000 | $ | 400,000 | $ | 8,500,000 |
| Manassas | $ | 1,600,000 | | | | | $ | 2,000,000 | $ | 3,600,000 |
| Lerner | $ | 1,600,000 | $ | 700,000 | $ | 2,250,000 | $ | 400,000 | $ | 4,950,000 |
| Route 50 | $ | 1,800,000 | $ | 700,000 | $ | 2,250,000 | $ | 400,000 | $ | 5,150,000 |
| DTC | $ | 1,500,000 | $ | 1,750,000 | $ | 7,500,000 | | | $ | 10,750,000 |
| Total | $ | 9,900,000 | $ | 5,600,000 | $ | 18,000,000 | $ | 3,600,000 | $ | 37,100,000 |
| **Share** | **$** | **3,550,000** | **$** | **2,158,333** | **$** | **7,250,000** | **$** | **1,533,333** | **$** | **14,491,667** |