# EXHIBIT 14

```
                             advice (01B).txt
Citywide Banks
P.O. Box 128
Denver CO 80202


Outgoing Wire - Advice of Debit
_____
Date:  08/07/2019                       Wire Create Time: 1024



Account #        : *****1914
Originator Name : W D C HOLDINGS LLC
Amount           : $321,028.44
GFX Reference    : 20192190099300

Beneficiary Bank: First Tennessee Bank
Beneficiary      : ********8
                   Villanova Trust
                   Christian Vance Kirschner, Trustee 16 Compton Trace Nashville, TN
37215

Beneficiary Info (OBI):
               Manassas Leasing Fee

Bank to Bank Info (BBI):


Reference for Beneficiary (RFB):


Fed Reference Number (IMAD):
               20190807L1LFB83C000245

Please do not respond to this email address as it is an unmonitored mailbox.
```

Page 1