# EXHIBIT 16

| | |
|---|---|
| **From:** | Brian Watson |
| **To:** | Kirschner, Casey |
| **Subject:** | RE: Strategic Corporate Partnerships |
| **Date:** | Wednesday, July 26, 2017 2:01:23 PM |

Thanks! We are ready to move on sites when you are!

**Brian Watson**

Chairman and CEO

 

To learn more about our various community initiatives, please visit: *www.BrianWatson.us*

**Creating Opportunity. Empowering People. Strengthening Communities.**

*This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*

**From:** Kirschner, Casey [mailto:ckirschn@amazon.com]
**Sent:** Wednesday, July 26, 2017 2:56 PM
**To:** Brian Watson <brian@northstarcp.com>
**Subject:** RE: Strategic Corporate Partnerships

Nothing to do as of now.  We're just working on finalizing our demand forecast and determining where we need to go next.  I'm pretty confident there will be an opportunity in the next few months.  I'll keep you posted.

Thanks,

Casey

**Casey Kirschner | Amazon.com**
Regional Infrastructure Development
2001 8th Avenue | Seattle, WA 98121
**T:** (206) 922-1825 | **C:** (612) 865-9030
ckirschn@amazon.com | www.amazon.com

**From:** Casey Kirschner [mailto:casey.kirschner@gmail.com]
**Sent:** Wednesday, July 26, 2017 1:52 PM
**To:** Kirschner, Casey <ckirschn@amazon.com>
**Subject:** Fwd: Strategic Corporate Partnerships


---------- Forwarded message ----------
From: **Brian Watson** <brian@northstarcp.com>
Date: Wed, Jul 26, 2017 at 1:35 PM
Subject: RE: Strategic Corporate Partnerships
To: Casey Kirschner <casey.kirschner@gmail.com>

Looking forward to it!

Anything I can do in the meantime?

Can you please send me your business contact info too?

Thanks!


**Brian Watson**
Chairman and CEO

 

*To learn more about our various community initiatives, please visit: www.BrianWatson.us*

**Creating Opportunity. Empowering People. Strengthening Communities.**

*This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*

**From:** Casey Kirschner [mailto:casey.kirschner@gmail.com]
**Sent:** Wednesday, July 26, 2017 2:33 PM
**To:** Brian Watson <brian@northstarcp.com>
**Subject:** Re: Strategic Corporate Partnerships

Thanks, Brother.  I look forward to seeing you out here as well.  Carl and I will be ready for you.

Casey

On Wed, Jul 26, 2017 at 1:04 PM, Brian Watson <brian@northstarcp.com> wrote:

> Casey,
>
> Please see the attached overview which explains how we work with companies to create value in real estate for them. I am looking forward to our visit in Seattle at the end of August.
>
> Best Regards,
>
> **Brian Watson**
> Chairman and CEO
>
>  
>
> *To learn more about our various community initiatives, please visit:* *www.BrianWatson.us*
>
> **Creating Opportunity. Empowering People. Strengthening Communities.**
>
> *This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*