# EXHIBIT 17

# SAMMIS

## PROJECTED TOTAL DEVELOPMENT BUDGET

Total cost of land: $5,625,660
Number of buildings: 2
Percent of Land for Two Buidlings (50%)
Acres: 18.75

| | | | |
|---|---|---|---|
| Acreage | 9.38 | 9.38 | 18.75 |
| Land SF | 408,423 | 408,423 | 816,846 |
| Building SF | 204,408 | 204,408 | 408,816 |
| Rent SF | 204,408 | 204,408 | |

| Land Cost | Input | Cost ($) | Per Rentable SF | Cost ($) | Per Rentable SF | Cost ($) |
|---|---|---|---|---|---|---|
| Land Cost | | $ 2,812,830 | $ 13.76 | $ 2,812,830 | $ 13.76 | $ 5,625,660 |
| Loan Origination | 0.0% | $ - | - | $ - | - | $ - |
| Extension Fee | | $ - | - | $ - | - | $ - |
| Legal | | $ - | - | $ - | - | $ - |
| Acquisition Fee | Acquisition Fee (3.0%) | $ - | - | $ - | - | $ 168,770 |
| Leasing Fee | 2.0% | $ 832 645 | 4.07 | $ 832 645 | 4 07 | $ 1 665 290 |
| | **SUBTOTAL LAND COSTS** | **$ 3 645 475** | **$ 17.83** | **$ 3 645 475** | **$ 17.83** | **$ 7 459 720** |

| CONSTRUCTION - HARD COSTS | | Cost ($) | Per Rentable SF | Cost ($) | Per Rentable SF | Cost ($) |
|---|---|---|---|---|---|---|
| GC Profit | | $ 405,580 | 1.98 | $ 405,580 | 1 98 | $ 811,160 |
| Site Work (EEReed) | | $ 6,900,330 | 33.76 | $ 6,900,330 | 33.76 | $ 13,800,659 |
| Building (EEReed) | | $ 13,403,052 | 65.57 | $ 13,403,052 | 65 57 | $ 26,806,104 |
| Tenant Upgrades | | $ 5,215,587 | 25.52 | $ 5,215,587 | 25 52 | $ 10,431,174 |
| Subguard | $0.00 PSF | $ 116,148 | 0.57 | $ 116,148 | 0 57 | $ 232,296 |
| County License Fee | | $ 16,083 | 0 08 | $ 16,083 | 0 08 | $ 32,166 |
| GC Contingency | | $ 696,240 | 3.41 | $ 696,240 | 3.41 | $ 1,392,480 |
| Developer Contingency | 5.0% | $ 1,337,651 | 6.54 | $ 1,337,651 | 6 54 | $ 2,675,302 |
| | **SUBTOTAL CONSTRUCTION COSTS** | **$ 28,090,670** | **$ 137.42** | **$ 28,090,670** | **$ 137.42** | **$ 56,181,341** |

