# EXHIBIT 20

| | |
|---|---|
| **From:** | Donielle Markel |
| **To:** | Kirschner, Casey |
| **Subject:** | RE: Brian Watson :: Dinner, 8/24 |
| **Date:** | Tuesday, August 22, 2017 4:36:46 PM |
| **Attachments:** | image001.jpg |

My pleasure, Casey!

We're confirmed at Daniel's Broiler on Thursday, August 24th @ 6.30p PDT.

I'll include you on OpenTable's calendar confirmation if you'd like to add it to your calendar.

Thank you,
*Donielle Markel*
Executive Assistant to Brian Watson, Chairman and CEO

**Northstar Commercial Partners**
1999 Broadway, Suite 770 | Denver, Colorado 80202
303.893.9500 U.S. Main Phone
720.249.2249 Direct Line
303.893.9505 Fax
www.northstarcp.com

Denver | New York

***Creating Opportunity. Empowering People. Strengthening Communities.***

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company

**From:** Kirschner, Casey [mailto:ckirschn@amazon.com]
**Sent:** Tuesday, August 22, 2017 2:23 PM
**To:** Donielle Markel <dmarkel@northstarcp.com>
**Subject:** RE: Brian Watson :: Dinner, 8/24

6:30 works best.  Thanks for doing this!!

**From:** Donielle Markel [mailto:dmarkel@northstarcp.com]
**Sent:** Tuesday, August 22, 2017 12:50 PM
**To:** Kirschner, Casey <ckirschn@amazon.com>
**Subject:** RE: Brian Watson :: Dinner, 8/24

Thank you, Casey -

I appreciate the insight. Daniels Broiler has two openings for a group of five -- 6.30p or 7.15p do you have a preference?

I'll get that all booked for you, no problem!
*Donielle Markel*
Executive Assistant to Brian Watson, Chairman and CEO

**Northstar Commercial Partners**
1999 Broadway, Suite 770 | Denver, Colorado 80202
303.893.9500 U.S. Main Phone
720.249.2249 Direct Line
303.893.9505 Fax
www.northstarcp.com

Denver | New York

***Creating Opportunity. Empowering People. Strengthening Communities.***

This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals. This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company

**From:** Kirschner, Casey [mailto:ckirschn@amazon.com]
**Sent:** Tuesday, August 22, 2017 1:00 PM
**To:** Donielle Markel <dmarkel@northstarcp.com>
**Subject:** RE: Brian Watson :: Dinner, 8/24

Hi Donielle,

We are looking forward to having Brian out here.  Let's plan on meeting at the Amazon main reception area on the 12th floor of the building (2001 8th Ave).

The 2 restaurants I recommend are The Metropolitan Grill which is the famous/best steakhouse in Seattle (expensive but a cool experience) or Daniels Broiler which is on South Lake Union with great views and another cool Seattle dining experience.  I would probably suggest Daniel's because of the great views of the boats and water.

Let me know if you have any additional questions.

Thanks,

Casey

**Casey Kirschner | Amazon.com**
Regional Infrastructure Development
2001 8th Avenue | Seattle, WA 98121
**T:** (206) 922-1825 | **C:** (612) 865-9030
ckirschn@amazon.com | www.amazon.com

**From:** Donielle Markel [mailto:dmarkel@northstarcp.com]
**Sent:** Tuesday, August 22, 2017 9:45 AM
**To:** Kirschner, Casey <ckirschn@amazon.com>
**Subject:** Brian Watson :: Dinner, 8/24

Good Morning Casey –

My name is Donielle Markel, Executive Assistant to Brian Watson here at Northstar. I'm reaching out today to see if I can be of service.

Do you have a place in mind that I can make reservations for Thursday night's dinner? Also, what time works well for you and Carl?

Any finally, I have Brian heading to your offices @ 2001 8th Ave, Seattle, WA 98121 on Thursday @ 1p PDT -- is there any access information they may need upon arrival?

Thank you for your time,
***Donielle Markel***
Executive Assistant to Brian Watson, Chairman and CEO



**Northstar Commercial Partners**
1999 Broadway, Suite 770 | Denver, Colorado 80202
303.893.9500 U.S. Main Phone
720.249.2249 Direct Line
303.893.9505 Fax
www.northstarcp.com

Denver | New York

Begin forwarded message:

> **From:** "Kirschner, Casey" <ckirschn@amazon.com>
> **Date:** August 22, 2017 at 8:08:56 AM MDT
> **To:** Brian Watson <brian@northstarcp.com>
> **Subject: Re: This Thursday?**
>
> Sorry I left that info out!  We will be meeting at 2001 8th Ave in downtown Seattle. The Westin and Sheraton are a few blocks away.
>
> Sent from my iPhone
>
> On Aug 22, 2017, at 12:20 AM, Brian Watson <brian@northstarcp.com> wrote:
>
>> Thanks Casey!
>>
>> Will we be meeting at Corporate HQ? Just need an idea for location, so we can book a hotel, unless there is one you recommend?
>>
>> Looking forward to it!
>>
>> **Brian Watson**
>> Chairman and CEO
>>
>> **<image001.jpg>**
>>
>> *To learn more about our various community initiatives, please visit:  www.BrianWatson.us*
>>
>> **Creating Opportunity. Empowering People. Strengthening Communities.**
>>
>> *This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*
>>
>> **From:** Kirschner, Casey [mailto:ckirschn@amazon.com]
>> **Sent:** Monday, August 21, 2017 6:25 PM
>> **To:** Brian Watson <brian@northstarcp.com>
>> **Subject:** Re: This Thursday?
>>
>> Let's meet in the afternoon at 1pm.  I have blocked my calendar out for a few hours and Carl can come down whenever he is available.  I'll send you an invite tomorrow with instructions on where to meet.
>>
>> Looking forward to a productive afternoon!  I'll be available for dinner and Carl should be as well.
>>
>> Thanks!
>>
>> Casey
>>
>> On Aug 21, 2017, at 7:17 PM, Brian Watson <brian@northstarcp.com> wrote:
>>
>>> Casey,
>>>
>>> I hope this message finds you doing well.
>>>
>>> We are looking forward to meeting with you on this Thursday in Seattle. Where and when would you like to meet? We are planning to fly out on Friday for our Alaska trip, and have left all day on Thursday, including dinner, available for whatever works best for you and Carl. Please let me know ASAP, so we can plan accordingly.
>>>
>>> Also, any recommendations on where we should stay?
>>>
>>> Thank you!
>>>
>>> **Brian Watson**

Chairman and CEO

**<image001.jpg>**

To learn more about our various community initiatives, please visit: www.BrianWatson.us

**Creating Opportunity. Empowering People. Strengthening Communities.**

*This e-mail neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract.  We are not providing investment advice through this email and this email should not be regarded as an offer to sell, or a solicitation of an offer to buy, any securities.   This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender immediately and then delete this email. No warranty or representation, express or implied, is made as to the accuracy of the information contained in this email and is subject to errors, omissions, change of price, rental or other conditions, withdrawal without notice, and to any special listing conditions, imposed by our principals This message may contain information that is confidential, subject to copyright or constitutes a trade secret. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.*