# EXHIBIT 22

| Site Code | Address | Landlord Entity | Delivered/Future | Length of Term | Completion Guarantor | Lease Signatory | Date Executed | CAU/Spend Approved Yield | Lease Start Date | Total Rent Obligations | Monthly Rent | Remaining Rent Owed as of 2/5/2020 | Building Square Footage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Northstar** | | | | | | | | | | | | | |
| **Delivered** | | | | | | | | | | | | | |
| | | Manassas NCP LLC | Delivered | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 11/1/2018 | $43,300,000.00  6.70% | 6/17/2019 | | $225,058.58 | | 204,408 |
| | | Manassas NCP LLC | Delivered | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 11/1/2018 | $43,200,000.00  6.70% | 11/6/2019 | | $224,809.77 | | 204,408 |
| | | Dulles NCP LLC | Delivered | 15 YEARS | Northstar Healthcare Development, LLC | Brian Watson | 2/27/2018 | $42,000,000.00  6.20% | 11/1/2018 | | $218,223.81 | | 150,000 |
| | | Dulles NCP LLC | Delivered | 15 YEARS | Northstar Healthcare Development, LLC | Brian Watson | 2/27/2018 | $60,000,000.00  6.20% | 3/6/2019 | | $297,997.14 | | 215,000 |
| **TOTAL** | | | | | | | | $188,500,000.00 | | | $965,689.30 | | |
| **Future** | | | | | | | | | | | | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 4/6/2018 | $44,000,000.00  6.70% | | | $244,444.44 | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 4/6/2018 | $44,000,000.00  6.70% | | | $244,444.44 | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC* | Brian Watson | 4/6/2018 | $44,000,000.00  6.70% | | | $244,444.44 | | |
| | | QUAIL RIDGE NCP, LLC | Future | 15 YEARS | W.D.C. Holdings, LLC * | Brian Watson | 4/6/2018 | $44,000,000.00  6.70% | | | $244,444.44 | | |
| | | Dulles NCP II | Future | 15 YEARS | Northstar Development Partners LLC | Brian Watson | 1/13/2020 | $51,000,000.00  6.70% | | | $283,333.33 | | |
| **TOTAL** | | | | | | | | $227,000,000.00 | | | $1,261,111.11 | | |

*WDC Holdings LLC: Per Kyle Rumreiller (from Northstar) "WDC is the parent entity for the entire company - this entity is holds all of the fees (acquired by a) of properties and related entities. NCP (Northstar Commercial Partners) is under the WDC entity. Brian is the 5% member of WDC"

**[ ] is now owned by MetLife (ML at GCC-Owner LLC). To our knowledge IPI is not an investor with METLIFE.

***Estimated Monthly Rent based on total CAU divided by the Lease Term.

Rental Obligation = [(Cost of Land  Cost of Construction)***Yield] (Operating Expenses)