# EXHIBIT 23

# PART 6



# Northstar Commercial Partners:

# Corporate Partnerships Profile

Northstar Commercial Partners
1999 Broadway, Suite 770
Denver, Colorado 80202
Website: www.northstarcommercialpartners.com



# Northstar's Approach:
Corporate Partnerships Profile

## Differentiating Factors of Northstar Commercial Partners

- Corporations can create a strategic partnership with Northstar Commercial Partners

- Companies acquiring assets of another company may have excess real estate from the acquisition; having Northstar purchase this real estate can help decrease the acquisition costs, exposure, and liability for a company

- Northstar can build a new facility for a company and help streamline the vertical development

- Companies may have the option for Northstar to buy a facility, where the company can share in a piece of the net profits interests with no capital investment, exposure, or liability

- Northstar can work with companies of all sizes throughout the United States to fit their specific growth and development needs

# Corporate Partnerships Profile

## Overview



### Benefits to Your Company

- Sale of individual facilities or a national portfolio of properties in a single transaction

- Northstar predominately acquires vacant assets, but also properties with short-term seller leasebacks to accommodate facility decommissioning. In the case of strategic properties, long-term seller leasebacks or repurchase options can be structured.

- Disposition of environmentally impacted assets in a professional and confidential manner.

- Property Types: Industrial/warehouse, office, retail and land

- No financing contingencies and short due diligence periods

- Tremendous corporate acquisition and development experience and closure rate

- Private capital investors with efficient decision making

- Northstar does not act as broker, but will acknowledge any existing brokerage relationships that corporations may have



## Northstar Commercial Partners: Current Portfolio & Historical Properties

Current Portfolio:         7,473,706 SF on 668.4 Acres (44 Properties)

Historical Properties:      4,191,031 SF on 343.6 Acres (81 Properties)

Overall Current & Historical:   11,664,737 SF on 1,012 Acres (125 Properties)

Current Portfolio ⬤ Historical Properties ⬤



NORTHSTAR
COMMERCIAL
PARTNERS



# Corporate Partnerships Experience:

# Case Studies



# Grease Monkey International
## Oil & Lube

Northstar has worked alongside Grease Monkey International, Inc., one of the nation's largest franchisors of automotive preventive maintenance centers, on six (6) separate transactions totaling 23 assets, where Northstar acquired the real estate to facilitate the deals. Below are examples of three (3) of these transactions. Upon the purchase of the properties for each transaction, Northstar finalized long-term, 15-year NNN leases with subsidiaries of Grease Monkey International, Inc.

*"Brian Watson and the Northstar team offered their assistance at a critical time for Grease Monkey. With their real estate expertise, we were able to complete an acquisition that grew our company by 10%. They have since helped us on numerous occasions. We are blessed to have a partnership with a solid group of people who help us meet our business needs."*

**John B. Adams**
*Partner/Member*
Grease Monkey International, Inc.



Oil Changes & More

# Grease Monkey International
## Case Studies



**11-Property Retail Acquisition**: NCP 2013, LLC acquired an 11-property portfolio of former LubePro's facilities in Illinois and Wisconsin. Grease Monkey International, Inc. purchased LubePro's business assets, and Northstar acquired the owner-occupied real estate. Upon acquisition, Northstar finalized a long-term lease with Grease Monkey Midwest, LLC.

**2-Property Retail Acquisition**: NCP 2014, LLC acquired a 2-property portfolio of former LubePro's facilities in Illinois and Wisconsin. Northstar acquired the assets and upon acquisition, finalized a long-term Master Lease with Grease Monkey Midwest, LLC.

**6-Property Retail Acquisition**: NCPGM Georgia, LLC acquired a 6-property portfolio of former Valvoline facilities in the Atlanta, Georgia area. Northstar purchased the real estate and finalized a long-term Master Lase with Grease Monkey of Georgia, LLC (operated as Havoline).



