# EXHIBIT 23

# PART 7



# Benjamin Moore & Co.
## Paint Company

Northstar Commercial Partners acquired a national portfolio of five buildings from The Benjamin Moore Paint Company. Though some of these assets were vacant upon acquisition, several of them had short-term leasebacks allowing the seller to decommission the facilities and consolidate their operations. This ±500,518 SF portfolio was acquired and repositioned.

**5-Property Acquisition**
Jacksonville, FL; Chicago, IL; Denver, CO; Los Angeles, CA; Colonial Heights, VA
Product Type: Industrial
Total Building Size: +500,518 SF
Total Land Size: +45.74 acres





# Balfour Senior Living, LLC
## Assisted Living/Memory Care



**Senior Living Development**
**Stapleton, CO**
Product Type: Assisted Living/Memory Care
Total Building Size: ±62,283 SF
Total Land Size: ±1.56 acres
Status: Completed August 2017
Development Cost: $21,300,000
Operator: Balfour Senior Living, LLC
Units: 74 units (58 Assisted Living and 16 Memory Care)



BALFOUR
SENIOR LIVING



NORTHSTAR COMMERCIAL PARTNERS



# Welbrook Senior Living, LLC
## 2 Healthcare Developments



### Senior Living Development
### Bloomington, IL

Product Type: Assisted Living/Memory Care
Total Building Size: +/-72,200 SF
Total Land Size: +/-7.67 acres
Status: Under Construction (Completion November 2017)
Development Cost: $17,600,000
Operator: Welbrook Senior Living, LLC
Units: 80 units (56 Assisted Living Units with Studio, 1-BR and 2-BR; 24 Memory Care units with private rooms)

### Healthcare Development
### Las Cruces, NM

Product Type: Transitional Rehabilitation Facility
Total Building Size: +/-37,200 SF
Total Land Size: +/-6.29 acres
Status: Completed August 2017
Development Cost: $13,800,000
Operator: Welbrook Senior Living, LLC
Units: 50 single-occupancy rooms






WELBROOK
Senior Living




Testimonials & References

# Testimonials




NORTHSTAR COMMERCIAL PARTNERS

*"Northstar proved to be remarkably creative in terms of deal structure and extremely nimble and proactive with regard to timing."*

**Mr. Tom Silvers**
*Director of Corporate Real Estate*
Ball Corporation

*"Northstar has proven to be extremely creative and thorough in the re-positioning of our asset. We are excited to build a long term, successful investment relationship with them on properties throughout the U.S."*

**Mr. Steve Bigari**
*CEO*
Stellar Restaurant Solutions





# Testimonials



"On the eve of our 100th Anniversary, Denver Christian Schools made the decision to move to the southwest Denver Metro area. Northstar is walking this challenging path with us every step of the way, selling our three previous properties and procuring our beautiful, brand new campus. Brian Watson and his Northstar team have an obvious and deep heart for education, together with the needed understanding and expertise. They knew and found exactly what our school community needed. What delightful educational partners! I cannot imagine doing this without them."

**Todd K. Lanting**
*CEO*
Denver Christian Schools












# Professional References



"In our relationship as a real estate legal team to Northstar, we have found their innovation, professionalism, and thought-out projects the key to their success. The creative and entrepreneurial philosophy that Northstar displays in their work is inspiring and not something you see every day in our business. We look forward to being a long-term partner of Northstar."

**Kerri Assell**
*Of-Counsel*

**Ernie Panasci**
*Denver Managing Partner*



# Professional References



"We have worked with Northstar Commercial Partners on a number of office and retail projects. Northstar's team combines vision, leadership, and market sensibilities that are driven by an end product devoted to quality. As architects, we appreciate owners and developers who strive to do things the right way and who work well with the external project pressures of schedules, costs and jurisdictions that may not always be friendly."

**Mr. Scott R. Higa**
*Principal*
G3 Architecture








# Brian Watson
## Founder & CEO

Devoted husband of 18 years, father to three, and a highly respected businessman, Mr. Brian Watson is the Founder and CEO of Northstar Commercial Partners, a privately held commercial real estate investment company founded in 2000.

By acquiring, repositioning, and operating commercial real estate opportunities throughout the United States, Northstar has created an increasingly successful and unique business concept that not only promotes growth and opportunity in the surrounding communities, but also attracts investors and companies alike from all around the United States and abroad.

