# EXHIBIT 38

Case 1:20-cv-00484-RDA-TCB   Document 161-1   Filed 09/19/20   Page 2 of 4 PageID# 5791

| SELECT A CITY ⌄ | | |
|---|---|---|
| | LAST CALL!<br>Don't miss our FedBiz Forum event on Thursday  › | YOUR ACCOUNT<br>vyeh@gibsondunn.com ⌄ |

INDUSTRIES & TOPICS | ⌂ | NEWS | LISTS & LEADS | PEOPLE & COMPANIES | EVENTS | LEADERSHIP TRUST | MORE… | 🔍

Please Sign In and use this article's on page print button to print this article.

**B**⁄ Sponsored by **Bohler**

Commercial Real Estate

# How do you turn $20M into $100M in one year? It's not complicated, but it involves Amazon.



Chuck Kuhn, president of JK Moving Services, has sold a big plot in Arcola to an LLC for nearly $100 million. That land is likely to be developed for Amazon as data centers.
JOANNE S. LAWTON

**TRENDING**

RESIDENTIAL REAL ESTATE
This McLean listing just set a new record — at $63M. Here's a look.


COMMERCIAL REAL ESTATE
Exclusive: A look inside JBG Smith's new Bethesda headquarters


HIRING IN OTHER
**Director of Construction**
The FORTIS Companies    FORTIS


By Michael Neibauer  – Managing Editor, Washington Business Journal
Aug 20, 2019, 5:16pm EDT **Updated** Aug 21, 2019, 11:55am EDT

**COMPANIES IN THIS ARTICLE**

**Amazon.com Inc.**
Seattle, WA
Retailer
$232.9B   648K
Revenue   Employees

See full profile ›

**JK Moving Services**
Sterling, VA
Logistics & Supply Chain
$126.2M   1,089
Revenue   Employees

See full profile ›

**Corporate Office Properties…**
Columbia, MD
Real Estate
$578.1M   375
Revenue   Employees

See full profile ›

**Inova Health System Founda…**
Falls Church, VA

See full profile ›

Chuck Kuhn, president of Sterling-based JK Moving Services and one of Loudoun County's most active land speculators, had a very good July 30.

On that day, according to public records, Kuhn affiliate 41992 John Mosby Highway LLC sold 90 undeveloped acres in Arcola, formerly owned by the Inova Health System Foundation, to Colorado-based NOVA WPC LLC for $98.67 million, or about $1.1 million an acre. Kuhn bought the same property in June 2018 for $20 million. He quintupled his money in 13 months without building a thing.

That Colorado LLC, the very same July day, sold the property to Vadata Inc., an affiliate of Amazon.com Inc. (NASDAQ: AMZN), for $116.4 million, per Loudoun records. NOVA WPC LLC is an affiliate of Colorado-based White Peaks Capital, according to sources familiar with the deal. The higher price Amazon paid probably reflects site work that needs to be completed on the raw land.

Vadata is Amazon's data center unit.

**Feb. 26 webcast: Thriving in volatile times**

Learn how private companies can prepare for volatility.

Register today

Kuhn declined comment with respect to this transaction, noting only that he still owns roughly 350 acres of the 440 acres he assembled in Arcola over the past several years, as we reported in our January cover story on the JK Moving chief.

Arcola, located north of Route 50 largely west of the StoneSprings Hospital Center, might not draw the nearly $2 million per acre that data center land in Ashburn is going for, but it's still a hot market for the likes of Google and Amazon, as power lines cut through the area. Kuhn expected to reap a healthy profit from his assemblage, noting late last year that while he was paying fair market value for the Inova site and a collection of adjacent family farms, he expected to make a whole lot more when he sold off the collection of sites for data center development.

Kuhn is accustomed at this point to turning big profits on data center land. A 39-acre tract on Route 606 that Kuhn and D.C.-based DBT Development Group bought across from the auto auction in 2016 for $12.5 million, they sold less than two years later to CyrusOne LLC, a Dallas real estate investment trust that invests in data centers, for $38.9 million in cash.

*This story has been updated to reflect the name of the company behind NOVA WPC LLC.*

### MORE IN COMMERCIAL REAL ESTATE

More ›



**Lakeforest Mall owner avoids development moratorium, for now**

BY KATISHI MAAKE



**A quiet respite in a bustling open workplace** 

THE NEW YORK TIMES



**Amazon is ramping up its HQ2 employment. Here's the latest count**



**COPT draws influential government agency to Patriot Ridge**

**Coming events**                                                      More >

📅 **FEB. 20**

**FedBiz Forum**

Join the Washington Business Journal as we host a featured inte...

📅 **FEB. 24**

**Bizwomen Mentoring Monday 2020**

Make the one important connection! Join us for a special ...

📅 **MARCH 12**

**Dealmakers: New Carrollton**

Join the Washington Business Journal as we kick off our 2020 D...

📅 **MARCH 26**

**2020 Minority Business Leader Awards**

Help us recognize Greater Washington region's top minority business owners and leaders at the 13th annual Minority Business Leader Awards program! This annual program celebrates diversity and inclusion in the workplace...

Back to Top ▲

**WASHINGTON BUSINESS JOURNAL**

Home   News   Lists & Leads   People   Companies   Events   Jobs   Store

**SUBSCRIBERS**
- Start a Subscription
- Subscriber-Only Content
- Digital Edition
- Book of Lists
- Book of Lists - Unlimited
- Manage your Account

**ABOUT & CONTACT**
- About Us
- About The Business Journals
- Advertise
- Help & FAQs
- Contact Us
- Call Center Directory

**APPS & SYNDICATION**
- Mobile Apps
- Syndication/RSS

**FOLLOW US**
- Twitter
- LinkedIn
- Facebook

**ACBJ**
- American City Business Journals
- AmericanInno
- Bizwomen
- Hemmings
- Inside Lacrosse
- Sports Business Journal

User Agreement  |  Privacy Policy  |  Your California Privacy Rights  |  Ad Choices

© 2020 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/20) and Privacy Policy and Cookie Statement (updated 1/1/20). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.