# EXHIBIT 39

| | |
|---|---|
| Electronic Recording | |
| Loudoun County, VA | Pages: 4 |
| 7/30/2019 3:59:33 PM | Grantor Tax |
| Gary M Clemens, Clerk | $116389.00 |

PREPARED BY:
Ellen Farrell Sharpe, Esq.
VSB #: 41429
Odin Feldman Pittleman PC
1775 Wiehle Ave, Suite 400
Reston, VA 20190

Grantee's Address and
Return to:
Vadata, Inc.
PO Box 80416
Seattle, WA 98108-0416

Tax Parcel ID-PIN:
Consideration: $116,389,000.00
Assessed Value: $19,128,800.00

TITLE INSURER:
FIDELITY NATIONAL TITLE INSURANCE

RECORD & RETURN TO
FIDELITY NATIONAL TITLE INSURANCE
1901 PENNSYLVANIA AVE NW #201
WASHINGTON DC 20006

## SPECIAL WARRANTY DEED

For valuable consideration received, **NOVA WPC, LLC**, a Delaware limited liability company ("**Grantor**"), with its principal address of 11364 Mesa Verde Lane, Parker, Colorado 80138, does hereby grant, bargain, sell and convey in fee simple with SPECIAL WARRANTY of title to Vadata, Inc., a Delaware corporation ("**Grantee**"), with its principal address of PO Box 80416, Seattle, WA 98108-0416, the following described real property (the "**Property**") situated in Loudoun County, Virginia and legally described in Exhibit A, which is incorporated herein, subject only to the matters set forth on Exhibit B, attached hereto and by this reference incorporated herein.

TOGETHER WITH each and all rights-of-ways, easements, rights, privileges and appurtenances thereto or in any way appertaining, all improvements thereon and all the estate, right, title, interest and claim, either at law or in equity, of Grantor in the said Property.

TO HAVE AND TO HOLD the Property, as aforesaid, unto Grantee, its successors and assigns, forever; and Grantor does hereby bind itself and its successors and assigns, to SPECIALLY WARRANT AND FOREVER DEFEND all and singular the Property unto Grantee, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof, by, through or under Grantor but not otherwise.

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, Grantor has executed this Special Warranty Deed on the date below.

**GRANTOR**

NOVA WPC, LLC,
a Delaware limited liability company

By: *Will G*
Its: *Manager*

STATE OF ~~VIRGINIA~~ COLORADO ) 
 ) ss:
COUNTY OF *Denver* )

On *July 25th*, 2019 before me, *Aubrey M O'Neal* (here insert name of the officer), Notary Public, personally appeared *William Camenson*, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Virginia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*[signature]*
Signature of Notary Public

[Seal]

> AUBREY M. O'NEAL
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20174039832
> My Commission Expires September 25, 2021

2

EXHIBIT A

THE PROPERTY



A-1

3

## EXHIBIT B

## THE PERMITTED EXCEPTIONS



B-1

4