**EXHIBIT 53**

**This Exhibit Has Been Intentionally Left Blank**