**EXHIBIT 55**

**TO BE FILED UNDER SEAL**