**EXHIBIT 58**



**First American Title Insurance Company National Commercial Services**
**920 Fifth Avenue, Suite 1200 Seattle, WA 98104**

PR: NATLAC    Ofc: 206 (1598)    DATE:    09/20/2019

RECEIPT NO.:    70078

## RECEIPT FOR DEPOSIT

FILE NO.:    NCS-964142-WA1

**FUNDS IN THE AMOUNT OF**: $100,000.00

**WERE RECEIVED FROM**: Blueridge Group, LLC,

**CREDITED TO THE ACCOUNT OF**: Buyer

**TYPE OF DEPOSIT**:    Wire            **REPRESENTING**:    Additional Deposit

**Comments**:

**Property Location**: Loudoun County, VA, VA 20152

**BY**: Crystal Flood, 09/20/2019
**ESCROW OFFICER**: Crystal Flood

"The validity of this receipt, for the deposit referenced,
is subject to clearance by the depository financial institution and credit to our account."

Other Copy

# Shannon Meisner

| | |
|---|---|
| **From:** | Flood, Crystal M. <CFlood@firstam.com> |
| **Sent:** | Friday, September 20, 2019 11:56 AM |
| **To:** | Hughes, Lynn O.; Cadwallader, John I.; Jim Bowman |
| **Cc:** | Herb Glimcher<herb@glimchercompany.com>; 'Carleton Nelson'; Schengeli, Linda M.; Shannon Meisner |
| **Subject:** | Critical Dates - H&M Gudelsky Purchase and Sale Agreement |
| **Attachments:** | Deposit Receipt.pdf |

Good Morning,

Receipt attached for today's $100,000 deposit as well.

Thanks!

Crystal Flood
Commercial Closing Counsel



920 5th Avenue, Suite 1200
Seattle, WA 98104
**Direct:** 206.448.6286 **Fax:** 866.678.0584

*PLEASE NOTE:  Should we receive emailed wiring instructions please understand that we will need to telephone a trusted individual to confirm the authenticity of the instructions prior to releasing the wire.  The safety of your funds is important to us and with wire fraud on the rise we do want to add a layer of protection.*

---

**From:** Hughes, Lynn O. <lhughes@fbtlaw.com>
**Sent:** Tuesday, August 20, 2019 9:15 AM
**To:** Cadwallader, John I. <JCadwallader@fbtlaw.com>; Jim Bowman <James.Bowman@raymondjames.com>
**Cc:** Herb Glimcher<herb@glimchercompany.com> <herb@glimchercompany.com>; 'Carleton Nelson' <Cheshireventures@outlook.com>; Schengeli, Linda M. <LSchengeli@fbtlaw.com>; Flood, Crystal M. <CFlood@firstam.com>; Shannon.Meisner@RaymondJames.com
**Subject:** [External] RE: Critical Dates - H&M Gudelsky Purchase and Sale Agreement

Good afternoon:

Please see the attached receipt for the $100,000.00 extension funds received by First American.

Please let me know if you need anything further at this time.

Thank you.

**Lynn O. Hughes**
**MST Commercial**
**Closing Specialist**

3300 Great American Tower | 301 East Fourth Street

1