**EXHIBIT 59**

**To:** Kirschner, Casey[ckirschn@amazon.com]
**Cc:** Herb Glimcher<herb@glimchercompany.com>[herb@glimchercompany.com]
**From:** Cadwallader, John I.
**Sent:** Fri 11/15/2019 11:53:42 AM
**Subject:** FW: Extension deposit-- H&M Gudelsky Purchase and Sale Agreement
Scan - 01 Nov 2019 12_24_53 PM.PDF

2nd Extension deposit and notice we were closing

**John I. Cadwallader**
**Attorney   Frost Brown**
**at Law |   Todd LLC**

614.559.7212  Direct

614.804.6605  Mobile

jcadwallader@fbtlaw.com

**From:** Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Sent:** Friday, November 1, 2019 1:45 PM
**To:** Ayana Lambert <ayana@percontee.com>
**Cc:** Ed Hoy (edhoy@gudelskygroup.com) <edhoy@gudelskygroup.com>; herb@glimchercompany.com; casey.kirschner@gmail.com; casey.kirschner@gmail.com; John Gudelsky <jgudelsky@gudelskygroup.com>; Schengeli, Linda M. <LSchengeli@fbtlaw.com>; Herb Glimcher<herb@glimchercompany.com> <herb@glimchercompany.com>; Jennings, Ann D. <AJennings@fbtlaw.com>; Hughes, Lynn O. <lhughes@fbtlaw.com>; Hughes, Lynn O. <lhughes@fbtlaw.com>
**Subject:** RE: Extension deposit-- H&M Gudelsky Purchase and Sale Agreement

☐
Ayana—Herb sent the 2nd 100K deposit and First American acknowledged receipt on 9/20 per the attached. We are planning to proceed to a close and for confidentiality and related reasons would like to buy LLC interests by having the Seller form a new LLC and convey the fee title of the Property to it so we can buy the membership interests. Please confirm that structure is ok from your standpoint, and we can work together on names and process. If available, we would like to use Chantilly Ridge, LLC, and assume it may be best to use a VA LLC on your end. Thanks, and please advise. Best, John

**John I. Cadwallader**
**Attorney   Frost Brown**
**at Law |   Todd LLC**

614.559.7212  Direct

614.804.6605  Mobile

jcadwallader@fbtlaw.com

---

**From:** Ayana Lambert <ayana@percontee.com>
**Sent:** Thursday, October 31, 2019 1:49 PM
**To:** Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Cc:** Ed Hoy (edhoy@gudelskygroup.com) <edhoy@gudelskygroup.com>; herb@glimchercompany.com; casey.kirschner@gmail.com; casey.kirschner@gmail.com; John Gudelsky <jgudelsky@gudelskygroup.com>; Schengeli, Linda M. <LSchengeli@fbtlaw.com>; Herb Glimcher<herb@glimchercompany.com> <herb@glimchercompany.com>; Jennings, Ann D. <AJennings@fbtlaw.com>; Hughes, Lynn O. <lhughes@fbtlaw.com>; Hughes, Lynn O. <lhughes@fbtlaw.com>
**Subject:** RE: Extension deposit-- H&M Gudelsky Purchase and Sale Agreement

☐
Good afternoon John,
I hope all is well. As you know, the due diligence period ends on Monday, Nov. 4th.  Please let me know whether buyer intends to further extend the due diligence period or go hard on the contract.
Many thanks,
Ayana


Ayana T. Lambert, Esq.
Deputy General Counsel
Percontee, Inc.
11900 Tech Road
Silver Spring, MD 20904
Tel: 301-622-0100
Fax: 301-622-3507
Mobile: 240-338-9689
Email: ayana@percontee.com


---

**From:** Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Sent:** Wednesday, September 4, 2019 4:06 PM
**To:** Ayana Lambert <ayana@percontee.com>
**Cc:** Ed Hoy (edhoy@gudelskygroup.com) <edhoy@gudelskygroup.com>; herb@glimchercompany.com; casey.kirschner@gmail.com; casey.kirschner@gmail.com; John Gudelsky <jgudelsky@gudelskygroup.com>; Schengeli, Linda M. <LSchengeli@fbtlaw.com>; Herb Glimcher<herb@glimchercompany.com> <herb@glimchercompany.com>; Jennings, Ann D. <AJennings@fbtlaw.com>; Hughes, Lynn O. <lhughes@fbtlaw.com>; Hughes, Lynn O. <lhughes@fbtlaw.com>
**Subject:** Extension deposit-- H&M Gudelsky Purchase and Sale Agreement

☐

# Ayana—deposit was made—see attached. Thx.John


**John I. Cadwallader**
Attorney at Law |   Frost Brown Todd LLC


614.559.7212   Direct

614.804.6605   Mobile

jcadwallader@fbtlaw.com

**From:** Hughes, Lynn O. <lhughes@fbtlaw.com>
**Sent:** Tuesday, August 20, 2019 12:15 PM
**To:** Cadwallader, John I. <JCadwallader@fbtlaw.com>; Jim Bowman <James.Bowman@raymondjames.com>
**Cc:** Herb Glimcher<herb@glimchercompany.com> <herb@glimchercompany.com>; 'Carleton Nelson' <Cheshireventures@outlook.com>; Schengeli, Linda M. <LSchengeli@fbtlaw.com>; 'Flood, Crystal M.' <CFlood@firstam.com>; Shannon.Meisner@RaymondJames.com
**Subject:** RE: Critical Dates - H&M Gudelsky Purchase and Sale Agreement

☐
Good afternoon:

Please see the attached receipt for the $100,000.00 extension funds received by First American.

Please let me know if you need anything further at this time.
Thank you.

**Lynn O. Hughes**
**MST Commercial Closing Specialist**



3300 Great American Tower | 301 East Fourth Street

Cincinnati, OH 45202

513.651.6498  Direct

513.651.6170  Main

513.651.6777  Fax

lhughes@fbtlaw.com | mstagency.com

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.