IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,

   Plaintiffs,

v.

WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20,

   Defendants.

Case No. 1:20 Civ. 484

## MOTION OF DEFENDANTS CARLETON NELSON AND CASEY KIRSCHNER TO TRANSFER VENUE

Defendants Carleton Nelson and Casey Kirschner respectfully move under 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Western District of Washington, Seattle Division. The other defendants that have appeared in this action, Brian Watson and WDC Holdings LLC, consent to this motion. Plaintiffs Amazon.com, Inc., and Amazon Data Services, Inc. (collectively, "Amazon") do not.

Amazon has sued Mr. Nelson and Mr. Kirschner in Virginia for, among other things, breach of contract. In doing so, Amazon itself has breached the very agreements that it seeks to enforce against Mr. Nelson and Mr. Kirschner. Those agreements make the State of

Washington—not Virginia—the "exclusive" venue for any dispute "related to" the agreements. Mr. Nelson and Mr. Kirschner thus seek to hold Amazon to the very agreements it seeks to enforce.

| | |
|---|---|
| Dated: September 21, 2020 | Respectfully submitted, |

/s/
Scott Jeffrey Pivnick (Va. Bar No. 48022)
ALSTON & BIRD LLP
950 F St., N.W.
Washington, D.C. 20004
(202) 239-3300 (telephone)
(202) 239-3333 (facsimile)
scott.pivnick@alston.com

Edward T. Kang (admitted *pro hac vice*)
Kelley C. Barnaby (admitted *pro hac vice*)
ALSTON & BIRD LLP
950 F St., N.W.
Washington, D.C. 20004
(202) 239-3300 (telephone)
(202) 239-3333 (facsimile)
edward.kang@alston.com
kelley.barnaby@alston.com

*Counsel for Defendant Casey Kirschner*

/s/
Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

Justin V. Shur (admitted *pro hac vice*)
Caleb Hayes-Deats (admitted *pro hac vice*)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
jshur@mololamken.com
chayes-deats@mololamken.com

Jennifer E. Fischell (admitted *pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, New York 10022
(212) 607-8174 (telephone)
(212) 607-8161 (fax)
jfischell@mololamken.com

*Counsel for Defendant Carleton Nelson*

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  On September 21, 2020, I will further send the document and a notification of such filing (NEF) to the following parties by e-mail:

Travis Stuart Andrews (Va. Bar No. 90520)
Luke Michael Sullivan (Va. Bar No. 92553)
Elizabeth P. Papez
Patrick F. Stokes
Claudia M. Barrett
GIBSON DUNN & CRUTCHER LLP
tandrews@gibsondunn.com
lsullivan@gibsondunn.com
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com

*Counsel for Plaintiffs*

Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun
James Trusty
IFRAH PLLC
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson and WDC Holdings LLC*

Scott Jeffrey Pivnick (Va. Bar No. 48022)
Edward T. Kang
Kelley C. Barnaby
ALSTON & BIRD LLP
scott.pivnick@alston.com
edward.kang@alston.com
kelley.barnaby@alston.com

*Counsel for Defendant Casey Kirschner*

Dated:  September 21, 2020

          /s/
Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

*Counsel for Defendant Carleton Nelson*