IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. AND AMAZON DATA SERVICES, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> WDC HOLDINGS LLC DBA NORTHSTAR COMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINSITRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPTIAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KRISCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20, <br><br> *Defendants.* | Civil Action No. <br> 1:20-cv-00484-LO-TCB |

**DEFENDANT CASEY KIRSCHNER'S MOTION TO DISMISS**

Defendant Casey Kirschner hereby respectfully moves the court under Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss with prejudice the claims against him in the Verified Second Amended Complaint and Demand for Jury Trial, for the reasons stated in the accompanying Brief.

Dated this 9th day of October, 2020.   Respectfully submitted,

*/s/ Scott J. Pivnick*
Scott J. Pivnick (Va. Bar No. 48022)
Edward Kang (*admitted pro hac vice*)
Kelley C. Barnaby (*admitted pro hac vice*)
ALSTON &BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
Phone: 202-239-3300
Fax:    202-239-3333
scott.pivnick@alston.com
edward.kang@alston.com
kelley.barnaby@alston.com

*Attorneys for Defendant CASEY KIRSCHNER*

## CERTIFICATE OF SERVICE

I certify that on October 9, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

Dated this 9th day of October, 2020.   Respectfully submitted,

*/s/ Scott J. Pivnick*
Scott J. Pivnick (Va. Bar No. 48022)
Edward Kang (*admitted pro hac vice*)
Kelley C. Barnaby (*admitted pro hac vice*)
ALSTON &BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
Phone: 202-239-3300
Fax:    202-239-3333
scott.pivnick@alston.com
edward.kang@alston.com
kelley.barnaby@alston.com

*Attorneys for Defendant CASEY KIRSCHNER*