IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20, <br><br> Defendants. | Case No. 1:20 Civ. 484 |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND MEMORANDUM IN SUPPORT THEREOF BY DEFENDANTS CARLETON NELSON AND CHESHIRE VENTURES LLC**

In accordance with the Protective Order in this case, Dkt. 55, Defendants Carleton Nelson and Cheshire Ventures LLC respectfully seek leave to file under seal portions of the memorandum of law in support of their Motion To Dismiss Plaintiffs' Second Amended Complaint, as well as the entirety of Exhibits A and B to the Declaration of Caleb Hayes-Deats in support of that motion, dated October 9, 2020. Those filings contain information that Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. (collectively, "Amazon") have designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order.

Without waiving any objections they may have or relief they may seek under the

Protective Order, Nelson and Cheshire Ventures take no position at present as to Amazon's designation of the information at issue as "Confidential" or "Highly Confidential—Attorneys' Eyes Only," but file this motion to comply with the Protective Order and Local Civil Rule 5(C).

Under Local Civil Rule 5, Amazon "must file a response to [this] motion complying with [the] requirements" of Local Civil Rule 5(C)(2), (3), and (4), justifying the sealing of the above-referenced materials, and supplying a proposed order.

Dated:  October 9, 2020                                              Respectfully submitted,

                                                                                           /s/
                                                                           Eric R. Nitz (Va. Bar No. 82471)
                                                                           MOLOLAMKEN LLP
                                                                           The Watergate, Suite 500
                                                                           600 New Hampshire Avenue, N.W.
                                                                           Washington, D.C.  20037
                                                                           (202) 556-2021 (telephone)
                                                                           (202) 536-2021 (facsimile)
                                                                           enitz@mololamken.com

                                                                           Justin V. Shur (admitted *pro hac vice*)
                                                                           Caleb Hayes-Deats (admitted *pro hac vice*)
                                                                           MOLOLAMKEN LLP
                                                                           The Watergate, Suite 500
                                                                           600 New Hampshire Avenue, N.W.
                                                                           Washington, D.C.  20037
                                                                           (202) 556-2000 (telephone)
                                                                           (202) 556-2001 (facsimile)
                                                                           jshur@mololamken.com
                                                                           chayes-deats@mololamken.com

                                                                           Jennifer E. Fischell (admitted *pro hac vice*)
                                                                           MOLOLAMKEN LLP
                                                                           430 Park Avenue
                                                                           New York, New York  10022
                                                                           (212) 607-8174 (telephone)
                                                                           (212) 607-8161 (fax)
                                                                           jfischell@mololamken.com

                                                                           *Counsel for Defendants Carleton Nelson and Cheshire Ventures LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On October 9, 2020, I will further send the document and a notification of such filing (NEF) to the following parties by e-mail:

Travis Stuart Andrews (Va. Bar No. 90520)
Luke Michael Sullivan (Va. Bar No. 92553)
Elizabeth P. Papez
Patrick F. Stokes
Claudia M. Barrett
GIBSON DUNN & CRUTCHER LLP
tandrews@gibsondunn.com
lsullivan@gibsondunn.com
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com

*Counsel for Plaintiffs*

Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun
James Trusty
IFRAH PLLC
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson and WDC Holdings LLC*

Scott Jeffrey Pivnick (Va. Bar No. 48022)
Edward T. Kang
Kelley C. Barnaby
ALSTON & BIRD LLP
scott.pivnick@alston.com
edward.kang@alston.com
kelley.barnaby@alston.com

*Counsel for Defendant Casey Kirschner*

Dated: October 9, 2020

          /s/
Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

*Counsel for Defendants Carleton Nelson and Cheshire Ventures LLC*