IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20, <br><br> Defendants. | Case No. 1:20 Civ. 484 |

## NOTICE OF FILING OF MOTION TO SEAL

Pursuant to Local Civil Rule 5, Defendants Carleton Nelson and Cheshire Ventures LLC hereby respectfully submit this Notice of Filing of Motion To Seal. Parties and non-parties may submit memoranda in support or in opposition to Defendant Carleton Nelson's Motion for Leave To File Documents Under Seal, filed concurrently herewith, within seven (7) days, and may designate all or part of such memoranda as confidential. If no objection is filed within seven (7) days, the Court may treat the motion as uncontested.

Moreover, because the material sought to be sealed has been designated as confidential and/or attorneys' eyes only by Plaintiffs Amazon.com, Inc., and Amazon Data Services, Inc. (collectively, "Amazon"), Amazon is hereby notified of its obligation to file a response to this

motion complying with Local Civil Rule 5(C)(2), (3), and (4), along with a proposed order, pursuant to Local Civil Rule 5(C).

Dated: October 9, 2020

Respectfully submitted,

/s/
Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

Justin V. Shur (admitted *pro hac vice*)
Caleb Hayes-Deats (admitted *pro hac vice*)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
jshur@mololamken.com
chayes-deats@mololamken.com

Jennifer E. Fischell (admitted *pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, New York 10022
(212) 607-8174 (telephone)
(212) 607-8161 (fax)
jfischell@mololamken.com

*Counsel for Defendants Carleton Nelson and Cheshire Ventures LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On October 9, 2020, I will further send the document and a notification of such filing (NEF) to the following parties by e-mail:

Travis Stuart Andrews (Va. Bar No. 90520)
Luke Michael Sullivan (Va. Bar No. 92553)
Elizabeth P. Papez
Patrick F. Stokes
Claudia M. Barrett
GIBSON DUNN & CRUTCHER LLP
tandrews@gibsondunn.com
lsullivan@gibsondunn.com
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com

*Counsel for Plaintiffs*

Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun
James Trusty
IFRAH PLLC
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson and WDC Holdings LLC*

Scott Jeffrey Pivnick (Va. Bar No. 48022)
Edward T. Kang
Kelley C. Barnaby
ALSTON & BIRD LLP
scott.pivnick@alston.com
edward.kang@alston.com
kelley.barnaby@alston.com

*Counsel for Defendant Casey Kirschner*

Dated: October 9, 2020

        /s/
Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2021 (telephone)
(202) 536-2021 (facsimile)
enitz@mololamken.com

*Counsel for Defendants Carleton Nelson and Cheshire Ventures LLC*