IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES

Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. respectfully move under Federal Rule of Civil Procedure 37(a) and Local Civil Rule 37(A) to compel Defendants Brian Watson and WDC Holdings LLC dba Northstar Commercial Partners to: (i) produce all documents and information responsive to Requests 5, 7, 8, 11, 14, and 15, and Interrogatories 3, 4, 5, and 7 of Plaintiffs' First Requests for Production and Interrogatories (Dkt. 94); and (ii) supplement their responses to the remaining Requests and Interrogatories, including with information improperly withheld under privilege objections that Defendants failed to log and have now waived. Plaintiffs further respectfully request the Court order Defendants to pay Plaintiffs' reasonable expenses incurred in making this motion, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A).

On July 17, 2020, during a hearing on Plaintiffs' motion for an order to show cause (Dkt. 67), this Court concluded that discovery was warranted to assess Defendants' claim that they are unable to comply with the preliminary injunction. On July 21, 2020, Plaintiffs submitted their proposed discovery requests (Dkt. 94), which this Court subsequently entered, ordering Defendants to "respond to [Plaintiffs' First Requests for Production and Interrogatories] pursuant to Federal Rules of Civil Procedure 26, 33, and 34," (Dkt. 95 at 1). On August 5, 2020, Defendants served boilerplate objections and refused to answer the discovery requests; after the parties met and conferred on August 12, 2020, Defendants agreed to revisit their objections or to otherwise respond or produce responsive documents. On August 20, 2020, Defendants partially responded to certain Requests and Interrogatories, but refused to respond to Requests 5, 7, 8, 11, 14, and 15, as well as to Interrogatories 3, 4, 5, and 7. At a subsequent meet and confer on August 28, 2020, Defendants confirmed that they would not respond to these discovery requests. The parties are therefore at an impasse on these issues, *see* L. Civ. R. 7(E), and Plaintiffs respectfully move the Court for an order compelling the production of documents and interrogatory responses, as well as payment of reasonable fees and costs incurred in the filing of this motion, as detailed within the concurrently filed memorandum of law.

Dated: October 20, 2020    Respectfully submitted,

*s/ Travis S. Andrews*
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
Travis S. Andrews (Va. State Bar No. 90520)
Luke M. Sullivan (Va. State Bar No. 92553)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500

Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
tandrews@gibsondunn.com
lsullivan@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.  I will send then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address:

Jamie Hubbard
Stimson Stancil LaBranche Hubbard
1652 Downing Street
Denver, CO 80218
*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC*

Villanova Trust
c/o Christian Kirschner, Trustee
3924 Wallace Lane
Nashville, TN 37215

Finbrit Holdings LLC
6870 W 52nd Avenue, Suite 203
Arvada, Colorado 80002

NSIPI Administrative Manager
1999 Broadway, Suite 3500
Denver, CO 80202

Sterling NCP FF, LLC
1999 Broadway, Suite 3500
Denver, CO 80202

Manassas NCP FF, LLC
1999 Broadway, Suite 3500
Denver, CO 80202

Allcore Development LLC
6870 W 52nd Avenue, Suite 203
Arvada, CO 80002

*s/ Travis S. Andrews*
Travis S. Andrews (Va. State Bar No. 90520)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
tandrews@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*