# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES

Before this Court is Plaintiffs' Motion to Compel Production of Documents and Interrogatory Requests. Dkt. __. Having reviewed the arguments and evidence submitted by the parties, the Court hereby orders that Plaintiffs' motion is GRANTED.

Specifically, it is hereby ORDERED that Defendants Brian Watson and WDC Holdings LLC dba Northstar Commercial Partners ("Defendants") shall produce within 11 days of this order all documents and information responsive to Requests 5, 7, 8, 11, 14, and 15, and Interrogatories 3, 4, 5, and 7 of Plaintiffs' First Requests for Production to Defendants WDC Holdings LLC and Brian Watson (Dkts. 94-1, 94-2). *See* L. Civ. R. 37(C).

2

It is further ORDERED that Defendants shall supplement within 11 days of this order their responses to the remaining Requests and Interrogatories, including with information improperly withheld under privilege objections that Defendants failed to log and have now waived. *See* L. Civ. R. 37(C).

It is further ORDERED that Defendants shall pay Plaintiffs' reasonable expenses incurred in making the motion, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A).

IT IS SO ORDERED.

_____  
Date

_____  
Theresa C. Buchanan  
United States Magistrate Judge