IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMAZON.COM, INC. AND AMAZON DATA SERVICES, INC.,

*Plaintiffs,*

v.

WDC HOLDINGS LLC DBA NORTHSTAR COMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINSITRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPTIAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KRISCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20,

*Defendants.*

Civil Action No.
1:20-cv-00484-LO-TCB

**CONSENT OF CASEY KIRSCHNER TO WITHDRAWAL OF COUNSEL**

I, Casey Kirschner, hereby consent to the withdrawal of Alston & Bird LLP as my counsel of record in the above-captioned matter.

Dated this 26 day of October, 2020.    _/s/ Casey Kirschner_
                                        Casey Kirschner

1

|  |  |
|---|---|
| Dated this 27th day of October, 2020. | Respectfully submitted,<br><br>*/s/ Scott J. Pivnick*<br>Scott J. Pivnick (Va. Bar No. 48022)<br>Edward Kang (*admitted pro hac vice*)<br>Kelley C. Barnaby (*admitted pro hac vice*)<br>ALSTON &BIRD LLP<br>The Atlantic Building<br>950 F Street, NW<br>Washington, DC  20004-1404<br>Phone: 202-239-3300<br>Fax:    202-239-3333<br>scott.pivnick@alston.com<br>edward.kang@alston.com<br>kelley.barnaby@alston.com<br><br>*Attorneys for Defendant CASEY KIRSCHNER* |

## **CERTIFICATE OF SERVICE**

I certify that on October 27, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

Respectfully submitted,

*/s/ Scott J. Pivnick*
Scott J. Pivnick (Va. Bar No. 48022)
Edward Kang (*admitted pro hac vice*)
Kelley C. Barnaby (*admitted pro hac vice*)
ALSTON &BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
Phone: 202-239-3300
Fax:    202-239-3333
scott.pivnick@alston.com
edward.kang@alston.com
kelley.barnaby@alston.com

*Attorneys for Defendant CASEY KIRSCHNER*
