# EXHIBIT 12

**Audio Recording publicly filed with the Court
and available upon request**