# EXHIBIT 14

**Audio Recording publicly filed with the Court
and available upon request**