**EXHIBIT 16**

[5/11/18, 9:35:14 AM] Carleton Nelson: Messages to this chat and calls are now secured with end-to-end encryption.
[5/11/18, 9:35:14 AM] Carleton Nelson: Yo
[5/11/18, 9:38:19 AM] Carleton Nelson: Nelson here
[5/11/18, 9:38:46 AM] Carleton Nelson: Address is 4025 SW Thistle Street, Seattle WA 98136
[5/11/18, 9:39:26 AM] Carleton Nelson: I'll send you a UPS sticker - you just have to box it up and have them pick it up - I'd guess your office does a UPS run every day
[5/11/18, 11:41:10 AM] Kyle Ramstetter: You are the man. I'll get it out ASAP.
[5/11/18, 1:06:52 PM] Carleton Nelson: Thanks - much appreciated
[5/14/18, 12:12:36 PM] Carleton Nelson: Can you send Reed the buyouts as you complete them?
[5/14/18, 12:42:02 PM] Kyle Ramstetter: Consider it done
[5/14/18, 4:43:52 PM] Kyle Ramstetter: Did you send the saddler guys my information or want to send me their's?
[5/14/18, 4:56:53 PM] Carleton Nelson: There you go
[5/14/18, 4:56:58 PM] Carleton Nelson: Run with it
[5/14/18, 6:32:04 PM] Kyle Ramstetter: I'm on it. Thank you sir.
[5/14/18, 7:38:23 PM] Carleton Nelson: Get er done!
[5/17/18, 4:05:11 PM] Kyle Ramstetter: How was meeting Luke? Ha
[5/17/18, 11:04:23 PM] Carleton Nelson: Pretty funny
[5/17/18, 11:04:48 PM] Carleton Nelson: But also very interesting
[6/6/18, 2:51:50 PM] Kyle Ramstetter: Package get delivered?
[6/6/18, 3:47:35 PM] Carleton Nelson: Shit dude I completely forgot about that
[6/6/18, 3:47:40 PM] Carleton Nelson: I'll check man thanks
[6/6/18, 3:47:59 PM] Kyle Ramstetter: Said it was delivered yesterday
[6/6/18, 3:48:28 PM] Carleton Nelson: I've been in Nova
[6/6/18, 3:48:33 PM] Carleton Nelson: Just got back this AM
[6/6/18, 3:48:37 PM] Kyle Ramstetter: Ahhh. Gotcha
[6/6/18, 3:48:45 PM] Carleton Nelson: But I'll get there tonight
[6/6/18, 3:48:55 PM] Kyle Ramstetter: No worries man. Sorry for the delay
[6/6/18, 3:49:17 PM] Carleton Nelson: Not at all - I completely forgot - stared at my phone wondering wtf you were taking about
[6/6/18, 3:49:23 PM] Carleton Nelson: Appreciate it man
[6/6/18, 3:49:50 PM] Kyle Ramstetter: Hahaha.
[6/7/18, 10:07:36 AM] Carleton Nelson: Didn't get it so they must have required signature or something like that - you have a tracker? Also what's your home address?
[6/11/18, 6:22:03 PM] Kyle Ramstetter: 11364 Mesa verde lane
Parker, CO 80138
[6/11/18, 6:23:08 PM] Kyle Ramstetter: That's concerning. I just checked again and received a delivery notification here:
4021 SW Thistle St
Seattle, WA  98136
United States
[6/12/18, 10:53:36 AM] Carleton Nelson: Ok that's my neighbor so I know who took it
[6/13/18, 11:05:08 AM] Kyle Ramstetter: Sorry about that! I'm blaming my wife for that one! Ha
[6/13/18, 11:11:42 AM] Carleton Nelson: All good. I'll be knocking - did you

include a note? Hopefully not
[6/13/18, 11:11:54 AM] Carleton Nelson: She works at amazon
[6/13/18, 11:19:43 AM] Kyle Ramstetter: Nope. No note. My wife's name was on it add another layer of coverage.
[6/13/18, 11:19:54 AM] Kyle Ramstetter: To add* another
[6/13/18, 12:43:59 PM] Carleton Nelson: Nice
[7/20/18, 3:35:10 PM] Kyle Ramstetter: I've been following up with the Saddler guys regarding the potential sale of these projects but haven't heard back from them. Next time you talk to them want to ask them if they are still interested.
[7/20/18, 3:35:52 PM] Carleton Nelson: Will do - how's things?
[7/20/18, 3:36:04 PM] Carleton Nelson: We are ramping here
[7/20/18, 3:36:29 PM] Kyle Ramstetter: Good man. Looking forward to catching up next week.

That's great to hear. Outside of being patient, anything I can do to help?
[7/20/18, 3:36:36 PM] Carleton Nelson: You getting those fee buckets paid?
[7/20/18, 3:36:48 PM] Carleton Nelson: Yeah man - don't be patient
[7/20/18, 3:37:00 PM] Carleton Nelson: I'll get Sadler
[7/20/18, 3:37:01 PM] Kyle Ramstetter: Yep, all over it! Give me a week!
[7/20/18, 3:37:11 PM] Carleton Nelson: Thought that closed last week?
[7/20/18, 3:37:37 PM] Carleton Nelson: We are on target for Q1 next year - much more open discussions then
[7/20/18, 3:37:59 PM] Kyle Ramstetter: I mean I'll be patient in regarding to the official "move over". Closing Monday, waiting on the damn county to approve the final bond to release permit. Was done today.
[7/20/18, 3:38:28 PM] Kyle Ramstetter: Well I'm still excited and would jump over befor end of year!! 😀
[7/20/18, 3:38:31 PM] Carleton Nelson: That's new year timing - and yes we are planning on it
[7/20/18, 3:38:59 PM] Kyle Ramstetter: Perfect. Very exciting
[7/20/18, 3:40:00 PM] Carleton Nelson: We have some package ideas that should be good
[7/20/18, 3:40:09 PM] Carleton Nelson: Want to make sure we take care of you
[7/20/18, 3:40:17 PM] Carleton Nelson: And we will
[7/20/18, 3:41:02 PM] Kyle Ramstetter: I'm all ears and again excited to have those conversations!
[7/20/18, 3:42:01 PM] Carleton Nelson: Man - we've been putting all of that together - you'll get that piece not to worry
[7/20/18, 3:42:36 PM] Carleton Nelson: This is going to be lucrative
[7/20/18, 3:42:39 PM] Carleton Nelson: All around
[7/20/18, 3:43:48 PM] Carleton Nelson: Just out of curiosity - what happened with IPI?
[7/20/18, 3:43:54 PM] Carleton Nelson: Deal go bad?
[7/20/18, 3:45:37 PM] Kyle Ramstetter: Oh no, they are still involved with the Northstar deals. Why do you ask?
[7/20/18, 3:50:09 PM] Carleton Nelson: Sounded like our guys had some problems - not sure what the issue was man
[7/20/18, 3:50:16 PM] Carleton Nelson: Missed voice call
[7/20/18, 3:51:24 PM] Kyle Ramstetter: Let's chat Monday? They are a pain in the ass I'm trying to get away from them on this third deal.

