**EXHIBIT 17**

[5/10/18, 1:24:58 PM] +16128659030: Messages to this chat and calls are now secured with end-to-end encryption.
[5/10/18, 1:24:58 PM] Kyle Ramstetter: Hi
[5/10/18, 1:25:07 PM] +16128659030: Hi
[5/10/18, 1:25:30 PM] +16128659030: Thanks
[5/10/18, 1:34:04 PM] Kyle Ramstetter: Very exciting. Thank you guys for this opportunity. Won't let anyone down
[5/10/18, 2:37:06 PM] +16128659030: You da man!
[5/18/18, 12:34:31 PM] Kyle Ramstetter: <attached: 00000007-PHOTO-2018-05-18-12-34-31.jpg>
[5/18/18, 12:44:55 PM] Kyle Ramstetter: Payout* schedule
[5/18/18, 12:53:51 PM] +16128659030: Thanks Brother!  You are correct we have some changes that need to be made on the next deals.  Text me the payment schedule.
[5/18/18, 12:54:48 PM] Kyle Ramstetter: Agreed. Looks like it's only upon the sale it's only 15% of Brian's net. Room for upside there.
[5/18/18, 12:55:30 PM] +16128659030: Yeah after Don gets $600k?  That bothers me!
[5/18/18, 12:56:39 PM] Kyle Ramstetter: Did the payment of the $400k original leasing fee (so $300k to Villanova) ever get dispersed to you all?
[5/18/18, 12:57:21 PM] +16128659030: Missed voice call
[5/22/18, 5:20:59 PM] +16128659030: We killed it with Centerbridge!  We need to work out the details but they want us.  This shit is happening!
[5/22/18, 5:29:48 PM] Kyle Ramstetter: Well done. What can I do the help?!
[5/22/18, 5:34:26 PM] +16128659030: Hang tight
[7/25/18, 6:03:50 PM] Kyle Ramstetter: We close tomorrow. Have $588k coming by Friday.
[7/25/18, 6:11:06 PM] +16128659030: Damn!!
[7/25/18, 10:39:11 PM] Kyle Ramstetter: <attached: 00000019-PHOTO-2018-07-25-22-39-10.jpg>
[7/25/18, 10:40:03 PM] Kyle Ramstetter: That's a screenshot from the online WDC bank account
[7/25/18, 10:40:23 PM] +16128659030: Thanks.  Do you have the other deposits as well
[7/25/18, 10:41:49 PM] +16128659030: Missed voice call
[7/25/18, 10:41:59 PM] Kyle Ramstetter: Deposits of money sent to us or that we wired out?
[7/25/18, 10:42:44 PM] +16128659030: That you wired out.  Want to make sure that wasn't part of the $612 that was deposited for the rebate
[7/25/18, 10:43:53 PM] Kyle Ramstetter: I'll send, but no the $50k was separate. The two rebates were separate transactions. Stay tuned for that info. Didn't mean to upset you tonight, but trying solve this together
[7/25/18, 10:45:13 PM] +16128659030: Agreed I appreciate it.  Want to make sure the total
I'm being quoted isn't missing the $50k
[7/25/18, 10:52:18 PM] +16128659030: We got $330 on May 1st and $280 on May 8th. Your saying that there was $50k deposited on  March 7th in addition to that. Thanks
[7/25/18, 11:04:02 PM] Kyle Ramstetter: <attached: 00000028-PHOTO-2018-07-25-23-04-02.jpg>
[7/25/18, 11:04:55 PM] +16128659030: Yes it was I'll
Get to the bottom of it thanks bra

[7/25/18, 11:04:57 PM] Kyle Ramstetter: Correct. What I just sent is Todd's email confirming his receipt of the $330k 30+ days after we wired the $50k.
[7/25/18, 11:05:20 PM] Kyle Ramstetter: Sorry didn't mean for that text to send twice
[7/25/18, 11:17:18 PM] Kyle Ramstetter: You got it man.
[7/26/18, 12:01:06 AM] Kyle Ramstetter: <attached: 00000033-PHOTO-2018-07-26-00-01-05.jpg>
[7/26/18, 12:01:06 AM] Kyle Ramstetter: <attached: 00000034-PHOTO-2018-07-26-00-01-06.jpg>
[7/26/18, 12:04:33 AM] +16128659030: You available to meet in the morning to go through all this?
[7/26/18, 12:04:45 AM] +16128659030: Want to get this all straight
[7/26/18, 12:07:07 AM] Kyle Ramstetter: Of course. Also I just remembered Brian asked for a bullshit handling fee on QR which I assume is why Villanova only received $280k. But yes, we can go through all this.
[7/26/18, 12:08:15 AM] +16128659030: Awesome thanks. That sounds right. I'll text you in the morning.
[7/26/18, 12:08:55 AM] Kyle Ramstetter: Sounds good
[7/26/18, 6:13:29 AM] Kyle Ramstetter: I can meet or what I think might be better, is let me get back to CO (my laptop died) and pull up all wires and invoices we've received and then sent out. I'll also clean up the excel model to reflect the same and then we walk through that? Hopefully eliminating all confusion.
[7/26/18, 6:14:00 AM] +16128659030: Perfect
[7/26/18, 6:14:59 AM] +16128659030: Thanks dawg
[7/26/18, 6:35:12 AM] Kyle Ramstetter: Of course
[11/5/18, 4:39:07 PM] Kyle Ramstetter: We officially own manassas. I'll get your money wired out tomorrow.
[11/5/18, 4:39:37 PM] +16128659030: Damn boy be good!!
[11/6/18, 8:35:37 AM] +16128659030: Johnny is saying 4 buildings on that JK site. Layout will be sent today. 4 would be 👍
[11/6/18, 10:49:36 PM] Kyle Ramstetter: Love it!
[12/7/18, 8:52:03 AM] Kyle Ramstetter: $1,061,160 will be wired today.
[12/7/18, 9:02:49 AM] +16128659030: OMG!! Have I told you lately?...
[12/7/18, 9:03:14 AM] Kyle Ramstetter: Ha....told me what?!
[12/7/18, 9:09:17 AM] +16128659030: That I Love You 😊
[12/7/18, 9:25:35 AM] Kyle Ramstetter: Hahaha! 👏🏻💰🤙🏻
[12/7/18, 10:16:12 AM] Kyle Ramstetter: Can I invoice Carl for a ford raptor upon receipt of funds!?😂😂
[12/7/18, 10:16:46 AM] +16128659030: Absolutely!
[12/7/18, 11:45:06 AM] Kyle Ramstetter: Also, can we make Tuesday dinner and drinks with us 4 (you, me, Carl and Johnny)? Wanted to run some ideas by you
[12/7/18, 11:45:19 AM] +16128659030: Hells Yeah!
[12/7/18, 11:45:22 AM] Kyle Ramstetter: My man
[12/11/18, 1:57:33 PM] Kyle Ramstetter: Did you talk to Carl, he suggested we keep meeting tonight to us three?
[12/11/18, 1:58:25 PM] +16128659030: I like that idea. Where and when? I haven't talked to him
[12/11/18, 1:58:49 PM] Kyle Ramstetter: Whatever time is good for you guys. I'm free whenever.
[12/11/18, 1:58:53 PM] +16128659030: Your hotel?

