**EXHIBIT 18**

**TO BE FILED UNDER SEAL**