UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Amazon.com, Inc., *et al.*  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>WDC Holdings LLC, *et al.*  )<br>)<br>Defendants.  )<br>) | Case No. 1:20-cv-484 (LO/TCB) |

# Exhibit Filed Under Seal