UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Amazon.com, Inc., *et al*.<br><br>  Plaintiffs,<br><br>       v.<br><br>WDC Holdings LLC, *et al*.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-484 (LO/TCB)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION TO WAIVER OF HEARING
ON MOTION TO REQUIRE PLAINTIFFS TO FILE AND SERVE A PARTIALLY
UNREDACTED COPY OF EXHIBIT 2 TO THE SECOND AMENDED COMPLAINT**

On behalf of the non-party author of Exhibit 2 to plaintiffs' Second Amended Complaint, the undersigned counsel opposes the "Waiver of Oral Argument" (Dkk. 206) on the "Motion and Memorandum of Law to Require Plaintiffs to File and Serve a Partially Unredacted Copy of Exhibit 2 to the Second Amended Complaint" (the "Motion").[1]  The undersigned counsel submits that the ordinary give and take, and further elucidation of the arguments, that occurs during this Court's regular oral hearings would be beneficial to the understanding of the arguments and the resolution of the motion.  Accordingly, undersigned counsel requests that a hearing be held at such time as is convenient to the Court and counsel.

---

[1] In having counsel submit this, the non-party author does not waive objections to the jurisdiction of this court over him.

|  | Respectfully submitted, |
|---|---|
| Dated: November 10, 2020 | _____/s/_____ <br> Kevin B. Bedell (Va. Bar No. 30314) <br> e-mail: kbbedell@outlook.com <br> 1309 Capulet Court <br> McLean, Virginia 22102 <br> Tel: (703) 963-6118 <br><br> *Counsel for the non-party author of Ex. 2* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Travis Stuart Andrews (Va. Bar No. 90520)
>Luke Michael Sullivan (Va. Bar No. 92553)
>Elizabeth P. Papez
>Patrick F. Stokes
>Claudia M. Barrett
>GIBSON DUNN & CRUTCHER LLP
>tandrews@gibsondunn.com
>lsullivan@gibsondunn.com
>epapez@gibsondunn.com
>pstokes@gibsondunn.com
>cbarrett@gibsondunn.com
>*Counsel for Plaintiffs*
>
>Jeffrey R. Hamlin (Va. Bar No. 46932)
>George R. Calhoun
>James Trusty
>IFRAH PLLC
>jhamlin@ifrahlaw.com
>george@ifrahlaw.com
>jtrusty@ifrahlaw.com
>*Counsel for Defendants Brian Watson and WDC Holdings LLC, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager*
>
>Eric R. Nitz (Va. Bar No. 82471)
>Justin V. Shur (admitted *pro hac vice*)
>Caleb Hayes-Deats (admitted *pro hac vice*)
>MOLOLAMKEN LLP
>The Watergate, Suite 500
>600 New Hampshire Avenue, N.W.
>Washington, D.C. 20037
>(202) 556-2021 (telephone)
>(202) 536-2021 (facsimile)
>enitz@mololamken.com
>
>Jennifer E. Fischell (admitted *pro hac vice*)

MOLOLAMKEN LLP
430 Park Avenue
New York, New York 10022
(212) 607-8174 (telephone)
(212) 607-8161 (fax)
jfischell@mololamken.com
*Counsel for Defendants Carleton Nelson*
*and Cheshire Ventures LLC*

In addition, I will then send the document and notification of such filing (NEF) to the following party by United States Mail:

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
*Pro se*

                                        /s/
                                   Kevin B. Bedell (Va. Bar No. 30314)
                                   e-mail:  kbbedell@outlook.com
                                   1309 Capulet Court
                                   McLean, Virginia  22102
                                   Tel:   (703) 963-6118

                                   *Counsel for the non-party author of Ex. 2*