UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:20-cv-484 (LO/TCB) |
| WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants Carleton Nelson and Cheshire Ventures LLC's ("Defendants") Motion and Memorandum of Law to Require Plaintiffs to File and Serve a Partially Unredacted Copy of Exhibit 2 to the Second Amended Complaint and to Expedite Briefing ("Defendants' Motion") (Dkt. 205) and Kevin B. Bedell's Motion to Intervene for Limited Purposes (Dkt. 222). Upon review of the filings, it is hereby

**ORDERED** that the Motion to Intervene for Limited Purposes (Dkt. 222) is **GRANTED**; and it is further

**ORDERED** that oral argument for Defendants' Motion (Dkt. 205) is set for Friday, November 20, 2020 at 10:00 a.m.

ENTERED this 12th day of November, 2020.



/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia