UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN

MOTION HEARING

Date: 11/13/20
Start: 10:14 AM
Finish: 10:29 AM
Reporter: FTR
Deputy Clerk: Tina Fitzgerald

Civil Action Number: 20CV484

Amazon.Com, Inc. et al

vs.

WDC Holdings LLC et al

Appearance of Counsel for ( X ) Plaintiff ( X ) Defendant ( ) Pro Se

Motion to Compel DE # 190

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( X ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow

( X ) Order to Follow

( ) Rule To Show Cause to be Issued