UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:20-cv-484 (LO/TCB) |
| WDC HOLDINGS LLC<br>dba NORTHSTAR COMMERCIAL<br>PARTNERS, *et al.*, | ) |
| Defendants. | ) |

### ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion to Compel Production of Documents and Interrogatory Responses (Dkt. 190) is **GRANTED**; and it is further

**ORDERED** that Defendants shall complete responses to Plaintiffs' First Requests for Production to Defendants WDC Holdings LLC and Brian Watson within eleven (11) days of the date of this Order.

ENTERED this 13th day of November, 2020.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia