UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-484 (LO/TCB) |
| ) | |
| WDC HOLDINGS LLC ) | |
| dba NORTHSTAR PARTNERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

This matter comes before the Court on Intervenor Kevin B. Bedell's Motion to Seal Exhibit (Dkt. 223). Mr. Bedell seeks to file under seal Exhibit 2 to his Motion to Intervene for Limited Purposes, which is designated as "Confidential" under the Agreed Protective Order in this case. (Dkt. 225.) Pursuant to Local Civil Rule 5, Defendants Brian Watson and WDC Holdings LLC ("Defendants") filed a reply and memorandum in support of Mr. Bedell's motion to seal. *See* L. Civ. R. 5(C).

District courts have authority to seal court documents "if the public's right of access is outweighed by competing interests." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). Procedurally, a district court may seal court filings if it (1) "provide[s] public notice of the request to seal and allow[s] interested parties a reasonable opportunity to object, (2) consider[s] less drastic alternatives to sealing the documents, and (3) provide[s] specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Id.* Upon consideration of Mr. Bedell and Defendants' filings, the Court makes the following findings.

First, Mr. Bedell provided public notice of his request to seal and interested parties have been given a reasonable opportunity to object. Mr. Bedell filed his motion to seal and public notice on November 10, 2020. (*See* Dkts. 223, 224) Because over seven days have elapsed since Mr. Bedell filed the motion to seal and public notice, and no interested party has objected, the Court may treat this motion as uncontested under Local Civil Rule 5(C). *See* L. Civ. R. 5(C). Accordingly, Mr. Bedell has satisfied this requirement under *Ashcraft* and the Local Civil Rules.

Second, this Court has considered less drastic alternatives. Redaction of the Exhibit would not prevent the disclosure of the highly sensitive information contained in the Exhibit. Even if Mr. Bedell and Defendants attempted to redact the exhibit, the redacted version left on the public docket would be incomprehensible.

Finally, the Court finds reason to seal the Exhibit. The Exhibit is an email that Defendant Brian Watson sent to various nonparties with whom he has personal relationships. The email contains highly personal and sensitive information protected by the parties' Agreed Protective Order in this case.

Accordingly, it is hereby

**ORDERED** that Mr. Bedell's motion to seal (Dkt. 223) is **GRANTED**. Docket number 225 shall remain permanently under seal.

ENTERED this 19th day of November, 2020.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia