UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN

MOTION HEARING (VIA ZOOM)

Date: 11/20/20
Start: 11:02 AM
Finish: 11:34 AM
Reporter: FTR
Deputy Clerk: Tina Fitzgerald

Civil Action Number: 1:20CV484

Amazon.com, Inc. et al

vs.

WDC Holdings LLC et al

Appearance of Counsel for ( X ) Plaintiff ( X ) Defendant ( X ) Intervenor (X) movant

Motion to Expedite Briefing; motion to Order Plaintiffs to File and Serve Partially Unredacted Exhibits - DE #205

( ) Matter is Uncontested and Taken Under Advisement

Argued &

( ) Granted ( X ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow

( X ) Order to Follow

( ) Rule To Show Cause to be Issued