UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WDC HOLDINGS LLC )<br>dba NORTHSTAR COMMERCIAL )<br>PARTNERS, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:20-cv-484 (LO/TCB) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendants' Motion and Memorandum of Law to Require Plaintiffs to File and Serve a Partially Unredacted Copy of Exhibit 2 to the Second Amended Complaint and to Expedite Briefing (Dkt. 205) is **DENIED**.

ENTERED this 20th day of November, 2020.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia