IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. AND AMAZON DATA SERVICES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> WDC HOLDINGS LLC DBA NORTHSTAR COMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINSITRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPTIAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KRISCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20, <br><br> *Defendant.* | Civil Action No. 1:20-cv-00484-LO-TCB |



FILED
MAIL ROOM
DEC - 4 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## DEFENDANT CASEY KIRSCHNER'S REPLY IN SUPPORT OF MOTION TO DISMISS

## INTRODUCTION

I, Casey Kirschner, am filing this motion Pro se as I do not have the financial resources to pay for counsel to represent me in this matter. Without counsel, I cannot disclose information as it pertains to the Motion to Dismiss in addition to what was filed by my previous counsel on October 9th, 2020.

## CONCLUSION

For the reasons outlined in my original pleading in my Motion to Dismiss filed on October 9th, 2020, Amazon's claims in the SAC against Mr. Kirschner should be dismissed.

Respectfully submitted,

_____
Casey Kirschner
635 Alvarado Ln N
Plymouth, MN 55447

Dated this 4th day of December, 2020.

## CERTIFICATE OF SERVICE

I certify that on December 4, 2020, I caused a copy of the DEFENDANT CASEY KIRSCHNER'S REPLY TO MOTION TO DISMISS to be served on the following person via first class mail or email to:

Travis Stuart Andrews
Luke Michael Sullivan
Elizabeth Papez
Patrick F. Stokes
Claudia M. Barrett
**Gibson Dunn & Crutcher LLP**
tandrews@gibsondunn.com
lsullivan@gibsondunn.com
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com

Respectfully submitted,

*[signature]*

Casey Kirschner
635 Alvarado Ln N
Plymouth MN 55447
Casey.kirschner@gmail.com

Dated this 4th day of December, 2020.

3