

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. AND AMAZON DATA SERVICES, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>WDC HOLDINGS LLC DBA NORTHSTAR COMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINSITRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPTIAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KRISCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20,<br><br>    *Defendant.* | Civil Action No. 1:20-cv-00484-LO-TCB |

## DEFENDANT CASEY KIRSCHNER'S REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER

## INTRODUCTION

I, Casey Kirschner, am filing this reply Pro Se in support of the Motion for Extension of Time to File, that was filed by counsel of Carleton Nelson and Cheshire Ventures LLC on February 12, 2021. Defendant Casey Kirschner respectfully moves, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for a 21-day extension of time to respond to Plaintiffs' Verified Second Amended Complaint.

## CONCLUSION

Defendants respectfully request that their motion to extend by twenty-one (21) days the deadline for filing their responsive pleading be GRANTED.

Respectfully submitted,

_____
Casey Kirschner
635 Alvarado Ln N
Plymouth, MN 55447

Dated this 16th day of February, 2021.

## CERTIFICATE OF SERVICE

I certify that on February 16, 2021, I will send a copy of the DEFENDANT CASEY KIRSCHNER'S REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER to be served on the following person via first class mail or email to:

Travis Stuart Andrews
Luke Michael Sullivan
Elizabeth Papez
Patrick F. Stokes
Claudia M. Barrett
**Gibson Dunn & Crutcher LLP**
tandrews@gibsondunn.com
lsullivan@gibsondunn.com
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com

Respectfully submitted,

_____
Casey Kirschner
635 Alvarado Ln N
Plymouth MN 55447
Casey.kirschner@gmail.com

Dated this 16th day of February, 2021.

3