IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> WDC HOLDINGS LLC., *ET AL.*, <br><br> *Defendants.* | Case No. 1:20-cv-00484 <br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on Defendants Brian Watson and WDC Holdings LLC's Motion to Dismiss Complaint. Dkt. 65. Since Defendants filed their Motion, Plaintiffs have filed an Amended Complaint. Dkt. 100. Defendants have moved to dismiss the Amended Complaint as well, Dkt. 174, Dkt. 176, Dkt. 179; and the Court has denied those motions. Dkt. 256.

This Motion to Dismiss Complaint found at Dkt. 65 is therefore **DISMISSED AS MOOT**.

It is **SO ORDERED**.

March 2, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge