UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-484 (LO/TCB) |
| | ) |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s ("Plaintiffs") Motion for Rule 37 and Civil Contempt Sanctions is **GRANTED IN PART** as to compel and **DENIED IN PART** as to sanctions; and it is further

**ORDERED** that within ten (10) days of this Order, Defendants shall:

- completely and fully re-answer interrogatories 2, 3, 5, and 6 and identify bates numbers of relevant documents addressing Plaintiffs' concerns on pages 8-9 of their Motion; and

- fully and completely produce Defendants' devices imaged by their third-party vendor, subject to counsel's eyes only.

ENTERED this 9th day of July, 2021.

                                                       /s/
                                 Theresa Carroll Buchanan
                                 United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia