# EXHIBIT 3

**EXHIBIT A**

| Property | Sale Date and Amount | Amount Paid to Lenders at Time of Sale | Aggregate Amount Paid to Investors | GP Promote Fees Paid to B. Watson | BW/PLW Contr. | Amount Paid to BW Only (Class B) | Equity Returns to BW, PW* | Fees/Income to WDC/NCP** | Sale Costs, Fees, and Taxes and Difference Between Sale Price and Amounts Paid out to Lenders, Investors, etc. |
|---|---|---|---|---|---|---|---|---|---|
| Gateway Retail<br><br>Relevant Docs: WDC0912038-WDC0912123 | 11/19/2020 for $5,950,000 | $3,879,204 | $1,631,069 | $0 | $0 | $0 | $0 | $119,000 | $320,727 - This difference is related to rent proration, CAM Rec, Escrow title, Sales costs of (3.5%), 2020 RE taxes, TI paid to OTR, outstanding AP and other invoices to be paid to different parties. |
| Stapleton Senior Living<br><br>Relevant Docs: WDC 0913090 WDC 0913055 WDC 0913168 WCD 0913205 WDC 0913231 WDC 0913269 WDC 0913281 WDC 0913287 WDC 0913373 WDC 0913383 WDC 0913406 WDC 0913420 WDC 0913478 WDC 0913507 WDC 0913517 WDC 0913584 WDC 0913590 WDC 0913602 | 11/4/2020 for $24,000,000 | $14,616,022 | $8,576,188 | $0 | $89,062 contributed by PLW | $105,635 | $52,817 | $0 | $560,275 – This difference is related to rent proration, CAM Rec, Escrow title, Sales costs, 2020 RE taxes, outstanding AP and other invoices to be paid to different parties. |

**EXHIBIT A**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WDC 0913636<br>WDC 0913642<br>WDC 0913678<br>WDC 0913693<br>WDC 0913711<br>WDC 0913735<br>WDC 0913743<br>WDC 0913751<br>WDC 0913760<br>WDC 0913790<br>WDC 0913910<br>WDC 0913937<br>WDC 0913594<br>WDC 0913956<br>WDC 0914010<br>WDC 0914081<br>WDC 0913083<br>WDC 0914087<br>WDC 0914108<br>WDC 0914122<br>WDC 0914124<br>WDC 0914130<br>WDC 0914166<br>WDC 0914205<br>WDC 0914212<br>WDC 0914218<br>WDC0904188 | | | | | | | | | |
| 5500 S. Quebec<br><br>Relevant Docs:<br>WDC0703457-<br>WDC0703470<br>WDC0908318-<br>WDC0908326<br>WDC0908341-<br>WDC0908357<br>WDC0908437-<br>WDC0908442 | 5/29/2020 for $575,000 | Refinance | $0 | $0 | | | $0 | $0 | $575,000 - The majority equity partner bought out the two minority partners for $575,000. All of BW's share was paid to his ex-wife for amounts he owed to her per the divorce agreement for other prior deals. |

**EXHIBIT A**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WDC0908648-WDC0908649<br>WDC0908745-WDC0908753<br>WDC0908755-WDC0908756<br>WDC0908757-WDC0908772<br>WDC0908773-WDC0908774<br>WDC0908775-WDC0908778<br>WDC0908779-WDC0908784<br>WDC0875075-WDC0875077<br>WDC0860181<br>WDC0908696-WDC0908729<br>WDC0904210 | | | | | | | | | |
| Dabling Properties<br><br>Relevant Documents:<br>WDC0749431-WDC0749436 | 10/5/2020 for $17,000,000 | $12,954,433 | $3,409,689 | $0 | $531,324 contributed by PLW | $1,269,934 | $0 | $255,000 | -$1,420,380 - The difference is from the $85k that was paid to Don Marcotte, $50,000 to NHD, selling costs (1%), $115k CM Fees paid to NCM; sale costs and taxes.<br><br>Mr. Watson did not receive any cash at closing, as his $1,269,634 share was paid towards the S. Tebo loan which was secured by proceeds from this asset. One-half of the Northstar |

