FILED: August 31, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1743
(1:20-cv-00484-LO-TCB)

_____

AMAZON.COM, INC.; AMAZON DATA SERVICES, INC.

      Plaintiffs - Appellees

v.

WDC HOLDINGS LLC, d/b/a Northstar Commercial Partners; BRIAN WATSON

      Defendants - Appellants

and

STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; JOHN DOES, 1-20

      Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK