UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC, d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-484(LO/TCB) |

### ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motions for Sanctions (Dkt. 307) is **GRANTED**.

The Court finds that Defendants WDC Holdings LLC and Brian Watson willfully failed to comply with Court's prior discovery orders (Dkts. 95, 231, 302) and their discovery obligations under Federal Rule of Civil Procedure 37. This finding shall be admissible in any future motions regarding injunctive relief filed by Plaintiffs Amazon.Com, Inc. and Amazon Data Services, Inc.

ENTERED this 10th day of September, 2021.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia