FILED: September 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1743
(1:20-cv-00484-LO-TCB)
_____

AMAZON.COM, INC.; AMAZON DATA SERVICES, INC.

    Plaintiffs - Appellees

v.

WDC HOLDINGS LLC, d/b/a Northstar Commercial Partners; BRIAN WATSON

    Defendants - Appellants

and

STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; JOHN DOES, 1-20

    Defendants

_____

M A N D A T E
_____

The judgment of this court, entered August 31, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                  */s/Patricia S. Connor, Clerk*