IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br> Defendants, | Case No. 1:20cv484 (LO/TCB) <br><br><br> INTERVENOR 800 HOYT LLC'S MOTION TO SEAL |

Intervenor 800 Hoyt LLC ("800 Hoyt"), by counsel and pursuant to Fed. R. Civ. P. 26(c) and Local Civ. R. 5, move for the entry of an Order allowing the sealing of the following documents:

- Portions of Brief In Support of 800 Hoyt LLC's Motion to Intervene.

- Portions of Proposed Interpleader Complaint (*Ex. 1*, Brief in Support of Motion to Intervene).

- *Ex. D* to Proposed Interpleader Complaint (*Ex. 1*, Brief in Support of Motion to Intervene).

- Portions of *Ex. F* to Proposed Interpleader Complaint (*Ex. 1*, Brief in Support of Motion to Intervene).

- Portions of *Ex. G.* to Proposed Interpleader Complaint (*Ex. 1*, Brief in Support of Motion to Intervene).

1

- Portions of Declaration of MacPhail In Support of Brief In Support of Motion to Intervene.

- The Entirety of *Ex. 2* to the Declaration of MacPhail In Support of Brief In Support of Motion to Intervene.

- Portions of *Ex. 4* to the Declaration of MacPhail In Support of Brief In Support of Motion to Intervene.

- Portions of *Ex. 5* to the Declaration of MacPhail In Support of Brief In Support of Motion to Intervene.

In support of this Motion, Intervenor 800 Hoyt submits the accompanying non-confidential Memorandum of Law and proposed order.

Dated: September 24, 2021                **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/   Kathryn M. Skilton*

Kathryn M. Skilton
Virginia Bar Number 90176
kathryn.skilton@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Phone: (515) 248-9000
Fax: (515) 248-9010

**ATTORNEYS FOR INTERVENOR 800 HOYT LLC**

## CERTIFICATE OF SERVICE

I, Kathryn Skilton, hereby certify that on the September 24, 2021, I caused the within **INTERVENOR 800 HOYT LLC'S MOTION TO SEAL**, to be electronically filed and served using the CM/ECF System, which will transmit a Notice of Electronic Filing to counsel of record.

Dated: September 24, 2021         */s/ Kathryn Skilton*