**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **AMAZON.COM, INC., et al.**<br><br>    **Plaintiffs,**<br><br>                   **v.**<br><br>**WDC HOLDINGS LLC and BRIAN WATSON,**<br><br>    **Defendants.** | **Case No. 1:20-CV-484** |

## ORDER

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s ("Plaintiffs'") Motion and Memorandum in Support Thereof for Leave to File Under Seal a Certain Document in Support of Plaintiffs' Motion for Supplementary Relief and accompanying memorandum (Dkts. 323, 325). Pursuant to Local Civil Rule 5(C), Defendants Brian Watson and WDC Holdings LLC d/b/a/ Northstar Commercial Partner's ("Northstar") filed Defendants Brian Watson and WDC Holdings LLC's Response to Plaintiffs' Motion & Memorandum in Support Thereof for Leave to File Under a Certain Document in Support of Plaintiffs' Motion for Supplementary Relief (Dkt. _____). *See* L. Civ. R. 5(C).

Having considered Plaintiffs' motion, Defendants' response, the applicable law and entire record in this case, this Court hereby

2

**ORDERS** that Plaintiffs' motion to seal (Dkt. 323) is **GRANTED**.  Docket number 309

shall remain permanently under seal.

Entered this _____day of _____, 2021.


_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia