UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC, et al., <br><br> Defendants. | Civil Action No. 1:20-cv-00484 |

### [PROPOSED] ORDER GRANTING DEFENDANTS BRIAN WATSON AND WDC HOLDINGS LLC'S MOTION TO CLARIFY INJUNCTION

Before this Court is Defendants Brian Watson and WDC Holdings LLC's motion to clarify the preliminary injunction order issued on June 5, 2020. Having reviewed the arguments and evidence submitted by the parties, the Court hereby orders that Defendants' motion is **GRANTED**.

The provision at issue states:

> Defendants are enjoined from spoliating, concealing, wasting, transferring, or otherwise disposing of documents, records, communications, files, or other evidence or assets used in, or obtained from, any activities (including but not limited to the activities described above) relating to Defendants' real property transactions with Amazon in Virginia since 2018 . . . .

Dkt. 57 at 6.

The Court clarifies that this order enjoins Defendants from taking certain actions only with respect to assets used in or obtained from transactions with Plaintiffs, not other assets that are unrelated to those transactions.

IT IS SO ORDERED.

_____       _____
 Date                                                               Theresa C. Buchanan
                                                                    United States Magistrate Judge