# EXHIBIT 4

# Harding, Cate

| | |
|---|---|
| **From:** | Garnett, Stanley <SGarnett@bhfs.com> |
| **Sent:** | Saturday, September 18, 2021 11:23 AM |
| **To:** | Papez, Elizabeth P. |
| **Cc:** | Stokes, Patrick F.; Barrett, Claudia M. |
| **Subject:** | 800 Hoyt, proposal |

**[WARNING: External Email]**

Elizabeth,

To follow up on our conversation of last Monday, Mr. Watson and WDC, to avoid additional litigation by interpleader (or otherwise) , and to resolve the issues involved in the Preliminary Injunction, would agree:

-to immediately place $50,000 of their proceeds from the 800 Hoyt LLC transaction in the registry of the court and,

-going forward, to commit to place 20% of any revenues either receive in the registry of the court, until the injunction is dissolved or the litigation is resolved. Both WDC and Watson agree to continued review and audit of their finances to confirm these amounts.

I can be available this weekend if you wish to discuss.

I hope you're having a nice Saturday.

best,

Stanley L. Garnett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO. 80202
303.223.1286 tel
303.668.3113 cell
Sgarnett@bhfs.com

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.