# EXHIBIT 7

2

**FILED UNDER SEAL**

2