IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED
CONSIDERATION AND IMMEDIATE RELIEF ON PLAINTIFFS' MOTION TO
HOLD DEFENDANTS BRIAN WATSON &
WDC HOLDINGS LLC IN CIVIL CONTEMPT**

This matter comes before the Court on Plaintiffs' Motion for Expedited Briefing and Immediate Relief on their Motion To Hold Brian Watson & WDC Holdings LLC In Civil Contempt. Dkt. ___. Having reviewed the arguments and evidence submitted to the Court, the Court hereby orders that Plaintiffs' Motion for Expedited Briefing and Immediate Relief pending a hearing on Plaintiffs' Motion to Hold Defendants Brian Watson and WDC Holdings LLC in Civil Contempt is GRANTED.

Specifically, it is hereby ORDERED that Defendants are prohibited from engaging in any business or personal transactions in excess of $10,000, and from initiating or settling any collateral asset litigation, including but not limited to (a) any funds interpleaded in this action, *see* Dkt. 334; and (b) the proceedings in *W.D.C. Holdings, LLC v. IPI Partners, LLC*, No. 2020-1026-JTL (Del. Chan. 2020), until the Court hears and fully resolves Plaintiffs' Motion for Contempt, including any appointment of a receiver.  28 U.S.C. §§ 2283, 2361.

It is further ORDERED that Defendants Brian Watson and WDC Holdings LLC shall respond to Plaintiffs' Motion To Hold Brian Watson & WDC Holdings LLC In Civil Contempt by 8 p.m. on October 4, 2021, and that Plaintiffs will file their reply, if any, by 8 p.m. on October 6, 2021.  A hearing on the Motion to Hold Defendants Brian Watson & WDC Holdings LLC In Civil Contempt shall be held at __:__ _.m. on October 8, 2021.

IT IS SO ORDERED.

_____
Date

_____
Liam O'Grady
United States District Judge