**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20,<br><br>    Defendants. | CASE NO. 1:20-CV-484-LO-TCB |

**PLAINTIFFS' MOTION & MEMORANDUM IN SUPPORT THEREOF FOR
LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF
<u>PLAINTIFFS' RESPONSE TO DEFENDANTS BRIAN WATSON & WDC
HOLDINGS LLC'S MOTION TO CLARIFY INJUNCTION</u>**

In accordance with the Agreed Protective Order in this case (Dkt. 55), Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. respectfully seek leave to file under seal the unredacted version of their Response To Defendants Brian Watson & WDC Holdings LLC's Motion To Clarify Injunction. Plaintiffs' Response refers to information that (a) was designated "Highly Confidential—Outside Attorneys' Eyes Only" under the Court's July 9, 2021 order designating the contents of three devices owned by Defendant Brian Watson as such, Dkt. 302; and (b) Defendants Brian Watson and WDC Holdings LLC designated "Confidential" under the Protective Order entered in this case, Dkt. 55. *See* Dkt. 350 ¶¶ 4, 8, 10, 43–44, 48–74. Without

waiving any objections they may have or relief they may seek under the Protective Order, Plaintiffs take no position as to Defendants' designation of the information at issue as "Confidential" but file this motion to comply with the Protective Order and Local Civil Rule 5(C).  Under Local Civil Rule 5, Defendants Watson and WDC Holdings "must file a response to [this] motion complying with [the] requirements" of Local Civil Rule 5(C)(2), (3), and (4), justifying the sealing of the above-referenced materials, and supplying a proposed order.

Dated: October 4, 2021    Respectfully submitted,

*s/ Michael R. Dziuban*
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com

Veronica S. Moyé (*pro hac vice application* pending)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
vmoye@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

| | |
|---|---|
| Jamie Hubbard<br>Stimson Stancil LaBranche Hubbard<br>1652 Downing Street<br>Denver, CO 80218<br>*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC* | Allcore Development LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, CO 80002 |
| | Finbrit Holdings LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, Colorado 80002 |
| Villanova Trust<br>c/o Christian Kirschner, Trustee<br>3924 Wallace Lane<br>Nashville, TN 37215 | Casey Kirschner<br>635 N. Alvarado Lane<br>Plymouth, MN 55447<br>By email: casey.kirschner@gmail.com |

*s/ Michael R. Dziuban*
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*