IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., ET AL.<br><br>*Plaintiffs*,<br><br>v.<br><br>WDC HOLDINGS LLC, ET AL.<br><br>*Defendants*. | Case No. 1:20-cv-00484<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Civil Contempt, Dkt. 347, and Plaintiffs' Motion to Expedite the Civil Contempt Motion, Dkt. 353.

Plaintiffs have scheduled a hearing on the Civil Contempt Motion for Friday, October 8, 2021. Defendants oppose the Motion to Expedite, stating that it imposes an unnecessarily burdensome schedule. Dkt. 356.

For good cause, the Court **DENIES Plaintiffs' Motion to Expedite the Civil Contempt Motion**, Dkt. 353, and will remove the hearing scheduled for Friday, October 8, 2021 from its calendar.

Instead, the Court will hear both Plaintiffs' Civil Contempt Motion, Dkt. 347, and Defendants' Motion for Preliminary Injunction Clarification, Dkt. 343, on Thursday, October 21, 2021 at 10am. (Note that this Order also moves the Defendants' Motion for Preliminary Injunction Clarification, Dkt. 343, from Friday, October 22nd to one day earlier, Thursday, October 21st).

The parties should substantively brief both issues, and follow the timelines for briefing imposed by the Federal Rules of Civil Procedure.

It is **SO ORDERED.**

October 6, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge