IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al,<br><br>　　Defendants, | Case No. 1:20cv484 (LO/TCB)<br><br><br>**NOTICE OF HEARING FOR MOTION TO INTERVENE AND MOTION TO INTERVENE UNDER SEAL** |

PLEASE TAKE NOTICE that on October 22, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, 800 Hoyt LLC ("800 Hoyt") seeks hearing on its filings the Motion To Intervene (Dkt. 334) and Motion to Seal (Dkt. 337).

Dated: October 7, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/　Kathryn M. Skilton

Kathryn M. Skilton
Virginia Bar Number 90176
kathryn.skilton@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Phone: (515) 248-9000
Fax: (515) 248-9010

**ATTORNEYS FOR INTERVENOR 800 HOYT LLC**

1

## CERTIFICATE OF SERVICE

I, Kathryn Skilton, hereby certify that on the October 7, 2021, I caused the within **NOTICE OF HEARING FOR MOTION TO INTERVENE AND MOTION TO INTERVENE UNDER SEAL**, to be electronically filed and served using the CM/ECF System, which will transmit a Notice of Electronic Filing to counsel of record.

Additionally, the document and notification of filing will be sent by U.S. Mail to the following last-known address of the following parties:

| | |
|---|---|
| Jamie Hubbard<br>Stimson Stancil LaBranche Hubbard<br>1652 Downing Street<br>Denver, CO 80218<br>Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC | Allcore Development LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, CO 80002<br><br>Finbrit Holdings LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, Colorado 80002 |
| Villanova Trust<br>c/o Christian Kirschner, Trustee<br>3924 Wallace Lane<br>Nashville, TN 37215 | Casey Kirschner<br>635 N. Alvarado Lane<br>Plymouth, MN 55447<br>By email: casey.kirschner@gmail.com |

Dated: October 7, 2021               */s/ Kathryn Skilton*