IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |

**DECLARATION OF LORA E. MACDONALD IN SUPPORT OF PLAINTIFFS' RESPONSE TO 800 HOYT LLC'S MOTION TO INTERVENE**

I, Lora E. MacDonald, hereby declare, under penalty of perjury, as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts set forth below, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of Maryland and the District of Columbia. I am an attorney at the law firm of Gibson, Dunn & Crutcher, LLP ("Gibson Dunn"), and counsel for Amazon.com, Inc. and Amazon Data Services, Inc. (collectively "Plaintiffs" or "Amazon"). I make this declaration in support of Plaintiffs' Response To 800 Hoyt LLC's Motion To Intervene. If called as a witness, I could and would testify to the same as stated herein.

3.   Attached hereto as **Exhibit 1** is a true and correct copy of an email from Patricia L. Watson to Kathryn Skilton at Faegre Drinker Biddle & Reath, counsel for 800 Hoyt LLC, and copying Don Marcotte; Stanley Garnett at Brownstein Hyatt Farber Schreck, counsel for Defendants WDC Holdings LLC and Brian Watson; and Elizabeth Papez at Gibson Dunn, counsel for Amazon, dated September 27, 2021, with the subject line "Motion to Intervene by 800 Hoyt, LLC in Federal District Court case number 1:20-cv-00484-LO-TCB."

4.   Attached hereto as **Exhibit 2** is a true and correct copy of the "Amended Operating Agreement Of PLW Capital I, LLC."  This document was attached to the email dated September 27, 2021, attached hereto as **Exhibit 1**.  This document was also produced to Amazon by Defendants Brian Watson and WDC Holdings LLC on December 11, 2020, was designated as "Confidential" by them pursuant to the Protective Order in this case, and is Bates numbered WDC0531096–WDC0531126.  Although Amazon takes no position on the propriety of this confidentiality designation, out of an abundance of caution, Amazon has filed this document under seal to ensure it abides by its obligations under the Protective Order in this case (Dkt. 55).

5.   Attached hereto as **Exhibit 3** is a true and correct copy of a "Separation Agreement" between Patricia L. Watson and Robert B. Watson, filed in the District Court of Arapahoe County, Colorado, Case No. 2018DR30016.  This document was attached to the email dated September 27, 2021, attached hereto as **Exhibit 1**.  A substantially similar version of this document was also produced to Amazon by Defendants Brian Watson and WDC Holdings LLC on December 17, 2020, was designated as "Confidential" by them pursuant to the Protective Order in this case, and is Bates numbered WDC0860181–

WDC0860181.0056. Although Amazon takes no position on the propriety of this confidentiality designation, out of an abundance of caution, Amazon has filed this document under seal to ensure it abides by its obligations under the Protective Order in this case (Dkt. 55).

6. Attached hereto as **Exhibit 4** is a true and correct copy of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ The document was located in the Watson Devices produced on July 16, 2021, and, per the Court's July 9, 2021 order, Dkt. 302, is designated "Highly Confidential—Outside Attorneys' Eyes Only." Exhibit 4 is Bates numbered WATSONIMAGE-00000025–WATSONIMAGE-00000027.

7. Attached hereto as **Exhibit 5** is a true and correct copy of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ This document was produced to Amazon by Defendants Brian Watson and WDC Holdings LLC on August 27, 2021, was designated as "Confidential" by them pursuant to the Protective Order in this case, and is Bates numbered WDC0956646–WDC0956648.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 12, 2021.

*Lora Elizabeth MacDonald*

Lora E. MacDonald