# EXHIBIT 1

**Papez, Elizabeth P.**

| | |
|---|---|
| **From:** | Patricia Watson <watson_patricia@yahoo.com> |
| **Sent:** | Monday, September 27, 2021 11:00 AM |
| **To:** | kathryn.skilton@faegredrinker.com |
| **Cc:** | Don Marcotte; sgarnett@bhfs.com; Papez, Elizabeth P. |
| **Subject:** | Motion to Intervene by 800 Hoyt, LLC in Federal District Court case number 1:20-cv-00484-LO-TCB |
| **Attachments:** | PLW Capital I LLC-Amended - Fully Executed 9 24 14.PDF; Decree of Divorce.pdf; Executed Watson Separation Agreement with Exhibits A-C - FINAL.PDF.pdf |

**[WARNING: External Email]**

Ms. Skilton

Good morning. Thank you for taking my call a moment ago. This email is to memorialize the content of our conversation.

It has come to my attention that you represent 800 Hoyt, LLC in a Motion to Intervene, filed in Federal District Court case number 1:20-cv-00484-LO-TCB. I have reviewed the Brief in Support of your Motion and wish to bring to your attention a misstatement in the pleading. Brian Watson is NOT the sole owner or sole manager of PLW Capital I, LLC. I have been a 50% owner and a co-manager of that entity since its formation in 2012, continuing with its amendment in 2014. Exactly half of the funds that are owed to that entity belong to me, both by virtue of my ownership interest in PLW Capital I LLC and by virtue of the 2018 court order dissolving the marriage between Brian Watson and myself.

I've attached the fully executed Amended Operating Agreement for PLW Capital I, LLC, the Separation Agreement and the Decree of Dissolution of Marriage for your review and records. The language specific to the division of the PLW Capital I, LLC assets is located in Section XVI (H) (4) of the Separation Agreement.

If you would like further confirmation of the ownership and management arrangement of PLW Capital I, LLC, feel free to reach out to the long-acting CPA for the entity, Jeff Watkins of Plante Moran (at their Denver Tech Center offices). I believe that Don Marcotte, the manager of 800 Hoyt, LLC, is also aware of the ownership and management structure of this entity.

Please correct your pleadings regarding statements relating to ownership and control of PLW Capital I, LLC.

Please note that I will not object to any action by 800 Hoyt, LLC or Amazon relating to the treatment of Mr. Watson's half of PLW Capital I, LLC's assets. However, please also note that any funds wired to the PLW Capital I, LLC's bank account will also be accessible by Brian Watson, as we have joint access to that account.

Please advise if an agreement can be reached to wire my half of the amount due to PLW Capital, LLC to my personal account instead of to the PLW Capital I, LLC account and more particularly, if there can be an agreement to exclude my 50% of the funds due to PLW Capital I, LLC from this litigation.

Thank you for your time and attention to this matter. Let me know if you need anything further from me.

Patricia L. Watson

1

2601 Garden Lane
Greenwood Village, CO 80121
(720)-935-4426

Colorado Bar Number: 28879

2