IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br>　　Defendants, | Case No. 1:20cv484 (LO/TCB) <br><br>**NOTICE OF HEARING FOR MOTION TO UNOPPOSED MOTION TO SUBSTITUTE PROPOSED INTERPLEADER COMPLAINT AND MOTION TO SEAL SUBSTITUTED DOCUMENTS** |

PLEASE TAKE NOTICE that on October 22, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, 800 Hoyt LLC ("800 Hoyt") seeks hearing on its filings the Unopposed Motion To Substitute Proposed Interpleader Complaint and Motion To Seal Substituted Documents.

Dated: October 15, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/   Kathryn M. Skilton*

Kathryn M. Skilton
Virginia Bar Number 90176
kathryn.skilton@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Phone: (515) 248-9000
Fax: (515) 248-9010

**ATTORNEYS FOR INTERVENOR 800 HOYT LLC**

1

CERTIFICATE OF SERVICE

I, Kathryn Skilton, hereby certify that on the October 14, 2021, I caused the within **NOTICE OF HEARING FOR MOTION TO INTERVENE AND MOTION TO INTERVENE UNDER SEAL**, to be electronically filed and served using the CM/ECF System, which will transmit a Notice of Electronic Filing to counsel of record.

Additionally, the document and notification of filing will be sent by U.S. Mail to the following last-known address of the following parties:

| | |
|---|---|
| Jamie Hubbard<br>Stimson Stancil LaBranche Hubbard<br>1652 Downing Street<br>Denver, CO 80218<br>Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC<br><br>Villanova Trust<br>c/o Christian Kirschner, Trustee<br>3924 Wallace Lane<br>Nashville, TN 37215 | Allcore Development LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, CO 80002<br><br>Finbrit Holdings LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, Colorado 80002<br><br>Casey Kirschner<br>635 N. Alvarado Lane<br>Plymouth, MN 55447<br>By email: casey.kirschner@gmail.com |

Dated: October 14, 2021        */s/ Kathryn Skilton*