UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC, <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS, LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-484(LO/TCB) ) ) ) ) ) ) |

## ORDER

This matter comes before the Court on Intervenor 800 Hoyt LLC's ("Intervenor") Unopposed Motion to Substitute Its Proposed Interpleader Complaint (Dkt. 375). Upon consideration of the motion and for good cause shown, it is hereby

**ORDERED** that Intervenor's Motion (Dkt. 375) is **GRANTED**; and it is further

**ORDERED** that Intervenor shall file its Substituted Interpleader Complaint as a separate docket entry.

ENTERED this 18th day of October, 2021.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia