IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br> Defendants, | Case No. 1:20cv484 (LO/TCB) <br><br><br> **800 HOYT LLC'S MOTION TO SEAL PORTIONS OF REPLY** |

Intervenor 800 Hoyt LLC ("800 Hoyt"), by counsel and pursuant to Fed. R. Civ. P. 26(c) and Local Civ. R. 5, move for the entry of an Order allowing the sealing of the following documents:

- Portions of the Reply Brief in Support of 800 Hoyt LLC's Motion to Intervene

In support of this Motion, Intervenor 800 Hoyt submits the accompanying non-confidential Memorandum of Law and proposed order.

1

| | |
|---|---|
| Dated: October 18, 2021 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Kathryn M. Skilton*<br><br>Kathryn M. Skilton<br>Virginia Bar Number 90176<br>kathryn.skilton@faegredrinker.com<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309<br>Phone: (515) 248-9000<br>Fax: (515) 248-9010<br><br>**ATTORNEYS FOR INTERVENOR 800 HOYT LLC** |

## CERTIFICATE OF SERVICE

I, Kathryn Skilton, hereby certify that on the October 18, 2021, I caused the within **800 HOYT LLC'S MOTION TO SEAL PORTIONS OF REPLY** to be electronically filed and served using the CM/ECF System, which will transmit a Notice of Electronic Filing to counsel of record.

Additionally, the document and notification of filing will be sent by U.S. Mail to the following last-known address of the following parties:

| | |
|---|---|
| Jamie Hubbard<br>Stimson Stancil LaBranche Hubbard<br>1652 Downing Street<br>Denver, CO 80218<br>Counsel for Defendants White Peaks Capital<br>LLC and NOVA WPC LLC | Allcore Development LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, CO 80002 |
| | Finbrit Holdings LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, Colorado 80002 |
| Villanova Trust<br>c/o Christian Kirschner, Trustee<br>3924 Wallace Lane<br>Nashville, TN 37215 | Casey Kirschner<br>635 N. Alvarado Lane<br>Plymouth, MN 55447<br>By email: casey.kirschner@gmail.com |

Dated: October 18, 2021                    */s/ Kathryn Skilton*