IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDINGS, LLC, PLW CAPITAL I, LLC, BW HOLDINGS, LLC, AMAZON.COM, INC., and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | |

**ORDER GRANTING EMERGENCY MOTION OF RECEIVER FOR
CONFIRMATION OF SCOPE OF RECEIVERSHIP ORDER REGARDING
WATSON TRUST ASSETS**

1

This matter comes before the Court on the Emergency Motion of the Receiver for Confirmation of Scope of Receivership Order Regarding Watson Trust Assets (the "Motion"). Dkt 440. Having reviewed the arguments and evidence submitted to the Court, the Court hereby orders that the Receiver's Motion is GRANTED.

To be clear, by Order of the Court, the Receiver has authority to determine whether the sale of the property is in the best interest of his duties and, if so, what should be done with the proceeds. The property is clearly a Watson asset.

Specifically, it is hereby ORDERED that (i) the Receiver is authorized to direct and control the Brian Watson Revocable Trust and any other related trusts to the fullest extent of Defendant's rights therein, in any capacity (including as trustee), and (ii) the Receiver is authorized to direct the disposition of the Home on behalf of the trustee, including causing the Trust to execute any transaction deemed appropriate by the Receiver (with liens attaching to escrowed proceeds) or canceling the proposed sale of the Home if the Receiver determines, in his sole discretion, that such action is warranted to preserve the right to challenge potentially disputed liens asserted against the Home.

IT IS SO ORDERED.

Dated: December 8, 2021

/s/ Liam O'Grady
───────────────────────
Liam O'Grady
United States District Judge