# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>Plaintiffs,<br>v.<br>WDC HOLDINGS LLC dba NORTHSTARCOMMERCIAL PARTNERS; BRIAN WATSON et al.<br><br>Defendants, | CIVIL ACTION NO. 1:20-CV-484-LO-TCB |

## **ENTRY OF DEFAULT**

In accordance with Plaintiff's request to enter default and affidavit of, counsel Michael Dziuban, of record for plaintiff, the Clerk of this Court does hereby enter the default against NOVA WPC LLC, White Peaks Capital LLC, and Villanova Trust, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO CLERK OF COURT

BY: _____L.Bergamine_____
Deputy Clerk

DATED: 12/8/2021