IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br> Defendants, <br><br>——————————————— <br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, BW HOLDINGS LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | Case No. 1:20cv484 (LO/TCB) <br><br><br><br><br> NOTICE OF VOLUNTARY DISMISSAL OF PLW CAPITAL I, LLC |

Intervening Interpleader Plaintiff 800 Hoyt LLC ("800 Hoyt") hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(i) that Interpleader Defendant PLW Capital I, LLC is voluntarily dismissed, without prejudice. Defendant PLW Capital I, LLC has not answered the complaint nor

1

filed a motion for summary judgment and as such voluntary dismissal is appropriate under Fed. R. Civ. P. 41.[1] This Stipulation does not dismiss any other Interpleader Defendant.

| | |
|---|---|
| Dated: December 8, 2021 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/Kathryn M. Skilton* |
| | Kathryn M. Skilton (VA Bar # 90176) |
| | *kathryn.skilton@faegredrinker.com* |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309 |
| | Phone: (515) 447-4732 |
| | Fax: (515) 248-9010 |
| | |
| | Michael R. MacPhail, *admitted Pro Hac Vice* |
| | *michael.macphail@faegredrinker.com* |
| | 1144 15th Street, Suite 3400 |
| | Denver, Colorado 80202 |
| | Phone: (303) 607-3692 |
| | Fax: 303) 607-3600 |
| | |
| | **ATTORNEYS FOR INTERVENOR 800 HOYT, LLC** |

---

[1] On November 19, 2021, the Watson Defendants moved to withdraw counsel appearance and answer of PLW Capital I, LLC. (Dkt. 429). On November 22, 2021, this motion to withdraw as counsel and withdraw answer was granted. (Dkt. 432).

## CERTIFICATE OF SERVICE

I, Kathryn Skilton, hereby certify that on the December 8, 2021, I caused the within **NOTICE OF VOLUNTARY DISMISSAL OF PLW CAPITAL I, LLC** to be electronically filed and served using the CM/ECF System, which will transmit a Notice of Electronic Filing to counsel of record.

Additionally, the document and notification of filing will be sent by U.S. Mail to the following last-known address of the following parties:

Jamie Hubbard
**Stimson Stancil LaBranche Hubbard**
1652 Downing Street
Denver, CO 80218
*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC*

Villanova Trust
c/o Christian Kirschner, Trustee
3924 Wallace Lane
Nashville, TN 37215

Allcore Development LLC
6870 W 52nd Avenue, Suite 203
Arvada, CO 80002

Finbrit Holdings LLC
6870 W 52nd Avenue, Suite 203
Arvada, Colorado 80002

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com

Dated: December 8, 2021     */s/ Kathryn Skilton*