IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., etal )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WDC HOLDINGS, LLC, et al )<br>)<br>Defendants. )<br>_____ )<br>800 HOYT, LLC )<br>)<br>Intervening Interpleader Plaintiff )<br>)<br>v. )<br>)<br>BRIAN WATSON, WDC HOLDING )<br>LLC, BW HOLDINGS, LLC, PLW )<br>CAPITAL 1 LLC, AMAZON.COM, )<br>INC., and AMAZON DATA SERVICES )<br>INC. )<br>)<br>Intervening Defendants ) | CIVIL ACTION 1:20cv484 |

ORDER

This matter is before the Court upon the Notice of Voluntary Dismissal of PLW Capital I, LLC filed by Intervening Plaintiff 800 Hoyt, LLC. (Dkt. 448).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) the Complaint against <u>only</u> PLW Capital 1, LLC is hereby **DISMISSED** without prejudice.

It is so **ORDERED**.

_____
Liam O'Grady
United States District Judge

Alexandria Virginia
December 8, 2021