IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br> Defendants, | Case No. 1:20cv484 (LO/TCB) |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | ORDER REGARDING JOINT MOTION TO ATTEND PRETRIAL CONFERENCE VIA REMOTE MEANS AND NELSON DEFENDANTS' MOTION FOR INDEPENDENT APPEARANCE OF FOREIGN ATTORNEY |

Defendants Carleton Nelson and Cheshire Ventures, LLC ("Nelson Defendants"), Casey Kirschner ("Mr. Kirschner") and 800 Hoyt LLC ("800 Hoyt") (collectively, the "Moving Parties") filed a Joint Motion to Attend Pretrial Conference Via Remote Means and Nelson Defendants' Motion for Independent Appearance of Foreign Attorney, requesting to appear via remote means and for Nelson Defendants' *pro hac vice* admitted counsel to appear independent of local counsel.

1

For good cause shown, it is hereby

**ORDERED** that this motion (Dkt. 439) is **GRANTED**; it is further

**ORDERED** that the moving parties may appear telephonically for the December 15, 2021 Pretrial Conference on the conference line sent to the Court; and it is further

**ORDERED** that Ms. Friedman is excused from attendance and Mr. Little be granted the limited ability to appear independently of her for the December 15, 2021 Pretrial Conference only.

ENTERED this 13th day of December, 2021.

/s/
Theresa Carroll Buchanan
United States Magistrate **Judge**
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia