IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br> Defendants, <br><br>―――――――――――――――― <br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | Case No. 1:20cv484 (LO/TCB) <br><br><br><br> **ORDER 800 HOYT LLC'S MOTION FOR DEPOSIT AND FOR OTHER EQUITABLE RELIEF** |

Pursuant to Federal Rule of Civil Procedure 67, Local Rule 67, and 28 U.S.C. § 2361, 800 Hoyt LLC ("800 Hoyt") has requested to deposit funds related to its interpleader complaint and requested an injunctive order against other state and federal court litigation. For good cause shown, 800 Hoyt's Motion for Deposit and for Other Equitable Relief is **GRANTED**.

1

Pursuant to the standing order of this Court Regarding Deposit and Investment of Registry Funds, 800 Hoyt shall deposit the $209,793 in funds (the "Interpleader Funds") consisting of:

a. $34,867.00 as balance of the remaining Debt Guarantee Fee payable to Mr. Watson pursuant to the Settlement Agreement;

b. $165,000.00 representing compromise of the disputed Disposition Fee payable to WDC pursuant to the Settlement Agreement; and,

c. The $9,926.00 distribution share of Available Cash due and payable to BW Holdings.

The Clerk of Court is hereby **ORDERED** to accept and deposit the Interpleader Fund with the Treasurer of the United States in the name and to the credit of this Court pursuant to 28 U.S.C. § 2041 through depositories designated by the Treasury to accept such deposit on its behalf until adjudicated by this Court. Such funds shall be maintained in the Court Registry Investment System (CRIS) Disputed Ownership Fund as discussed in the Standing Order Regarding the Deposit of Registry Funds issued April 1, 2017.

**IT IS FURTHER ORDERED**, that pursuant to 28 U.S.C. § 2361, all named defendants in the Interpleader Complaint shall be enjoined from initiating all separate suits not filed in *Amazon.com, Inc. v. WDC Holdings LLC et al.*, United States District Court for the Eastern District of Virginia Case Number 20cv484 (the "Amazon Lawsuit") related to the Interpleader Funds until further order of this Court.

It is **SO ORDERED**.

December 15, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge