IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLS; CHESHIRE VENTURES LLC; CARLETON NELSON; and JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-cv-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br> v. <br><br> BRIAN WATSON, WDC HOLDINGS LLC, PLW CAPITAL I, LLC, BW HOLDINGS, LLC, AMAZON.COM, INC, <br> and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | |

**DEFENDANTS' NOTICE OF INTENT TO FILE AN OBJECTION**

PLEASE TAKE NOTICE that Defendants Brian Watson, WDC Holdings, LLC, dba Northstar Commercial Partners, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI

1

Administrative Manager, LLC (collectively, "Defendants"), by and through their counsel, IFRAH PLLC and Brownstein Hyatt Farber Schreck, LLP, respectfully submit Defendants' Notice of Intent to File an Objection ("Notice") and notice the same for hearing, on or before Tuesday, December 21, 2021, pursuant to the Court's December 14, 2021 Notice of Grounds for Judicial Disqualification. Defendants are filing this Notice because they advised the Court at the December 15, 2021 scheduling conference that they would notify the Court by close of business Friday, December 17, 2021 as to whether they intended to object.

On December 17, 2021, Mr. Casey Kirschner advised counsel for Defendants that he anticipates filing an objection. Likewise, counsel for Carleton Nelson and Cheshire Ventures LLC represented that his clients intend to file an objection.

Dated: December 17, 2021         Respectfully submitted,

By: *s/ Jeffrey R. Hamlin*
Stanley L. Garnett (pro hac vice)
Amanda K. Houseal (pro hac vice)
Brownstein Hyatt Farber Schreck, LLP
Telephone: 303.223.1100
Facsimile: 303.223.1111
sgarnett@bhfs.com
ahouseal@bhfs.com

Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (pro hac vice)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
Telephone: 202.524.4140
Facsimile: 202 524.4141
jhamlin@ifrahlaw.com
gcalhoun@ifrahlaw.com

*Counsel for Defendants Brian Watson, WDC Holdings, LLC dba Northstar Commercial Partners, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager, LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 17, 2021, I will email the foregoing document to the known attorney of record for each other party. For those parties for whom counsel is not known, a true and correct copy of the foregoing document shall be served by U.S. mail to their last known address.

| | |
|---|---|
| Elizabeth P. Papez<br>Patrick F. Stokes<br>Claudia M. Barrett<br>Michael R. Dziuban<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>epapez@gibsondunn.com<br>pstokes@gibsondunn.com<br>cbarrett@gibsondunn.com<br>mdziuban@gibsondunn.com | Villanova Trust<br>c/o Christian Kirschner, Trustee<br>3924 Wallace Lane<br>Nashville, TN 37215<br><br>Allcore Development LLC<br>6870 W 52nd Avenue, Suite 203 Arvada,<br>CO 80002<br><br>Finbrit Holdings LLC<br>6870 W 52nd Avenue, Suite 203 Arvada,<br>Colorado 80002 |
| Veronica S. Moyé<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>vmoye@gibsondunn.com<br>Counsel for Plaintiffs Amazon.com, Inc.<br>and Amazon Data Services, Inc. | Casey Kirschner<br>635 N. Alvarado Lane<br>Plymouth, MN 55447<br>By email: casey.kirschner@gmail.com |
| Jamie Hubbard<br>Stimson Stancil LaBranche Hubbard<br>1652 Downing Street<br>Denver, CO 80218<br>Counsel for Defendants White Peaks<br>Capital LLC and NOVA WPC LLC | Aaron G. McCollough<br>Joseph S. Sheerin<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>amccollough@mcguirewoods.com<br>Counsel for Receiver |
| Kathryn M. Skilton<br>Faegre Drinker Biddle & Reath LLP<br>801 Grand Avenue, 33rd Floor<br>Des Moines, Iowa 50309<br>Michael R. MacPhail<br>1144 15th Street, Suite 3400<br>Denver, Colorado 80202<br>Counsel For Intervenor 800 Hoyt, LLC | |

By: _s/ Jeffrey R. Hamlin_____