UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:20-cv-00484 |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Pursuant to Local Civil Rule 7(E), Defendants Brian Watson and WDC Holdings LLC, by counsel, hereby waive oral argument on their Motion for Approval of Receivership Disbursement to Cover Legal Fees.

DATED: December 17, 2021

Respectfully submitted

   /s/ Jeffrey R. Hamlin
Jeffrey R. Hamlin (Va. Bar No. 46932)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jhamlin@ifrahlaw.com

*Counsel for Defendants Brian Watson, and WDC Holdings LLC*

.