AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Grady, Liam | USDC- EDVA | 07/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Pauline Newman Inns of Court, June 2013 to June 2014 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 18 | O'Grady, Liam | 07/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 18 | O'Grady, Liam | 07/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Suntrust Money Market | A | Interest | K | T | | | | | |
| 2. | Suntrust IRA | A | Interest | J | T | | | | | |
| 3. | Wells Fargo IRA | A | Interest | J | T | | | | | |
| 4. | Brokerage Account #1 (Nos. 5 through 78) | | | | | | | | | |
| 5. | - Visa Incorporated | A | Dividend | K | T | | | | | |
| 6. | - Amphenol Corp. | A | Dividend | K | T | Sold (part) | 03/26/14 | J | B | |
| 7. | - Aflac Inc Stock | A | Dividend | J | T | | | | | |
| 8. | - Abbott Labs Stock | A | Dividend | J | T | | | | | |
| 9. | - Bard CR | A | Dividend | | | Sold | 06/29/14 | J | D | |
| 10. | - Apple Incorporated | A | Dividend | J | T | Buy | 09/25/14 | J | | |
| 11. | - ADP, Inc. | A | Dividend | J | T | Sold (part) | 12/16/14 | J | B | |
| 12. | - AT&T | A | Dividend | J | T | | | | | |
| 13. | - AGL Res Incorporated | A | Dividend | J | T | Sold (part) | 09/25/14 | J | A | |
| 14. | - American Express | A | Dividend | K | T | | | | | |
| 15. | - Colgate Stock | A | Dividend | K | T | | | | | |
| 16. | - Dover Corp Stock | A | Dividend | J | T | Sold (part) | 03/25/14 | J | A | |
| 17. | - Raymond James Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Exxon Mobil Stock | A | Dividend | J | T | | | | | |
| 19. - Nextera Energey Inc. | A | Dividend | J | T | Sold (part) | 09/25/14 | J | B | |
| 20. - Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 21. - Cognizant Technology | | None | K | T | | | | | |
| 22. - Cerner Corporation | A | Dividend | K | T | | | | | |
| 23. - Dominion Resources, Inc. | A | Dividend | K | T | | | | | |
| 24. BB&T Corporation | A | Dividend | J | T | Buy | 09/25/14 | J | | |
| 25. - General MLS Inc. | A | Dividend | J | T | | | | | |
| 26. - Fiserv Incorporated | A | Dividend | J | T | Sold (part) | 03/26/14 | J | B | |
| 27. - IBM Stock | A | Dividend | J | T | | | | | |
| 28. - Becton Dickinson Corp. | A | Dividend | J | T | Sold (part) | 12/16/14 | J | A | |
| 29. - Johnson & Johnson Stock | A | Dividend | K | T | | | | | |
| 30. - Chevron Corporation | A | Dividend | J | T | | | | | |
| 31. - CVS Health Corporation | | None | J | T | Buy | 12/16/14 | J | | |
| 32. - WW Grainger Stock | A | Dividend | J | T | | | | | |
| 33. - Nike, Inc., Class B | A | Dividend | K | T | Sold (part) | 09/25/14 | J | B | |
| 34. - McCormick & Company | A | Dividend | | | Sold | 03/26/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 6 of 18

