IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC, <br><br> Interpleader Defendants, <br><br> and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants, Interpleader Counter-Plaintiffs. | |

**ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR AN AGREED BRIEFING SCHEDULE ON WATSON DEFENDANTS' MOTION FOR <u>APPROVAL OF RECEIVERSHIP DISBURSEMENT TO COVER LEGAL FEES</u>**

.

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s Consent Motion For An Agreed Briefing Schedule On Watson Defendants' Motion For Approval Of Receivership Disbursement To Cover Legal Fees (Dkt. 465).

Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion (Dkt. 465) is **GRANTED**,

**ORDERED** that Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. shall have until January 6, 2022 to file their response to Defendants Brian Watson and WDC Holdings LLC's Motion For Approval Of Receivership Disbursement To Cover Legal Fees, and it is further

**ORDERED** that Defendants Brian Watson and WDC Holdings LLC shall have until January 13, 2022 to file their reply, if any.

.

ENTERED this 23rd day of December, 2021.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia