IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDINGS, LLC, PLW CAPITAL I, LLC, BW HOLDINGS, LLC, AMAZON.COM, INC., and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | |

**ORDER GRANTING RECEIVER'S CONSENT MOTION FOR AGREED BRIEFING
SCHEDULE ON DEFENDANT'S MOTION FOR APPROVAL OF
<u>RECEIVERSHIP DISBURSEMENT TO COVER LEGAL FEES</u>**

This matter comes before the Court on the Receiver's Consent Motion for an Agreed Briefing Schedule on Watson Defendants' Motion for Approval of Receivership Disbursement to Cover Legal Fees (Dkt. 466).

Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion (Dkt. 466) is **GRANTED**; it is further

**ORDERED** that the Receiver shall have until January 6, 2022, to file any response Defendants Brian Watson and WDC Holdings LLC's Motion for Approval of Receivership Disbursement to Cover Legal Fees; and it is further

**ORDERED** that Defendants Brian Watson and WDC Holdings LLC shall have until January 13, 2022, to file their reply, if any.

ENTERED this 27th day of December, 2021.

                                               /s/
                           _____
                           THERESA CARROLL BUCHANAN
                           UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia