Reset Form     Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:20-cv-484-LO-TCB  , Case Name  Amazon.com, Inc. et al v. WDC Holdings,
Party Represented by Applicant:  WDC Holdings, LLC, Brian Watson, Sterling NCP FF, LLC, Man

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Neil Singh Sandhu
Bar Identification Number  56600          State  Colorado
Firm Name  Brownstein Hyatt Farber Schreck
Firm Phone #  (303) 223-1100          Direct Dial #  3032231297          FAX #  3032231003
E-Mail Address  nsandhu@bhfs.com
Office Mailing Address  410 17th St Ste 2200, Denver, CO 80202

Name(s) of federal court(s) in which I have been admitted  United States Court of Appeals for the Tenth Circuit (Student Practice Act)

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Neil Singh Sandhu
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                           Dec. 20, 2021
Jeffrey R. Hamlin                                    (Date)
(Typed or Printed Name)                              46932
                                                     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid  ✓  or Exemption Granted _____

The motion for admission is GRANTED  ✓  or DENIED _____

/s/
Liam O'Grady
(Judge's Signature)
United States District Judge

12/27/21
(Date)