**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br> Defendants, <br>_____<br><br>800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | Case No. 1:20cv484 (LO/TCB) <br><br><br><br><br><br><br><br><br><br> **JOINT MOTION TO ATTEND MOTION HEARING VIA REMOTE MEANS AND NELSON DEFENDANTS' MOTION FOR INDEPENDENT APPEARANCE OF FOREIGN ATTORNEY** |

Defendants Carleton Nelson and Cheshire Ventures, LLC ("Nelson Defendants"), Casey Kirschner ("Mr. Kirschner") and 800 Hoyt LLC ("800 Hoyt") (collectively, the "Moving Parties") respectfully file this Joint Motion to Attend the Motion Hearing Via Remote Means and Nelson Defendants' Motion for Independent Appearance of Foreign Attorney, and, in so doing, respectfully state the following:

1

46907740 v1

1. The Moving Parties respectfully request that their Counsel and Mr. Kirschner be granted permission to attend the Thursday, January 6, 2022 Motion Hearing (Dkt. 468) via remote means of either telephone conference or web conference.

2. Moving Parties' primary counsel offices and Mr. Kirschner are out-of-state, and each would prefer to save the travel costs and additional attorneys' fees that would be incurred by attending the hearing in person.

3. Further, the Moving Parties request to attend the hearing by telephone or web conference in light of the novel coronavirus/COVID-19 because it will allow the Court, counsel, parties, and staff to practice reasonable social distancing in order to mitigate the impact of the emerging variants due to the travel.

4. In addition, primary counsel for the Nelson Defendants, Alex Little, has a premature newborn who recently came home from the hospital and is medically vulnerable. Traveling to attend the hearing in person during the present surge in Covid/Omicron cases would either expose his newborn to health risks or require him to quarantine away from his family.

5. No party objects to appearance of the Moving Parties by remote means.

6. Independently, the Nelson Defendants request that their *pro ha vice* admitted counsel, Alex Little, be permitted to attend the January 6, 2022 Motion Hearing without aid of local counsel.

7. Pursuant to Local Rule 83.1(D)(1)(b), local counsel is required to attend all hearings with foreign counsel admitted *pro hac vice*.

8. The Nelson Defendants' local counsel, Rachel Friedman, is presently on maternity leave. For this reason, the Nelson Defendants' respectfully request that Ms. Friedman be excused from attendance and Mr. Little be granted the limited ability to appear independently of her for the January 6, 2022 Motions Hearing only.

9. No party objects to Mr. Little's limited independent appearance for the Motions Hearing.

WHEREFORE, in the interest of economy and the reasons detailed above, the Moving Parties respectfully request that the Court permit the Moving Parties to attend the January 6, 2022 Motions Hearing via remote means. Moreover, the Nelson Defendants additionally request that counsel Alex Little be permitted to attend the January 6, 2022 Motions Hearing independent of local counsel.

Dated: December 30, 2021

<div style="display: flex;">

**BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
rfriedma@burr.com

*/s/ J. Alex Little*
J. Alex Little, IV (TN BPR No. #29858)
(pro hac vice)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
**ATTORNEYS FOR CARLETON NELSON AND CHESHIRE VENTURES, LLC**


**CASEY KIRSCHNER**

*/s/Casey Kirshner (via Email)*
Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
*casey.kirschner@gmail.com*
**PRO SE**

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/Kathryn M. Skilton*
Kathryn M. Skilton (VA Bar # 90176)
*kathryn.skilton@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Phone: (515) 447-4732
Fax: (515) 248-9010

Michael R. MacPhail, *admitted Pro Hac Vice*
*michael.macphail@faegredrinker.com*
1144 15th Street, Suite 3400
Denver, Colorado 80202
Phone: (303) 607-3692
Fax: 303) 607-3600
**ATTORNEYS FOR INTERVENOR 800 HOYT, LLC**

</div>

3

46907740 v1

# CERTIFICATE OF SERVICE

I, Rachel Friedman, hereby certify that on the December 30, 2021, I caused the within JOINT MOTION TO ATTEND PRETRIAL CONFERENCE VIA REMOTE MEANS AND NELSON DEFENDANTS' MOTION FOR INDEPENDENT APPEARANCE OF FOREIGN ATTORNEY, to be electronically filed and served using the CM/ECF System, which will transmit a Notice of Electronic Filing to counsel of record.

Additionally, the document and notification of filing will be sent by U.S. Mail to the following last-known address of the following parties:

Jamie Hubbard
Stimson Stancil LaBranche Hubbard
1652 Downing Street
Denver, CO 80218
*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC*

 Villanova Trust
c/o Christian Kirschner, Trustee
3924 Wallace Lane
 Nashville, TN 37215

Allcore Development LLC
6870 W 52nd Avenue, Suite 203
Arvada, CO 80002

Finbrit Holdings LLC
6870 W 52nd Avenue, Suite 203
Arvada, Colorado 80002

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com

Dated: December 30, 2021         */s/ Rachel Friedman*

4