## ** CIVIL MINUTES **

Date: 1/6/2022                                              Judge: O'Grady
Time: 10:01 am to 10:40 am
Reporter: T.Harris

Civil Action Number: 1:20cv484

Amazon.Com, Inc. et al v. WDC Holdings LLC et al

| Counsel for Plaintiffs (Amazon. Com and Amazon Data Services, Inc.: | Counsel for Defendants: |
|---|---|
| Elizabeth Papez<br>Patrick Stokes<br>Claudia Barrett<br>Lora MacDonald<br>Jessica Wagner<br>Todd Shaw<br>Michal Dziuban | WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas, NCP FF, LLC, NSIPI: Stan Garnett, Jeffry Hamlin, Amanda Houseal, Sara Bodner, Jim Trusty<br>Casey Kirschner: Casey Kirshner<br>Carleton Nelson: Alex Little<br>BW Holdings, LLC: Jeffrey Hamlin<br>Mark A. Roberts, a Receiver: Aaron McCollough<br>800 Hoyt LLC: Kathryn Skilton |

Appearance of counsel telephonically.

Matter on for [463] Defendant's Joint Objection to district judge [452] Notice of Grounds for Judicial Disqualification.

Motion argued and taken under advisement.

Order to follow.