IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC., ET AL.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>WDC HOLDINGS LLC, ET AL.,<br><br>    *Defendants.* | Case No. 1:20-cv-00484<br>Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on the Joint Objection to Notice of Grounds for Judicial Disqualification. Dkt. 463. The Court held a telephonic hearing on this matter on Thursday, January 6, 2022.

For the reasons stated during the hearing, the Court believes that recusal is not required under 28 U.S.C. § 455(a) as there is no evidence that the Court has not been impartial in its rulings to date, or would not be impartial in its decisions in the future. Moreover, the Court believes that it properly declined to recuse itself under § 455(f).

However, perception of the fair administration of justice – both by the public and by the parties in the case – is of the highest importance to the Court. Also importantly, my learned and honest colleagues should not have to suffer possible criticisms that might target them and me by those who do not understand the issues involved, if I were to decide not to recuse myself.

Therefore, I reluctantly recuse myself and the case will be reassigned.

It is **SO ORDERED.**

January 10, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge