**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDINGS, LLC, PLW CAPITAL I, LLC, BW HOLDINGS, LLC, AMAZON.COM, INC., and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | |

**NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION OF RECEIVER FOR ENTRY OF ORDER APPROVING AND CONFIRMING SALE OF REAL PROPERTY <u>COMMONLY KNOWN AS 4200 W. 17TH AVE, UNIT 212, DENVER, CO 80204</u>**

1

Mark A. Roberts (the "Receiver"), as receiver of WDC Holdings LLC dba Northstar Commercial Partners LLC ("WDC"), R. Brian Watson ("Mr. Watson" and collectively with WDC, the "Defendants"), and their respective assets, hereby withdraws without prejudice the *Unopposed Motion of Receiver for Entry of Order Approving and Confirming Sale of Real Property Commonly Known as 4200 W. 17th Ave, Unit 212, Denver, Co 80204*, which was filed by the Receiver on January 3, 2022 [Dkt. 475] (the "Sale Motion"). No party filed any response to the Sale Motion. The proposed sale that was the subject of the Sale Motion will no longer be consummated and the Sale Motion is thus moot. The Receiver is continuing to market the residential property that was the subject of the Sale Motion and reserves the right to seek approval of any further sale.

Dated: January 25, 2022                                               Respectfully submitted,

  /s/ *Aaron G. McCollough*
Aaron G. McCollough (VSB 72146)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Tel.: (312) 849-8256
Fax: (312) 698-4522
amccollough@mcguirewoods.com
*Attorney for the Receiver*

**Certificate of Service**

I HEREBY CERTIFY that, on January 25, 2022, I caused the *NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION OF RECEIVER FOR ENTRY OF ORDER APPROVING AND CONFIRMING PRIVATE SALE OF REAL PROPERTY COMMONLY KNOWN AS 4200 W. 17TH AVE, UNIT 212, DENVER, CO 80204* to be electronically filed and served using the CM/ECF System, which will transmit a Notice of Electronic Filing to counsel of record. Additionally, the document and notification of filing will be sent via electronic mail where possible and as indicated below:

Jamie Hubbard
Stimson Stancil LaBranche Hubbard
1652 Downing Street
Denver, CO 80218
*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC*
(By U.S. Mail)

Villanova Trust c/o Christian Kirschner, Trustee
3924 Wallace Lane
Nashville, TN 37215
(By U.S. Mail)

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
(By email: casey.kirschner@gmail.com)

Trevor Bartel
Lewis Roca
1601 19th Street, Suite 1000
Denver, CO 80202-2995
(By U.S. Mail and email:
tbartel@lewisroca.com)
*Counsel for Mortgagee of Condo, FirstBank*

                                                 /s/ *Aaron G. McCollough*
                                                 Aaron G. McCollough