IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>WDC HOLDINGS LLC d/b/a  )<br>NORTHSTAR COMMERCIAL  )<br>PARTNERS, *et al.*,  )<br>  )<br>Defendants.  )<br>_____)<br>800 HOYT LLC,  )<br>  )<br>Intervening Interpleader Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BRIAN WATSON, WDC HOLDING LLC, )<br>BW HOLDINGS LLC, PLW CAPITAL I,  )<br>LLC.AMAZON.COM, INC, and AMAZON )<br>DATA SERVICES, INC.,  )<br>  )<br>Interpleader Defendants.  )<br>_____) | Civil Action No. 1:20-cv-484 (RDA/TCB) |

## **ORDER**

This matter comes before the Court on the Supplement to the parties' Joint Motion to Stay Interpleader Actions. Dkt. 512. Intervening Interpleader Plaintiff 800 Hoyt LLC ("800 Hoyt"), Mark A. Roberts (the "Receiver"), and Interpleader Defendants Amazon.com, Inc., and Amazon Data Services, Inc., supplement their Joint Motion (Dkt. 491) with additional information as directed by the Court's January 24, 2022 Order (Dkt. 503). Having reviewed the Motion, it is hereby ORDERED that the Supplemental Motion (Dkt. 512) is GRANTED.

The following amounts comprise the "Interpleader Funds" that were previously paid into the Court registry by 800 Hoyt, or are in the process of being paid, pursuant to the Court's Order dated December 15, 2021 (Dkt. 456). 800 Hoyt has transmitted a supplemental check to cover a $54.00 shortfall in the initial check 800 Hoyt submitted. Upon receipt by the Court's registry of the full amount of the Interpleader Funds from 800 Hoyt, the Clerk is DIRECTED to disburse the following Interpleader Funds from the Court's registry to the Receiver:

- $34,867.00 payable to "Brian Watson, c/o Mark A. Roberts, as Receiver";
- $165,000.00 payable to "WDC Holdings LLC, c/o Mark A. Roberts, as Receiver"; and
- $9,926.00 payable to "BW Holdings, LLC, c/o Mark A. Roberts, as Receiver for Brian Watson, sole member"

The foregoing Interpleader Funds should be disbursed to the Receiver at the below address:

Mark A. Roberts, as Receiver c/o Aaron G. McCollough, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

It is SO ORDERED.

Alexandria, Virginia
January 31, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge