# EXHIBIT 3

**Shaw, Todd**

---

**From:** Little, Alex <Alex.Little@burr.com>
**Sent:** Thursday, January 6, 2022 12:46 PM
**To:** Barrett, Claudia M.
**Cc:** Papez, Elizabeth P.; Garnett, Stanley; Stokes, Patrick F.; Dziuban, Michael R.; Moyé, Veronica S.; Smart, Adam; Mack, Emily; Houseal, Amanda K.; George Calhoun; jtrusty@ifrahlaw.com
**Subject:** Re: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[WARNING: External Email]**

That works for me. Thank you.

On Jan 6, 2022, at 11:25 AM, Barrett, Claudia M. <CBarrett@gibsondunn.com> wrote:

**[EXTERNAL EMAIL]**

---

Does 2:30pm Eastern Friday work on your end for a call? If so, I can send a dial in.

**Claudia M. Barrett**
Of Counsel

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3642 • Fax +1 202.530.9619
CBarrett@gibsondunn.com • www.gibsondunn.com

---

**From:** Little, Alex <Alex.Little@burr.com>
**Sent:** Wednesday, January 5, 2022 1:06 PM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; Dziuban, Michael R. <MDziuban@gibsondunn.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>
**Cc:** Smart, Adam <asmart@burr.com>; Mack, Emily <emack@burr.com>; Houseal, Amanda K. <ahouseal@bhfs.com>; George Calhoun <george@ifrahlaw.com>; jtrusty@ifrahlaw.com
**Subject:** Re: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[WARNING: External Email]**

Thank you. As I said, I'm wide open on Friday.

In the interim, if you are willing to share the case law you mention in your email, that may move things along and make Friday's call more productive.

Best,
Alex

**From:** "Papez, Elizabeth P." <EPapez@gibsondunn.com>
**Date:** Wednesday, January 5, 2022 at 10:48 AM
**To:** "Little, Alex" <Alex.Little@burr.com>, "Garnett, Stanley" <SGarnett@bhfs.com>, "Barrett, Claudia M." <CBarrett@gibsondunn.com>, "Stokes, Patrick F." <PStokes@gibsondunn.com>, "Dziuban, Michael R." <MDziuban@gibsondunn.com>, "Moyé, Veronica S." <VMoye@gibsondunn.com>
**Cc:** "Smart, Adam" <asmart@burr.com>, "Mack, Emily" <emack@burr.com>, "Houseal, Amanda K." <ahouseal@bhfs.com>, George Calhoun <george@ifrahlaw.com>, "jtrusty@ifrahlaw.com" <jtrusty@ifrahlaw.com>
**Subject:** RE: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[EXTERNAL EMAIL]**

---

Thanks Alex. I'm glad we agree on the need to try to avoid unnecessary motions practice. We'll revert on some times for Friday since we have court tomorrow and then the D&O discussion. Disagree on the rest for reasons we've noted, the law supports, and we're happy to elaborate as necessary or helpful.

**Elizabeth P. Papez**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connectict Avenue, NW
Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

---

**From:** Little, Alex <Alex.Little@burr.com>
**Sent:** Wednesday, January 5, 2022 11:38 AM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; Dziuban, Michael R. <MDziuban@gibsondunn.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>
**Cc:** Smart, Adam <asmart@burr.com>; Mack, Emily <emack@burr.com>; Houseal, Amanda K. <ahouseal@bhfs.com>; George Calhoun <george@ifrahlaw.com>; jtrusty@ifrahlaw.com
**Subject:** Re: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[WARNING: External Email]**

Elizabeth,

Per my letter, we requested supplementation by January 4 and January 7, respectively. Claudia's email offered only vague assurances of some sort of supplementation on or about January 21. This does not suffice. And there is no real argument that your disclosures are sufficient. The fact that you have made various conflicting statements about your client's damages is exactly why we need to know exactly what categories you actually are claiming as damages, the amount of those damages, and (more importantly) the documentary support for your position. Under the Rules, this was due to us a month ago.

I don't want to waste the Court's resources any more than you do, but it's your client's deficiencies that are putting us in the position of having to go that route. And we will ask for sanctions if we file a Rule 37

motion, exactly because this exercise is so unnecessary had your client lived up to its obligations. This is its lawsuit, after all.

In terms of an agenda for the call, I would propose that we discuss (a) what sort of supplementation you are offering, and a firm deadline for doing so, in hopes that we can avoid a motion and, if not, (b) what basis you have to assert that your current one-sentence disclosure (without accompanying documentation) satisfies the requirements of the Rule, so that we can narrow the dispute for the Court.

I am available Thursday afternoon after Court until 3 pm EST or anytime on Friday.

