UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:20-cv-484 (RDA/TCB) |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter comes before the Court on Defendants Brian Watson, WDC Holdings, LLC d/b/a Northstar Commercial Partners, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager, Carleton Nelson and Cheshire Ventures, LLC's (collectively, "Defendants") Notice of Withdrawal of Motion to Compel Plaintiffs' Compliance with Fed. R. Civ. P. 26(a)(1)(A)(iii). (Dkt. 521.) Defendants state that after consultation with Plaintiffs regarding the sought damages disclosures, they withdraw their Motion to Compel (Dkt. 496.) Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Compel (Dkt. 496) is **DENIED AS MOOT**; and it is further

**ORDERED** that the hearing scheduled for Friday, February 18, 2022 is **CANCELLED**.

ENTERED this 9th day of February, 2022.

                                                /s/
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia