UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Amazon.com, Inc. and Amazon Data Services, Inc. | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 1:20-CV484 |
| WDC Holdings LLC dba Northstar Commercial Partners, *et al*. | ) ) ) | |
| Defendants | ) | |

CERTIFICATE OF DELIVERY

    I hereby certify that a true and accurate copy of E.E. Reed Construction- East Coast, LLC Responses to Brian Watson's First Request for Production of Documents was sent by email this 28th day of February, 2022 to:


Stanley L. Garnett
Brownstein Hyatt Farbert Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202
Counsel for Defendant Brian Watson
Via email to sgarnett@bhfs.com


                                                              E.E. Reed Construction-East Coast, LLC.
                                                               By Counsel


/s/ James D. Fullerton
_____
James D. Fullerton, Esq., VSB#23848
Fullerton & Knowles, P.C
12642 Chapel Road
Clifton, VA  20124
(703) 818-2600
Fax (703) 818-2602
Counsel for E.E. Reed Construction-East Coast, LLC.