# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>WDC HOLDINGS LLC d/b/a<br>NORTHSTAR COMMERCIAL<br>PARTNERS, *et al.*,<br><br>    Defendants. | CASE NO. 1:20-cv-484-RDA-TCB |
| 800 HOYT LLC,<br><br>    Intervening Interpleader Plaintiff,<br>v.<br><br>BRIAN WATSON, *et al.*,<br><br>    Interpleader Defendants. | |

## ORDER

UPON CONSIDERATION of Defendants Brian Watson and WDC Holdings LLC's (together, "the Watson Defendants'") Unopposed Motion for an Order Extending the Discovery

1

Deadline and Holding In Abeyance Watson's Motion to Compel (Dkt. 542), and it appearing to the Court that granting the motion would be just and proper, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**;

**ORDERED** that the discovery deadline of Friday, March 18, 2022, is extended by twenty-one (21) days to Friday, April 8, 2022; and

**ORDERED** that Mr. Watson's motion to compel (Dkt. 524) shall be held in abeyance until further notice.

**IT IS SO ORDERED.**

ENTERED this 28th day of February, 2022.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia