UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:20-cv-484 (RDA/TCB) |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s ("Plaintiffs") Motion for a Protective Order Prohibiting Depositions of Chris Vonderhaar and Keith Klein and Notice of Mootness and Withdrawal of Plaintiffs' Motion for a Protective Order Prohibiting the Depositions of Chris Vonderhaar and Keith Klein (Dkts. 545, 557.) Plaintiffs state that after this Court granted the parties' motion for extension of discovery, Defendants Carleton Nelson and Cheshire Ventures LLC agreed to withdraw their notices to depose Chris Vonderhaar and Keith Klein. The parties further agree to meet and confer to set new deposition dates that are acceptable to all parties. Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for a Protective Order Prohibiting Depositions of Chris Vonderhaar and Keith Klein (Dkts. 545) is **DENIED AS MOOT** without prejudice; and it is further

**ORDERED** that the hearing scheduled for Friday, March 11, 2022 is **CANCELLED**.

ENTERED this 2nd day of March, 2022.

                                                 /s/
                               THERESA CARROLL BUCHANAN
                               UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia