UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARROLL BUCHANAN</u>

## MOTION HEARING

Date: **3/11/22**
Start: **10:01 AM**
Finish: **10:14 AM**
Reporter: FTR
Deputy Clerk: Tina Fitzgerald

Civil Action Number: **20 CV 484**

**Amazon.Com, Inc. et al**

vs.

**WDC Holdings LLC et al**

Appearance of Counsel for ( X ) Plaintiff  ( X ) Defendant  (  ) Pro Se

Motion **For Protective Order - DE #538**
**motion For Protective Order - DE #549**

(  ) Matter is Uncontested and Taken Under Advisement

Argued &

( X ) Granted  (  ) Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to _____

(  ) Report and Recommendation to Follow

( X ) Order to Follow

(  ) Rule To Show Cause to be Issued