# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, <br><br> Defendant. | Civil Action No. 1:20-cv-484 (RDA/TCB) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion for Protective Order Preventing the Deposition of Dennis Wallace (Dkt. 538) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion for Protective Order Preventing the Deposition of Andrew Jassy, Peter DeSantis, and Teresa Carlson (Dkt. 549) is **GRANTED**.

ENTERED this 11th day of March, 2022.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia