IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; PLW CAPITAL I, LLC; BW HOLDINGS; LLC, <br><br> Interpleader Defendants, <br><br> and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANTS FINBRIT, ALLCORE, NOVA WPC LLC,
WHITE PEAKS CAPITAL LLC, AND VILLANOVA TRUST**

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. ("Amazon") respectfully move the Court to issue a default judgment against Defendants Finbrit Holdings LLC ("Finbrit"), AllCore Development LLC ("AllCore"), NOVA WPC LLC ("NOVA"), White Peaks Capital LLC ("White Peaks"), and Villanova Trust ("Villanova") (collectively, the "Defaulting Defendants").

As discussed in Amazon's memorandum in support of this motion, the clerk has already entered a default for each of the Defaulting Defendants. *See* Dkts. 406, 447. Moreover, all of the necessary elements for the Court to issue a default judgment are met here. The Court has personal jurisdiction over the Defaulting Defendants, *see Homesite Ins. Co. v. Stapleton*, 2014 WL 5107081, at *1 (E.D. Va. Oct. 3, 2014), the allegations in Amazon's complaint support its claims, *see Loeschen v. Shrom*, 2020 WL 4228311, at *2 (W.D. Va. July 23, 2020), a default judgment is appropriate under the circumstances, *see EMI Apr. Music, Inc. v. White*, 618 F. Supp. 2d 497, 506 (E.D. Va. 2009), and Amazon's complaint contains clear allegations of the damages Amazon has suffered from the Defaulting Defendants' conduct, *see Superior Performers, Inc. v. Thornton*, 2020 WL 6060978, at *5 (M.D.N.C. Oct. 14, 2020).

Accordingly, Amazon respectfully requests that the Court grant this motion.

Dated: March 11, 2021                    Respectfully submitted,

/s/ Michael R. Dziuban

| | |
|---|---|
| Veronica S. Moyé (*pro hac vice* application pending) | Elizabeth P. Papez (*pro hac vice*) |
| GIBSON, DUNN & CRUTCHER LLP | Patrick F. Stokes (*pro hac vice*) |
| 2001 Ross Avenue, Suite 2100 | Claudia M. Barrett (*pro hac vice*) |
| Dallas, TX 75201 | David W. Casazza (*pro hac vice*) |
| Telephone: (214) 698-3100 | Michael R. Dziuban (Va. State Bar No. 89136) |
| Facsimile: (214) 571-2900 | GIBSON, DUNN & CRUTCHER LLP |
| vmoye@gibsondunn.com | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| | Telephone: (202) 955-8500 |
| | Facsimile: (202) 467-0539 |
| | epapez@gibsondunn.com |
| | pstokes@gibsondunn.com |
| | cbarrett@gibsondunn.com |
| | mdziuban@gibsondunn.com |

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

Jamie Hubbard
Stimson Stancil LaBranche Hubbard
1652 Downing Street
Denver, CO 80218
*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC*

Villanova Trust
c/o Christian Kirschner, Trustee
3924 Wallace Lane
Nashville, TN 37215

Allcore Development LLC
6870 W 52nd Avenue, Suite 203
Arvada, CO 80002

Finbrit Holdings LLC
6870 W 52nd Avenue, Suite 203
Arvada, Colorado 80002

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com

*s/* Michael R. Dziuban
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*