IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20,<br><br>　　　　Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC,<br><br>　　　　Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant,<br><br>　　v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC,<br><br>　　　　Interpleader Defendants,<br><br>　　and<br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br><br>　　　　Interpleader Defendants, Interpleader Counter-Plaintiffs. | |

**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS FINBRIT, ALLCORE, NOVA WPC LLC, <u>WHITE PEAKS CAPITAL LLC, AND VILLANOVA TRUST</u>**

PLEASE TAKE NOTICE that on April 1, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. will present argument before this Court on their Motion for a Default Judgment against Defendants Finbrit Holdings LLC ("Finbrit"), AllCore Development LLC ("AllCore"), NOVA WPC LLC ("NOVA"), White Peaks Capital LLC ("White Peaks"), and Villanova Trust ("Villanova") (collectively, the "Defaulting Defendants").

Dated:  March 11, 2022

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
vmoye@gibsondunn.com

Respectfully submitted,

/s/ Michael R. Dziuban
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc*

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

| | |
|---|---|
| Jamie Hubbard<br>Stimson Stancil LaBranche Hubbard<br>1652 Downing Street<br>Denver, CO 80218<br>*Counsel for Defendants White Peaks Capital LLC and NOVA WPC LLC* | Allcore Development LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, CO 80002 |
| | Finbrit Holdings LLC<br>6870 W 52nd Avenue, Suite 203<br>Arvada, Colorado 80002 |
| Villanova Trust<br>c/o Christian Kirschner, Trustee<br>3924 Wallace Lane<br>Nashville, TN 37215 | Casey Kirschner<br>635 N. Alvarado Lane<br>Plymouth, MN 55447<br>By email: casey.kirschner@gmail.com |

      *s/ Michael R. Dziuban*
      Michael R. Dziuban
      GIBSON, DUNN & CRUTCHER LLP
      1050 Connecticut Avenue, N.W.
      Washington, D.C. 20036-5306
      Telephone: (202) 955-8500
      Facsimile: (202) 467-0539
      mdziuban@gibsondunn.com

      *Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*