# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., | ) )  Case No. 1:20cv484 |
| Plaintiffs, | )  **Hon. Rossie D. Alston, Jr.** |
| v. | )  **Hon. Theresa Buchanan** |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., | ) |
| Defendants, | ) |
| 800 HOYT LLC, | )  **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO ORDER GRANTING PROTECTIVE ORDERS** )  **(Doc. 577)** |
| Intervening Interpleader Plaintiff, | ) |
| v. | ) |
| BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. | ) |
| Interpleader Defendants. | ) |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Carleton Nelson ("Nelson") files this Motion for extension of time to file objections to the Order entered by the U.S. Magistrate Judge granting Plaintiffs' motions for entry of a protective order precluding the depositions of various Amazon employees and former employees, including Peter DeSantis, Andy Jassy, and Dennis Wallace. Doc. 577. Following a hearing on March 11, 2022, the Court entered its Order granting Plaintiffs' motions later that day. *Id.* Pursuant to Fed. R. Civ. P. 72(a), a party has fourteen (14)

47588476 v1

days to file objections to such a non-dispositive order. Accordingly, the current deadline to file objections to the Order is March 25, 2022.

Fed. R. Civ. P. 6(b) provides in pertinent part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Here this request is being made before the time to file objections expires.

Nelson intends to file objections to the Order. The Order entered by the Court provided that Plaintiffs' motions were being granted "for the reasons stated from the bench, and in accord with specific rulings and instructions thereto." Doc. 577. Thus, in order to prepare his objections, Nelson requested a copy of the transcript of the hearing from the Clerk's office. Nelson was informed by the Clerk's office that because there was no court reporter for the hearing in question, the hearing was on tape and a transcript would need to be ordered, which could take up to 30 days to prepare. Nelson was informed that there was no method to request an expedited transcript. Nelson placed said order via the instructions provided, but is without further information at this time concerning when the transcript will be finalized.

Because the specific reasons for granting the motions in question were stated on the record, but not expressly set forth in the written order entered on March 11, 2022, Nelson requests that the Court extend the time for filing objections to the order under Fed. R. Civ. P. 72(a) until three business days after Nelson receives a copy of the transcript from the March 11, 2022 hearing. Nelson does not wish to delay this issue any longer than is necessary to receive the transcript in question, and thus, to the extent the extent the Court is willing and able to Order that the transcript be produced on a more expedited basis, Nelson respectfully requests that that Court do so.[1]

---

[1] Of course Nelson is willing to pay the fees incurred for such expedited processing of the transcript.

47588476 v1

Nelson asked Plaintiffs wither they opposed the requested extension of time and they confirmed that they do not oppose the requested extension.

WHEREFORE, Nelson requests that the Court enter an Order extending the time to file objections to the Order entered by the U.S. Magistrate Judge on March 11, 2022 (Doc. 577), which granted Plaintiffs' motions for entry of a protective order barring the deposition testimony of certain Amazon employees, until three business days after the transcript of the hearing on the motions is produced to Nelson.

March 23, 2022                    **BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedma@burr.com


*/s/ J. Alex Little*
J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

Adam R. Smart (FL Bar No 1032572) (*pro hac vice)*
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for the Carleton Nelson*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, a true and correct copy of the foregoing has been served upon the following via email:

Elizabeth P. Papez (pro hac vice)
Patrick F. Stokes (pro hac vice)
Claudia M. Barrett (pro hac vice)
Michael R. Dziuban
(Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com
Counsel for Plaintiffs
Amazon.com, Inc. and Amazon Data Services, Inc.

Veronica S. Moyé
(pro hac vice application pending)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vmoye@gibsondunn.com
Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.

Aaron G. McCollough
McGuireWoods
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com
Counsel for the Receiver Mark Roberts

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
casey.kirschner@gmail.com
*Pro se*

Kathryn M. Skilton
Michael R. MacPhail
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
kathryn.skilton@faegreddrinker.com
michael.macphail@faegredrinker.com
Counsel for Intervenor 800 Hoyt, LLC

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006 george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

Dated: March 23, 2022

*/s/ Rachel Friedman*
Rachel Friedman

4

47588476 v1