# EXHIBIT 9

### DECLARATION OF D. MATTHEW DODEN

I, D. Matthew Doden, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Washington. I am a member of the Business Conduct & Ethics team at Amazon.com, Inc., and have been employed by Amazon as Corporate Counsel since 2019. I am authorized to make this verification on behalf of Amazon.com, Inc. and Amazon Data Services, Inc. (collectively, "Amazon").

2. On May 18, 2020, I executed a Declaration In Support of Plaintiffs' Supplemental Memorandum In Support of Show Cause Order and Plaintiffs' Application for Preliminary Injunction ("May 2020 Declaration"). The May 2020 Declaration was initially filed under seal, Dkt. 41, and was later refiled on the public docket in June 2020, Dkt. 59. I hereby declare that the facts addressed in the May 2020 Declaration represent information known by or available to Amazon when this action was filed on April 27, 2020. I make this declaration to the best of my information and belief, based on my review of documents, records, and information possessed by or known to Amazon and its officers or employees, and on that basis I allege this statement to be true.

3. I am familiar with the contents of the documents appearing as Docket Entries 12, 106, and 155 in this action. These documents are declarations. The declarations introduce and attach various documents described as "Exhibits." *See* Dkt. 12 ¶¶ 11–40, 42, 43, 45–53; Dkt. 106 ¶¶ 9–57; Dkt. 155 ¶¶ 9–74. The docket entries for these Exhibits are listed below in Appendix A. I hereby declare that these Exhibits are true and correct copies of documents possessed by or known to Amazon and its officers or employees at the time they were filed.

4. I am familiar with two of the attachments, Dkts. 12-40, 12-43, to the MacDonald Declaration filed as Docket Entry 12. These attachments are declarations describing evidence known to Amazon at the time the Complaint was filed. I hereby declare that these declarations accurately describe the underlying evidence, which was subsequently filed on the docket. Dkts. 106-1, 106-9.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated March __, 2022

_____
D. Matthew Doden

# Appendix A

Docket Entries 12-1 through 12-39

Docket Entries 12-41 and 12-42

Docket Entries 12-44 through 12-50

Docket Entries 106-1 through 106-10

Docket Entries 107-1 through 107-10

Docket Entries 108-1 through 108-9

Docket Entries 109-1 through 109-9

Docket Entries 110-1 through 110-10

Docket Entries 111-1 through 111-10

Docket Entries 155-1 through 155-10

Docket Entries 156-1 through 156-10

Docket Entries 157-1 through 157-9

Docket Entries 158-1 through 158-10

Docket Entries 159-1 through 159-9

Docket Entries 160-1 through 160-10

Docket Entries 161-1 through 161-12

Docket Entries 162-1 through 162-10

Docket Entries 163-1 through 163-9