# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br>　　　　Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br>　　　　Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br><br>　　v. <br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC, <br><br>　　　　Interpleader Defendants, <br>　　and <br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br>　　　　Interpleader Defendants, Interpleader Counter-Plaintiffs. | |

**NOTICE OF HEARING ON PLAINTIFFS'
MOTION TO WITHDRAW AND SUBSTITUTE VERIFICATIONS AND
CERTAIN DECLARATIONS AND FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that on April 8, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. will present argument before this Court on their Motion to Withdraw And Substitute Verifications And Certain Declarations And For Protective Order.

| | |
|---|---|
| Dated:  March 25, 2022 | Respectfully submitted, |
| | /s/ Michael R. Dziuban |
| | Elizabeth P. Papez (*pro hac vice*) |
| | Patrick F. Stokes (*pro hac vice*) |
| | Claudia M. Barrett (*pro hac vice*) |
| | David W. Casazza (*pro hac vice*) |
| | Michael R. Dziuban (Va. State Bar No. 89136) |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| | Telephone:  (202) 955-8500 |
| | Facsimile:  (202) 467-0539 |
| | epapez@gibsondunn.com |
| | pstokes@gibsondunn.com |
| | cbarrett@gibsondunn.com |
| | dcasazza@gibsondunn.com |
| | mdziuban@gibsondunn.com |

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

>Casey Kirschner
>635 N. Alvarado Lane
>Plymouth, MN 55447
>By email: casey.kirschner@gmail.com

*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*