IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC, <br><br> Interpleader Defendants, <br><br> and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants, Interpleader Counter-Plaintiffs. | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO EXTEND EXPERT AND BRIEFING DEADLINES**

This matter comes before the Court on the Motion of Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. to Extend Expert and Briefing Deadlines. Dkt. 591. Having re-viewed the Motion, and for good cause shown, the Court hereby **GRANTS** the Motion. Specifically, it is hereby **ORDERED** that:

1. Expert disclosures shall be governed by the following schedule:

    a. Expert disclosures: April 18, 2022

    b. Rebuttal disclosures: May 13, 2022

    c. Expert depositions complete by: May 21, 2022

2. Summary judgment briefing shall be governed by the following schedule:

    a. Summary judgment motions: May 27, 2022

    b. Summary judgment responses: June 10, 2022

    c. Summary judgment replies: June 17, 2022

    d. Summary judgment hearing: June 24, 2022

ENTERED this 30th day of March, 2022.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia