## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

AMAZON.COM, INC. and AMAZON DATA
SERVICES, INC.,

        Plaintiffs,

    v.

WDC HOLDINGS LLC dba NORTHSTAR
COMMERCIAL PARTNERS; BRIAN
WATSON; STERLING NCP FF, LLC;
MANASSAS NCP FF, LLC; NSIPI
ADMINISTRATIVE MANAGER; NOVA
WPC LLC; WHITE PEAKS CAPITAL LLC;
VILLANOVA TRUST; CASEY
KIRSCHNER; ALLCORE DEVELOPMENT
LLC; FINBRIT HOLDINGS LLC;
CHESHIRE VENTURES LLC; CARLETON
NELSON; JOHN DOES 1-20,

        Defendants.

CASE NO. 1:20-CV-484-RDA-TCB

800 HOYT LLC,

        Intervening Interpleader
        Plaintiff / Intervening
        Interpleader Counter-
        Defendant,

    v.

BRIAN WATSON; WDC HOLDINGS, LLC;
PLW CAPITAL I, LLC; BW HOLDINGS;
LLC,

        Interpleader Defendants,

    and

AMAZON.COM, INC., and AMAZON DATA
SERVICES, INC.,

        Interpleader Defendants /
        Interpleader Counter-Plaintiffs.

**JOINT MOTION FOR A STATUS CONFERENCE**

Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. (collectively, "Amazon") and Defendants Brian Watson, WDC Holdings LLC dba Northstar Commercial Partners, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC, Casey Kirschner, Carleton Nelson, and Cheshire Ventures LLC (collectively, the "Parties") jointly move the Court for a telephonic status conference on April 1, 2022 or at the Court's earliest convenience.   This matter currently has an April 8, 2022 fact discovery deadline (Dkt. 556). The Parties are expeditiously conducting fact discovery and are in ongoing discussions about the potential need to adjust the existing case schedule in light of existing and potential discovery motions, the need to adjust deposition dates, and other developments that may materially affect the case schedule.  The Parties  believe that obtaining guidance on these issues from the Court as promptly as possible will assist with their resolution.  Currently, the Court is slated to hear Amazon's Motion for Default Judgment against Defendants Finbrit Holdings LLC, AllCore Development LLC, NOVA WPC LLC, White Peaks Capital LLC, and Villanova Trust on April 1, 2022 (Dkt. 578).  That motion is unopposed.  The Parties respectfully suggest that the Motion for Default Judgment be considered on the papers and that at or in lieu of that hearing, the Court set a telephonic conference on April 1.

For these reasons, the Parties respectfully request that this Court grant their Joint Motion for a telephonic status conference on April 1, 2022 or as soon as is convenient for the Court.

Dated:  March 31, 2022

Respectfully submitted,

/s/ Michael R. Dziuban

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
vmoye@gibsondunn.com

Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
dcasazza@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com

/s/ Jeffrey Hamlin

George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006
george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC*

/s/ Rachel Friedman

Alex Little
Rachel Friedman
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Alex.little@burr.com
rfriedman@burr.com
*Counsel for Carleton Nelson and Cheshire*

/s/ Casey Kirschner

Casey Kirschner (via U.S. mail)
635 N. Alvarado Lane
Plymouth, MN 55447
Casey.kirschner@gmail.com

*Pro se*

2

*Ventures*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2022, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system.  I will then send the document and a notification of such filing

(NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:


Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com


*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon
Data Services, Inc.*