# Houseal, Amanda K.

| | |
|---|---|
| **From:** | Olguin, Catherine M. |
| **Sent:** | Thursday, March 3, 2022 9:41 AM |
| **To:** | Garnett, Stanley; Houseal, Amanda K. |
| **Subject:** | FW: New & Unread Notifications |

Travis Andrews has been served.

*Catherine Olguin*
Paralegal
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1364 tel
COLGUIN@bhfs.com

*Brownstein - we're all in.*

---

**From:** Proof <noreply@proofserve.com>
**Sent:** Thursday, March 3, 2022 9:35 AM
**To:** Olguin, Catherine M. <COLGUIN@bhfs.com>
**Subject:** New & Unread Notifications



### Hi Catherine,

We noticed you have some new notifications that have been unread for a while. We're emailing them to you to make sure you don't miss them:

| Your job status has been updated | Job: Travis Andrews<br>Billing #: 015053.0017 |
|---|---|

Your job is now pending certification. We'll email you as soon as it's been certified.

View Job

| **Dev DaSilva** made a serve attempt on your job: | Job: Travis Andrews<br>Billing #: 015053.0017 |
|---|---|

Successful serve attempt at 5311 Canter Dr, Roanoke, VA 24018.

View Job

Getting too many notification emails? Update your email preferences in your account settings.

Proof Technology, Inc. dba Proof