## Houseal, Amanda K.

| | |
|---|---|
| **From:** | Papez, Elizabeth P. <EPapez@gibsondunn.com> |
| **Sent:** | Tuesday, March 15, 2022 11:42 AM |
| **To:** | Houseal, Amanda K. |
| **Cc:** | Sterling, Amanda; Garnett, Stanley; Barrett, Claudia M.; Casazza, David; Olguin, Catherine M.; Bodner, Sara R.; Moyé, Veronica S.; Stokes, Patrick F.; MacDonald, Lora Elizabeth; Smart, Adam; Little, Alex |
| **Subject:** | RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews) |

Thanks Amanda.  Will check and circle back.

**Elizabeth P. Papez**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

---

**From:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Sent:** Tuesday, March 15, 2022 1:41 PM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>; Smart, Adam <asmart@burr.com>; Little, Alex <Alex.Little@burr.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

**[WARNING: External Email]**

Hi Elizabeth,

Thank you for jumping on the phone today to work through the deposition schedule. I spoke to Stan and in addition to the depositions of Mr. Andrews and Mr. Sullivan, we would also like to schedule the deposition of Lora MacDonald. Please let us know whether Gibson Dunn will accept service on her behalf and whether she is available on March 28th, as well.

I have looped in Carl Nelson's counsel to the extent this affects their schedules.

Best,
Amanda

*Amanda K. Houseal*
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202

1

303.223.1247 tel
ahouseal@bhfs.com

*Brownstein - we're all in.*

---

**From:** Houseal, Amanda K.
**Sent:** Tuesday, March 15, 2022 9:44 AM
**To:** 'Papez, Elizabeth P.' <EPapez@gibsondunn.com>
**Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

Elizabeth,

I have attached a calendar reflecting the current deposition schedule to help with our discussion today. Talk to you soon.

Thank you,
Amanda

*Amanda K. Houseal*
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1247 tel
ahouseal@bhfs.com

*Brownstein - we're all in.*

---

**From:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Sent:** Tuesday, March 15, 2022 9:20 AM
**To:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

Many thanks.

**Elizabeth P. Papez**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

**From:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Sent:** Tuesday, March 15, 2022 11:10 AM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

**[WARNING: External Email]**

I will send one around to the people on this chain.

Thank you,
Amanda

*Amanda K. Houseal*
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1247 tel
ahouseal@bhfs.com

*Brownstein - we're all in.*

---

**From:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Sent:** Tuesday, March 15, 2022 9:09 AM
**To:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

Thanks Amanda.  That works for me.  Would you like to send a bridge or shall we?

**Elizabeth P. Papez**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

---

**From:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Sent:** Tuesday, March 15, 2022 9:45 AM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M.

<COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** Re: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

**[WARNING: External Email]**

Hi Elizabeth,

My colleague, Sara Bodner, will be joining me on the call, as well. I am not available before 10:00 AM ET. Why don't we schedule the call for 12:30 ET/10:30 MT?

Thank you,
Amanda

Amanda Houseal
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
(303) 223-1247

> On Mar 15, 2022, at 6:24 AM, Papez, Elizabeth P. <EPapez@gibsondunn.com> wrote:
>
> Amanda – do you have availability today either before 10 am ET or, alternatively, between 12.30 and 2 pm ET?  Thanks,
>
> **Elizabeth P. Papez**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, NW
> Washington, DC 20036
> Tel +1 202.955.8608 (o)
> Tel +1 703.887.2062 (m)
> EPapez@gibsondunn.com
> www.gibsondunn.com
>
> **From:** Papez, Elizabeth P.
> **Sent:** Monday, March 14, 2022 10:33 PM
> **To:** Houseal, Amanda K. <ahouseal@bhfs.com>
> **Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
> **Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)
>
> Thanks so much Amanda.  Let me check in with Claudia and send a few options for times.  Look forward to talking tomorrow.
>
> **Elizabeth P. Papez**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

---

**From:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Sent:** Monday, March 14, 2022 10:25 PM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Cc:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** Re: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

**[WARNING: External Email]**

Hi Elizabeth,

Stan is not available tomorrow morning, but I can be available any time to discuss alternate dates. Let me know what works on your end.

