# EXHIBIT 8









