IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC, <br><br> Interpleader Defendants, <br> and <br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants, Interpleader Counter-Plaintiffs. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENDING
DISCOVERY AND OTHER CASE DEADLINES**

This matter comes before the Court on the Joint Motion of Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. ("Plaintiffs") and Defendants Brian Watson, WDC Holdings LLC dba Northstar Commercial Partners, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC, Casey Kirschner, Carleton Nelson, and Cheshire Ventures LLC for an Order Extending Discovery and Other Case Deadlines.  Having the Joint Motion and the Parties being in agreement, the Motion is hereby **GRANTED**.

Discovery and all subsequent deadlines thereafter, except the final pre-trial conference, shall be extended as follows:

| | |
|---|---|
| End of discovery | May 6, 2022 |
| Expert disclosures | May 17, 2022 |
| Rebuttal disclosures | June 17, 2022 |
| Expert depositions complete | June 24, 2022 |
| Summary Judgment motions | July 8, 2022 |
| Summary Judgment responses | July 22, 2022 |
| Summary Judgment replies | July 29, 2022 |
| Summary Judgment hearing | August 5, 2022 |

The final pre-trial conference will remain on April 14, 2022.

Entered this 4th day of April, 2022.

/s/

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia