**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAGON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants, <br><br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | Case No. 1:20cv484 <br><br> Hon. Rossie D. Alston, Jr. <br> Hon. Theresa Buchanan <br><br><br><br><br><br><br> **DECLARATION OF ADAM R. SMART IN SUPPORT OF DEFENDANT CARLETON NELSON'S OBJECTION TO THE MARCH 11, 2022 ORDER PRECLUDING THE DEPOSITION OF PETER DESANTIS** <br> **(DOC. 577)** |

I, Adam R. Smart, pursuant to 28 U.S.C. § 1746 hereby declare, under penalty of perjury, as follows:

1.      I am over the age of 18 years. I have personal knowledge of the facts set forth below, and if called upon to do so, I could and would competently testify thereto.

2.      I am an attorney licensed to practice law in the State of Florida and admitted to appear in this case, *pro hac vice*, on behalf of Defendants Carleton Nelson and Cheshire Ventures, LLC. I am an attorney at the law firm of Burr & Forman, LLP.

3. I make this declaration in support of Defendant Carleton Nelson's objection to the March 11, 2022 Order precluding the deposition of Peter DeSantis.

4. Attached hereto as Exhibit A is a true and correct copy of the transcript form the March 11, 2022 hearing before Magistrate Judge Buchanan in this action. We first received a copy of this transcript from the Court Reporter on March 31, 2022.

5. Attached hereto as Exhibit B is a true and correct copy of an excerpt from Plaintiffs' responses to Nelson's First set of Interrogatories with pertinent sections highlighted and the confidential, irrelevant portions redacted.

Because the only purpose of these excerpts is to highlight the fact that the interrogatory responses do not identify individual Amazon approvers to whom these alleged misrepresentations were made—which portions demonstrating this are not redacted—and discovery responses are typically not filed on ECF, the confidential material which is irrelevant to the point for which the excerpt is submitted is not being provided in unredacted form. If the Court wishes to view that material of course Nelson will file it in completely unredacted form under seal pursuant to the terms of the Protective Order entered in this case.

6. During my attempts to meet and confer with Amazon on the sufficiency of the searches they have undertaken in response to requests for production, Amazon has continued to refuse to conduct a search of Mr. DeSantis' emails, asserting they are not required to do so. I requested that Amazon conduct a custodial search of DeSantis' emails by using only the internal Amazon transaction identifiers for the eleven transactions at issue in this action (e.g., IAD175). However, Amazon has not agreed to do so.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

Executed on April 5, 2022

                                                 */s/ Adam R. Smart*
                                                 ADAM R. SMART

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2022, a true and correct copy of the foregoing has been served upon the following via email:

Elizabeth P. Papez (pro hac vice)
Patrick F. Stokes (pro hac vice)
Claudia M. Barrett (pro hac vice)
Michael R. Dziuban
(Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com
Counsel for Plaintiffs
Amazon.com, Inc. and Amazon Data Services, Inc.

Veronica S. Moyé
(pro hac vice application pending)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vmoye@gibsondunn.com
Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.

Aaron G. McCollough
McGuireWoods
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com
Counsel for the Receiver Mark Roberts

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
casey.kirschner@gmail.com
*Pro se*

Kathryn M. Skilton
Michael R. MacPhail
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
kathryn.skilton@faegreddrinker.com
michael.macphail@faegredrinker.com
Counsel for Intervenor 800 Hoyt, LLC

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006 george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

*/s/ Rachel Friedman*
RACHEL FRIEDMAN