IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20,<br><br>    Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC,<br><br>    Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant,<br><br>    v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC,<br><br>    Interpleader Defendants,<br>    and<br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br>    Interpleader Defendants,<br>    Interpleader Counter-Plaintiffs. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL THE UNREDACTED VERSION OF RESPONSE TO DEFENDANT CARLETON NELSON'S EMERGENCY <u>MOTION TO COMPEL THE DEPOSITION OF D. MATTHEW DODEN</u>**

In accordance with the Agreed Protective Order in this case (Dkt. 55), Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. respectfully seek leave to file under seal the unredacted version of their Response to Defendant Carleton Nelson's Emergency Motion to Compel the Deposition of D. Matthew Doden ("Response").

Plaintiffs' unredacted version of their Response refers to information drawn from Dkt. 618-1, which contains and refers to material Plaintiffs have designated "Confidential" under the Protective Order and this Court has ordered sealed, and Dkt. 618-5, which Defendant Casey Kirschner has designated as "Confidential" under the Protective Order. Without waiving any objections they may have or relief they may seek under the Protective Order, Plaintiffs take no position as to Defendant's designation of the information at issue as "Confidential" but file this motion to comply with the Protective Order and Local Civil Rule 5(C).

Dated: April 7, 2021

Respectfully submitted,

/s/ Michael R. Dziuban

| | |
|---|---|
| Veronica S. Moyé (*pro hac vice*) | Elizabeth P. Papez (*pro hac vice*) |
| | Patrick F. Stokes (*pro hac vice*) |
| GIBSON, DUNN & CRUTCHER LLP | Claudia M. Barrett (*pro hac vice*) |
| | David W. Casazza (*pro hac vice*) |
| 2001 Ross Avenue, Suite 2100 | Michael R. Dziuban (Va. State Bar No. 89136) |
| Dallas, TX 75201 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (214) 698-3100 | 1050 Connecticut Avenue, N.W. |
| Facsimile: (214) 571-2900 | Washington, D.C. 20036-5306 |
| vmoye@gibsondunn.com | Telephone: (202) 955-8500 |
| | Facsimile: (202) 467-0539 |
| | epapez@gibsondunn.com |
| | pstokes@gibsondunn.com |
| | cbarrett@gibsondunn.com |
| | dcasazza@gibsondunn.com |
| | mdziuban@gibsondunn.com |

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

>Casey Kirschner
>635 N. Alvarado Lane
>Plymouth, MN 55447
>By email: casey.kirschner@gmail.com

>*s/ Michael R. Dziuban*
>Michael R. Dziuban
>GIBSON, DUNN & CRUTCHER LLP
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5306
>Telephone: (202) 955-8500
>Facsimile: (202) 467-0539
>mdziuban@gibsondunn.com

>*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc*