UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, )<br>)<br>Defendant. ) | Civil Action No. 1:20-cv-484 (RDA/TCB) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion to Withdraw and Substitute Verifications and Certain Declarations and for Protective Order (Dkt. 587) is **GRANTED**; it is further

**ORDERED** that the Defendants Carleton Nelson and Cheshire Ventures LLC's Motion to Compel Production of Documents Relied Upon to Provide Declarations and Verifications (Dkt. 603) is **DENIED**; and it is further

**ORDERED** that Defendant Carleton Nelson's Emergency Motion to Compel the Deposition of D. Matthew Doden (Dkt. 634) is **GRANTED in part** and **DENIED in part**.

ENTERED this 8th day of April, 2022.

                                           /s/
                            Theresa Carroll Buchanan
                            United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia