UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC, <br><br> Interpleader Defendants, <br><br> and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**BRIAN WATSON'S MOTION TO COMPEL NON-PARTY IPI PARTNERS, LLC'S
<u>COMPLIANCE WITH RULE 45 SUBPOENA</u>**

Movant Brian Watson ("Mr. Watson"), by counsel and pursuant to Federal Rule of Civil

Procedure 45(d)(2)(B)(i), hereby moves this Court for an order compelling non-party IPI Partners,

LLC ("IPI") to comply with a subpoena *duces tecum* (the "Subpoena") served by Movant in connection with this case.

As detailed in the accompanying Memorandum of Law in Support of Brian Watson's Motion to Compel, the parties have met and conferred in an effort to resolve this dispute and have been unable to reach a resolution. During meet-and-confer discussions regarding IPI's response to the Subpoena and in subsequent correspondence, IPI has stated that it will not produce several categories of documents that are responsive to the requests contained in the Subpoena. Mr. Watson therefore seeks an order of this Court compelling IPI to comply with the Subpoena by producing materials that are both responsive and necessary to Mr. Watson's defense in the above-captioned litigation. IPI consents to the filing of this Motion in this Court.

In support of this Motion to Compel, Mr. Watson submits the accompanying Memorandum of Law, the Declaration of Jeffrey R. Hamlin in Support of Brian Watson's Motion to Compel, and accompanying exhibits. Mr. Watson also submits a Proposed Order granting this Motion to Compel and a Notice of Hearing.

WHEREFORE, Mr. Watson respectfully requests that the Court grant his Motion to Compel.

Dated: April 11, 2022

Respectfully submitted,

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (*pro hac vice*)
James Trusty (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jhamlin@ifrahlaw.com
george@ifrahlaw.com

jtrusty@ifrahlaw.com

Stanley L. Garnett (*pro hac vice*)
Amanda K. Houseal (*pro hac vice*)
Sara R. Bodner (*pro hac vice*)
Leah M. Regan-Smith (*pro hac vice*)
Neil S. Sandhu (*pro hac vice*)
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
sgarnett@bhfs.com
ahouseal@bhfs.com
sbodner@bhfs.com
lregansmith@bhfs.com
nsandhu@bhfs.com

*Counsel for WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings LLC*