**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>       Plaintiffs, <br><br>    v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20, <br><br>       Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br>       Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br><br>    v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC, <br><br>       Interpleader Defendants, <br><br>    and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br>       Interpleader Defendants, Interpleader Counter-Plaintiffs. | |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH APRIL 8, 2022 ORDER**

Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. ("Plaintiffs" or "Amazon") hereby provide notice that they are submitting a declaration by D. Matthew Doden (the "Doden Declaration") in compliance with the Honorable Theresa C. Buchanan's order at the April 8, 2022 motions hearing in the above-captioned matter.   The Doden Declaration references and is supported by select documents, which Plaintiffs are submitting as exhibits thereto.[1]

As the Doden Declaration demonstrates, document discovery and other developments in the case since January 2022 have revealed a wealth of new evidence about the individuals and entities named as new defendants in Plaintiffs' Proposed Third Amended Complaint.   Through that new evidence, Amazon has obtained substantial and specific details regarding the new proposed defendants' knowledge, intent, and participation in the kickback scheme at issue in this litigation.   *See* Doden Decl. ¶¶ 5–15.   After carefully reviewing and analyzing all of this discovery material, Amazon concluded that the substantial and specific evidence it had obtained was sufficient to support allegations containing the particularity required to satisfy Federal Rule of Civil Procedure 9(b) as against the new proposed defendants.   Amazon accordingly determined that it could add the new defendants named in the Proposed Third Amended Complaint in good faith, and timely moved for leave to do so.   *See* Dkts. 608, 616.

Dated:  April 18, 2022

Respectfully submitted,

*/s/ Michael R. Dziuban*

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
vmoye@gibsondunn.com

Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.

---

[1]  Amazon has redacted all Personally Identifiable Information from the exhibits to the Doden Declaration.

Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
dcasazza@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system.  I will then send the document and a notification of such filing

(NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:


Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com

*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and*
*Amazon Data Services, Inc.*