# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20,<br><br>    Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC,<br><br>    Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant,<br><br>v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC,<br><br>    Interpleader Defendants,<br><br>and<br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br>    Interpleader Defendants,<br>    Interpleader Counter-Plaintiffs. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATING TO NOTICE OF COMPLIANCE WITH APRIL 8, 2022 ORDER**

In accordance with the Agreed Protective Order in this case (Dkt. 55), Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. respectfully seek leave to file under seal: (i) the unredacted version of the declaration of D. Matthew Doden (the "Doden Declaration"); (ii) the following exhibits being concurrently filed with the Doden Declaration (collectively, the "Confidential Materials"):

  i. Exhibit 15 is a highly sensitive, non-public document involving a presentation in a related matter;
  ii. Exhibit 21 is a signed letter from Rodney Atherton to Casey Kirschner, among others;
  iii. Exhibit 22 is a text message chain between Rodney Atherton and Casey Kirschner;
  iv. Exhibit 23 is a spreadsheet documenting financial figures in relation to several entities involved in this case;
  v. Exhibit 24 is a text message chain involving Casey Kirschner, Rodney Atherton, and "Carleton" (presumably, Nelson);
  vi. Exhibit 25 is an email exchange between Plaintiffs' counsel and the United States Attorney's Office for the Eastern District of Virginia;
  vii. Exhibit 33 is an unsigned letter from Rodney Atherton to Casey Kirschner, that is nearly identical to Exhibit 21.

Exhibits 15, 21, 22, 23, 24, 25, and 33 have been designated confidential under the Protective Order.  And Exhibits 15, 21, 22, 23, and 24 and have already been ordered sealed by this Court.  *See* Dkt. 652.  Moreover, Exhibit 33 is nearly identical to Exhibit 21, which this

Court has already ordered sealed.  *Id.*  Finally, the unredacted version of the Doden Declaration contains, describes, and refers to these materials.

Dated:  April 18, 2022                              Respectfully submitted,

*/s/ Michael R. Dziuban*

| | |
|---|---|
| Veronica S. Moyé (*pro hac vice*) | Elizabeth P. Papez (*pro hac vice*) |
| GIBSON, DUNN & CRUTCHER LLP | Patrick F. Stokes (*pro hac vice*) |
| | Claudia M. Barrett (*pro hac vice*) |
| 2001 Ross Avenue, Suite 2100 | David W. Casazza (*pro hac vice*) |
| Dallas, TX 75201 | Michael R. Dziuban (Va. State Bar No. 89136) |
| Telephone:  (214) 698-3100 | GIBSON, DUNN & CRUTCHER LLP |
| Facsimile:  (214) 571-2900 | 1050 Connecticut Avenue, N.W. |
| vmoye@gibsondunn.com | Washington, D.C. 20036-5306 |
| | Telephone:  (202) 955-8500 |
| | Facsimile:  (202) 467-0539 |
| | epapez@gibsondunn.com |
| | pstokes@gibsondunn.com |
| | cbarrett@gibsondunn.com |
| | dcasazza@gibsondunn.com |
| | mdziuban@gibsondunn.com |

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

>Casey Kirschner
>635 N. Alvarado Lane
>Plymouth, MN 55447
>By email: casey.kirschner@gmail.com

*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc*