# EXHIBIT 5

[4:19 PM, 4/12/2018] Christian: I'm on
[4:23 PM, 4/12/2018] Casey Kirschner: Boo yah!
[4:24 PM, 4/12/2018] Casey Kirschner: Closed the quail ridge deal this week.  4 buildings 900k $250M deal with Northstar!  Lots more to go!
[4:24 PM, 4/12/2018] Casey Kirschner: 900k SF
[4:34 PM, 4/12/2018] Christian: Congrats! Brian called me too. Very exciting!!
[12:14 PM, 4/13/2018] Christian: Hey bro. Will call you in 30 min.
[1:09 PM, 4/13/2018] Christian: Forgot to mention Brian has not heard anything from your broker.
[1:10 PM, 4/13/2018] Casey Kirschner: I talked to broker earlier this week he said he'll take care of it with Kyle.  I'll make sure he did
[1:11 PM, 4/13/2018] Christian: Thanks
[8:23 AM, 4/16/2018] Casey Kirschner: Boo yah!  Thanks brother!
[8:25 AM, 4/16/2018] Christian: I created this payment schedule this weekend. Brian's has a ton of info and couldn't take of photo that would make sense. These don't include broker fee. Thanks!
[8:43 AM, 4/16/2018] Casey Kirschner: Thanks for putting this together
[8:43 AM, 4/16/2018] Christian: Of course brother. Call me if want to discuss anything.
[8:44 AM, 4/16/2018] Christian: I am going to call you later today. I have some ideas I want to run by you.
[2:24 PM, 4/23/2018] Casey Kirschner: Broker Todd sent payment for the rebate for the first deal to Kyle.  It was for around $350k.  The second deal rebate check will be sent to Kyle once Todd gets his commission check.  Has anything hit our trust account yet?
[2:28 PM, 4/23/2018] Christian: Not yet. Spoke to Brian and he should be getting partial payment for Lease and development fee soon.
[2:29 PM, 4/23/2018] Christian: Said Broker payment should be there Weds. I guess Kyle spoke to broker.
[2:38 PM, 4/23/2018] Christian: Also call me when you can. I think we need to let Brian retain 20% of the broker fee for these 2 deals. I know we discussed 30% at one point but 20 is plenty. He feels he should. I had a long talk with him Friday and will fill you in.
[9:11 AM, 4/25/2018] Christian: Hey brother. We should be getting a check any day. Are you ok with 20%
[1:21 PM, 5/1/2018] Christian: Received first broker check today. Approx $111 pre tax for each of us. $333k total. Should have second broker check soon $280k total.
[1:30 PM, 5/1/2018] Casey Kirschner: Boo yah!!
[1:45 PM, 5/1/2018] Christian: Awesome!
[1:49 PM, 5/1/2018] Casey Kirschner: Totally awesome!  I feel much better
[1:50 PM, 5/1/2018] Christian: Glad brother. Me too.
[4:06 PM, 5/1/2018] Christian: Here is a spreadsheet I will send as money comes in. We should receive the Sterling 2 commission soon.
[4:24 PM, 5/1/2018] Casey Kirschner: Awesome thanks!  We need to discuss how to pay taxes further.  I hope to meet with Rod again next week.  Want to make sure are doing everything the right way.

