# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20,<br><br>　　　　Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC,<br><br>　　　　Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant,<br><br>　　v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC,<br><br>　　　　Interpleader Defendants,<br>　　and<br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br>　　　　Interpleader Defendants,<br>　　　　Interpleader Counter-Plaintiffs. | |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH APRIL 8, 2022 ORDER**

In compliance with the Court's Order granting Plaintiffs' Motion to Withdraw and Substitute Verifications and Certain Declarations and for Protective Order ("Motion"), Dkt. 648, Plaintiffs hereby provide notice that they have submitted the executed version of the proposed Declaration of D. Matthew Doden attached to Plaintiffs' Motion ("Doden Declaration"). *See* Dkt. 589-9. In their Motion, Plaintiffs respectfully sought "leave to withdraw and substitute the 2020 documents addressed in th[e] motion"—Exhibits 1–8 attached thereto—with the Doden Declaration. Dkt. 587 at 3. On April 8, 2022, the Court granted Plaintiffs' Motion. Dkt. 648. Plaintiffs have therefore submitted the executed version of the Doden Declaration, in compliance with the Court's April 8, 2022 Order.

Dated: April 26, 2022

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vmoye@gibsondunn.com

Respectfully submitted,

/s/ Michael R. Dziuban
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Amanda J. Sterling (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
dcasazza@gibsondunn.com
asterling@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

    Casey Kirschner
    635 N. Alvarado Lane
    Plymouth, MN 55447
    By email: casey.kirschner@gmail.com

*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*