**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants, <br><br>——————————————— <br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | **Case No. 1:20cv484** <br><br> **Hon. Rossie D. Alston, Jr.** <br> **Hon. Theresa Buchanan** <br><br><br><br><br> **DEFENDANTS CARLETON NELSON'S AND CHESHIRE VENTURES LLC'S MOTION TO COMPEL DISCOVERY CONCERNING DAMAGES** <br><br> **EXPEDITED CONSIDERATION AT MAY 6, 2022 HEARING REQUESTED** |

COME NOW Defendants Carleton Nelson and Cheshire Ventures, LLC (the "Nelson Defendants") through undersigned counsel, and move, pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rule 37(A), for an Order compelling Defendants to provide a complete response to Interrogatory Number 28 concerning a settlement with IPI, to produce communications with third party IPI concerning the settlement and related real estate transactions, and to produce Amazon's internal financial and business analysis of the pricing information and adjustments for the new transactions.

47812107 v1

Amazon has refused to provide more specificity as to its purported claims against IPI that were the subject of the settlement agreement, nor has it identified any documents responsive to the interrogatory. Further Amazon has asserted privilege over the entirety of the internal financial analysis of the pricing for the amended lease transactions, as well as much of that analysis of the related purchase and sale transactions, presumably because of the inclusion of attorneys in the process. However, simply because an attorney participates in what is at heart financial or business analysis does not convert that communication or analysis to legal advice. Most importantly Amazon makes these assertions of privilege over the exact matters it intends to use to support its damages claims for the nine lease transactions at issue in this action—the adjustment of yield rates and fees in the leasing transactions.

The Nelson Defendants respectfully request that the Court refuse to allow Amazon to engage in this obvious attempt to prevent the Nelson Defendants from exploring the basis for the very pricing information Amazon intends to put in front of the fact finder in this case to support its damages claims. The Nelson Defendants seek an Order compelling the production of the remaining communications with third party IPI concerning the settlement agreement and the related real estate transactions and the internal financial and business analysis of the pricing information for all of these transactions.

This motion is supported by Defendants' brief in support of the motion, the declaration of Adam R. Smart and exhibits thereto, and all matters of record.

## MEET-AND-CONFER CERTIFICATION

Counsel for Defendant Nelson certifies that he conferred in good faith with counsel for Plaintiffs via numerous letters, emails and telephone calls on these matters. The parties were able to narrow some of the issues, leaving only a limited number of communications with IPI at issue,

and limiting the internal financial analysis at issue (as Amazon did produce a broader analysis for the two sale transactions at issue but still appears to be withholding other communications on the two sale transactions that it normally does not treat as privileged for any other transaction), but the parties were not able to resolve or narrow any of the issues regarding the internal financial analysis of the amendments to the five lease transactions as Amazon has not provided any such documents to Defendants.

Note, the parties agreed to continue conferring over the weekend to determine if the issues could be further narrowed or resolved, and agreed that Amazon would not object to setting this motion for hearing at the Friday, May 6, 2022 hearing setting, at the Court's discretion of course, and that the Nelson Defendants would file the motion by noon today, May 2, 2022 if still needed.

May 2, 2022                **BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedma@burr.com

*/s/ J. Alex Little*
J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

Adam R. Smart (FL Bar No 1032572) (*pro hac vice)*
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for Carleton Nelson and Cheshire Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing has been served upon the following via email:

Elizabeth P. Papez (pro hac vice)
Patrick F. Stokes (pro hac vice)
Claudia M. Barrett (pro hac vice)
Michael R. Dziuban
(Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com
Counsel for Plaintiffs
Amazon.com, Inc. and Amazon Data Services, Inc.

Veronica S. Moyé
(pro hac vice application pending)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vmoye@gibsondunn.com
Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.

Aaron G. McCollough
McGuireWoods
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com
Counsel for the Receiver Mark Roberts

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
casey.kirschner@gmail.com
*Pro se*

Kathryn M. Skilton
Michael R. MacPhail
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
kathryn.skilton@faegreddrinker.com
michael.macphail@faegredrinker.com
Counsel for Intervenor 800 Hoyt, LLC

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006 george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

Dated: May 2, 2022          */s/ Rachel Friedman*
                              Rachel Friedman

47812107 v1