# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants, <br><br>——————————————<br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | Case No. 1:20cv484 <br><br> **Hon. Rossie D. Alston, Jr.** <br> **Hon. Theresa Buchanan** <br><br><br><br><br><br><br><br> **MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Local Rule 5(C) and Section 11.e of the June 4, 2020 Protective Order entered in this case (Doc. 55), Defendants Carleton Nelson and Cheshire Ventures, LLC ("Nelson Defendants") file this Motion to file an unreacted version of their motion to compel damages discovery exhibits A through M to the Declaration of Adam R. Smart in support of that motion, under seal. The Nelson Defendants file this motion because Plaintiffs have designated certain material in the brief as confidential as well as having designated the exhibits hereto as confidential or highly confidential, and Exhibits B and C are portions of a deposition that recently occurred the

47485706 v1

parties have the opportunity to designate it as confidential and in order to allow the parties time to do so under Doc. 55, this version is being filed under seal. The Nelson defendants will also file a redacted version of the brief on the public ECF.

### Description of Documents

- Exhibit A is a true and correct copy of an excerpt from a December 7, 2021 draft of a settlement agreement between Amazon and IPI, produced in discovery by Amazon.

- Exhibit B is a true and correct copy of an excerpt from the deposition of Keith Kline, taken on March 22, 2022.

- Exhibit C is a true and correct copy of an excerpt from the deposition of Chris Vonderhaar, taken on March 23, 2022.

- Exhibit D is a true and correct copy of an excerpt from Amazon's responses to the Interrogatories of Carleton Nelson.

- Exhibit E is a true and correct copy of a purported "settlement" agreement between Amazon and IPI, without attachments.

- Exhibit F is a true and correct copy of excerpts from Amazon's Revised March 9, 2022 Privilege Log.

- Exhibit G is a true and correct copy of an email chain between J. Krause of Gibson Dunn and M. Epstein of Akin Gump, and others, with a spreadsheet attached, regarding the adjustments of rent that purport to have resulted from the changes to yields and fees set forth in Exhibit A.

- Exhibit H is a true and correct copy of an email chain between Kimberly Wachen of Arent Fox (representing Amazon) and Kent Watson of Akin Gump (representing IPI), and others, attaching redlines of transaction documents related to the Quail Ridge purchase and IPI sale.

- Exhibit I is a true and correct copy of an email chain between Patrick Stokes of Gibson Dunn and Chuck Connolly of Akin Gump regarding proposals and amendments to proposals for the Quail Ridge properties.

- Exhibit J is a true and correct copy of excerpts from Amazon's April 18, 2022 Privilege Log.

- Exhibit K is a true and correct copy of an Amazon Approvals email related to IAD170.

- Exhibit L is a true and correct copy of an Amazon Approvals email related to IAD175.

- Exhibit M is a true and correct copy of an Amazon Approvals email related to IAD144/145.

Pursuant to Local Rule 5, because Plaintiffs have designated the material confidential, Plaintiffs must file a response to the motion complying with requirements of Local Rule 5 and submit a proposed order.

WHEREFORE, the Nelson Defendants requests that the Court enter an Order allowing the foregoing exhibits to the declaration of Adam R. Smart be filed under seal.

May 2, 2022

**BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedma@burr.com

*/s/ J. Alex Little*
J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

Adam R. Smart (FL Bar No 1032572) (*pro hac vice)*
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for the Carleton Nelson and Cheshire Ventures, LLC*

47485706 v1

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing has been served upon the following via email:

Elizabeth P. Papez (pro hac vice)
Patrick F. Stokes (pro hac vice)
Claudia M. Barrett (pro hac vice)
Michael R. Dziuban
(Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com
Counsel for Plaintiffs
Amazon.com, Inc. and Amazon Data Services, Inc.

Veronica S. Moyé
(pro hac vice application pending)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vmoye@gibsondunn.com
Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.

Aaron G. McCollough
McGuireWoods
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com
Counsel for the Receiver Mark Roberts

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
casey.kirschner@gmail.com
*Pro se*

Kathryn M. Skilton
Michael R. MacPhail
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
kathryn.skilton@faegreddrinker.com
michael.macphail@faegredrinker.com
Counsel for Intervenor 800 Hoyt, LLC

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006 george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

Dated: May 2, 2022

*/s/ Rachel Friedman*
Rachel Friedman

47485706 v1