# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., | ) ) Case No. 1:20cv484 |
| Plaintiffs, | ) ) Hon. Rossie D. Alston, Jr. ) Hon. Theresa Buchanan |
| v. | ) |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., | ) ) ) ) |
| Defendants, | ) ) **MOTION TO FILE DOCUMENTS** ) **UNDER SEAL** |
| 800 HOYT LLC, | ) ) |
| Intervening Interpleader Plaintiff, | ) ) |
| v. | ) ) |
| BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. | ) ) ) ) |
| Interpleader Defendants. | ) ) ) |

      Pursuant to Local Rule 5(C) and Section 11.e of the June 4, 2020 Protective Order entered in this case (Doc. 55), Defendants Carleton Nelson and Cheshire Ventures, LLC ("Nelson Defendants") file this Motion to file an unredacted version of their reply in support of their motion to compel damages discovery and exhibits N and O to the Declaration of Adam R. Smart in support thereof, under seal. The Nelson Defendants file this motion because Plaintiffs have designated certain material in the reply as confidential as well as having designated the exhibits thereto as

47815789 v1

confidential or highly confidential.  The Nelson defendants will also file a redacted version of the reply on the public ECF.

### Description of Documents

- Exhibit N is a true and correct copy of an amendment between IPI and Amazon to the lease transaction known as IAD144, dated May 22, 2020.

- Exhibit O is a true and correct copy of an Estoppel Certificate for the lease transaction known as IAD144, executed after May 1, 2020 by Amazon

Pursuant to Local Rule 5, because Plaintiffs have designated the material confidential, Plaintiffs must file a response to the motion complying with requirements of Local Rule 5 and submit a proposed order.

WHEREFORE, the Nelson Defendants requests that the Court enter an Order allowing an unredacted reply and foregoing exhibits to the declaration of Adam R. Smart be filed under seal.

|  |  |
|---|---|
| May 5, 2022 | **BURR & FORMAN LLP** |
|  | */s/ Rachel Friedman* |
|  | Rachel Friedman (VA Bar #93898) |
|  | 420 North 20th Street, Suite 3400 |
|  | Birmingham, AL  35203 |
|  | Telephone: (205) 251-3000 |
|  | Facsimile: (205) 458-5100 |
|  | rfriedma@burr.com |
|  |  |
|  | */s/ J. Alex Little* |
|  | J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*) |
|  | Emily H. Mack (TN Bar No. 31217) (*pro hac vice*) |
|  | 222 2nd Ave. S., Suite 2000 |
|  | Nashville, TN 37201 |
|  | Telephone: (615) 724-3200 |
|  | alex.little@burr.com |
|  | emack@burr.com |

Adam R. Smart (FL Bar No 1032572) (*pro hac vice*)
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for the Carleton Nelson and Cheshire Ventures, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, a true and correct copy of the foregoing has been served upon the following via email:

Elizabeth P. Papez (pro hac vice)
Patrick F. Stokes (pro hac vice)
Claudia M. Barrett (pro hac vice)
Michael R. Dziuban
(Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com
Counsel for Plaintiffs
Amazon.com, Inc. and Amazon Data Services, Inc.

Veronica S. Moyé
(pro hac vice application pending)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vmoye@gibsondunn.com
Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.

Aaron G. McCollough
McGuireWoods
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com
Counsel for the Receiver Mark Roberts

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
casey.kirschner@gmail.com
*Pro se*

Kathryn M. Skilton
Michael R. MacPhail
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
kathryn.skilton@faegreddrinker.com
michael.macphail@faegredrinker.com
Counsel for Intervenor 800 Hoyt, LLC

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006 george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com
Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC

Dated: May 5, 2022         */s/ Rachel Friedman*
                           Rachel Friedman

47815789 v1