# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, <br><br>　　　　Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br>　　　　Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br><br>　　v. <br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC, <br><br>　　　　Interpleader Defendants, <br>　　and <br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br>　　　　Interpleader Defendants, Interpleader Counter-Plaintiffs. | |

**PLAINTIFFS' RESPONSE TO NELSON DEFENDANTS' MAY 2, 2022 MOTION TO <u>FILE DOCUMENTS UNDER SEAL</u>**

Pursuant to Local Civil Rule 5(C)(2), (3), and (4), Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. respectfully submit this response to Defendants Carleton Nelson and Cheshire Venture's ("Nelson Defendants") Motion to File Documents Under Seal ("Motion to Seal"). Dkt. 729. Amazon does not object to the Nelson Defendants' Motion to Seal and in particular, Amazon supports sealing: (i) the unredacted version of the Nelson Defendants' Brief in Support of Their Motion to Compel Discovery Relating to Damages ("Supporting Brief"), Dkt. 725; and (ii) Exhibits A–M to the Declaration of Adam R. Smart in Support of the Motion to Compel, Dkt. 728-1–728-13. These filings contain or refer to information that Plaintiffs have designated as "Confidential" or "Highly Confidential" under the Protective Order. Dkt. 55. In particular, the filings contain or refer to material that is not publicly available and contains or reflects sensitive confidential, business, financial, and proprietary information, some of which Plaintiffs reasonably believe in good faith would likely cause or create a risk of economic harm or competitive disadvantage if publicly disclosed. *See id.* at 7–12. Moreover, Exhibits A–J contain, reflect, or directly relate in subject matter to material that this Court has already sealed. Dkt. 582 (sealing Dkt. 563-4). The Nelson Defendants' redactions are generally modest, and the redacted filing is on the public docket. Plaintiffs therefore respectfully request that the Court grant the Motion to Seal. *See, e.g.*, *Mars, Inc. v. J.M. Smucker Co.*, No. 1:16-CV-01451-CMH-MSN, 2017 WL 11499735 (E.D. Va. Aug. 9, 2017) (granting motion to seal where "the information sought to be filed under seal may contain data and information that [were] designated as 'Confidential,' . . . under the Amended Protective Order governing th[e] case"); *Malon v. Franklin Fin. Corp.*, No. 3:14CV671, 2014 WL 12768782, at *3 (E.D. Va. Dec. 4, 2014) (granting motion to seal where documents were marked "confidential" pursuant to a protective order). Pursuant to Local Civil Rule 5(C), Plaintiffs also respectfully submit a proposed order concurrently with this response.

Dated: May 9, 2022

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
vmoye@gibsondunn.com

Respectfully submitted,

/s/ *Michael R. Dziuban*
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Amanda J. Sterling (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
dcasazza@gibsondunn.com
asterling@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. and by email, where noted:

CTBSRM, Inc.
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Rodney Atherton
12863 West 87th Ave.
Arvada, CO 80005

Demetrius Von Lacey
2845 Des Moines Dr.,
Fort Collins, CO 80525

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com

2010 Irrevocable Trust
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Sigma Regenerative Solutions, LLC
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Renrets LLC
PO Box 8156
Columbus, OH 43201


*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*