IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>        Plaintiffs, <br><br>    v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, <br><br>        Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br>        Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br><br>    v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC, <br><br>        Interpleader Defendants, <br>    and <br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br>        Interpleader Defendants, <br>        Interpleader Counter-Plaintiffs. | |

**DECLARATION OF AMANDA J. STERLING IN SUPPORT OF PLAINTIFFS'
<u>RESPONSE TO MOTION TO VACATE PRELIMINARY INJUNCTION</u>**

I, Amanda J. Sterling, declare under penalty of perjury as follows:

1. I am a member in good standing of the District of Columbia Bar and the New York Bar. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, and counsel for Amazon.com, Inc. and Amazon Data Services, Inc. (collectively, "Amazon" or "Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Response to Watson Defendants' Motion to Vacate Preliminary Injunction, solely to put documents before the Court.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a publicly filed Declaration of M. Brent Byars in Support of Plaintiff Epic Games, Inc.'s Motion for a Preliminary Injunction in *Epic Games, Inc. v. Apple Inc.*, No. 20-cv-05640-YGR (N.D. Cal. Sept. 4, 2020) (ECF No. 61-1).

3. Attached hereto as **Exhibit 2** is a true and correct copy of transcript excerpts from the deposition of Christian Kirschner, which took place on February 18, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of transcript excerpts from the deposition of Kyle Ramstetter, which took place on February 17, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of transcript excerpts from the deposition of Will Camenson, which took place on February 28, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a PDF version of a document that was produced by Plaintiffs in native format on May 17, 2022 bearing the Bates number AMZ-CVL-078596.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on May 20, 2022.

_____
Amanda J. Sterling