IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,

  Plaintiffs,

v().                                           Case No. 1:20-CV-484-RDA-TCB

WDC HOLDINGS LLC, et al.,

  Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julie S. Palmer, Esq., of the law firm of Harman, Claytor, Corrigan & Wellman, P.C., hereby notes her appearance as counsel for Defendant Rodney Atherton. I am admitted to practice in this court.

**RODNEY ATHERTON**

By Counsel

/s/ Julie S. Palmer
Julie S. Palmer, Esq.
VSB No. 65800
Attorney for Defendant Rodney Atherton
Harman, Claytor, Corrigan & Wellman, PC
P.O. Box 70280
Richmond, VA 23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com

1

# **C E R T I F I C A T E**

I hereby certify that on the 2nd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stanley L. Garnett, Esq.
Amanda K. Houseal, Esq.
Sara R. Bodner, Esq.
Leah M. Regan-Smith, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
sgarnett@bhfs.com
ahouseal@bhfs.com
sbodner@bhfs.com
lregansmith@bhfs.com

Jeffrey R. Hamlin, Esq.
George R. Calhoun, Esq.
James Trusty, Esq.
IFRAH PLLC
1717 Pennsylvania Ave, NW, Suite 650
Washington, DC 20006
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for WDC Holdings, LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative manager, and BW Holdings, LLC*

Elizabeth P. Papez, Esq.
Patrick F. Stokes, Esq.
Claudia M. Barrett, Esq.
Michael R. Dziuban, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com

Veronica S. Moye, Esq.
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100

Dallas, TX 75201
vmoye@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

Aaron G. McCollough
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com
*Counsel for Receiver*

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55477
casey.kirschner@gmail.com
*Pro se*

Alex Little, Esq.
Adam Ryan Smart, Esq.
Rachel Friedman, Esq.
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
alex.little@burr.com
asmart@burr.com
rfriedman@burr.com
*Counsel for Carleton Nelson and Cheshire Ventures*

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Casey Kirchner
635 N. Alvarado Lane
Plymouth, MN 55447
*Pro se*

/s/ Julie S. Palmer