# EXHIBIT 9

| | |
|---|---|
| **From:** | JD Thomas |
| **To:** | Garnett, Stanley |
| **Cc:** | Stokes, Patrick F.; MacDonald, Lora Elizabeth; George Calhoun; Trusty James; Alex Little; Papez, Elizabeth P.; Houseal, Amanda K.; Olguin, Catherine M.; Aly Hamby |
| **Subject:** | Re: Stay |
| **Date:** | Saturday, January 29, 2022 12:52:40 PM |

[WARNING: External Email]

Thanks Stan - I agree it would be best to come from all of us, but plan to send something to Matt and Jamar today regardless. And apologies for my own editorializing on the receivership issue or the strong encouragement we are all going to feel to enter into a stay. That's entirely your issue.

Best,
JD-

J.D. Thomas
Partner | Waller
615-850-8682(o) | 615-852-6446(m)

> On Jan 29, 2022, at 9:52 AM, Garnett, Stanley <SGarnett@bhfs.com> wrote:
>
>    External Message
>
> JD,
>
> I have no problem with this email and maybe it should come from both plaintiffs and defendants.
>
> To be clear, I'm not looking for anyone to get beat up about the receiver/injunction. The status quo, though offensive given the realities of the case, is manageable for the moment. But the Government's demand for a stay does impact defense strategies in that regard in a number of respects, as I explained in my email to Patrick yesterday and to make it work, we need to address.
>
> Hope everybody is having a nice Saturday.
>
> Stanley L. Garnett
> Brownstein Hyatt Farber Schreck, LLP
> 410 Seventeenth Street, Suite 2200
> Denver, CO 80202
> 303.223.1286 tel
> 303.668.3113 cell
> SGarnett@bhfs.com
>
> Brownstein - we're all in.
>
> -----Original Message-----
> From: JD Thomas <JD.Thomas@wallerlaw.com>
> Sent: Saturday, January 29, 2022 8:27 AM
> To: Garnett, Stanley <SGarnett@bhfs.com>
> Cc: Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>; George Calhoun <gcalhoun@ifrahlaw.com>; Trusty James <jtrusty@ifrahlaw.com>; Alex Little <alex.little@burr.com>; Papez, Elizabeth P. <EPapez@gibsondunn.com>; Houseal, Amanda K. <ahouseal@bhfs.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>; Aly Hamby <aly.hamby@wallerlaw.com>
> Subject: Re: Stay
>
> Pretty vanilla, but trying to telegraph the issues that it may be helpful to have them beat amazon up about (the receiver) and the forfeiture actions we hope they give a little on. Let me know if you have any concerns. If not I will send this and cc this group.
>
> *************
>
> Matt and Jamar -
>
> We collectively wanted to update you on where the civil defendants stand re: the requested stay. As you might imagine, the status of discovery in the civil action brought by Amazon, issues related to the receiver currently overseeing Mr. Watson's affairs, and the forfeiture actions on Mr. Kirschner and Mr. Nelson all need to be considered before any of our clients can agree to a stay. We are continuing to work through these issues, both internally and with Amazon's counsel. We expect to be able to update you early next week with where we stand, but wanted to let you know that we are continuing to work through these issues given your request for a decision by the end of the this week.
>
> Best,
> JD-
>
> J.D. Thomas
> Partner | Waller
> 615-850-8682(o) | 615-852-6446(m)
>

