IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants, <br><br> ──────────────────── <br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | Case No. 1:20cv484 <br><br> Hon. Rossie D. Alston, Jr. <br> Hon. Theresa Buchanan <br><br><br><br><br><br> **DECLARATION OF ADAM R. SMART IN SUPPORT OF DEFENDANTS' MOTION TO SET PRETRIAL CONFERENCE** |

I, Adam R. Smart, pursuant to 28 U.S.C. § 1746 hereby declare, under penalty of perjury, as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts set forth below, and if called upon to do so, I could and would competently testify thereto.

2. I am an attorney licensed to practice law in the State of Florida and admitted to appear in this case, *pro hac vice*, on behalf of Defendants Carleton Nelson and Cheshire Ventures, LLC. I am an attorney at the law firm of Burr & Forman, LLP.

3. I make this declaration in support of Defendants' motion to set a pretrial conference for the purpose of setting a trial date.

4. Attached hereto as Exhibit A is a true and correct copy of an June 22, 2022 Memorandum Opinion denying IPI Partners' motion to dismiss in the case styled *WDC Holdings, LLC, et al. v. IPI Partners, LLC, et al.*, C.A. No. 2020-1026 (Del. Chancery), concerning WDC Holdings, LLC's removal from the very lease transactions at issue in this action.

5. Attached hereto as Exhibit B is a true and correct copy of the transcript from the April 1, 2022 hearing in this action.

6. Attached hereto as Exhibit C is a true and correct copy of the transcript from the April 8, 2022 hearing in this action.

7. Attached hereto as Exhibit D is a true and correct copy of the transcript from the May 6, 2022 hearing in this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief

Executed on June 26, 2022

                                              */s/ Adam R. Smart*
                                              ADAM R. SMART

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2022, a true and correct copy of the foregoing has been served through this Court's ECF system on all parties appearing in the action, and via email on:

> Casey Kirschner
> 635 N. Alvarado Lane
> Plymouth, MN 55447
> casey.kirschner@gmail.com
> *Pro se*


  */s/ Rachel Friedman*
  RACHEL FRIEDMAN