| SOFT COSTS | Input | Cost ($) | Per Rentable SF | Cost ($) | Per Rentable SF | Cost ($) |
|---|---|---|---|---|---|---|
| Design Fees | | | - | | - | |
| Architectural Design Fee | | $ 157,500 | 0.77 | $ 145,000 | 0.71 | $ 302,500 |
| Additional Achitectural Services | | $ 6,000 | 0.03 | $ 6,000 | 0 03 | $ 12,000 |
| Sturctural Engineering Fee | | $ 166,175 | 0.81 | $ 149,500 | 0.73 | $ 315,675 |
| MEP Engineering Fee | | $ 19,600 | 0.10 | $ 17,000 | 0 08 | $ 36,600 |
| Additional MEP Services | | $ 50,825 | 0 25 | $ 44,250 | 0 22 | $ 95,075 |
| Additional Meetings | | $ 1,800 | 0 01 | $ 1,800 | 0 01 | $ 3,600 |
| Building Permit Expeditor Fee | | $ 7,200 | 0 04 | $ 7,200 | 0 04 | $ 14,400 |
| Tenant Achitect Programming Coordinator | | $ 9,200 | 0 05 | $ 9,200 | 0 05 | $ 18,400 |
| JCL Permits and Fees | | | | | | |
| Grading Bond Fees | | $ 3,000 | 0 01 | $ 3,000 | 0 01 | $ 6,000 |
| Grading Permits | | $ 5 000 | 0 02 | $ 5 000 | 0 02 | $ 10 000 |
| Site Plans (STPL and STMP) | | $ 8,000 | 0 04 | $ 8,000 | 0 04 | $ 16,000 |
| Loudoun Water Review Fees | | $ 7,000 | 0 03 | $ 7,000 | 0 03 | $ 14,000 |
| Site Plan Revision (SPAM) | | $ 2,500 | 0.01 | $ 2,500 | 0 01 | $ 5,000 |
| DEDI Plat and Onsite Easement | | $ 2,000 | 0.01 | $ 2,000 | 0 01 | $ 4,000 |
| Water Tap Fee | | $ 100,000 | 0.49 | $ 100,000 | 0.49 | $ 200,000 |
| Sewer Tap Fee | | $ 2,500 | 0.01 | $ 2,500 | 0 01 | $ 5,000 |
| Water Review Fee | | $ 5,000 | 0.02 | $ 5,000 | 0 02 | $ 10,000 |
| Sewer Review Fee | | $ 2,500 | 0 01 | $ 2,500 | 0 01 | $ 5,000 |
| Insurance- OCIP and Builders Risk | | $ 225,000 | 1.10 | $ 225,000 | 1.10 | $ 450,000 |
| Taxes During Construction | | $ 21,875 | 0.11 | $ 21,875 | 0.11 | $ 43,750 |
| County Required Bonds (Water, Grading, Performance) | | $ 250,000 | 1 22 | $ 250,000 | 1 22 | $ 500,000 |
| Civil Bid JCL | | | | | | |
| Topographic Survey | | $ 20,150 | 0.10 | $ 20,150 | 0.10 | $ 40,300 |
| ALTA Survey | | $ 13,750 | 0 07 | $ 13,750 | 0 07 | $ 27,500 |
| Geotechnical | | $ 21,000 | 0.10 | $ 21,000 | 0.10 | $ 42,000 |
| Engineering Feasibility | | $ 12,500 | 0 06 | $ 12,500 | 0 06 | $ 25,000 |
| Preliminary Engineering Grading | | $ 24,357 | 0.12 | $ 24,357 | 0.12 | $ 48,713 |
| Meeting, Coordination and Application | | $ 15,000 | 0.07 | $ 15,000 | 0 07 | $ 30,000 |
| Phase 1/ ESA | | $ 3,200 | 0.02 | $ 3,200 | 0 02 | $ 6,400 |
| Wetland Flagging/ JD and PFD | | $ 14,250 | 0.07 | $ 14,250 | 0 07 | $ 28,500 |

| Item | | | | | | | |
|---|---|---|---|---|---|---|---|
| Phase 1 Cultural Resources Survey | | $ 9,860 | 0.05 | $ 9,860 | 0 05 | $ 19,719 |
| Budgeted Estimates of Review Fees and Process | | $ 5,500 | 0.03 | $ 5,500 | 0 03 | $ 11,000 |
| Sammis Early Grading Plan | | $ 43,810 | 0.21 | $ 43,810 | 0 21 | $ 87,620 |
| Sammis Final Site Plan | | $ 89,890 | 0.44 | $ 89,890 | 0.44 | $ 179,780 |
| Boundary Line Adjustment | | $ 4 100 | 0.02 | $ 4 100 | 0 02 | $ 8 200 |
| Hydraulic Analysis | | $ 4,530 | 0.02 | $ 4,530 | 0 02 | $ 9,060 |
| Subdivision and Easement Plat | | $ 6,850 | 0.03 | $ 6,850 | 0 03 | $ 13,700 |
| NOVEC Ductbank Plan for Data Center | | $ 13,125 | 0 06 | $ 13,125 | 0 06 | $ 26,250 |
| Fiber Ductbank Plan | | $ 11,880 | 0 06 | $ 11,880 | 0 06 | $ 23,760 |
| VSMP/SWPPP Booklet for EGP | | $ 3,150 | 0 02 | $ 3,150 | 0 02 | $ 6,300 |
| Temporary VDOT Land Use Permit | | $ 2,050 | 0 01 | $ 2,050 | 0 01 | $ 4,100 |
| Permanent VDOT Land Use Permit | | $ 4,395 | 0 02 | $ 4,395 | 0 02 | $ 8,790 |
| Bond Coordination and Process for EGP | | $ 5,215 | 0 03 | $ 5,215 | 0 03 | $ 10,430 |
| Meetings, Coordination, & Application Support Services | | $ 7,500 | 0 04 | $ 7,500 | 0 04 | $ 15,000 |
| Construction Administration | | $ 11,500 | 0 06 | $ 11,500 | 0 06 | $ 23,000 |
| Phase 2 | | $ 10,000 | 0.05 | $ 10,000 | 0 05 | $ 20,000 |
| Materials Testing | | $ 150,000 | 0.73 | $ 150,000 | 0.73 | $ 300,000 |
| Construction Loan Interest | | $ 1,122,086 | 5.49 | $ 1,122,086 | 5.49 | $ 2,244,171 |
| Loan Origination Costs | | | | | | |
| Loan Origination | 2.0% | $ 596,732 | 2.92 | $ 596,732 | 2 92 | $ 1,193,465 |
| Other Lender Charges | | $ 12,500 | 0.06 | $ 12,500 | 0 06 | $ 25,000 |
| Appraisal | | $ 10,000 | 0.05 | $ 10,000 | 0 05 | $ 20,000 |
| Lender/Admin Fees/Bank Fees | | $ 50,000 | 0 24 | $ 50,000 | 0 24 | $ 100,000 |
| Intra Links Data Room Expense | | $ 12,500 | 0 06 | $ 12,500 | 0 06 | $ 25,000 |
| Title Work | | $ 225,000 | 1.10 | $ 225,000 | 1.10 | $ 450,000 |
| Legal/Processing | | $ 250,000 | 1 22 | $ 250,000 | 1 22 | $ 500,000 |
| Wrap Administrator | | $ 3,750 | 0 02 | $ 3,750 | 0 02 | $ 7,500 |
| Taxes, Insurance and Debt Service Prior to Construction | | $ 5,495 | 0 03 | $ 5,495 | 0 03 | $ 10,990 |
| Unfunded Commitment Fee | | $ 16,622 | 0 08 | $ 16,622 | 0 08 | $ 33,244 |
| Entitlement Fee (% of Hard and Soft Costs) | 3.5% | $ 1,169,664 | 5.72 | $ 1,168,201 | 5.72 | $ 2,337,866 |
| Miscellaneous | | $ 40,000 | 0.20 | $ 40,000 | 0 20 | $ 80,000 |
| Asset Management Fee | 1.0% | | | | | $ 186,479 |
| Chiles Capital | 1.0% | | | | | $ 149,183 |
| Contingency | 5% | $ 253,729 | 1.24 | $ 251,738.60 | 1 23 | $ 505,468 |
| | **SUBTOTAL DEVELOPMENT COSTS** | **$ 5 328 314** | **$ 26.07** | **$ 5 286 511** | **$ 25.86** | **$ 10 950 487** |
| | **TOTAL DEVELOPMENT COSTS** | **$ 37 064 460** | **$ 181.33** | **$ 37 022 656** | **$ 181.12** | **$ 74 591 548** |