Combining career with his deep desire to empower individuals and the human spirit, Brian's work doesn't end with Northstar's real estate ventures. In his own community as well as around the nation, Brian is always seeking positive ways to create and promote innovation. With his non-profit Opportunity Coalition, he provides resources and connections to launch people to success in today's economy. Looking to the next generations – our future – Brian knows that the highest quality educational programs should be available to all students. That's why he started the Education Opportunity Fund – a $100 million fund designed to purchase facilities for Charter Schools, freeing up limited budgets and administrative energy to focus on education in appropriate facilities. He also serves as 2015 Class President for Leadership Program of the Rockies – America's premier institute to develop, strengthen, train and equip emerging leaders to reach new heights.

To learn more about these and his many other initiatives, please visit: www.brianwatson.us.

# Donald J. Marcotte
## Director of Development



Mr. Marcotte is the Director of Development for Northstar Commercial Partners. He has over 25 years of development and commercial real estate experience. Some of his most notable developments are as follows:



- Director of Finance for Bramalea Oakland City Center, a 500,000 SF mixed-use development in Downtown Oakland, CA, consisting of retail and office space.
- Lincoln Place, mixed use, Loveland, CO. Responsible for land acquisition, equity, construction and mezzanine financing for a 200-unit mixed-use residential and retail project in downtown Loveland.
- The Shops at Stapleton, Denver, CO. A 16,400 SF retail development. Partner in charge of construction and mezzanine financing, land acquisition, equity, leasing and pad sales.
- Westcreek, Parker, CO. Partner in charge of land acquisition, land assemblage, financing, leasing and pad sales for a 45-acre Master Planned, mixed-use project located at E-470 and Parker Road.
- Harvest Junction Southwest. Partner in charge of subdividing and entitling 5.5 Acres. Oversaw reducing the flood plain with FEMA as well as the construction and install of infrastructure needed to sell pads with the sale of the final pads closing June 2015.
- Gateway. Partner in charge of coordinating the design and installation of both the offsite and onsite infrastructure. Obtained approvals for subdivision developments and agreements, CDOT access permit and various other requirements needed to start construction.
- Managing member for Prime West Properties, a residential developer in Fountain Hills, AZ, developing single family residential homes.

Mr. Marcotte is a Member of the Urban Land Institute (ULI), Member of ULI Council for Small Scale Development (Silver), Member of American Institute of Certified Public Accountants, and a football and basketball coach for American Youth League.





# Jaime Jones
## Director of Acquisitions & Dispositions

As Director of Acquisitions and Dispositions, Jaime Jones is highly active in all aspects of the investment life cycle. Since joining Northstar Commercial Partners in 2007, Jaime has facilitated the acquisition of over 76 assets totaling 8,210,500 SF at an acquisition cost of approximately $371 Million. She oversees the due diligence for each acquisition of local and national real estate investment opportunities. She manages the engagement and completion of inspections and reporting, analyzes results, and performs property and market research. Jaime creates the executive investment summary and investment packets for each asset, and establishes password-protected document vaults in order to provide property information to investors. Additionally, she is a member of the company's investment review committee and contributes to the development team on both ground-up and redevelopment projects. Jaime works directly with Northstar's third party listing brokers to ensure successful marketing, lease-up, project completion, and asset disposition.



Jaime received her Bachelor of Arts from the University of California Santa Barbara with a major in Business Economics and a minor in Spanish. She enjoys continuing her language education through international travel and courses abroad. Other hobbies include skiing, hiking, and visiting her hometown of Glenwood Springs, Colorado as often as possible to enjoy the mountains with her family. She volunteers with the Denver Metro CareRing, Denver Rescue Mission, Women's Homeless Initiative, and World Vision.

# Will Camenson
## Financial Analyst

Will Camenson is a Financial Analyst for Northstar. He graduated with his Masters in Business Administration from the Colorado Leeds School of Business in 2017, where he studied Finance and Real Estate. During his time as a graduate student, he worked for the Denver-based private equity real estate investment firm, Baceline Investments. As a part of the leasing and acquisitions team, Will focused on revitalizing neighborhood retail properties throughout the Midwest and America's Heartland.

Prior to pursuing an MBA, Will graduated from Colorado State University with a degree in Finance in 2014. During his undergraduate studies, he worked at a small wealth management firm, Balance Financial, Inc., where he reviewed and analyzed investment alternatives for clients.

Will is an avid traveler, Colorado native and sports enthusiast.

**NORTHSTAR COMMERCIAL PARTNERS**



# Contact Information

For More Information,
Please Contact:

**Brian Watson
Founder and CEO
303.893.9500**
Northstar Commercial Partners
1999 Broadway, Suite 770
Denver, Colorado 80202
www.northstarcp.com