```
[7/20/18, 3:54:20 PM] Carleton Nelson: Yes - ok by me
[7/20/18, 3:54:30 PM] Carleton Nelson: Love to hear what you think
[7/20/18, 3:54:43 PM] Carleton Nelson: Capital guys are Cocksuckers if you ask me
[7/20/18, 3:55:59 PM] Kyle Ramstetter: Hahaha. Agreed and I think I've said that exact phrase to them multiple times!
[7/20/18, 3:57:25 PM] Kyle Ramstetter: How'd the girls like that alligator stuffed animal by the way?
[7/20/18, 4:01:36 PM] Carleton Nelson: Love that shit - thank you man
[7/25/18, 10:57:09 PM] Carleton Nelson: Yo - send me the numbers when convenient - all good man
[7/25/18, 11:14:44 PM] Kyle Ramstetter: <attached: 00000074-PHOTO-2018-07-25-23-14-43.jpg>
[7/25/18, 11:14:56 PM] Kyle Ramstetter: <attached: 00000075-PHOTO-2018-07-25-23-14-55.jpg>
[7/25/18, 11:17:00 PM] Kyle Ramstetter: Confirming* the rebate.
[7/26/18, 6:58:49 PM] Carleton Nelson: Missed voice call
[7/26/18, 6:59:10 PM] Carleton Nelson: When convenient
[7/26/18, 6:59:21 PM] Kyle Ramstetter: Can I call when I land? My plane was delayed 3 hours so I'm still in the air
[7/26/18, 6:59:33 PM] Carleton Nelson: Np
[7/26/18, 9:24:08 PM] Carleton Nelson: Missed voice call
[7/26/18, 9:32:28 PM] Carleton Nelson: Sorry I missed you - hit me when your ready
[7/27/18, 3:33:10 PM] Kyle Ramstetter: Villanova • 2 pages <attached: 00000083-Villanova.docx>
[7/27/18, 3:34:06 PM] Kyle Ramstetter: Call me if needed. I tried to keep it as high level as I can.

In summary, we'll wire $1,446,601 to Villanova Monday morning.
[7/27/18, 5:15:25 PM] Carleton Nelson: Cool thanks
[7/29/18, 1:37:16 PM] Kyle Ramstetter: Sterling Splits_7_24 • 3 sheets <attached: 00000086-Sterling Splits_7_24.xlsx>
[7/29/18, 1:37:18 PM] Kyle Ramstetter: Free tomorrow to catch up?

Also look at the attached spreadsheet I put together as well.
[7/30/18, 3:20:22 PM] Kyle Ramstetter: Call me?
[8/10/18, 7:35:35 AM] Kyle Ramstetter: Sorry missed you, give me a shout when you land. Safe travels
[8/10/18, 7:48:58 AM] Carleton Nelson: Be good or be good at it - you want to do some pheasant this Fall?
[8/10/18, 7:01:46 PM] Kyle Ramstetter: Oh man. I'd love to go pheasant hunting.
[8/11/18, 9:01:20 PM] Kyle Ramstetter: FYI, that redskins game is a pre-season game. Want to pick a regular season game instead?
[8/11/18, 9:38:47 PM] Carleton Nelson: Yeah looks like the chiefs would be the best - that work for you?
[8/11/18, 9:38:58 PM] Kyle Ramstetter: Absolutely
[8/11/18, 9:39:14 PM] Carleton Nelson: Solid - good chance for us to talk offline as well
[8/13/18, 9:55:34 AM] Kyle Ramstetter: Okay tell Casey we are confirmed for 10/1/18 for the Monday night football chiefs game
[8/13/18, 9:55:59 AM] Carleton Nelson: Got it - will do
```

```
[8/19/18, 12:21:22 PM] Kyle Ramstetter: Also, think the pheasant hunt you were taking about is still an option?
[8/19/18, 12:24:43 PM] Carleton Nelson: Yes we are setting that up now
[8/21/18, 6:15:04 PM] Carleton Nelson: So case and I are arranging the pheasants - it will probably be an unsanctioned event since it will be this Fall but all good - any chance you have that updated schedule?
[8/22/18, 6:35:14 PM] Kyle Ramstetter: Yes sorry. Coming right now
[8/23/18, 7:51:23 PM] Carleton Nelson: You in nova week of 9/10?
[8/24/18, 8:12:14 AM] Kyle Ramstetter: Deal Fees • 1 sheet <attached: 00000103-Deal Fees.xlsx>
[8/24/18, 8:12:16 AM] Kyle Ramstetter: I can be for sure.

See attached. I'll add in Manassas today too.
[8/24/18, 8:24:42 AM] Carleton Nelson: Solid thanks man. - I'll be there all week that week so if you can awesome but don't kill your self over it
[8/28/18, 11:43:31 AM] Carleton Nelson: Villanova • 2 pages <attached: 00000106-Villanova.docx>
[8/28/18, 11:44:30 AM] Carleton Nelson: Hey man - can you show me on this what has come of what? Much appreciated - still on track for 8/31 on some of this? We are going to need a bank account and a routing number for you
[8/28/18, 11:45:07 AM] Kyle Ramstetter: Yep. I'm about to board a plane, but can I do it tonight?
[8/28/18, 11:45:28 AM] Carleton Nelson: Hell yeah man no rush - keep the faith
[8/30/18, 5:34:38 PM] Carleton Nelson: You going to make nova the week of the 10th?
[9/3/18, 8:24:04 PM] Kyle Ramstetter: Villanova_Updated • 2 pages <attached: 00000111-Villanova_Updated.docx>
[9/3/18, 8:24:06 PM] Kyle Ramstetter: See attached.
[9/3/18, 8:24:29 PM] Kyle Ramstetter: Yeah I can be out there next week. You there the whole week right?
[9/3/18, 8:53:31 PM] Carleton Nelson: While week - thanks for this - good looking out - any day you want let's hook up
[9/4/18, 1:49:27 PM] Kyle Ramstetter: I'll fly in Sunday and out Wednesday night. Dinner and drinks Tuesday?
[9/4/18, 3:18:16 PM] Carleton Nelson: Good man - works great
[9/5/18, 9:27:26 PM] Carleton Nelson: Case had great conversation with Brian - sounds like you guys are close to wrapping up some deals - good deal - let me know and then let's talk so we can get you taken care of
[9/5/18, 9:49:47 PM] Kyle Ramstetter: I'd be curious what Brian said as he's so far out do the loop! :)

Looking forward to catching up next week!
[9/5/18, 9:54:00 PM] Kyle Ramstetter: Out of*
[9/6/18, 9:14:41 AM] Carleton Nelson: Awesome
[9/11/18, 6:48:07 AM] Carleton Nelson: Good looking out man - sidewise last night when I got back to the casa - if your here today let's hook up
[9/11/18, 3:09:19 PM] Carleton Nelson: You recover yet?