[12/11/18, 1:59:28 PM] +16128659030: We can get some champagne ordered to your room for privacy
[12/11/18, 2:00:24 PM] Kyle Ramstetter: Hahaha. I'm over here at the Sheraton. But yeah we can grab a table at the restaurant here.
[12/14/18, 7:58:37 AM] Kyle Ramstetter: Don't say anything to Christian or Brian about the comment last night? Doubt anything will come from it, just wanted to give a heads up
[1/30/19, 9:07:48 AM] Kyle Ramstetter: I'll send you the buyout LOI too. At $30M
[2/6/19, 5:42:00 PM] Kyle Ramstetter: Also, I forgot to ask, what's the timing on the potential of being the "owners rep" for that other developer? Anything you need me to do there?
[2/6/19, 5:46:50 PM] +16128659030: That's probably 6 months out but I did tell him already that is how's it's going to be if we do the deal.  They are hiring you and you get dev fee
[2/6/19, 6:35:56 PM] Kyle Ramstetter: Love it! Great work.

Just a heads up Kevin Goeller is looking at land in Ohio! 😊

If we're pressed up against time there too, let me know. Won't let you all down.
[2/6/19, 7:02:24 PM] +16128659030: You da man let talk tomorrow about the Arcola site got some interesting news today.  I think we can get it done
[2/10/19, 10:47:04 AM] Kyle Ramstetter: We'll get it done!!

Still free to meet up tomorrow night?
[2/10/19, 10:48:36 AM] +16128659030: Still available see you tomorrow
[3/14/19, 7:21:18 PM] Kyle Ramstetter: I forgot to ask, how's black chamber coming along? Will they be able to pull it off or you still have some concerns?
[3/14/19, 7:22:53 PM] +16128659030: Lots of concerns and lots of doubt on my end. From my perspective they are running out of time.  Let's discuss tomorrow or tonight if you want.  I have an immediate 4 building campus requirement I need to solve for
[3/14/19, 7:23:49 PM] Kyle Ramstetter: I'm free whenever to chat! I can be your problem solver buddy!! Ha

So pumped for this trip.
[3/29/19, 3:59:32 PM] Kyle Ramstetter: So what do you need from me for your internal CARR approval for INOVA?

Budget, schedule...?
[3/29/19, 4:22:13 PM] +16128659030: Budget is all I need
[4/10/19, 10:50:02 AM] Kyle Ramstetter: For Dulles 3rd building: we can reduce the leasing fee to help with the budget and do a flat $400k like we did for 144 and 145 or we can keep it as a percentage?

Your call man...
[4/11/19, 3:36:46 PM] Kyle Ramstetter: Think there's opportunity with the JEDI contract if you all get it for All Core?
[4/15/19, 3:11:04 PM] +16128659030: Well CN is in agreement no BC for Chantilly. We are doing it need to put it together.  We need to get together soon!
[4/15/19, 3:30:07 PM] Kyle Ramstetter: Hell yeah!! Tell me what you need from me