**EXHIBIT A**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | disposition fee was paid to the co-Manager, leaving $255,000 to Northstar for operating expenses. |
| 9200 E. Mineral<br><br>Relevant Documents:<br>WDC0911520-WDC0911521<br>WDC0911213-WDC0911214<br>WDC0911314-WDC0911315<br>WDC0911807-WDC0911808<br>WDC0911219-WDC0911220<br>WDC0911304-WDC0911305<br>WDC0911720-WDC0911721<br>WDC0910856-WDC0910857<br>WDC0911225-WDC0911226<br>WDC0911216-WDC0911217<br>WDC0911246-WDC0911247<br>WDC0904248-WDC0904250 | 12/2/2020 for $9,050,000 | $6,989,245 | $93,597 | $0 | $5,000 contributed by PLW | $304 | $608 | $90,500 | $1,870,746 - $1M paid to thrive TI's/Commissions and $116k for Thrive Free rent, sale costs and taxes |
| 800 Hoyt | 12/8/2020 for $24,075,000 | $9,827,201 | See column on far right | $0 | $250,000 contributed | $45,457- The contribution in this deal is | $0 | $0 | $13,952,251- Still pending distributions/ |

**EXHIBIT A**

| | | | | | | by BW Holding | from BW Holding | | | analysis by CPA. No GP level promote will be received \ and investors are projected to receive approximately 1/2 of their original equity investment. Mr. Watson's ex-wife received ½ of the distribution per their divorce agreement. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1499 Blake Street Loft<br><br>Relevant Documents: WDC0904214-WDC0904241 | 6/19/2020 for $1,850,000 | $1,166,785 | $0 | $0 | $0 | $0 | $0 | $0 | | $683,215 - Sale costs and taxes. All net proceeds from the sale went to legal counsel to pay outstanding invoices. Mr. Watson and Northstar received no net proceeds from closing. |
| 3840 S. Wadsworth | 8/11/2020 - Foreclosure | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | Lender took the asset in 2020. No fees went to Defendants. |
| Dabling land | 2/11/2021 - $720,000 | $64,488 CAM rec to S. Tebo | $599,184 | $0 | | | $0 | $14,400 | | $41,928 - Difference related to selling costs (3% to Cameron Butcher and 2% to CCB and prorated taxes.) |
| 10180 E. Colfax | 3/31/2021 for $1,400,000 | $0 | $1,381,725<br><br>investors are the lender in this deal | $0 | $0 | $0 | $10,228 | $0 | | $8,047 - One-Half of Mr. Watson's share was paid to his ex-wife per the divorce agreement |
| Pinnacle | 4/1/2021 for $37,675,250 | $23,000,000 | $13,567,442 | $241,730 | $78,500 – contributed | $59,787 – The contribution | $119,573 - One half of B. | $48,674 | | $559,544 – Mr. Watson's GP Promote was paid to |

**EXHIBIT A**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | by BW Holding | in this deal is from BW Holding and his ex-wife participates in ½. | Watson's equity return was paid to P. Watson pursuant to Separation Agreement | | | Don Marcotte to repay a loan payable to him. One-half of Mr. Watson's equity returns were paid to his ex-wife per their divorce agreement. There is a holdback amount of $525,000 by the lender which will be distributed in future time. The remaining difference is related to closing costs. |
| Mountain Vista NCP | 5/28/2021 for $17,400,000 | $10,511,691 | $4,497,397 | $0 | | | | $1,324,250 | $174,000 | $892,662 - There is a $450,000 holdback amount to Orntic as escrow agent, a 1% broker commission, legal costs, and other expenses. Mr. Watson's equity return was wired at Closing to S. Tebo to pay down the remaining outstanding balance on a loan which was secured by this asset. |
| Airplane | 6/24/2021 - $1,050,000 | $950,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $100,000 - There is still an outstanding loan amount of $536,465 and a $300,000 promissory note as an obligation of NCP Freedom, LLC and WDC Holdings LLC, guaranteed by Mr. |

**EXHIBIT A**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Watson. The difference was used for closing costs. There was no distribution model for this sale. |

*Total Income to Mr. Watson from the Equity Returns Column was $120,331.50 after the required payments to others are calculated.

**The funds payable to Northstar were used for operational expenses of the company.