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | - Allergan, Incorporated | A | Dividend | K | T | Sold (part) | 06/24/14 | J | B | |
| 36. | - Genuine Parts Company | A | Dividend | J | T | Sold (part) | 01/16/14 | J | A | |
| 37. | - Illinois Tool Works Stock | A | Dividend | K | T | | | | | |
| 38. | - Amazon.com | | None | J | T | | | | | |
| 39. | - Sigma Aldrich Corporation | A | Dividend | K | T | Sold (part) | 12/16/14 | J | C | |
| 40. | - Walt Disney Company | A | Dividend | K | T | Buy | 03/26/14 | J | | |
| 41. | - Pepsico Stock | A | Dividend | K | T | | | | | |
| 42. | - Ecolab, Inc. | A | Dividend | K | T | Sold (part) | 06/24/14 | J | B | |
| 43. | - Schlumberger Stock | A | Dividend | J | T | | | | | |
| 44. | - Stryker Stock | A | Dividend | K | T | Sold (part) | 03/26/14 | J | B | |
| 45. | - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 46. | - Edwards Lifesciences Corp. | | None | K | T | Buy | 03/26/14 | J | | |
| 47. | - Wal-Mart Stock | A | Dividend | J | T | | | | | |
| 48. | - Amerisourcebergen | A | Dividend | K | T | Sold (part) | 09/25/14 | J | B | |
| 49. | - Ball Corporation | A | Dividend | K | T | | | | | |
| 50. | - Danaher Corp. Stock | A | Dividend | J | T | | | | | |
| 51. | - Concoco Phillips | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 7 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | - Idexx Labs Inc. | | None | J | T | Buy | 06/24/14 | J | | |
| 53. | - Home Depot | A | Dividend | K | T | | | | | |
| 54. | - United Technologies Stock | A | Dividend | J | T | | | | | |
| 55. | - Costco Wholesale Stock | A | Dividend | K | T | | | | | |
| 56. | - Amgen Stock | A | Dividend | J | T | Sold (part) | 12/16/14 | J | B | |
| 57. | - Express Scripts, Inc. | | None | K | T | | | | | |
| 58. | - Microsoft Stock | A | Dividend | J | T | Sold (part) | 09/25/14 | J | B | |
| 59. | - Oracle Corp. | A | Dividend | K | T | | | | | |
| 60. | - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 61. | - Church & Dwight | A | Dividend | K | T | | | | | |
| 62. | - Clorox Company | A | Dividend | K | T | | | | | |
| 63. | - Walgreen Stock | A | Dividend | J | T | Sold (part) | 06/24/14 | J | C | |
| 64. | - McDonalds | A | Dividend | J | T | | | | | |
| 65. | - Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 66. | - Fastenal Company | A | Dividend | J | T | | | | | |
| 67. | - 3M | A | Dividend | K | T | Sold (part) | 06/24/14 | J | B | |
| 68. | - Google, Inc. | | None | J | T | Sold (part) | 09/25/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Case 1:20-cv-00484-LO-TCB   Document 463-4   Filed 12/21/21   Page 8 of 18 PageID# 13804

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 8 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - JP Morgan Chase Stock | A | Dividend | J | T | | | | | |
| 70. - Stericycle, Inc. | | None | J | T | | | | | |
| 71. - Target Corporation Stock | A | Dividend | J | T | | | | | |
| 72. - Praxair, Incorporated | A | Dividend | J | T | | | | | |
| 73. - Verizon, Inc. | A | Dividend | J | T | | | | | |
| 74. - Qualcomm, Inc. | | None | J | T | | | | | |
| 75. - Roper Industries | A | Dividend | J | T | Sold (part) | 09/25/14 | J | A | |
| 76. - Thermo Fisher Scientific Inc. | A | Dividend | J | T | Sold (part) | 03/26/14 | J | B | |
| 77. - O'Reilly Automotive | | None | J | T | Sold (part) | 12/16/14 | J | C | |
| 78. - Lockheed Martin Corp. | A | Dividend | K | T | Buy | 06/24/14 | J | | |
| 79. Jefferson Pilot Ins. Policy | A | Interest | J | W | | | | | |
| 80. Dreyfus Prem Worldwide Stock | A | Dividend | J | T | | | | | |
| 81. Trust No. 1 (items 82-187) | D | Int./Div. | N | T | | | | | |
| 82. - Artisian Mid Cap Fund | | | | | Buy | 08/21/14 | J | | |
| 83. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 84. | | | | | | | | | |
| 85. - | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Case 1:20-cv-00484-LO-TCB   Document 463-4   Filed 12/21/21   Page 9 of 18 PageID# 13805