Best,
Alex

---

**From:** "Papez, Elizabeth P." <EPapez@gibsondunn.com>
**Date:** Tuesday, January 4, 2022 at 5:39 PM
**To:** "Garnett, Stanley" <SGarnett@bhfs.com>, "Little, Alex" <Alex.Little@burr.com>, "Barrett, Claudia M." <CBarrett@gibsondunn.com>, "Stokes, Patrick F." <PStokes@gibsondunn.com>, "Dziuban, Michael R." <MDziuban@gibsondunn.com>, "Moyé, Veronica S." <VMoye@gibsondunn.com>
**Cc:** "Smart, Adam" <asmart@burr.com>, "Mack, Emily" <emack@burr.com>, "Houseal, Amanda K." <ahouseal@bhfs.com>, George Calhoun <george@ifrahlaw.com>, "jtrusty@ifrahlaw.com" <jtrusty@ifrahlaw.com>
**Subject:** RE: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[EXTERNAL EMAIL]**

---

All – we're happy to meet and confer if you wish, though Alex your letter requested a conference only in the scenario where we refused to supplement our disclosures, and since we've agreed to do so even though there are no deficiencies in what we already served – indeed your correspondence confirms you have extraordinary visibility into our damages claims for this stage of the case -- we don't see the point of your conference request and would appreciate an agenda for what you'd like to discuss. Stan if the requests are injunction related per your note below, we'd encourage you to re-read the Fourth Circuit opinion on the difference between equitable recovery and damages recoverable at law.

Further, if the point of the conference is to tee up a Rule 37 motion, we would urge you to consider the waste of resources and undue burden to the Court of filing papers that will be mooted by our agreed supplement by the time the papers are fully briefed. If you wish to have a conference anyway, Alex your letter requested our availability this week, not tomorrow, when I and others here have conflicts. We could try to find a time Thursday after court or Friday if that makes sense.

Please let us know. Thanks and regards,

**Elizabeth P. Papez**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

**From:** Garnett, Stanley <SGarnett@bhfs.com>
**Sent:** Tuesday, January 4, 2022 5:40 PM
**To:** Little, Alex <Alex.Little@burr.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Papez, Elizabeth P. <EPapez@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; Dziuban, Michael R. <MDziuban@gibsondunn.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>
**Cc:** Smart, Adam <asmart@burr.com>; Mack, Emily <emack@burr.com>; Houseal, Amanda K. <ahouseal@bhfs.com>; George Calhoun <george@ifrahlaw.com>; jtrusty@ifrahlaw.com
**Subject:** RE: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[WARNING: External Email]**

And, it goes without saying, Amazon was not shy about repeatedly asserting a specific amount of damages to get the TRO and injunction, even though we have always argued that those numbers are not accurate and not supported by the evidence.

Look forward to seeing everyone on Thursday am.

***Stanley L. Garnett***
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1286 tel
303.668.3113 cell
SGarnett@bhfs.com

***Brownstein - we're all in.***

**From:** Little, Alex <Alex.Little@burr.com>
**Sent:** Tuesday, January 4, 2022 2:18 PM
**To:** Barrett, Claudia M. <CBarrett@gibsondunn.com>; Papez, Elizabeth P. <EPapez@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; Dziuban, Michael R. <MDziuban@gibsondunn.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>
**Cc:** Smart, Adam <asmart@burr.com>; Mack, Emily <emack@burr.com>; Garnett, Stanley <SGarnett@bhfs.com>; Houseal, Amanda K. <ahouseal@bhfs.com>
**Subject:** Re: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

Claudia,

We do not believe that timing (and lack of commitment) is sufficient. As noted in my letter, Amazon has had more than two years to provide "a *computation* of each *category* of damages," and it has done nothing of the sort. Nor has it provided any documents to support its damages calculation. This stands in stark contrast to the statements that you and your colleagues have made to the Court about the alleged certainty of the damage done to the company. Given the importance of this issue to discovery, we want to resolve the issue of your client's deficiencies quickly.

To that end, please let me know when you and your colleagues can be available for a meet-and-confer call tomorrow. I've included counsel for the Watson Defendants on this email, as well, because I believe they share these concerns, and it is most efficient if we all talk at the same time.

Best,

Alex

---

**From:** "Barrett, Claudia M." <CBarrett@gibsondunn.com>
**Date:** Monday, January 3, 2022 at 9:40 PM
**To:** "Little, Alex" <Alex.Little@burr.com>, "Papez, Elizabeth P." <EPapez@gibsondunn.com>, "Stokes, Patrick F." <PStokes@gibsondunn.com>, "Dziuban, Michael R." <MDziuban@gibsondunn.com>, "Moyé, Veronica S." <VMoye@gibsondunn.com>
**Cc:** "Smart, Adam" <asmart@burr.com>, "Mack, Emily" <emack@burr.com>
**Subject:** RE: Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[EXTERNAL EMAIL]**

---

Thanks for you correspondence, Alex. We disagree that there are any deficiencies in Amazon's disclosures; however, we can work to supplement the initial disclosures by or around January 21, though of course will need to reserve the right to additional supplementation as fact discovery unfolds.

**Claudia M. Barrett**
Of Counsel

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3642 • Fax +1 202.530.9619
CBarrett@gibsondunn.com • www.gibsondunn.com

---

**From:** Little, Alex <Alex.Little@burr.com>
**Sent:** Tuesday, December 28, 2021 2:28 PM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Dziuban, Michael R. <MDziuban@gibsondunn.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>
**Cc:** Smart, Adam <asmart@burr.com>; Mack, Emily <emack@burr.com>
**Subject:** Amazon v. WDC Holdings et al - Correspondence re Deficient Disclosures

**[WARNING: External Email]**

Dear Counsel,

Please find correspondence attached. If you have any difficulty opening the attachment, please let me know.

Best,
Alex Little

**Alex Little**
*Partner*

**BURR & FORMAN LLP**

222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201

direct 615-724-3203

fax 615-724-3360

Alex.Little@burr.com

Web

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is

strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---