Best,
Amanda

Amanda Houseal
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
(303) 223-1247

> On Mar 14, 2022, at 8:12 PM, Papez, Elizabeth P. <EPapez@gibsondunn.com> wrote:
>
> Hi Amanda – just wanted to follow up on the chain below.  Are you and Stan available tomorrow morning to discuss alternate dates for these depositions?  Thanks,
>
> **Elizabeth P. Papez**
>
> ## GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, NW
> Washington, DC 20036
> Tel +1 202.955.8608 (o)
> Tel +1 703.887.2062 (m)
> EPapez@gibsondunn.com
> www.gibsondunn.com

**From:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Sent:** Monday, March 14, 2022 2:38 PM
**To:** Papez, Elizabeth P. <EPapez@gibsondunn.com>; Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>
**Cc:** Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

**[WARNING: External Email]**

Thanks, Elizabeth. Stan and I are in a deposition right now, but I have open availability this afternoon (probably after 3:30 MT) and tomorrow. I will let Stan chime in with his availability when he is able.

Best,
Amanda

*Amanda K. Houseal*
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1247 tel
ahouseal@bhfs.com

*Brownstein - we're all in.*

**From:** Papez, Elizabeth P. <EPapez@gibsondunn.com>
**Sent:** Monday, March 14, 2022 12:35 PM
**To:** Houseal, Amanda K. <ahouseal@bhfs.com>; Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>
**Cc:** Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>; Moyé, Veronica S. <VMoye@gibsondunn.com>; Stokes, Patrick F. <PStokes@gibsondunn.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

Hey Amanda – our emails literally just crossed.  We need to discuss alternate dates per my note a moment ago – are you guys available to talk later today or tomorrow?  Thanks,

**Elizabeth P. Papez**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW

Washington, DC 20036
Tel +1 202.955.8608 (o)
Tel +1 703.887.2062 (m)
EPapez@gibsondunn.com
www.gibsondunn.com

---

**From:** Houseal, Amanda K. <ahouseal@bhfs.com>
**Sent:** Monday, March 14, 2022 2:27 PM
**To:** Sterling, Amanda <ASterling@gibsondunn.com>; Garnett, Stanley <SGarnett@bhfs.com>
**Cc:** Papez, Elizabeth P. <EPapez@gibsondunn.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Bodner, Sara R. <sbodner@bhfs.com>
**Subject:** RE: Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

**[WARNING: External Email]**

Hi Amanda,

It was nice meeting you on Friday. Thank you for reaching out. I just wanted to follow up regarding scheduling. Does March 17th work for Gibson Dunn, Mr. Andrews, and Mr. Sullivan?

Thank you,
Amanda

*Amanda K. Houseal*
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1247 tel
ahouseal@bhfs.com

*Brownstein - we're all in.*

---

**From:** Sterling, Amanda <ASterling@gibsondunn.com>
**Sent:** Wednesday, March 9, 2022 11:23 AM
**To:** Garnett, Stanley <SGarnett@bhfs.com>
**Cc:** Houseal, Amanda K. <ahouseal@bhfs.com>; Papez, Elizabeth P. <EPapez@gibsondunn.com>; Barrett, Claudia M. <CBarrett@gibsondunn.com>; Casazza, David <DCasazza@gibsondunn.com>
**Subject:** Amazon v. WDC Holdings - Notice of Subpoenas (Sullivan, Andrews)

Stan,

I write to follow up on the attached notice of subpoenas. We at Gibson Dunn & Crutcher LLP are representing Luke Sullivan and Travis Andrews for purposes of the subpoenas, and we have been authorized to accept service on their behalf. We will be in touch regarding the depositions.

Best regards,
Amanda

**Amanda Sterling**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3773 • Fax +1 202.831.6166
ASterling@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.