[4:25 PM, 5/1/2018] Christian: Sounds good. Spoke to him about it again today. Doesn't see any way around it, but please ask.
[4:25 PM, 5/1/2018] Casey Kirschner: Sounds good
[4:26 PM, 5/1/2018] Casey Kirschner: Do you know when B is paying the rebate?
[4:27 PM, 5/1/2018] Casey Kirschner: He has it for First project will get for 2nd project shortly
[4:33 PM, 5/1/2018] Christian: Paid first today 2nd should be soon like a couple of days.
[9:38 AM, 5/7/2018] Christian: Hey brother. Just received a wire for 2nd broker rebate totaling $280k. Have fun in Naples!
[10:42 AM, 5/7/2018] Casey Kirschner: Boo yah!  Awesome thanks for letting us know.  At breakfast now with Brian.  Gonna be an awesome week!
[10:43 AM, 5/7/2018] Christian: Great! Have fun!
[4:12 PM, 6/4/2018] Casey Kirschner: Hey brother!  Anything g hit our account lately?  Can't wait to see Beau!!
[1:36 PM, 6/5/2018] Christian: Hey brother. Sorry I missed this. No but soon. Spoke to Brian this morning and they close on the 1st loan on the 14th and said checks will quickly follow. Balance is still $409k. Do want discuss the management fee we discussed a couple weeks ago so I can present to Brian?
[3:49 PM, 6/25/2018] Christian: Brother. Good news. Spoke to Brian. Said he will be wiring $1.2M to account within next couple of weeks.
[3:50 PM, 6/25/2018] Casey Kirschner: OMG!  That's real money!  Thanks for the update!  Did you talk to Rod?
[3:51 PM, 6/25/2018] Christian: I did. I have a solution so will call you tomorrow to discuss. Thanks bro!
[3:51 PM, 6/25/2018] Casey Kirschner: Awesome thanks!!
[4:50 PM, 6/27/2018] Christian: Will call you in 30 min
[4:51 PM, 6/27/2018] Casey Kirschner: Cool bra just want to see what arid said
[4:51 PM, 6/27/2018] Casey Kirschner: Rod
[4:52 PM, 6/27/2018] Christian: Cool bro. Sorry did call dinner been in Boston meetings. Call you in a few.
[7:12 PM, 7/27/2018] Christian: We accomplished a lot in 1 year.
[7:13 PM, 7/27/2018] Casey Kirschner: True dat!!  Let's keep it going!!
[7:13 PM, 7/27/2018] Christian: Deal brother!
[5:39 PM, 7/30/2018] Casey Kirschner: Boo yah!!
[6:37 PM, 7/30/2018] Casey Kirschner: Awesome!
[6:37 PM, 7/30/2018] Christian: Very awesome!
[7:03 PM, 7/30/2018] Christian: We should brainstorm on your deck more often!
[7:14 PM, 7/30/2018] Casey Kirschner: True dat good things always come from our brainstorming sessions!!
[2:29 PM, 8/2/2018] Casey Kirschner: Hi Brother!  Can you work with Rod to have our shares wired to his Trust?  I just talked to him he will disperse to us from there.  Thanks!!
[2:29 PM, 8/2/2018] Casey Kirschner: Also looks like we're gonna get another 1.2 in Sept and 1.4 in Oct.
[3:25 PM, 8/2/2018] Christian: Hey Brother! Great news! Absolutely. I am stuck in Dallas in a meeting but will call Rod tonight and get it done. Will call you later tonight.

[3:26 PM, 8/2/2018] Casey Kirschner: Thanks
[9:06 PM, 8/2/2018] Christian: Hey brother. Just finished meetings so will call Rod tomorrow. Will try and get it done tomorrow but may be tough because I am in all day meetings again in Dallas. Will try though.
[9:07 PM, 8/2/2018] Casey Kirschner: Cool
[11:16 AM, 8/6/2018] Casey Kirschner: You have any update on the wire?
[11:18 AM, 8/6/2018] Christian: Reached out to Rod for wiring info. Once I have it I will go to the bank and take care of it.
[11:45 AM, 8/6/2018] Christian: Does this look correct?
[11:45 AM, 8/6/2018] Christian: Have a meeting but should be at bank by 2CST.
[11:46 AM, 8/6/2018] Casey Kirschner: That's Rod's trust info.  He's wiring it to us from there. Thanks
[11:47 AM, 8/6/2018] Christian: Ok. Will be $1.408M. Will send confirmation when done.
[11:47 AM, 8/6/2018] Casey Kirschner: Thanks Bra!!
[11:48 AM, 8/6/2018] Christian: You bet!
[2:06 PM, 8/6/2018] Christian: Just left bank. Wiring going out today. Will send me an email when complete and I will let you know.
[2:46 PM, 8/6/2018] Casey Kirschner: Awesome thanks for doing that!'
[2:56 PM, 8/6/2018] Christian: Of course bro! Watching my account will let you know.
[3:35 PM, 8/6/2018] Casey Kirschner: Awesome can you let Rod know?  UDaman!!
[3:35 PM, 8/6/2018] Christian: I did. Asked him to confirm receipt. Will let you know. Awesome!
[6:05 PM, 8/6/2018] Christian: Just spoke to Rod. He has the money. $1,408,000.
[6:05 PM, 8/6/2018] Casey Kirschner: Boo yah
[6:24 PM, 8/20/2018] Christian: Hey brother. You free to talk tomorrow? I have some ideas I want to run by you.
[10:20 PM, 8/21/2018] Casey Kirschner: Sorry brother just saw this.  I'm traveling tomorrow but can talk in the late afternoon.  Give me a call
[9:05 AM, 8/27/2018] Christian: Hey brother. Just got this from Kyle.
[9:11 AM, 8/27/2018] Casey Kirschner: Awesome
[9:16 AM, 8/27/2018] Christian: You free later today or tomorrow for about 30 min? Have some ideas I want to run by you.
[2:04 PM, 10/2/2018] Casey Kirschner: Hey Brother.  Wire hit today.  Please send me what was wired and work with Rod to get our share wired to his trust ASAP.  Thanks!!
[4:22 PM, 10/2/2018] Christian: $1.297M
$432,333 a piece
$864,666 will transfer ASAP
[4:23 PM, 10/2/2018] Casey Kirschner: Nice thanks!
[4:33 PM, 10/2/2018] Christian: Thanks brother!
[5:14 PM, 10/3/2018] Casey Kirschner: How's that wire coming Brother
[5:18 PM, 10/3/2018] Christian: Couldn't today. Been in Memphis with 2 surgeons all day since 7am and just finished. I leave for Annapolis in the morning at 6am. As long as I can do it over the phone it will happen tomorrow. Sorry but it's all I can do.
[5:18 PM, 10/3/2018] Casey Kirschner: Awesome thanks
[5:19 PM, 10/3/2018] Christian: Sorry brother. Rough couple days.