> On Jan 28, 2022, at 8:39 PM, Garnett, Stanley <SGarnett@bhfs.com> wrote:
>
>
>
>   External Message
>
> Thanks, Patrick. Makes sense.
>
> best,
>
> Stanley L. Garnett
> Brownstein Hyatt Farber Schreck, LLP
> 410 Seventeenth Street, Suite 2200
> Denver, CO. 80202
> 303.223.1286 tel
> 303.668.3113 cell
> Sgarnett@bhfs.com
>
>
> On Jan 28, 2022, at 5:13 PM, Stokes, Patrick F. <PStokes@gibsondunn.com> wrote:
>
>
> Stan,
>
> Thanks for the update.  We'd be happy to have a call to discuss the stay issues further.  We don't think the receivership and contempt issues need to be linked to the stay issue, and not surprisingly have a different view of the receiver's findings to date, but we'd be happy to discuss how to move forward with a stay.  In terms of the specifics, I think we need to better understand your request before we can run it by our client.
>
> We understand you are tied up tonight—we wish you the best in addressing the family medical matter—and we can find time over the weekend or on Monday to keep the discussions going.
>
> Best,
> Patrick
>
> Patrick Stokes
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306 Tel +1 202.955.8504 • Mobile +1 202.321.3347 • Fax +1 202.530.4214 PStokes@gibsondunn.com<mailto:PStokes@gibsondunn.com> • https://urldefense.proofpoint.com/v2/url?u=http-3A__www.gibsondunn.com&d=DwIGaQ&c=wT9hcAyWecHwFHlf1ZE3OA&r=MI86XlFn5exDGtU9JwsXFrA0HJoqz-ogDvnxaAvgHpM&m=6M7Yd72KLmxBU7TPyz-4zNCjJ1bwRnmxdl48HWxnLp_MuAGs3YAGmNAyWDufwaL2&s=SKq9BTvi3FXSTybXtTTQYqc8hjQ6p6zUsUu16StroYY&e=
> <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.gibsondunn.com_&d=DwMGaQ&c=wT9hcAyWecHwFHlf1ZE3OA&r=MI86XlFn5exDGtU9JwsXFrA0HJoqz-ogDvnxaAvgHpM&m=SOtuJHjEOYaD5EmZsJpeIZGNy3LiFADkl2ERKKgPoEPQqQVoH_Rs8lsiHhGTjpdV&s=hKmXF1Ya54WZECmZfYc7gejztAd-6KGV8e42lfSd4sw&e=>
>
>
> From: Garnett, Stanley <SGarnett@bhfs.com>
> Sent: Friday, January 28, 2022 4:40 PM
> To: Stokes, Patrick F. <PStokes@gibsondunn.com>
> Cc: MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>; George Calhoun <gcalhoun@ifrahlaw.com>; Trusty James <jtrusty@ifrahlaw.com>; Alex Little <Alex.Little@burr.com>; JD Thomas <JD.Thomas@wallerlaw.com>; Papez, Elizabeth P. <EPapez@gibsondunn.com>; Houseal, Amanda K. <ahouseal@bhfs.com>; Olguin, Catherine M. <COLGUIN@bhfs.com>
> Subject: Stay
>
> [WARNING: External Email]
>
>
> Patrick,
>
> As promised, we have been discussing the possibility of a stay in the civil litigation and the defendants understand that there would be some benefits.  As always with such things, the devil is in the details and slightly difference for each party. We have had further conversations with the US Attorney's office. After the complexity of the situation was explained, the US Attorney's office has conceded that there is no real deadline to resolve this by tonight. We indicated that any agreement that could be reached likely would  take at least a few more days to negotiate to which they appear to understand.
>
> The seizure by the government of funds and the injunction against the Watson defendants create similar problems for everyone on our side of the case. The Watson defendants' counsel are preparing motions to address the injunction, the contempt findings and the cost of the receiver since it is apparent that Watson has no resources to pay the receiver and his counsel. Moreover, the receiver's findings and the first stages of  discovery are corroborating what the Watson defendants have been representing to the court since the beginning of this case.
>
> We are considering pleadings to vacate the injunction, purge the contempt finding and/or shift the cost of the receiver to the Plaintiffs as provided in the

Receivership order. Once we further develop the record and decide on a strategy, we will of course meet and confer on a specific motion but we likely won't be ready to do so until more information is developed, which could take up to a few more weeks.
>
> The US Attorney's insistence on immediate discussions about a stay, causes me to ask if Plaintiffs are willing to consider stipulation to one or more of such measures to modify the court's previous orders.
>
> From our past discussions, i understand that the Plaintiffs are very invested in the status quo of this case. However, if plaintiffs are interested in discussions about these issues it will make it more feasible to reach the agreement for a stay that the government has requested. I am dealing with some family medical issues today but could be available over the weekend or Monday to do so.
>
>
> Thanks,
>
>
> Stanley L. Garnett
> Brownstein Hyatt Farber Schreck, LLP
> 410 Seventeenth Street, Suite 2200
> Denver, CO. 80202
> 303.223.1286 tel
> 303.668.3113 cell
> Sgarnett@bhfs.com<mailto:Sgarnett@bhfs.com>
>
>
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.
> _____
> This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
>
> Please see our website at https://urldefense.proofpoint.com/v2/url?u=https-3A__www.gibsondunn.com_&d=DwIGaQ&c=wT9hcAyWecHwFHlf1ZE3OA&r=MI86XlFn5exDGtU9JwsXFrA0HJoqz-ogDvnxaAvgHpM&m=6M7Yd72KLmxBU7TPyz-4zNCjJ1bwRnmxdl48HWxnLp_MuAGs3YAGmNAyWDufwaL2&s=HBEzwXl_GkebEP0tgViIdXl9ZTSoCurZIc5It_KznOo&e=
<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.gibsondunn.com&d=DwIGaQ&c=wT9hcAyWecHwFHlf1ZE3OA&r=MI86XlFn5exDGtU9JwsXFrA0HJoqz-ogDvnxaAvgHpM&m=6M7Yd72KLmxBU7TPyz-4zNCjJ1bwRnmxdl48HWxnLp_MuAGs3YAGmNAyWDufwaL2&s=nu_CvbaEtMv7huRcWOD1O5VHKzTf7VmA8TD1mvA97Qc&e=> for information regarding the firm and/or our privacy policy.
> _____
>
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.
>
> _____
>
> The information contained in this message and any attachments is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message.
>
>
> STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

_____

The information contained in this message and any attachments is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this message in error, you are prohibited from copying, distributing, or using the information. Please contact the sender immediately by return e-mail and delete the original message.