**Building 1**

| Year | Annual | Monthly | PSF |
|---|---|---|---|
| 1 | $2 483 319 | $206 943 | $12.15 |
| 2 | $2,520,569 | $210,047 | $12.33 |
| 3 | $2,558,377 | $213,198 | $12.52 |
| 4 | $2,596,753 | $216,396 | $12.70 |
| 5 | $2 635 704 | $219 642 | $12.89 |
| 6 | $2 675 240 | $222 937 | $13.09 |
| 7 | $2,715,368 | $226,281 | $13.28 |
| 8 | $2,756,099 | $229,675 | $13.48 |
| 9 | $2,797,440 | $233,120 | $13.69 |
| 10 | $2,839,402 | $236,617 | $13.89 |
| 11 | $2,881,993 | $240,166 | $14.10 |
| 12 | $2,925,223 | $243,769 | $14.31 |
| 13 | $2 969 101 | $247 425 | $14.53 |
| 14 | $3 013 638 | $251 136 | $14.74 |
| 15 | $3,058,842 | $254,904 | $14.96 |
| | | $0 | $0.00 |

**Building 2**

| Year | Annual | Monthly | PSF |
|---|---|---|---|
| 1 | $2 480 518 | $206 710 | $12.14 |
| 2 | $2,517,726 | $209,810 | $12.32 |
| 3 | $2,555,492 | $212,958 | $12.50 |
| 4 | $2,593,824 | $216,152 | $12.69 |
| 5 | $2 632 731 | $219 394 | $12.88 |
| 6 | $2 672 222 | $222 685 | $13.07 |
| 7 | $2,712,306 | $226,025 | $13.27 |
| 8 | $2,752,990 | $229,416 | $13.47 |
| 9 | $2,794,285 | $232,857 | $13.67 |
| 10 | $2,836,199 | $236,350 | $13.88 |
| 11 | $2,878,742 | $239,895 | $14.08 |
| 12 | $2,921,923 | $243,494 | $14.29 |
| 13 | $2 965 752 | $247 146 | $14.51 |
| 14 | $3 010 239 | $250 853 | $14.73 |
| 15 | $3,055,392 | $254,616 | $14.95 |
| | | $0 | $0.00 |

| | Building 1 | Building 2 |
|---|---|---|
| **Construction Start Date** | 9/1/2018 | |
| **Construction Completion Date** | 4/30/2019 | 9/30/2019 |

| | Building 1 | Building 2 | Building 3 | Building 4 | Total |
|---|---|---|---|---|---|
| Leasing Fee | $41,427,067 | $41,380,342 | $0 | $0 | $82,807,409 |

2.00%
1,656,148