[9/11/18, 3:12:11 PM] Kyle Ramstetter: Oh man. It was a rough morning meeting
[9/11/18, 3:16:59 PM] Carleton Nelson: Yeah man - I didn't start feeling better until about 2
[9/11/18, 3:58:29 PM] Kyle Ramstetter: Is Jason here too? We could go grab dinner
```

if you all had interest?
[9/12/18, 4:19:09 PM] Kyle Ramstetter: When you headed back? Great seeing you and safe travels man. Connect next week?
[9/12/18, 7:06:57 PM] Carleton Nelson: Awesome
[9/27/18, 8:56:24 PM] Kyle Ramstetter: You all still planning on coming out for the game Monday?
[9/27/18, 8:57:03 PM] Carleton Nelson: This Mon? Thought it was KC in Dec?
[9/27/18, 8:58:25 PM] Kyle Ramstetter: Haha, no it was this Monday. I ha e your damn texts on it! :) teasing man. If it's better we can reschedule for the December game
[9/27/18, 9:00:21 PM] Carleton Nelson: Fuck dude - I swear we agreed on KC - my bust - Casey and I were talking about it and we both thought it was Dec
[9/27/18, 9:03:12 PM] Carleton Nelson: I'm sorry I completely blew this one - KC isn't even in Dec
[9/27/18, 9:03:18 PM] Carleton Nelson: Wtf were we thinking?
[9/27/18, 9:03:47 PM] Kyle Ramstetter: I sent a calendar invite too! Ha.

Honestly no worries man!
[9/27/18, 9:04:05 PM] Carleton Nelson: Yep - I have it
[9/27/18, 9:04:43 PM] Carleton Nelson: Aright - I'll talk with case tomorrow - this is on us man total bust - wish I could be there
[9/27/18, 9:04:48 PM] Carleton Nelson: Shit
[9/27/18, 9:05:09 PM] Kyle Ramstetter: Also- $1.1M coming Monday.
[9/27/18, 9:05:08 PM] Carleton Nelson: Hear we are close to closing some more shit out
[9/27/18, 9:05:13 PM] Carleton Nelson: Yeah man
[9/27/18, 9:05:17 PM] Kyle Ramstetter: Yes sir
[9/27/18, 9:05:20 PM] Carleton Nelson: Good looking out
[9/27/18, 9:05:26 PM] Kyle Ramstetter: Of course
[9/27/18, 9:05:46 PM] Carleton Nelson: You will be hearing from an Atty in Den who will ask for a bank act and routing number
[9/27/18, 9:06:08 PM] Kyle Ramstetter: Via email?
[9/27/18, 9:06:17 PM] Carleton Nelson: Nope - he will be calling you
[9/27/18, 9:06:55 PM] Carleton Nelson: Also - how's the 4.8 cap sale going - on track?
[9/27/18, 9:07:20 PM] Kyle Ramstetter: Gotcha. Can I get excited for the $100k!? 😂 also I spoke with Casey and called an audible that will benefit the backend A LOT.
[9/27/18, 9:07:38 PM] Kyle Ramstetter: Yeah it is. Progressing nicely actually
[9/27/18, 9:07:58 PM] Carleton Nelson: Solid - you should get excited because it's yours - we appreciate the work and take care of our people
[9/27/18, 9:09:21 PM] Carleton Nelson: Can't wait to get going on the outside - lots of stuff moving now - your going to like the way this shakes out - you and I will buy a fishing boat, have ray captain and then give it to him at the end of the trip
[9/27/18, 9:09:38 PM] Kyle Ramstetter: Man I can't wait!!
[9/27/18, 9:09:58 PM] Carleton Nelson: Few more pieces here and there but making headway
[9/27/18, 9:10:33 PM] Carleton Nelson: We think we have another one for you too - should be easy
[9/27/18, 9:18:44 PM] Kyle Ramstetter: Anything I can do to help?

```
[9/27/18, 9:19:29 PM] Carleton Nelson: Just keep pushing on your end - it's
allowing us to make moves we wouldn't otherwise be able to make - it's coming
together man
[9/27/18, 9:28:19 PM] Kyle Ramstetter: Sounds good brother
[10/1/18, 10:23:45 AM] Carleton Nelson: You close that SOB?
[10/1/18, 12:36:22 PM] Kyle Ramstetter: Yes sir. Hoping to get wires out to you
today (before cut off), at worst you'll have $1,297,011.18 first thing tomorrow.
[10/1/18, 1:20:20 PM] Carleton Nelson: Beauty thanks man
[10/1/18, 4:36:01 PM] Carleton Nelson: Missed voice call
[10/2/18, 9:02:25 AM] Kyle Ramstetter: Wires are out?
[10/2/18, 9:14:19 AM] Kyle Ramstetter: Wires are out*
[10/2/18, 11:04:53 AM] Carleton Nelson: Beauty!
[10/2/18, 11:04:56 AM] Carleton Nelson: You the man
[10/2/18, 11:05:00 AM] Carleton Nelson: Expect a phone call
[10/2/18, 6:56:13 PM] Carleton Nelson: You get a call?
[10/2/18, 7:26:58 PM] Kyle Ramstetter: Just landed in VA. Let me check voicemails
[10/3/18, 4:15:54 PM] Carleton Nelson: All good?
[10/5/18, 5:39:47 PM] Kyle Ramstetter: Not yet. This is his number right: +1 (720)
445-8453
[10/5/18, 5:40:20 PM] Carleton Nelson: (720) 244-7234
[10/5/18, 5:40:39 PM] Carleton Nelson: He called you - call him back he's got your
shit
[10/5/18, 5:41:18 PM] Carleton Nelson: Get some!
[10/5/18, 5:41:32 PM] Carleton Nelson: And let me know when you do
[10/5/18, 5:45:51 PM] Kyle Ramstetter: Spoke with him. Should be good. You said
$200k right!?! 😂☺
[10/5/18, 5:46:45 PM] Carleton Nelson: Hahahaha - soon enough brother soon enough
[10/5/18, 5:47:06 PM] Carleton Nelson: And thank You - looking forward to making
much much more together
[10/5/18, 5:48:45 PM] Kyle Ramstetter: Likewise. Thank you
[10/23/18, 12:10:58 PM] Kyle Ramstetter: How you doing my man?
[10/23/18, 12:14:41 PM] Carleton Nelson: Hanging in there - just pushing dough for
JB
[10/23/18, 12:46:30 PM] Carleton Nelson: How you living?
[10/23/18, 6:20:08 PM] Carleton Nelson: You making some money brah?
[10/23/18, 6:20:26 PM] Carleton Nelson: Lots of shit happening - all good for the
future man!
[10/25/18, 4:28:29 PM] Kyle Ramstetter: Heck yeah man!! Yeah making money because
of your pop! :) until then I'm just a lonely old salary guy! Ha
[10/25/18, 4:28:58 PM] Kyle Ramstetter: I should be wiring you all $1,009,015 in
the next week and a half
[10/25/18, 4:29:00 PM] Carleton Nelson: Don't be lonely!
[10/25/18, 4:29:05 PM] Carleton Nelson: Damn son
[10/25/18, 4:29:09 PM] Carleton Nelson: Now you talking
[10/25/18, 4:29:23 PM] Carleton Nelson: Brian still holding out?