and I'll get to work.
[4/18/19, 8:17:30 PM] Kyle Ramstetter: I have many thoughts on our chat today, free
tomorrow to quickly catch up?
[4/18/19, 8:18:14 PM] +16128659030: Awesome.  Let's chat.  I'll be driving to
Chicago in the morning call me anytime
[4/24/19, 9:00:19 PM] Kyle Ramstetter: What needs to be done and or next steps with
Chantilly?
[4/24/19, 9:01:34 PM] +16128659030: Nothing.  I'm handling the land deal.  We can
discuss tomorrow
[4/24/19, 9:03:57 PM] Kyle Ramstetter: Well done. Sorry didn't mean to impose, just
didn't want you to think I was dropping any ball on my end was all
[4/24/19, 9:04:38 PM] +16128659030: Not at all.  Still trying to pull away from BC.
Making progress!
[4/30/19, 8:10:24 AM] +16128659030: Call me when you get a chance
[4/30/19, 8:38:48 AM] +16128659030: <attached:
00000088-PHOTO-2019-04-30-08-38-48.jpg>
[4/30/19, 9:41:42 AM] Kyle Ramstetter: Sorry, the EMD doesn't go hard until 90
days...we'll get this figured out! But appreciate the candor and path forward. I'm
still excited. I like solving these problems.
[4/30/19, 10:47:28 AM] +16128659030: That will be easier to work with for sure.  We
still need to get approved as quickly as possible!
[4/30/19, 10:48:51 AM] Kyle Ramstetter: Yes sir!! That's where you come in and
crush it! Ha
[5/6/19, 2:23:13 PM] +16128659030: <attached:
00000092-PHOTO-2019-05-06-14-23-13.jpg>
[5/6/19, 5:20:12 PM] Kyle Ramstetter: Let me know a time with Carl to chat
tomorrow.
[5/6/19, 5:20:49 PM] Kyle Ramstetter: Schedule is crazy
[5/6/19, 5:24:14 PM] +16128659030: Will do brother
[5/6/19, 8:31:14 PM] Kyle Ramstetter: I think there was some confusion on today's
call that I'd like to clear up, can you and I chat tomorrow morning very briefly?
[5/6/19, 8:32:36 PM] +16128659030: Sure I fly out to Seattle early morning will
call you when I land
[5/6/19, 8:37:18 PM] Kyle Ramstetter: Sounds good
[5/7/19, 12:58:19 PM] Kyle Ramstetter: Also we will get $200k for the last leasing
fee here in a couple days. Another $150k pop
[5/7/19, 12:58:59 PM] +16128659030: Love you!!!
[5/7/19, 1:51:13 PM] +16128659030: You have time to get on a call with CN and
myself?  Let us know when works for you
[5/7/19, 1:59:14 PM] Kyle Ramstetter: Chat now?
[5/7/19, 2:01:13 PM] +16128659030: We'll call in 5 mins
[5/7/19, 2:07:25 PM] Kyle Ramstetter: Ok
[5/7/19, 2:19:47 PM] +16128659030: Sorry CN had to 🚽 who knows how long that will
take
[5/7/19, 3:24:34 PM] Kyle Ramstetter: Productive call. Thank you guys
[5/7/19, 3:25:02 PM] Kyle Ramstetter: Sorry, didn't mean to cause more drama with
Jason. I truly thought he was "in the know"
[5/7/19, 3:32:45 PM] +16128659030: You didn't I didn't tell him about Jason.  I was
surprised he brought him up.  He was talking about Reed cause reed was blowing shit
up this morning.  Very productive call I'm confident we can get it done.

[5/14/19, 4:33:17 PM] Kyle Ramstetter: Appreciate all the help/reassurance sir! Lol


But excited to get this going!
[5/16/19, 9:41:14 PM] +16128659030: Hey brother Chuck sent me the below message. You know these guys?  Apparently they are looking at a deal that looks like the route 50 site?

Finally, we'd note that Scott Davies at Hamilton Lane commented to Matt that he was just reviewing materials on a data center deal from Iron Point that looked strikingly familiar to Project Fifty. Is it possible this would be the same site? We understand that many of these deals would likely look similar on paper. Please let us know your thoughts on this and anything you know about Iron Point.
[5/16/19, 10:41:51 PM] Kyle Ramstetter: One sec...
[5/17/19, 7:21:48 AM] +16128659030: I was putting my kid to bed when I got this message and sent to you.  Realized Iron Point is IPI after I sent to you.  Let's discuss when you get a chance.
[5/31/19, 5:24:40 PM] +16128659030: Hi Homie!  Made it through the first finance review of Inova today.  No issue from their perspective.  3 more meetings next week working it up the change.  If all goes well will
Have CAR approval by end of the week.  Carl said buyout got signed?  We goin to Sizzler!!
[6/3/19, 10:10:55 AM] +16128659030: Talk to me Dawg did it get signed?☺
[6/3/19, 1:50:08 PM] +16128659030: Are you alive?  Inova made it through the second CAR meeting just now.  2 more to go this week then off to the races!
[6/6/19, 10:52:12 AM] +16128659030: Any update?
[6/6/19, 2:30:12 PM] Kyle Ramstetter: Waiting on final decision...fingers crossed man!

How'd your meetings go today?
[6/6/19, 2:33:38 PM] +16128659030: It's at 3 Seattle time.  I'll let you know
[6/6/19, 3:15:18 PM] Kyle Ramstetter: Hell yeah man. Good luck
[6/6/19, 4:47:40 PM] +16128659030: Made it through level 10s!  That was a big one! Now just Peter Desantis next week.  All his direct reports have approved shouldn't be an issue.  Should be fully approved by Tuesday then go to PSA then to Sizzler!
[6/7/19, 12:17:52 PM] Kyle Ramstetter: Can't wait for the sizzler. Has our CFO wire $150k for the leasing fee this morning. Should be in there soon.
[6/7/19, 12:19:08 PM] Kyle Ramstetter: Had* our
[6/7/19, 12:19:35 PM] +16128659030: Nice brother thank you!!
[6/10/19, 8:39:42 AM] +16128659030: Talked to Brian on Friday he explained he wasn't signing.  We should probably talk at some point
[6/10/19, 8:39:59 AM] +16128659030: ☺
[6/10/19, 8:42:36 AM] Kyle Ramstetter: It's not done yet...let's chat though. Call when free?
[6/10/19, 8:43:01 AM] +16128659030: Call whenever I'm available all day
[6/10/19, 8:49:56 AM] Kyle Ramstetter: Just tried you. I'll be around as well.
[6/11/19, 2:07:50 PM] +16128659030: Peter approved Inova!  Call me we need to get the PSA going
[6/12/19, 2:04:03 PM] +16128659030: Who is going to be signing the PSA on behalf of White Peaks?  Also am going to need this person to sign the NDA

[6/12/19, 2:18:48 PM] +16128659030: Thanks Friend!
[6/12/19, 2:26:10 PM] +16128659030: Also can you get Carl the signed PSA you have with JK?  Send to Carleton.nelson@gmail.com
[6/12/19, 2:26:26 PM] +16128659030: We need to get going on this
[6/12/19, 4:33:18 PM] Kyle Ramstetter: Yep. I'm on it. Will send when I land.
[6/12/19, 4:45:08 PM] +16128659030: Thanks
[6/12/19, 9:23:28 PM] +16128659030: Send Carl the PSA
[6/13/19, 8:16:06 AM] +16128659030: Where's the fucking PSA?
[6/13/19, 8:19:09 AM] Kyle Ramstetter: The fucking PSA was sent to Carl an hour ago.
[6/13/19, 8:22:35 AM] +16128659030: Who signed it?  Who's signing the NDA?  Who's going to sign the PSA with AWS?
[6/13/19, 8:25:38 AM] +16128659030: You signed it.  That's gonna be a problem
[6/13/19, 8:26:32 AM] Kyle Ramstetter: I can change that real quick. One sec.