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 9 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87.  - Nationwide Geneva Mid Cap Growth | | | | | Sold | 08/21/14 | J | B | |
| 88. | | | | | Buy | 05/21/14 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94.  - Fidelity Advisor Int Muni | | | | | Buy | 02/21/14 | J | | |
| 95. | | | | | Buy | 08/21/14 | J | | |
| 96. | | | | | Buy | 12/29/14 | J | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | Sold (part) | 05/21/14 | J | A | |
| 100. | | | | | Sold (part) | 10/21/14 | J | A | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 10 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - MFS Value Fund CLI | | | | | Sold | 08/21/14 | K | C | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. - R S Small Cap Growth Fund | | | | | Buy | 08/21/14 | J | | |
| 114. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 115. | | | | | Sold (part) | 02/21/14 | J | A | |
| 116. | | | | | Sold (part) | 05/21/14 | J | A | |
| 117. | | | | | Sold (part) | 12/23/14 | J | A | |
| 118. - American Century Growth Fund - Instl. | | | | | Sold (part) | 02/21/14 | J | A | |
| 119. | | | | | Sold | 08/21/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 11 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. - BMO Intermediate Tax Free Fund | | | | | Buy | 02/21/14 | K | | |
| 125. | | | | | Buy | 08/21/14 | J | | |
| 126. | | | | | Sold (part) | 05/21/14 | J | A | |
| 127. | | | | | Sold (part) | 10/28/14 | J | A | |
| 128. - Thornburg Ltd Term Muni Fund | | | | | Buy (add'l) | 02/21/14 | J | | |
| 129. | | | | | Buy (add'l) | 08/21/14 | J | | |
| 130. | | | | | Sold (part) | 10/29/14 | J | A | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. - Inivesco Diversified Dividend Fd. | | | | | Buy (add'l) | 08/21/14 | K | | |
| 135. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 136. | | | | | Buy (add'l) | 12/16/14 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2) U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 02/21/14 | J | A | |
| 138. | | | | | Sold (part) | 05/21/14 | J | A | |
| 139. | | | | | | | | | |
| 140. - Inivesco Int'l.. Growth Fd. | | | | | Buy | 08/21/14 | J | | |
| 141. | | | | | Buy | 12/26/14 | J | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | Sold (part) | 05/21/14 | J | A | |
| 145. | | | | | Sold (part) | 10/29/14 | J | A | |
| 146. - American Century Small Cap Value Inst. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 147. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 148. | | | | | | | | | |
| 149. | | | | | Sold (part) | 02/21/14 | J | A | |
| 150. | | | | | Sold (part) | 03/21/14 | J | A | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. - JP Morgan Mid-Cap Value Fd. | | | | | Buy (add'l) | 12/16/14 | J | | |

1. Income Gain Codes:  A =$1,000 or less        B =$1,001 - $2,500         C =$2,501 - $5,000           D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes         J =$15,000 or less     K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                       P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal           R =Cost (Real Estate Only) S =Assessment                 T =Cash Market
   (See Column C2)     U =Book Value          V =Other                   W =Estimated

Case 1:20-cv-00484-LO-JCB   Document 463-4   Filed 12/21/21   Page 13 of 18 PageID# 13809