[5:19 PM, 10/3/2018] Casey Kirschner: No problem
[5:42 PM, 10/3/2018] Christian: I will get a system down so these can get sent out easily regardless of what I have going on. There has to be a way to do it online or email. I will figure it out tomorrow. Thanks bud.
[2:13 PM, 10/5/2018] Casey Kirschner: Thanks!!!
[3:11 PM, 10/5/2018] Christian: Thank you too!!
[7:54 AM, 11/6/2018] Christian: Hey Brother. Spoke to Brian yesterday. He closed on Manassas so we should be receiving a wire soon. I will keep you posted.
[8:17 AM, 11/6/2018] Casey Kirschner: True dat!  It should be for $1.1.  Kyle said it should go out today but we shall see.  Big day for Brian!  He's gonna win!
[8:18 AM, 11/6/2018] Christian: Awesome! I agree!
[8:19 AM, 11/6/2018] Casey Kirschner: We're meeting with a seller tomorrow on another 3 building project.  Gotta keep
It going!
[8:20 AM, 11/6/2018] Christian: Very exciting! Yes we do!
[8:20 AM, 11/6/2018] Christian: He also mentioned Quail Ridge construction schedule was moving up so the lease fees should come sooner.
[8:22 AM, 11/6/2018] Casey Kirschner: Nice
[8:28 AM, 11/6/2018] Christian: Dad sent me the squirrel video. I was dying!
[8:28 AM, 11/6/2018] Casey Kirschner: So funny
[12:54 PM, 11/7/2018] Christian: Just spoke with Brian. Says he is wiring only $123k. Is sending me a breakdown.
[1:03 PM, 11/7/2018] Casey Kirschner: That's weird Kyle told us 1.1.  I'll get to the bottom of it.  Did he win?
[1:06 PM, 11/7/2018] Christian: No he lost. Even in the schedule Kyle sent me a month or 2 ago it showed about $1M in fees owed once Manassas closed.
[1:07 PM, 11/7/2018] Casey Kirschner: Sounds like he is angry trying to start some shit.  Little does he know we have a guy on the inside
[1:10 PM, 11/7/2018] Christian: That is my concern. I confronted him and said I thought it was closer to $1M and he said more coming but not now.
[1:11 PM, 11/7/2018] Casey Kirschner: Sounds like Brian.  Kyle is the one working the deal with the equity partner and knows the details.  He tried to pull this shit on the last one we'll know very soon what the real deal is.
[1:12 PM, 11/7/2018] Christian: I know. Glad we know what's really going on.
[1:15 PM, 11/7/2018] Casey Kirschner: Alright talked to Kyle Brian isn't trying to pull anything. It's gonna be another couple weeks until the lender pays the leasing fee.  They want to wait until they close on the construction loan.  We'll stay on it.
[1:23 PM, 11/7/2018] Christian: Got it. Glad that's the Case. I can tell he is not doing well. Between you and I losing the election is a blessing in disguise. He needs to simplify his life and focus on his business.
[1:33 PM, 11/7/2018] Casey Kirschner: True dat
[2:10 PM, 11/7/2018] Casey Kirschner: Man we need to get some more deals done!  I like the big pops!