[10/25/18, 4:56:50 PM] Kyle Ramstetter: Holding out?
[10/25/18, 5:07:52 PM] Carleton Nelson: He holds his money white knuckled
[10/25/18, 5:20:11 PM] Kyle Ramstetter: Oh for sure
[11/5/18, 4:39:14 PM] Kyle Ramstetter: We officially own manassas. I'll get your
money wired out tomorrow.
```

[11/5/18, 4:43:07 PM] Carleton Nelson: Beauty dude
[11/5/18, 4:58:15 PM] Kyle Ramstetter: Also, what's your personal email. I tried to send a doc that was to large for your work one.
[11/5/18, 5:07:24 PM] Carleton Nelson: Carleton.nelson@gmail.com
[11/7/18, 9:07:50 AM] Carleton Nelson: Did you send the doc?
[11/7/18, 5:32:10 PM] Kyle Ramstetter: Everything good?
[11/10/18, 8:55:03 PM] Carleton Nelson: Were you at on portfolio sale? Looking for that exit as the real deal
[11/10/18, 8:55:17 PM] Carleton Nelson: Let's talk on that when your available
[11/12/18, 7:48:58 AM] Kyle Ramstetter: You free mid-morning to catch up?
[11/20/18, 10:01:46 PM] Kyle Ramstetter: Want to meet up the 3rd or 4th in VA?
[11/26/18, 9:01:16 PM] Carleton Nelson: Hey bruddah - sorry I missed you - on the road heading back West tomorrow - let's catch up then - looking like second week in December - can you swing that?
[11/29/18, 10:10:37 AM] Kyle Ramstetter: Sorry for the phone tag. I can swing the second week. Let me know what dates works best and I'll make it happen.
[11/29/18, 10:11:06 AM] Carleton Nelson: All good - you got time to chat today? I hear you guys are close
[11/29/18, 12:04:09 PM] Kyle Ramstetter: Yeah. Give me 30 minutes?
[11/29/18, 7:42:21 PM] Carleton Nelson: Good to chat today - give me a ROM on that sale pro rata - good work as usual we are excited to get into the next phase
[12/3/18, 10:03:42 AM] Kyle Ramstetter: Sterling475SaleResults • 1 sheet <attached: 00000208-Sterling475SaleResults.xlsx>
[12/3/18, 10:03:44 AM] Kyle Ramstetter: Me too man. Sending again to ensure receipt
[12/3/18, 10:09:32 AM] Carleton Nelson: Dude that's solid - sponsor sees about $40M - we are 15% of that I think?
[12/3/18, 10:13:00 AM] Kyle Ramstetter: Yeah 15
[12/3/18, 10:13:40 AM] Carleton Nelson: Damn son - we going to have a good day - you close by Dec 31?
[12/3/18, 10:19:00 AM] Kyle Ramstetter: Let me confirm that. Meeting on Wednesday night to confirm next steps. Regardless I think they'll be something else there too. I'll call when I land I'm VA?
[12/3/18, 10:46:48 AM] Carleton Nelson: Solid
[12/3/18, 10:46:55 AM] Carleton Nelson: Thanks
[12/7/18, 8:51:52 AM] Kyle Ramstetter: $1,061,160 will be wired today.
[12/7/18, 9:02:35 AM] Carleton Nelson: You are the man
[12/10/18, 7:20:19 PM] Carleton Nelson: You here?
[12/10/18, 7:20:43 PM] Kyle Ramstetter: In VA? Yes sir!
[12/10/18, 7:21:09 PM] Carleton Nelson: I'm at bar - where you at?
[12/10/18, 7:23:47 PM] Kyle Ramstetter: Want to meet? Or chat tomorrow?"
[12/10/18, 7:24:27 PM] Carleton Nelson: Are you at Westin or out? Can hook up whenever you like - I'm pretty gassed today so a reprieve tonight would be welcomed
[12/10/18, 7:29:16 PM] Kyle Ramstetter: Let's chat tomorrow? Small group (you, me Casey and Johnny). I have good news
[12/10/18, 7:30:04 PM] Carleton Nelson: Solid - let's keep the group to you me and Casey - JCL is inner circle not inner workings
[12/10/18, 7:48:20 PM] Kyle Ramstetter: Perfect.
[12/10/18, 7:48:47 PM] Kyle Ramstetter: You tell me when snd where to meet and I'm there
[12/10/18, 7:53:00 PM] Carleton Nelson: Ok all good

[12/10/18, 7:55:24 PM] Carleton Nelson: I've got a 5:30 AM with a potential seller (seriously) and then we do a meeting at 9 - traveling north south most of the time but think I have you at after 5 on calendar - either way we should hook up early and discuss - this Iron thing has me irritated
[12/10/18, 8:49:11 PM] Kyle Ramstetter: Let's meet later. I agree, but don't be to irritated. I have a couple solutions regarding Brian. We'll make this happen. Trust me, but I'll go through more detail when we meet
[12/11/18, 6:37:34 AM] Kyle Ramstetter: Also I forgot to confirm, did the wire come through last week?
[12/11/18, 7:07:55 AM] Carleton Nelson: Yep lean and mean - you can expect 50
[12/11/18, 7:08:13 AM] Carleton Nelson: Little Xmas bonus
[12/11/18, 10:24:40 AM] Kyle Ramstetter: You kidding me!?! Thank you a thousand times over
[12/11/18, 1:55:54 PM] Kyle Ramstetter: What time is good to meet tonight and where you thinking?
[12/11/18, 2:18:48 PM] Carleton Nelson: Hey man running into a meeting - where you staying?
[12/11/18, 2:19:17 PM] Kyle Ramstetter: I'm at the Sheraton near Reston. Let's meet here at the restaurant (quieter hotel)?
[12/11/18, 2:19:30 PM] Carleton Nelson: Yes - I'll drop my car off
[12/11/18, 3:12:52 PM] Kyle Ramstetter: I'm at the Sheraton Reston. Casey is here too.
11810 Sunrise Valley Drive Reston
[12/12/18, 7:23:46 AM] Carleton Nelson: Lunch today at Johnnys office?
[12/12/18, 8:10:34 AM] Kyle Ramstetter: We have the Shaw road oac at 1, but we could make it work
[12/12/18, 8:11:20 AM] Carleton Nelson: Let's do 11:45 at Johnnys office
[12/12/18, 8:36:14 AM] Carleton Nelson: 14441 Brookfield Tower Dr
Chantilly, VA  20151
United States
[12/12/18, 8:52:42 AM] Kyle Ramstetter: 👍
[12/12/18, 8:52:58 AM] Carleton Nelson: Will you bring my bag in when you get there?
[12/12/18, 8:53:18 AM] Kyle Ramstetter: You got it
[12/12/18, 3:03:45 PM] Carleton Nelson: Hey - check your acct - money should be there / also sign the W9
[12/12/18, 3:04:07 PM] Carleton Nelson: Let's talk - want to walk you through our chat with our lawyer
[12/13/18, 8:15:14 AM] Kyle Ramstetter: Truly can't thank you enough! Call me today?