William Camenson will sign all the above.
[6/20/19, 1:01:43 PM] +16128659030: The PSA for Inova is for 89 acres.  I can't find any reference to the additional 5 acres necessary for our layout.  Is there a separate agreement for the 5 acres?
[6/20/19, 2:00:03 PM] +16128659030: Johnny is laying it out to see if we can fit 4 buildings without the 5 acres
[6/20/19, 2:44:20 PM] Kyle Ramstetter: Awaiting signature from Inova hospital on that 5 acres. Verbally it's ours, was board approved. Post closing contingency from chuck
[6/20/19, 2:44:45 PM] +16128659030: Nice
[6/24/19, 5:19:00 PM] +16128659030: Homey- Todd will be sending the LOI and NDA to Will to tomorrow.  I'll let you know when it's about to be sent be let Will know it's gonna gonna come
[6/24/19, 5:22:21 PM] Kyle Ramstetter: Sweet. Bigger picture, when can you and I catch up tomorrow?
[6/24/19, 5:24:10 PM] +16128659030: Agreed.  Let's try to do
It in the morning.  I'm in Seattle so anytime after 9 your time.  Or I'm available for the next hour
[6/24/19, 5:47:20 PM] Kyle Ramstetter: All me when free after 9 my time tomorrow
[6/24/19, 5:54:05 PM] +16128659030: Will do
[6/25/19, 12:14:18 PM] +16128659030: When can you talk
[6/25/19, 1:26:29 PM] Kyle Ramstetter: Free at 1:30
[6/25/19, 5:47:46 PM] +16128659030: LOI sent Will acknowledge said the attorney will review and get back to us tomorrow.  We are moving Bra!!
[6/25/19, 6:48:05 PM] Kyle Ramstetter: Hell yeah. We'll get it out tomorrow for sure! Well done
[6/25/19, 6:51:44 PM] +16128659030: Boo yah
[6/25/19, 7:50:59 PM] Kyle Ramstetter: Good conversation with Carl?
[6/25/19, 7:58:52 PM] +16128659030: Absolutely brother.  I told him we need to stop talking to you like you're our little brother and start treating you like you are one of us like you are.  Amongst other things.  This shit is gonna stop I love and respect you as grateful for you we are gonna go get ours dawg!
[6/26/19, 9:16:30 AM] Kyle Ramstetter: I appreciate that man. LOI is pretty straightforward, will turn around ASAP.
[6/26/19, 9:16:41 AM] +16128659030: Nice!

[6/26/19, 10:42:12 AM] Kyle Ramstetter: On phone with lawyers. Ready to sign. How should we treat the 5 acres. We'll have a purchase option signed with Inova for it, so there's no risk. But technically we don't own it yet...whatever is the easiest path forward internally for you

[6/26/19, 11:50:58 AM] +16128659030: Yeah I think we just have a contract with you for the full 94 acres.  We do a simultaneous close on both parcels after we put the total in escrow.  I'll work with Legal on the PSA once we have the LOI back from you

[6/27/19, 2:58:31 PM] Kyle Ramstetter: How we looking my man? I can change LOI however you see fit to get it done.

[6/27/19, 2:59:28 PM] +16128659030: The LOI is good to go.  I have a call with our attorney in an hour to get them working on the PSA

[6/27/19, 3:05:38 PM] Kyle Ramstetter: Is it too early to say that I love you!? lol

[6/27/19, 3:05:48 PM] +16128659030: 😊

[6/27/19, 3:06:29 PM] +16128659030: I'll get you that email too.  Heading in to the 175 CAR meeting now hope to have that wrapped up
By middle
Of next week.

[6/27/19, 3:30:41 PM] Kyle Ramstetter: You're on a roll man!  Well done

[6/27/19, 3:37:27 PM] +16128659030: Gotta get them over the finish line but looking good!

[6/27/19, 3:38:31 PM] Kyle Ramstetter: Agreed. You have my full attention, so if I can help with anything else, please let me know

[6/27/19, 3:41:29 PM] +16128659030: Thanks Brother!

[6/27/19, 6:50:52 PM] +16128659030: Hey Bra.  You have an amendment pushing the closing out past July 15th right?  I remember you sending but I can't find.  If you did sent I'll
Keep looking

[6/27/19, 7:11:54 PM] Kyle Ramstetter: I'll send here shortly. But yes we did

[6/27/19, 7:12:47 PM] +16128659030: I think you already sent to me let me track it down

[6/27/19, 7:13:11 PM] +16128659030: The are moving on the PSA will have by eod on Monday

[6/27/19, 7:40:37 PM] Kyle Ramstetter: Check email

[6/27/19, 7:56:49 PM] +16128659030: Got it

[6/28/19, 2:46:17 PM] +16128659030: Brother can you give me a call when you get a chance?  Want to give you a heads out that our council wants to reach out to yours to discuss the DD materials and title discussions they have had with Seller.

[6/28/19, 9:20:59 PM] +16128659030: Hey buddy I'll call you Monday.  I won't release my council to talk to yours until you and I speak.  They are drafting the PSA hopefully will get out Monday

[7/1/19, 12:48:05 PM] +16128659030: Good to go with your attorney?

[7/1/19, 1:00:20 PM] Kyle Ramstetter: Give me 15. Talking now

[7/1/19, 1:52:19 PM] +16128659030: CN calling in 20

[7/1/19, 1:53:13 PM] Kyle Ramstetter: Ok

[7/1/19, 2:24:56 PM] Kyle Ramstetter: I think we're good man.

Anyway to get a list of questions from your attorneys to help to call go more efficiently?