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 13 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | Sold (part) | 02/21/14 | J | A | |
| 156. | | | | | Sold (part) | 05/21/14 | J | A | |
| 157. | | | | | Sold (part) | 08/21/14 | J | A | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160.  - JP Morgan Large Cap Growth SL Fd. | | | | | Buy | 05/21/14 | J | | |
| 161. | | | | | Buy | 08/21/14 | K | | |
| 162. | | | | | Buy | 10/29/14 | J | | |
| 163. | | | | | Buy | 12/17/14 | J | | |
| 164. | | | | | Sold (part) | 02/21/14 | J | A | |
| 165.  - MFS Resh Int'l. Fd. | | | | | Sold (part) | 05/21/14 | J | A | |
| 166. | | | | | Sold (part) | 10/29/14 | J | A | |
| 167. | | | | | Buy | 02/21/14 | J | | |
| 168. | | | | | Buy | 08/21/14 | J | | |
| 169. | | | | | | | | | |
| 170.  - Virtus Emerging Markets Opportunity | | | | | Buy (add'l) | 02/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 172. | | | | | Buy | 08/21/14 | J | | |
| 173. | | | | | Buy | 10/28/14 | J | | |
| 174. | | | | | Buy | 12/29/14 | J | | |
| 175. | | | | | Sold (part) | 05/21/14 | J | A | |
| 176. | | | | | | | | | |
| 177.  - Ivy Municipal High Income Fund | | | | | Sold (part) | 05/21/14 | J | A | |
| 178. | | | | | Sold (part) | 10/29/14 | J | A | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181.  - Virtus Small-MidCap Fund I | | | | | Sold | 02/21/14 | J | B | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185.  - Regions Trust MMA | | | | | | | | | |
| 186.  - Life Insurance Dixie National | | | | | | | | | |
| 187.  - Life Insurance Liberty National | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2) U =Book Value  V =Other  W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 15 of 18 | O'Grady, Liam | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Burke & Herbert Cking/ Money Market | A | Interest | J | T | | | | | |
| 189. United Security Bancshares | A | Dividend | K | T | | | | | |
| 190. Burke & Herbert 529 Plan - cash | A | Interest | K | T | | | | | |
| 191. Burke & Herbert 529 Plan - cash | A | Interest | K | T | | | | | |
| 192. IRA - PNC Financial Services | A | Interest | J | T | | | | | |
| 193. Undivided Int. Timberland Choctaw County, AL | G | Rent | P1 | W | | | | | |
| 194. Undivided Int Timberland Wayne County, MS | C | Rent | O | W | | | | | |
| 195. Undivided Mineral Interest Choctaw County, AL | F | Royalty | L | W | | | | | |
| 196. Undivided Mineral Interest Clark & Wayne County, MS | D | Royalty | L | W | | | | | |
| 197. Undivided Mineral interest Mobile County, AL | A | Royalty | J | W | | | | | |
| 198. IRA - Merrill Lynch (199-216) | E | Int./Div. | N | T | | | | | |
| 199. - Cohen & Steers Realty | | | | | | | | | |
| 200. - Fidelity Advisor New | | | | | | | | | |
| 201. - Invesco Diversified Divided | | | | | | | | | |
| 202. - JP Morgan Strategic | | | | | Sold | 10/01/14 | K | | |
| 203. - Lord Abbett Convertible | | | | | | | | | |
| 204. - Oakmark Intl. Fund | | | | | Buy | 04/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT Page 16 of 18 | Name of Person Reporting O'Grady, Liam | Date of Report 07/15/2015 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Metropolitan West Total | | | | | Buy (add'l) | 10/01/14 | J | | |
| 206. - MFS Utilities Fd | | | | | | | | | |
| 207. - Nuveen Mtg Opportunity | | | | | | | | | |
| 208. - Oppenheimer Developing Markets | | | | | Sold | 04/07/14 | J | | |
| 209. - JP Morgan Mid Cap | | | | | | | | | |
| 210. - Matthews Asia Divided | | | | | | | | | |
| 211. - Royce Total Return Fund | | | | | | | | | |
| 212. - Thornburg International | | | | | Sold | 04/07/14 | J | | |
| 213. - Doubleline Total Return Fund | | | | | Buy (add'l) | 10/01/14 | J | | |
| 214. - Pimco Foreign Bond Fund | | | | | | | | | |
| 215. - Pimco All Asset All | | | | | Sold | 04/07/14 | K | | |
| 216. - First Eagle Global Class | | | | | Buy | 04/07/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Case 1:20-cv-00484-LO-TCB Document 463-4 Filed 12/21/21 Page 17 of 18 PageID# 13813

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 17 of 18 | O'Grady, Liam | 07/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Liam O'Grady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544