[2:11 PM, 11/7/2018] Christian: I know! Is the 4th project 3 building a go? Brian says he is working on a 4th.
[2:12 PM, 11/7/2018] Casey Kirschner: 4 buildings!  Kyle is meeting with Seller as we speak.  Will be a good one if we can getter done
[2:12 PM, 11/7/2018] Christian: That's huge! Thanks brother!
[2:12 PM, 11/7/2018] Casey Kirschner: 900k SF
[2:18 PM, 11/7/2018] Christian: I will wire tomorrow. Thanks!
[2:19 PM, 11/7/2018] Casey Kirschner: Thanks!
[11:53 AM, 11/8/2018] Christian: Hey brother. Just sent the wire to Rod for $81,550.00.
[11:53 AM, 11/8/2018] Casey Kirschner: Thanks Dawg!
[11:54 AM, 11/8/2018] Christian: Thanks bro!
[2:52 PM, 12/7/2018] Christian: Hey brother. Wiring $707,409 to Rod in about 30 min!
[2:52 PM, 12/7/2018] Casey Kirschner: Love you!!
[2:52 PM, 12/7/2018] Christian: Love you too!!
[9:27 PM, 1/30/2019] Casey Kirschner: Brother - regarding Patricia, it was a little shocking at first when I heard she was in Columbus but I am very impressed that she found that site.  She must really be doing her research.  We are going to move forward on another site for now but the site she is looking at is the only other viable site in the new Albany market.  There could very well be an opportunity with AWS or another large scale DC user with that site.  I would be willing to discuss is she wants to.
[9:54 PM, 1/30/2019] Christian: Got it brother. Let's talk tomorrow. I will call you.
[9:55 PM, 1/30/2019] Casey Kirschner: Cool
[2:07 PM, 6/7/2019] Christian: Hey brother. Just looked and $150k is in the account.
[3:57 PM, 6/12/2019] Christian: $100k wire sent.
[4:02 PM, 6/12/2019] Casey Kirschner: Thanks Brother!!
[4:03 PM, 6/12/2019] Christian: Thanks too!
[1:58 PM, 8/9/2019] Christian: Just sent $214k
[10:39 PM, 8/9/2019] Casey Kirschner: Thanks Brother!
[9:56 AM, 10/15/2019] Christian: Call me when you have a minute
[3:23 PM, 10/23/2019] Casey Kirschner: Looks like the settlement is signed and done.  Glad that psycho is out of our lives!  No let's go do some deals
[3:24 PM, 10/23/2019] Christian: Thanks for letting me know. Brian just text me too. Sorry you had to deal with all that. Very stressful 3 weeks. Let's do it!
[3:24 PM, 10/23/2019] Christian: Will call you in a couple hours.
[3:26 PM, 10/23/2019] Casey Kirschner: It was a blessing in disguise!
[3:26 PM, 10/23/2019] Casey Kirschner: Now the threat is gone
[3:27 PM, 10/23/2019] Christian: I am so glad!
[6:14 PM, 10/23/2019] Christian: Hey brother. You feel ok about everything?
[6:55 PM, 10/23/2019] Casey Kirschner: I feel great now this is behind us.  Let's talk tomorrow
[8:11 PM, 10/23/2019] Christian: Man so thankful it's over. Been a tough 3 weeks.
[9:34 AM, 11/6/2019] Christian: Call me when you have a min
[10:37 AM, 11/6/2019] Christian: These are the 3 tabs he sent me today.
[9:09 AM, 11/23/2019] Casey Kirschner: At the rink all good?

CK00127

[10:07 AM, 11/24/2019] Christian: Spoke to Brian again. Remaining fees not at risk and will be paid. Issue is timing, but at least the 2.8m is owed and not in jeopardy. Have a call with him and CFO to understand remaining fees, timing and locking in fee schedule I can track. Says investor plans to sell the portfolio around 5 year mark so 3 years. Hopefully sooner.
[4:39 PM, 11/24/2019] Casey Kirschner: Sounds good thanks