[12/13/18, 3:17:09 PM] Carleton Nelson: No worries - we can talk later just had to approach it as an employee with payment due to our structure
[12/13/18, 3:17:57 PM] Carleton Nelson: On advice of counsel - puts the tax burden on you which I wanted to avoid - we'll figure out how to do some other things later
[12/17/18, 11:06:09 AM] Kyle Ramstetter: Okay. No worries. Thanks man
[12/17/18, 11:06:42 AM] Kyle Ramstetter: Now flip me a couple buildings in the interim and let me really line your pockets like we were discussing! 😂🤣
[12/17/18, 11:41:28 AM] Carleton Nelson: Ha. All good man !
[12/17/18, 11:41:49 AM] Carleton Nelson: There will be lots going around
[12/20/18, 7:53:10 PM] Kyle Ramstetter: Don't mean to be a pest, and no rush, give

```
me a shout when free tomorrow?
[1/17/19, 6:30:22 PM] Carleton Nelson: 1300 Memorex is a joke - they are full of
shit
[1/17/19, 6:30:53 PM] Carleton Nelson: Meldahl is going to tell Avery to call me
because I'm pissed - that deal won't see the light of day
[1/17/19, 6:31:04 PM] Carleton Nelson: Wtf are they thinking?
[1/17/19, 6:32:37 PM] Kyle Ramstetter: Okay good to know. But can you "force" it to
see the light of day? Meaning if i can partner with IPi ro develop. All profits are
to AC
[1/17/19, 6:32:55 PM] Carleton Nelson: I can do whatever I want
[1/17/19, 6:33:10 PM] Kyle Ramstetter: What do you think is the best route?
[1/17/19, 6:33:11 PM] Carleton Nelson: But a 3 story 400k building isn't what I can
do
[1/17/19, 6:33:24 PM] Carleton Nelson: Our building our spec - you are the guy
[1/17/19, 6:33:32 PM] Kyle Ramstetter: Done
[1/17/19, 6:33:47 PM] Carleton Nelson: Then we have something to talk about - 8%
yield is shit - get them to 6.5
[1/17/19, 6:34:09 PM] Carleton Nelson: Two story 12 hall build - 260 RSF
[1/17/19, 6:34:22 PM] Kyle Ramstetter: Honestly, consider it done. I'll casually
bring it up and make it happen
[1/17/19, 6:34:26 PM] Carleton Nelson: Direct pass through of dirt and low yield -
that gets done
[1/17/19, 6:35:07 PM] Carleton Nelson: Let them know nothing happens unless I
fucking say it happens - and nothing will happen if you aren't involved - period
[1/17/19, 6:35:18 PM] Carleton Nelson: Awarded my ass
[1/17/19, 6:39:43 PM] Kyle Ramstetter: Perfect, done deal. We'll figure out the
rest
[1/17/19, 6:40:09 PM] Carleton Nelson: Ok - don't forget to blow them kisses from
me
[1/17/19, 6:40:12 PM] Kyle Ramstetter: Truly the perfect plan to buy out Brian as
well
[1/17/19, 6:40:24 PM] Carleton Nelson: Yes it is - why are they fucking that up?
[1/17/19, 6:41:55 PM] Carleton Nelson: Call me
[1/17/19, 8:02:59 PM] Kyle Ramstetter: Give me 15
[1/28/19, 8:33:37 AM] Kyle Ramstetter: Want to get together in VA on the 5th or
6th?
[1/28/19, 8:59:06 AM] Carleton Nelson: Had to rearrange schedule - coming out the
following week
[1/28/19, 8:59:17 AM] Carleton Nelson: How's it coming - did that call ever happen?
[1/28/19, 9:02:18 AM] Kyle Ramstetter: Good. I'll try and reschedule for Wednesday,
he was traveling.

I'll also be out there the 12 and 13th too.
[1/28/19, 9:45:17 AM] Carleton Nelson: Okperfect
[2/12/19, 1:55:06 PM] Carleton Nelson: Dude - I'm still feeling last night!
[2/12/19, 1:55:19 PM] Kyle Ramstetter: Man I'm hurting!!
[2/12/19, 1:55:28 PM] Carleton Nelson: Are you back tonight?
[2/12/19, 1:56:11 PM] Kyle Ramstetter: Yeah, at airport now. Let's chat later this
week following our chat at Jackson's! Pumped man
[2/12/19, 1:56:28 PM] Carleton Nelson: Hell yeah man - good looking out - keep
```

```
driving
[2/21/19, 12:18:01 AM] Carleton Nelson: Please send pictures
[2/21/19, 12:18:27 AM] Carleton Nelson: You need to send me naked pictures
[2/21/19, 12:45:28 AM] Carleton Nelson: Like right now
[3/13/19, 11:31:48 AM] Carleton Nelson: What's the buyout look like to the good
guys?
[3/13/19, 11:39:59 AM] Kyle Ramstetter: I'll send shortly. Crush the meeting with
IPI and do what you do best and we can get this done ASAP
[3/13/19, 11:42:09 AM] Carleton Nelson: Fair enough - case said it's only like 3M -
shouldn't it be double that?
[3/13/19, 12:07:38 PM] Kyle Ramstetter: I often wonder where Casey gets his
information or if he's actually listening to me! Ha

Right now it's at $6.4M
[3/13/19, 12:11:24 PM] Carleton Nelson: All in?
[3/13/19, 12:11:47 PM] Carleton Nelson: He doesn't listen
[3/13/19, 12:40:08 PM] Kyle Ramstetter: All in. Call me after your meeting with
IPI?
[3/13/19, 12:40:19 PM] Carleton Nelson: Yes
[3/13/19, 12:40:32 PM] Kyle Ramstetter: Crush it my man
[3/13/19, 12:42:51 PM] Carleton Nelson: Always
[3/13/19, 7:05:46 PM] Kyle Ramstetter: All good?
[3/14/19, 7:26:26 AM] Carleton Nelson: All good -
Sang your praises
[3/14/19, 12:20:02 PM] Kyle Ramstetter: Ready for 30 drinks tomorrow?!
[3/14/19, 12:35:10 PM] Carleton Nelson: I'm having a really bad month man - I may
be bailing on this thing and sending Johnny in my place - long story but pregnant
wife had some major issues come up and I can't leave her like this
[3/14/19, 3:32:17 PM] Carleton Nelson: Hang tight dude - I'll hit you back
[3/14/19, 4:43:09 PM] Kyle Ramstetter: Also if you're up for a call, love to hear
how drinks went with the IPI guys.

Still don't trust those bastards! Lol
[3/14/19, 4:48:00 PM] Carleton Nelson: Went well - very very well
[3/14/19, 4:48:32 PM] Kyle Ramstetter: Nice. What was their angle to meet? Trying
to get other deals or what?