[7/2/19, 7:41:10 AM] +16128659030: FYI I just sent Will the revised LOI and list of questions for your council.  Hopefully we can avoid a call if all the items are provided
[7/2/19, 8:01:07 AM] Kyle Ramstetter: Love it, I'll ensure all items are provided. Well done man

How we looking on PSA?
[7/2/19, 8:02:03 AM] +16128659030: I followed up with them they're still waking up. Hopefully we'll have this morning
[7/2/19, 8:39:33 AM] Kyle Ramstetter: Nothing major but will call you in a few regarding the closing dates in the LOI
[7/2/19, 8:50:36 AM] +16128659030: Cool
[7/2/19, 1:22:57 PM] Kyle Ramstetter: LOI was sent back
[7/2/19, 1:25:24 PM] +16128659030: 😊
[7/2/19, 4:20:59 PM] Kyle Ramstetter: Any word on PSA?
[7/2/19, 4:49:50 PM] +16128659030: Nothing yet.  They are asking for the PSA on the 5 acres.  Can you send that?  I'll follow up on our PSA now
[7/2/19, 4:52:39 PM] Kyle Ramstetter: Yes working on that and will send ASAP
[7/2/19, 4:53:07 PM] +16128659030: Just got word PSA will be ready this evening I'll get to you once received
[7/2/19, 5:44:56 PM] Kyle Ramstetter: IAD 175 got approved?
[7/2/19, 6:00:31 PM] +16128659030: It did yesterday.  We'll get going on PSA
[7/2/19, 6:00:52 PM] +16128659030: Lease I mean
[7/2/19, 6:01:00 PM] Kyle Ramstetter: Atta boy!!
[7/2/19, 6:05:50 PM] Kyle Ramstetter: Has there been discussions on the Dublin land piece too? Flipping to Herb? I don't need to close for 120 days
[7/2/19, 6:07:05 PM] +16128659030: If we get this Inova deal done we don't need Herb.  It would be nice for us to go ahead and close on it right after Inova
[7/2/19, 8:29:58 PM] +16128659030: PSA sent to Will
[7/2/19, 8:36:25 PM] Kyle Ramstetter: 🙌
[7/3/19, 7:57:02 PM] Kyle Ramstetter: Couple comments on PSA. Chat Friday?
[7/3/19, 8:51:30 PM] +16128659030: Sounds good
[7/8/19, 2:37:45 PM] +16128659030: Do you have the Inova purchase agreement?  Will responded in the list questions from our attorneys that it was in the box account but wasn't included.  If you have it I'll request from Will to send separately.
[7/8/19, 2:38:16 PM] +16128659030: Also, send me the list of issues with the PSA and I'll get them resolved.
[7/9/19, 9:22:01 AM] +16128659030: Can you send me the list of PSA issues
[7/9/19, 1:01:26 PM] Kyle Ramstetter: Paying for the reps and warranty insurance

Survival period of the reps and warranties

Removing the assignment and security interest for anything not tied to our performance of the prime contract
[7/9/19, 1:03:26 PM] +16128659030: 😊
[7/9/19, 3:39:24 PM] Kyle Ramstetter: Bottom line, we can get this done!
[7/9/19, 4:01:41 PM] +16128659030: True dat Bra!!
[7/9/19, 7:59:37 PM] Kyle Ramstetter: PSA will be sent back tomorrow
[7/9/19, 7:59:55 PM] +16128659030: Nice thanks Bra!
[7/10/19, 7:12:26 PM] +16128659030: Dude anything that is owed to the capital

partners is gonna be split equally that's not on you.  No brainer!😉
[7/10/19, 7:25:34 PM] Kyle Ramstetter: We'll get this done. Received PSA comments about an hour ago. I'll review and have Will send
[7/10/19, 7:26:02 PM] +16128659030: Nice!
[7/11/19, 11:56:30 AM] +16128659030: I'm gonna send Will a list of missing docs we need to finalize the PSA.  Has to do with title review and nova PSA.  Coming down to the wire need to have it done by tomorrow in order to close in time
[7/11/19, 11:57:43 AM] Kyle Ramstetter: We have all docs and can provide today. Send the list and I'm on it
[7/11/19, 11:57:53 AM] +16128659030: Awesome thanks
[7/11/19, 12:16:58 PM] Kyle Ramstetter: Also are you still going to the bachelor party?
[7/11/19, 12:17:52 PM] +16128659030: I don't think I can I'm trying to work it out. My new vp and his boss want me to give them the IAD tour end of next week.
[7/11/19, 12:18:43 PM] Kyle Ramstetter: Oh damn. Yeah I can't go either. Should I join that tour as an "interview"!? :)
[7/11/19, 12:19:15 PM] +16128659030: Not necessary you're hires
[7/11/19, 12:19:18 PM] +16128659030: Hired
[7/11/19, 1:55:38 PM] Kyle Ramstetter: Sending that list?
[7/11/19, 2:19:35 PM] +16128659030: I'm waiting from legal
[7/11/19, 2:30:20 PM] Kyle Ramstetter: 👍
[7/11/19, 2:32:56 PM] +16128659030: It looks like it's just the PSA on the 5 acre parcel.  Any title objection letter on the 5 acre parcel.  And the exact amount of the roll back taxes which you and I discussed.  My position is Whitepeaks pays those or at least the majority to avoid having to submit a CAR for the overage
[7/11/19, 3:47:32 PM] Kyle Ramstetter: Can you shoot kyle Henderson a note this week on the bachelor party. He's on my ass now that I backed out!
[7/11/19, 3:48:32 PM] +16128659030: I will.  I told Brian I might be out.
[7/12/19, 2:56:55 PM] Kyle Ramstetter: How are things looking on your side?

We'll do our own "bachelor party" trip in FL later!  lol
[7/12/19, 3:23:53 PM] +16128659030: Things are good.  Had a call with legal to go through PSA need to discuss some issues on Monday.  Happy birthday have a good weekend!
[7/12/19, 4:43:09 PM] Kyle Ramstetter: Hell yeah. Any big issues?