[3/15/19, 7:19:02 AM] Carleton Nelson: They mostly just wanted to know we were
happy
[3/15/19, 7:19:15 AM] Carleton Nelson: The message was we loved you and wished we
could steal you
[3/15/19, 7:19:28 AM] Carleton Nelson: That opportunity abounds
[3/15/19, 7:19:49 AM] Carleton Nelson: And if we can get them into the mix directly
we will do so
[3/15/19, 7:20:24 AM] Carleton Nelson: Clearly they feel your boss is a unique
personality
[3/15/19, 7:22:01 AM] Kyle Ramstetter: Thanks man. Agreed; we all feel that way!
Ha.

When you say get them into the mix directly, meaning send them deals directly and
let them hire the developer, etc...?
```

[3/15/19, 7:22:07 AM] Kyle Ramstetter: How's your wife doing man?
[3/15/19, 7:22:29 AM] Carleton Nelson: Meaning we pair them with a preferred partner
[3/15/19, 7:24:34 AM] Kyle Ramstetter: Gotcha.
[3/15/19, 7:28:32 AM] Carleton Nelson: She's resting - more tests today but They are obviously concerned
[3/15/19, 7:31:00 AM] Carleton Nelson: She's just getting to 30
Weeks so very early
[3/15/19, 7:32:17 AM] Carleton Nelson: On Sean they obviously want to do more direct deals - cut out the middle
Man - I told them we would but that you are a guy we would want to continue to work with regardless of
Employer
[3/15/19, 7:33:49 AM] Kyle Ramstetter: That's interesting. But they don't have any developer/real estate people in house, so I'm curious how that work then
[3/15/19, 7:34:05 AM] Carleton Nelson: They would have to hire you
[3/15/19, 7:34:17 AM] Carleton Nelson: Or your own company
[3/15/19, 7:34:50 AM] Kyle Ramstetter: Man, sending prayers for the wife. We've been there. So hope all rests come back positive.
[3/15/19, 7:42:24 AM] Carleton Nelson: Thx - keep the faith
[3/15/19, 7:45:12 AM] Kyle Ramstetter: I'm trying my man. We'll send pics of the trip
[4/1/19, 10:50:18 PM] Kyle Ramstetter: How's the deal coming along with High point guys?
[4/2/19, 1:54:27 AM] Carleton Nelson: Fucking mess but I think we will close - the headache hasn't been worth it
[4/4/19, 10:56:43 AM] Carleton Nelson: Good call with IPI - should be a no brainer
[4/4/19, 11:50:44 AM] Kyle Ramstetter: Hell yeah! Well done and thank you!
[4/4/19, 11:51:12 AM] Carleton Nelson: Good - get the buyout done - get the money paid and get the F out!
[4/4/19, 11:51:31 AM] Kyle Ramstetter: That's the plan sir! Can't come soon enough
[4/4/19, 11:52:26 AM] Carleton Nelson: Tell me
About it
[4/4/19, 11:52:33 AM] Carleton Nelson: Need to get the F out of here
[4/4/19, 11:52:43 AM] Carleton Nelson: case can close these next few and we are done
[4/5/19, 12:29:12 PM] Kyle Ramstetter: Yes sir!! Sorry about Brian's email; he really is hat fucking clueless
[4/5/19, 12:31:29 PM] Carleton Nelson: It fine
[4/5/19, 12:31:34 PM] Carleton Nelson: You talked to IPi?
[4/5/19, 2:02:05 PM] Kyle Ramstetter: Yep, all good there! I was racing to board my flight but will call you when I land and can update you.
[4/9/19, 3:34:12 PM] Carleton Nelson: We are off an running on these other projects - IPI closing date set?
[4/10/19, 8:08:08 PM] Kyle Ramstetter: Yes sir. 3 weeks (legal review), but we'll get it done.
[4/11/19, 9:00:35 AM] Carleton Nelson: You are a beast - let me know how I can push - also I think Case released on Tower - that one should be all us
[4/11/19, 9:00:46 AM] Carleton Nelson: We are getting approved now
[4/11/19, 9:02:04 AM] Kyle Ramstetter: Not going to lie, facilitating this damn

buyout has been challenging; because of Brian. So thanks for your help too.

Which one is tower?
[4/11/19, 9:07:23 AM] Carleton Nelson: Two building
[4/11/19, 9:07:28 AM] Carleton Nelson: Chantilly by waterside
[4/11/19, 9:07:34 AM] Carleton Nelson: We can talk about it
[4/11/19, 9:07:47 AM] Carleton Nelson: Well do that one with out money and you
[4/11/19, 9:07:56 AM] Carleton Nelson: What's up with Brian?
[4/11/19, 9:08:31 AM] Carleton Nelson: Is he going to pay?
[4/11/19, 9:47:27 AM] Kyle Ramstetter: He'll pay, he's just showing how desperate he is with needing that money.

We're still moving forward and have approvals for Inova?
[4/11/19, 9:47:43 AM] Kyle Ramstetter: I know you are on vacation so we can catch up when you get back.
[4/11/19, 9:51:11 AM] Carleton Nelson: Still moving - all good it's in the plan!
[4/11/19, 12:45:51 PM] Kyle Ramstetter: Hell yeah! I'll wire in the $1,000,000 earnest money next week
[5/6/19, 6:34:11 PM] Carleton Nelson: Who told you someone was reviewing the Quail Ridge leases?
[5/6/19, 6:36:18 PM] Kyle Ramstetter: Casey. Said legal was looking at pushing everything out and inquiring on the leases. I mentioned it to Reed today on thoughts of holding off EE Reed until later as they were going to start site work this week.
[5/6/19, 6:38:10 PM] Carleton Nelson: Got it - forgot Casey told me that
[5/6/19, 6:41:03 PM] Kyle Ramstetter: Can we chat tomorrow via a call?
[5/6/19, 6:42:42 PM] Carleton Nelson: Yes case and I will set it up
[5/6/19, 8:08:49 PM] Kyle Ramstetter: Thx
[5/7/19, 3:39:22 PM] Kyle Ramstetter: image000000 <attached: 00000360-image000000.jpg>
[5/7/19, 3:39:40 PM] Kyle Ramstetter: Have it under LOI for $50k an acre.
[5/13/19, 9:38:36 PM] Kyle Ramstetter: How fast do you think we can get the PSA for INOVA?
[5/28/19, 6:27:59 AM] Carleton Nelson: Pushing IN today with finance - looking promising -  everything is coming together.
[5/28/19, 9:57:50 AM] Kyle Ramstetter: Nice! Any concerns you think?
[5/28/19, 10:13:45 AM] Carleton Nelson: No
[5/28/19, 11:46:15 AM] Carleton Nelson: BO this week?
[5/28/19, 11:46:23 AM] Carleton Nelson: You closing that fucker down or what?
[5/31/19, 1:23:23 PM] Carleton Nelson: Close on this baby - tell me you are closing today!
[5/31/19, 2:12:02 PM] Kyle Ramstetter: Wire is going on Monday
[5/31/19, 2:12:07 PM] Kyle Ramstetter: Out*
[5/31/19, 4:49:32 PM] Carleton Nelson: You the man!