Thank you sir
[7/12/19, 5:07:23 PM] +16128659030: Yeah they didn't like your revisions.  Nothing we can't resolve quickly.  Let's discuss Monday enjoy your weekend.
[7/15/19, 5:44:41 PM] Kyle Ramstetter: I sent that to your gmail
[7/15/19, 5:44:56 PM] +16128659030: 👍
[7/15/19, 11:34:48 PM] Kyle Ramstetter: If we get PSA tomorrow we can turn it around same day. Enjoy VA man. Now hire me and I'll help take some of that AWS shit off your plate! lol
[7/15/19, 11:35:34 PM] +16128659030: 😂we'll getter done
[7/15/19, 11:35:50 PM] Kyle Ramstetter: My man!
[7/16/19, 1:25:55 PM] Kyle Ramstetter: How we looking on the PSA? How's VA?
[7/16/19, 1:28:09 PM] +16128659030: Just talked to Kelly she got it back and is reviewing.  Will and your attorneys should receive within the hour
[7/16/19, 4:38:28 PM] Kyle Ramstetter: Sounds good. I'll have Will keep an eye out

for it
[7/17/19, 8:59:43 AM] Kyle Ramstetter: Sent over the 5 acre contract as well.

Let me know if a call is easier today to review. I also haven't touched base with Will yet, was the PSA sent?
[7/17/19, 10:44:14 AM] +16128659030: PSA hasn't been sent yet.  Kelly have a bunch of comments/changes to what outside council sent.  They are making the changes should be soon.
[7/18/19, 1:46:37 PM] Kyle Ramstetter: I'll give you a call shortly. Finishing up in Greeley.

All good?
[7/18/19, 1:50:30 PM] +16128659030: All good!
[7/18/19, 2:08:01 PM] +16128659030: Just talked to Kelly they saw that the PSA for the 5 acres is with Mosby not Whitepeaks and they are confused.  Need to work with you on the story.  Call when you can
[7/18/19, 3:12:52 PM] +16128659030: Never mind Will already provided context which I sent over to Kelly she has it and everything is all good.  She talked to you attorney and is sending the PSA to them now
[7/18/19, 3:31:36 PM] +16128659030: Your attorneys have the PSA.  Let's try to avoid a call tomorrow!😀😂☺️
[7/18/19, 7:21:47 PM] Kyle Ramstetter: Okay. I agree. We don't need a call. I'll call you in a few with a couple questions. But we are 99% there! Good work man
[7/18/19, 7:26:39 PM] +16128659030: Call me in the morning.  Attorneys are set on having a call
[7/18/19, 7:50:08 PM] Kyle Ramstetter: I can back off my attorney. Didn't realize a call was scheduled. We can cancel.

But will call in the morning for sure.
[7/18/19, 7:51:05 PM] +16128659030: Yeah let's discuss in the morning.  The attorneys might all feel better if the heat each other's voices😁
[7/18/19, 8:13:06 PM] Kyle Ramstetter: Haha true. So I'm really considering this...worth it to come work for you there and then step in to continue this when and if you leave?!😂🙊🙈🐒
[7/18/19, 8:40:47 PM] +16128659030: I'm telling you I love the idea!  I could make it happen I have an open Rex
[7/18/19, 8:40:49 PM] +16128659030: Rex
[7/18/19, 8:40:57 PM] +16128659030: Rec
[7/18/19, 8:43:39 PM] Kyle Ramstetter: Would Jason be offended and the other guys that report to you if you and I ran circles around them?! :)

Teasing man
[7/18/19, 8:44:33 PM] +16128659030: No shit!  I'm in the process of giving him all the shit entitlement project and substation deals cause that dude is coasting!! Needs to get his hands dirty
[7/18/19, 8:46:37 PM] Kyle Ramstetter: Well let's get this closed and I'm 100% in. Will play the part for as long as we need "internally"
[7/18/19, 8:47:17 PM] +16128659030: Shit if you're there I'm not gonna want to leave we'll be having too much fun!
[7/18/19, 8:47:33 PM] +16128659030: Got some good dudes on the team!

[7/18/19, 8:51:11 PM] Kyle Ramstetter: Ha, I'm doing it to help you! But let's chat...I'm in and count on you for next steps
[7/18/19, 8:51:20 PM] Kyle Ramstetter: And will* count on you
[7/18/19, 8:51:44 PM] +16128659030: It will be very easy.  Let's discuss
[7/18/19, 8:51:53 PM] Kyle Ramstetter: My man
[7/19/19, 10:09:12 AM] +16128659030: Give me a call ASAP.  Need to have an executable PSA by Monday morning in order to get through the legal Approvals and have a prayers chance of closing on time
[7/19/19, 10:43:25 AM] Kyle Ramstetter: Ill call right back on phone with our attorney. We can easily have that accomplished. I'll call right back
[7/19/19, 10:55:20 AM] +16128659030: Awesome thanks!
[7/19/19, 1:57:33 PM] +16128659030: We have a call with your legal team in 5 mins. what are your guys issues?
[7/19/19, 1:58:11 PM] +16128659030: I need to talk to you for a couple mins before the call
[7/19/19, 2:02:49 PM] +16128659030: <attached: 00000272-PHOTO-2019-07-19-14-02-49.jpg>
[7/19/19, 2:53:17 PM] Kyle Ramstetter: I hate I have to be quiet...can make this go a lot smoother!! lol
[7/19/19, 2:53:51 PM] +16128659030: 😊Wills doing a good job.  We'll get through it
[7/19/19, 2:55:07 PM] Kyle Ramstetter: He's literally saying everything I'm typing to him on gchat. Ha
[7/19/19, 2:55:14 PM] +16128659030: Nice!!
[7/19/19, 2:55:28 PM] Kyle Ramstetter: Can you make this issue go away...would suck to have Chuck sign this
[7/19/19, 2:55:37 PM] Kyle Ramstetter: For many PR issues that is
[7/19/19, 2:55:38 PM] +16128659030: Abosutely
[7/19/19, 2:56:22 PM] Kyle Ramstetter: Have them remove it...can't have chuck involved! Ha
[7/19/19, 3:08:27 PM] Kyle Ramstetter: We are there!!
[7/19/19, 3:08:58 PM] +16128659030: Oh yeah I talk to her offline we are there
[7/19/19, 3:13:29 PM] Kyle Ramstetter: Well done sir
[7/19/19, 3:14:16 PM] +16128659030: You too Bra good team!  We just need to get over goal line!
[7/19/19, 3:16:21 PM] Kyle Ramstetter: I'll call you right after for this easement item
[7/19/19, 3:16:35 PM] +16128659030: 😊
[7/19/19, 3:22:19 PM] Kyle Ramstetter: Correct
[7/19/19, 3:22:31 PM] +16128659030: Jinx
[7/19/19, 3:26:44 PM] Kyle Ramstetter: She loves Will...does she not know who's coordinating Will!? 😂😂
[7/19/19, 3:27:09 PM] +16128659030: She will never know😂
[7/19/19, 3:27:23 PM] Kyle Ramstetter: Will is you but or you
[7/19/19, 3:27:31 PM] +16128659030: Not you
[7/22/19, 5:19:29 PM] Kyle Ramstetter: Hate to even ask...but any update on the 3rd building lease at Shaw road?
[7/22/19, 5:24:21 PM] +16128659030: I'll follow up I requested it 3 weeks ago. Gotta get that done!
[7/24/19, 10:24:00 AM] Kyle Ramstetter: Did fidelity confirm you are in their NY system?