[6/3/19, 9:14:19 AM] Carleton Nelson: We going to schedule something for this week? Thursday maybe? Also IN purchase made it through first rung and looking good
[6/3/19, 9:14:43 AM] Carleton Nelson: And you meant closing today not wire to us right?
[6/3/19, 6:19:04 PM] Carleton Nelson: Happy healthy baby girl man - all good in Seattle!

```
[6/3/19, 7:50:28 PM] Carleton Nelson: <attached: 00000375-PHOTO-2019-06-03-19-50-28.jpg>
[6/4/19, 3:44:29 PM] Carleton Nelson: Had another call from Sean today - went well I talked you up - those guys are chasing deals man
[6/5/19, 6:40:22 PM] Kyle Ramstetter: So sorry man!!! Congratulations! I trust mom and baby are doing well?!

Are you free tomorrow am to catch up? Dude, how much weight have you lost? Motivating....
[6/5/19, 7:40:00 PM] Carleton Nelson: I'm getting after it man - gotta be in pitching shape pretty soon
[6/5/19, 7:40:28 PM] Carleton Nelson: Tomorrow is good man - heard you wrapped it up today - good on you brah and good looking out!
[6/5/19, 7:43:25 PM] Kyle Ramstetter: Just eating better and working out too?
[6/5/19, 7:43:42 PM] Kyle Ramstetter: Curious to hear about Sean too
[6/5/19, 7:55:02 PM] Carleton Nelson: Exactly - just cleaned up the diet - starting lifting heavy again - nothing crazy but definitely done in the kitchen
[6/5/19, 7:56:09 PM] Carleton Nelson: Just like the good old bad old days - I'll plateau around 215 which was my playing weight - should be 220/5 ideally but I'd like to stack it up a little thicker these days
[6/5/19, 7:57:00 PM] Kyle Ramstetter: Man I'd give my left testicle to get down to 210-215. It's motivating. I need to start and quit talking about it
[6/5/19, 7:58:38 PM] Carleton Nelson: Time for some action son
[6/5/19, 7:58:52 PM] Carleton Nelson: We gonna need to be swole to win some deals
[6/5/19, 7:59:36 PM] Kyle Ramstetter: I hear you man! And I agree...can't be rolling in there being fat! Just mentally hard as I know how hard it will be...but fuck it and good for you
[6/5/19, 8:03:19 PM] Carleton Nelson: Ain't nothing to it but to do it - we in this together son
[6/5/19, 8:03:36 PM] Kyle Ramstetter: Love the accountability. I'm in.
[6/5/19, 8:27:09 PM] Carleton Nelson: https://m.youtube.com/watch?v=6q4kF5BonuM
[6/5/19, 9:35:21 PM] Kyle Ramstetter: Love it!!!
[6/5/19, 9:55:53 PM] Carleton Nelson: CT Fletcher is a beast
[6/6/19, 10:53:58 AM] Carleton Nelson: Let me know when you are free today
[6/6/19, 10:54:09 AM] Carleton Nelson: We can catch up see what's going on!
[6/6/19, 12:22:46 PM] Carleton Nelson: You around or what? I have a window in the next 30 minutes then later this afternoon
[6/6/19, 12:46:35 PM] Kyle Ramstetter: I'll be free in 30. But after that I'm wide open too all afternoon/evening
[6/6/19, 12:47:00 PM] Carleton Nelson: Ok I'll call this afternoon - you close the deal?
[6/6/19, 12:51:41 PM] Kyle Ramstetter: Waiting on the good news. Brian went quiet on me today
[6/6/19, 12:54:16 PM] Carleton Nelson: Nice ok well that's going to happen so just a matter of time - unless he fucks it up
[6/6/19, 4:33:00 PM] Carleton Nelson: Inova made it through top brass today
[6/6/19, 4:33:12 PM] Carleton Nelson: One VP left and we are done
[6/7/19, 7:27:33 AM] Kyle Ramstetter: Also- what was Sean's angle? What are they chasing or want for you all now?
[6/7/19, 9:21:08 AM] Carleton Nelson: Europe and is Virginia even worth it
```

```
[6/7/19, 9:21:15 AM] Carleton Nelson: San Fran
[6/7/19, 9:44:04 AM] Kyle Ramstetter: Interesting. Give me a shout when free today.
[6/7/19, 9:48:19 AM] Carleton Nelson: Will do
[6/7/19, 10:27:37 AM] Carleton Nelson: Hit me back when convenient
[6/10/19, 8:39:29 PM] Carleton Nelson: Wtf is going on?
[6/10/19, 8:39:42 PM] Carleton Nelson: Crawfish?
[6/10/19, 8:40:17 PM] Carleton Nelson: Thought this was done?
[6/11/19, 8:40:51 AM] Kyle Ramstetter: I have no words. It was literally down to Brian's signature. I'm trying one more hail mary
[6/11/19, 10:13:23 AM] Kyle Ramstetter: What would help to get this done, is Casey saying, "Brian, we didn't anticipate you being tied up for 5+ years out. We have more deals, but want to get paid out and then move on with each other"...

As false as that is, it will get it done
[6/11/19, 10:47:36 AM] Carleton Nelson: I'll have to talk with him - I'm not sure we want to go that route but we can talk
[6/11/19, 11:37:16 AM] Kyle Ramstetter: I'll call you when I land.
[6/13/19, 7:53:31 AM] Carleton Nelson: Hail Mary this week? Prognosis?
[6/13/19, 2:26:03 PM] Carleton Nelson: We gotta talk
[6/13/19, 9:19:03 PM] Kyle Ramstetter: Call threw me off today...everything still good man?
[6/13/19, 9:23:34 PM] Carleton Nelson: All good - we are just mission critical now - gotta tighten down and get this shut done
[6/13/19, 9:24:20 PM] Carleton Nelson: These deals are big and big opportunity - they make the afterlife possible
[6/13/19, 9:25:39 PM] Kyle Ramstetter: We'll get it done and I agree man! When does Casey plan on chatting with Brian do you know?
[6/13/19, 9:26:29 PM] Carleton Nelson: I don't - he's got the pressure on for chantilly and innova right now but I'd bet it's tomorrow if not early next week
[6/13/19, 9:26:36 PM] Carleton Nelson: When is IPi coming back?
[6/13/19, 9:27:15 PM] Kyle Ramstetter: Hopefully tomorrow. They didn't want to counter too fast in fear of Brian getting skeptical
[6/13/19, 9:27:26 PM] Carleton Nelson: Your good - keep doing what you're doing just know it's fourth quarter and we gotta dig in
[6/13/19, 9:28:32 PM] Kyle Ramstetter: I'm all in and it has my full attention.

I know Casey was upset about the PSA. But he should know I'm a better negotiator than that. Chuck literally wasn't backing down given the higher offer he put in second place for ours.