[7/25/19, 11:45:33 AM] +16128659030: They weren't but we got them set up.  We are PO approved so once we have signed PSA and Settlement statement we can send wire
[7/25/19, 5:22:05 PM] +16128659030: Missed voice call
[7/25/19, 5:23:15 PM] +16128659030: Fully executed fully approved wire goes out in the morning!!!!🙌💸🤑💰🤑😅
[7/25/19, 5:34:07 PM] Kyle Ramstetter: Fucking A man!!! I have no words
[7/25/19, 5:44:53 PM] +16128659030: Me neither!!  We gonna have an awesome weekend when that money is in escrow!!!
[7/25/19, 8:10:45 PM] +16128659030: OMG wire has been initiated!!🙌
[7/25/19, 8:11:33 PM] +16128659030: India is getting r done
[7/25/19, 8:25:38 PM] Kyle Ramstetter: You have to be kidding me!?? 🙌🏻💸💰💸
[7/25/19, 8:42:08 PM] +16128659030: I know waiting on confirmation it was sent should be tomorrow morning but they are all over it could happen sooner.  I'll keep you posted!
[7/26/19, 11:18:17 AM] Kyle Ramstetter: How's it looking?!
[7/26/19, 1:33:54 PM] +16128659030: Just got confirmation wire was sent and received!
[7/26/19, 2:45:49 PM] Kyle Ramstetter: Hell yeah, I called fidelity and they don't have the funds yet, but I'm sure it's in transit
[7/26/19, 3:02:30 PM] +16128659030: Hmm I'll follow up I saw the confirmation it was received.  I'll let you know.
[7/26/19, 3:02:59 PM] Kyle Ramstetter: All good. On phone, they received them!
[7/26/19, 3:17:13 PM] +16128659030: Boo yah!!
[7/26/19, 3:33:28 PM] Kyle Ramstetter: Going to get blacked out at the pool tomorrow
[7/26/19, 4:18:56 PM] +16128659030: Ha good you deserve it holy shit!!
[7/26/19, 4:22:06 PM] +16128659030: Now close it out on Monday and focus on the next opportunities.  I found out about a site in the IAD12 AZ that's about to be available.  I lost out on it 2 years ago to a competitor.  Perfect BTS opportunity awesome site for 3-4 stories.  New sub next door.  Keep it between you and me for now nobody else knows about it.
[7/26/19, 4:22:42 PM] +16128659030: And we gotta move on your Ohio site
[7/26/19, 4:26:35 PM] Kyle Ramstetter: Hell yeah! We can get the IAD12 site closed. Hope we've proved credibility!?! Lol and I'll keep it quiet!!

You deserve it too man!

And absolutely we can close OH, and get another $10m pop! 😂
[7/26/19, 5:00:15 PM] +16128659030: Love it we goin to Sizzler!!😂😂
[7/26/19, 5:10:26 PM] Kyle Ramstetter: Hahahaha. Yes sir
[7/29/19, 10:40:42 AM] Kyle Ramstetter: Ready to get this closing call scheduled!!? 🤙💸
[7/29/19, 11:29:14 AM] +16128659030: Out legal wants to get on the calm to release the funds.  Or the can do it via email?
[7/29/19, 12:42:50 PM] Kyle Ramstetter: When can I interview at Amazon!?! :)
[7/29/19, 3:16:33 PM] +16128659030: Next week if your serious!!😁
[7/29/19, 3:16:42 PM] +16128659030: Did closing happen?
[7/29/19, 3:17:50 PM] Kyle Ramstetter: Honestly. I'm dead serious.

Waiting on funds. Missed the 2pm cutoff for chucks lenders. So delayed everything

[7/29/19, 3:19:14 PM] +16128659030: Well let's discuss cause I don't know how much
more I can take and would be awesome having you there keeping things moving for a
while!
[7/29/19, 3:19:54 PM] +16128659030: That's a bummer!  Was it AWS fault?
[7/29/19, 5:02:26 PM] Kyle Ramstetter: No it was Chucks.