[6/13/19, 9:28:34 PM] Carleton Nelson: Ok on counter - I'll talk to case and see if he can't chat with Brian tomorrow
[6/13/19, 9:28:43 PM] Carleton Nelson: I get it
[6/13/19, 9:29:14 PM] Carleton Nelson: Like I said - just work with me on getting the contract clean ASAP and I'll push the internal CAR to clean that out
[6/13/19, 9:29:22 PM] Carleton Nelson: Then we move to PSA with you
[6/13/19, 9:29:30 PM] Carleton Nelson: And it will go fast
[6/13/19, 9:29:51 PM] Kyle Ramstetter: Perfect. I'll get it turned around to you tomorrow. I'll send you the redline first to double check it?
[6/13/19, 9:30:05 PM] Carleton Nelson: Good - also title please
[6/13/19, 9:30:56 PM] Carleton Nelson: And the Alta - if JCL has a box account that
```

```
will work
[6/13/19, 9:31:14 PM] Carleton Nelson: This is all I'm focused on now
[6/13/19, 9:31:22 PM] Carleton Nelson: So we will get it done!
[6/13/19, 9:32:11 PM] Carleton Nelson: Case is going to tell Brian Villanova wants the buyout
[6/13/19, 9:32:39 PM] Kyle Ramstetter: That one statement alone should get it done from him
[6/13/19, 9:47:06 PM] Carleton Nelson: All good we will will see
[6/17/19, 11:08:35 AM] Kyle Ramstetter: Casey talk to Brian yet?
[6/17/19, 11:27:30 AM] Carleton Nelson: Haven't talked to him - I will
[6/18/19, 10:41:47 AM] Carleton Nelson: Get IPI to send over best and final and case will make the call - any idea when that's coming?
[6/18/19, 11:04:14 AM] Carleton Nelson: Makes sense?
[6/18/19, 11:09:13 AM] Kyle Ramstetter: It does. Was told early this week. I'll follow up and get clarity.
[6/18/19, 11:10:03 AM] Carleton Nelson: Cool - just get that going and when it comes in alert Casey - He will follow up once you've delivered the message and push it over the line
[6/18/19, 11:10:19 AM] Carleton Nelson: He's working the inova - almost there
[6/18/19, 11:10:32 AM] Carleton Nelson: I'm done at amzn end of month
[6/18/19, 11:13:07 AM] Carleton Nelson: You ha e your exit planned yet?
[6/18/19, 11:50:57 AM] Kyle Ramstetter: Damn!! Well done. I'll quit right before Inova and when we get 3rd building leases signed for Dulles
[6/18/19, 11:51:04 AM] Kyle Ramstetter: Congrats man. How does it feel
[6/18/19, 11:52:17 AM] Carleton Nelson: Feels phenomenal
[6/18/19, 11:52:38 AM] Carleton Nelson: Just need to get these done now - we are on the rail baby!
[6/18/19, 11:57:42 AM] Kyle Ramstetter: Hell yeah!!
[6/18/19, 5:04:14 PM] Carleton Nelson: New email Cheshireventures@outlook.com
[6/18/19, 5:05:31 PM] Kyle Ramstetter: Use this for Inova until it's closed too?
[6/18/19, 5:05:39 PM] Carleton Nelson: Yes
[6/19/19, 11:36:56 AM] Kyle Ramstetter: Free to chat this afternoon?
[6/19/19, 12:00:24 PM] Carleton Nelson: Yep anytime
[6/19/19, 12:00:30 PM] Carleton Nelson: Heading to gym in a bit
[6/19/19, 12:00:37 PM] Carleton Nelson: You got time now?
[6/19/19, 1:03:35 PM] Kyle Ramstetter: Walking out of a meeting now. Will be free in 15
[6/19/19, 1:28:40 PM] Carleton Nelson: Ok
[6/19/19, 2:28:15 PM] Carleton Nelson: Call when convenient was on other line
[6/20/19, 6:37:51 PM] Carleton Nelson: Yo - the agreement is coming your way tomorrow - everything is green - keep your head down and keep pressing
[6/20/19, 10:17:43 PM] Kyle Ramstetter: What agreement? PSA or the consulting one?
[6/20/19, 10:18:01 PM] Carleton Nelson: Consulting - PSA is coming after LOI
[6/20/19, 10:18:10 PM] Carleton Nelson: That's likely early next week
[6/20/19, 10:19:19 PM] Kyle Ramstetter: My bad, thought after our conversation PSA was coming today or tomorrow
[6/20/19, 10:19:58 PM] Carleton Nelson: He's pushing that out ASAP - it could happen tomorrow but we will see
[6/20/19, 10:23:44 PM] Carleton Nelson: Just wanted to give you a heads up about the consulting agreement
```

```
[6/20/19, 10:23:51 PM] Carleton Nelson: Cause it won't come from me
[6/20/19, 10:30:20 PM] Carleton Nelson: https://images.app.goo.gl/ywrdEgznGbQs9CgV9
[6/20/19, 10:32:18 PM] Kyle Ramstetter: Haha! What's holding up legal pushing it
out (if still the standard form)? Anything I can do to help?
[6/20/19, 10:32:50 PM] Carleton Nelson: Nothing - Casey was pushing hard today
until he realized the acreage differential - he's back at it tomorrow
[6/20/19, 10:33:36 PM] Carleton Nelson: We have to add Fidelity to our new vendor
list - we will push it it will take a  few days
[6/24/19, 9:27:13 AM] Carleton Nelson: You available to chat today?
[6/25/19, 7:39:25 PM] Carleton Nelson: Happy to hear you talked - off and running
on LOI and get er done
[6/26/19, 4:55:57 PM] Kyle Ramstetter: Am I really paying Todd $500k for this deal?
(In LOI). I'm going to scratch that whole section or reduce the fee?
[6/26/19, 4:58:39 PM] Carleton Nelson: Leave it in we will talk to Todd separately
[6/26/19, 4:58:50 PM] Carleton Nelson: We will reduce
[6/26/19, 4:59:05 PM] Kyle Ramstetter: Ok
[6/26/19, 4:59:09 PM] Carleton Nelson: But it looks right on the loi
[6/26/19, 4:59:31 PM] Carleton Nelson: At least looks "normal"
[6/26/19, 5:00:34 PM] Kyle Ramstetter: He Todd "in the know"...if not, $500k is
absurd for a broker that didn't find, negotiate or help with this parcel. I'm good
either way
[6/26/19, 5:01:22 PM] Carleton Nelson: He's not but we routinely talk these outside
of deal
[6/26/19, 5:02:00 PM] Carleton Nelson: Think of it this way - he adds legitimacy to
the inside workings.
[6/26/19, 5:02:07 PM] Kyle Ramstetter: Got it!
[6/26/19, 5:02:13 PM] Kyle Ramstetter: Makes sense
[6/27/19, 7:19:16 AM] Kyle Ramstetter: LOI sent back. Give me a shout on if needs
changed and I'll do ASAP
[6/27/19, 8:13:33 AM] Carleton Nelson: Thx good looking out
[6/27/19, 2:42:43 PM] Kyle Ramstetter: How we looking?
[6/27/19, 3:00:06 PM] Carleton Nelson: Looking good - he should have that wrapped
up today and moving to PSA stat
[7/2/19, 11:29:22 AM] Carleton Nelson: Questions look good - likely wrap up with
email - you around to chat today?
```