Let's discuss for sure. I'll come in and hit the ground running to help
[7/29/19, 5:20:36 PM] +16128659030: Ain't no thang!  Tomorrow's the day then
[7/29/19, 5:54:18 PM] Kyle Ramstetter: Yes sir!!
[7/30/19, 10:58:31 AM] +16128659030: Good day today?
[7/30/19, 12:44:23 PM] +16128659030: Did it get done?
[7/30/19, 12:45:21 PM] Kyle Ramstetter: Yes sir!!!
[7/30/19, 1:25:03 PM] +16128659030: Nice!!!
[8/1/19, 12:20:38 PM] +16128659030: How's it going?  Let's chat when you have a
minute
[8/2/19, 11:19:17 AM] +16128659030: How we looking Brother?  You want to discuss
anything before the wire goes out?
[8/5/19, 2:51:12 PM] Kyle Ramstetter: About to land, Will call you right back
[8/5/19, 3:25:43 PM] +16128659030: Thanks brother
[8/6/19, 3:00:17 PM] +16128659030: Just talked to JCl😊😊♡
[8/6/19, 5:11:24 PM] Kyle Ramstetter: :) my man
[8/6/19, 5:11:38 PM] Kyle Ramstetter: Any word on 175 lease?! I have Brian all over
me
[8/6/19, 6:01:14 PM] +16128659030: Yeah they just assigned it to Kelly.  I talked
to her today she is getting it going.  Should have by the end of the week.  Just
got out of a meeting with leadership.  They told me to expect a huge pull in with
the demand forecast.  Potentially doubling demand in the next 5 years.  Shit could
get crazy!  Volatility creates opportunity!!
[8/6/19, 6:02:43 PM] Kyle Ramstetter: Damn!! So we could potentially develop
nova!!?:)

Also- I'll send you my resume if that's still cool!?
[8/6/19, 6:06:02 PM] +16128659030: Potentially.  We will see how the 62 AZ is
impacted by the pull in but I got my eyes on a couple in the 6, 7 and 12 AZs that
could be immediate.  New forcaste is coming out next week.

Send me your resume!😁
[8/6/19, 6:06:33 PM] Kyle Ramstetter: Teach me your ways!!! Lol
[8/6/19, 6:07:24 PM] +16128659030: Whatever!  I need help from someone who knows
what they are doing!
[8/6/19, 6:07:33 PM] +16128659030: Ubedaman
[8/7/19, 10:41:50 AM] Kyle Ramstetter: Alright, I sent that bad boy over. Knowing
what you do and what I do, let me know if anything needs changed or added
[8/7/19, 12:48:16 PM] +16128659030: That shit was tight!!  I'll get it going!
[8/7/19, 2:50:05 PM] Kyle Ramstetter: Hell yeah man! Let me know what else you need
from me.
[8/8/19, 5:40:57 PM] Kyle Ramstetter: Let me know when you receive wire. Johnny
should have it. Was sent today at 1:30
[8/8/19, 5:45:19 PM] +16128659030: Will do brother can't thank you enough!
[8/8/19, 5:48:35 PM] Kyle Ramstetter: Many more to come sir! I just want to be

invited to your open house party now!!! 😄
[8/8/19, 10:39:21 PM] +16128659030: Oh you will be!
[8/9/19, 7:39:29 AM] Kyle Ramstetter: Johnny received the wire; get you some!!
[8/9/19, 8:19:49 AM] +16128659030: 😔😍♡ubdaman!!
[8/12/19, 12:56:59 PM] Kyle Ramstetter: So when can I come interview!? Lol
[8/12/19, 1:37:13 PM] +16128659030: You are in the system.  Should get some
traction this week
[8/12/19, 10:03:33 PM] Kyle Ramstetter: Love it! Won't let you down.
[8/13/19, 12:09:04 PM] Kyle Ramstetter: Also, have you heard from Kelly on the 175
lease?
[8/20/19, 7:16:47 PM] Kyle Ramstetter: Give me a shout when free man?
[8/21/19, 10:56:27 AM] +16128659030: Just tried you.  Did you see the article about
the Inova purchase that just came out?
[8/21/19, 11:30:00 AM] Kyle Ramstetter: Know you're trying! But would be a blast to
work there with man! Lol
[8/21/19, 12:00:58 PM] +16128659030: Yes it would we'll make it happen
[8/21/19, 6:48:40 PM] Kyle Ramstetter: Brian called and is sooo excited he now has
the distribution guys info and that's going to be "a game changer"!
[8/22/19, 9:46:54 PM] +16128659030: Ha!  $2billion just became $4B
[8/23/19, 7:58:22 AM] +16128659030: <attached:
00000365-PHOTO-2019-08-23-07-58-22.jpg>
[8/23/19, 7:58:27 AM] +16128659030: We gotta talk
[8/29/19, 8:54:00 AM] +16128659030: Heads up someone forwarded the article to Brian
[8/29/19, 8:55:30 AM] Kyle Ramstetter: Yeah, we're all good man. Let's catch up
later today.
[8/29/19, 9:02:58 AM] +16128659030: Sounds good I'm in hr meetings all day will
call you when I have a moment
[8/29/19, 9:18:29 AM] Kyle Ramstetter: My man. Any progress internally!? ;)
[9/26/19, 6:40:07 PM] Kyle Ramstetter: Get my calls? When you free to catch up?
[9/27/19, 3:20:49 PM] Kyle Ramstetter: I have a better/still the same idea, with a
twist! We can chat later. Appreciate your help and sanity today
[9/27/19, 6:06:56 PM] +16128659030: Sorry brother with the wedding party can't
talk.  Brian is very relaxed about the whole thing confident we will do the right
thing.  I'm sure he would be open to any solution as long as it resulted in lots of
🔢 😄.  Let's discuss.  I can call you after I leave the dinner
[9/27/19, 7:09:15 PM] Kyle Ramstetter: Let's chat tomorrow, enjoy the night man.
[9/27/19, 8:08:22 PM] +16128659030: 😊
[9/28/19, 2:14:50 PM] Kyle Ramstetter: You're the man.

What are next steps and how fast you think we could make it happen to come work for
you!? :)
[9/29/19, 5:23:59 PM] Kyle Ramstetter: Thoughts here my man?
[9/29/19, 6:14:00 PM] +16128659030: Let's talk tomorrow