# EXHIBIT B

```
                                                                          1
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF VIRGINIA
                   ALEXANDRIA DIVISION

---------------------------------x
                                 :
AMAZON.COM AND                   : Civil Action No.
AMAZON DATA SERVICES, INC.,      :
                                 :
              Plaintiffs,        : 1:20-cv-484
                                 :
          versus                 : April 1, 2022
                                 :
WDC HOLDINGS LLC, et al.,        :
                                 :
              Defendants.        :
---------------------------------x
```

The above-entitled Motion Hearing was continued before the Honorable Theresa C. Buchanan United States District Judge.

A P P E A R A N C E S

| | |
|---|---|
| FOR THE PLAINTIFFS: | DAVID W. CASAZZA, Esq. |
| | PATRICK F. STOKES, Esq. |
| | Gibson Dunn & Crutcher LLP |
| | 1050 Connecticut Ave, NW |
| | Washington, DC 20036-5306 |
| FOR THE DEFENDANTS: (Northstar and Watson) | Jeffrey Robin Hamlin, Esq. |
| | Ifrah Law |
| | 1717 Pennsylvania Avenue, NW |
| | Suite 650 |
| | Washington, DC 20006 |
| TRANSCRIBER: | MS. TONIA M. HARRIS, RPR |
| | United States District Court |
| | 401 Courthouse Square |
| | Fifth Floor |
| | Alexandria, VA 22314 |

(Proceedings recorded by electronic sound recording transcript produced by computerized transcription.)

```
                    ─Amazon.com v. WDC Holdings─
                                                            2
1    (FTR proceedings commenced at 10:06 a.m.)
2               THE DEPUTY CLERK:  Amazon.com, Inc., et al. versus
3    WDC Holdings LLC, et al.  Case 20-cv-484.
4               MR. CASAZZA:  Good morning, Your Honor.  David
5    Casazza and Patrick Stokes on behalf of Amazon.
6               THE COURT:  All right.  And is there anyone here on
7    behalf of Finbrit, Allcore, NOVA WPC LLC, Whitepeaks Capital
8    LLC, and Villanova Trust?
9               MR. CASAZZA:  We're not aware of anyone here, Your
10   Honor.
11              THE COURT:  All right.  That part I'll take under
12   consideration.  And I had to call it in open Court, so I
13   thought it would be easier just to have you all come in and
14   explain what it is you're seeking as to the other motion for a
15   status conference.
16              MR. CASAZZA:  I defer to co-counsel on that.
17              THE COURT:  Okay.  Is there any other counsel here
18   in the Amazon case?
19              MR. HAMLIN:  Your Honor, Jeff Hamlin is here on
20   behalf of Northstar and Watson.
21              THE COURT:  Okay.
22              MR. STOKES:  Your Honor, Patrick Stokes on behalf of
23   Amazon for this.
24              To answer your questions about the status conference
25   motion and requests that we had filed, Mr. Hamlin has just
```

Amazon.com v. WDC Holdings

3

1  asked me what -- so we've, so we're all on the same page, we
2  filed a motion, a joint motion, for a status conference in
3  order to address the deadlines for discovery.
4         We also want to let the Court know that we're in
5  discussions with defense counsel. Obviously, they're not
6  present so --
7         THE COURT: I'm sorry, I misunderstood, I thought
8  you wanted to discuss the dates today.
9         MR. STOKES: We're happy to discuss the dates today.
10 I don't think the parties were expecting to the motion was
11 denied for the status conference, but we're happy to do so.
12        THE COURT: The telephonic in-person is what I was
13 trying to get at. That's -- I think what --
14        MR. STOKES: Thank you, Your Honor.
15        THE COURT: -- what the order was getting at.
16        MR. STOKES: I think, collectively, on our side we
17 had misunderstood that.
18        THE COURT: Oh, okay. Perhaps my order was not
19 clear enough and I apologize for that. So you're saying that
20 not everybody is here and not everybody is prepared to discuss
21 the dates?
22        MR. STOKES: We had an agreement among the parties,
23 Your Honor. We can come back to the Court with a filing if
24 that will be helpful to request a four-week extension of
25 discovery deadlines. And so, I think we can come back to the

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

———Amazon.com v. WDC Holdings———

4

```
 1  Court so that it's fair to the other defense counsel.
 2              THE COURT:  How does the four-week deadline affect
 3  the other deadlines in this case in terms of the resolution
 4  of --
 5              What is your final pretrial?  Do you have that yet?
 6              MR. STOKES:  So pretrial right now, final pretrial,
 7  is scheduled for April 14, Your Honor.
 8              THE COURT:  Okay.  And --
 9              (Simultaneously speaking.)
10              MR. STOKES:  And then, I think, it might be
11  helpful --
12              (Simultaneously speaking.)
13              THE COURT:  -- four weeks from April 8th is what
14  you're seeking?
15              MR. STOKES:  February -- I'm sorry -- May 6th for
16  the discovery.
17              THE COURT:  Right, but your current deadline is
18  April 8th --
19              (Simultaneously speaking.)
20              MR. STOKES:  Conference, May 12th.
21              THE COURT:  Your current deadline is April 8th so
22  you're seeking four more weeks?
23              MR. STOKES:  That too.
24              THE COURT:  And is your agreement keeping the final
25  pretrial on for April 14th?
```

———Tonia M. Harris OCR-USDC/EDVA 703-646-1438———

EASTERN DISTRICT OF VIRGINIA

Amazon.com v. WDC Holdings

5

1         MR. STOKES: Your Honor, we would request moving
2 that to May 12th. I'd be happy to submit something from the
3 parties so the Court has collectively, from the parties,
4 agreed upon dates.
5         THE COURT: Okay. Submit that to me, but what I
6 would like to do is keep the final pretrial on for April 14th.
7 You can -- you can exchange your exhibits when you have
8 finished the discovery and set your other deadlines from
9 there, but I would like to keep the final pretrial conference
10 on for April 14th.
11         MR. STOKES: Okay. Your Honor, if I may also, I
12 think this is -- this is going to be highly pertinent to this
13 point. We do expect more discussions with defense counsel to
14 file a motion, to file a third amended complaint --
15         THE COURT: Okay.
16         MR. STOKES: -- to add defendants, reduce claims,
17 and due to new evidence that's come to light during discovery.
18 And so we do intend to submit to -- if defense counsel is
19 still reviewing that, I certainly don't want to get ahead of
20 them since they're not in the courtroom today. But we do
21 expect to submit that to the Court.
22         THE COURT: Are they related third parties?
23         MR. STOKES: Yes.
24         THE COURT: I mean, in other words , are these third
25 parties going to be asking for an additional period of

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

Amazon.com v. WDC Holdings

6

1  discovery or are they nominal parties who were already
2  involved?
3           MR. STOKES:  Two individuals.  We do expect one of
4  them, at least, would ask for discovery.
5           THE COURT:  Okay.  Well, we'll sort that out later
6  then, I guess.
7           Okay.  So submit to me your agreed dates but keep
8  that April 14th date on.
9           MR. STOKES:  Okay.  We will.  And just to be clear,
10 Your Honor.  So the Rule 26 filing discovery requirements
11 around that pretrial -- that final pretrial conference --
12          THE COURT:  You can delay your pretrial submissions
13 and exchange of exhibits until after the close of discovery.
14 Give yourselves another week or 10 days to do that --
15          MR. STOKES:  Okay.
16          THE COURT:  -- and then another five days for
17 objections.  But just keep that April 14th date on to just
18 pick a trial date.
19          MR. STOKES:  Okay.  Thank you, Your Honor.
20          THE COURT:  Okay.  Thank you.
21
22          **(Proceedings adjourned at 10:11 a.m.)**
23
24
25

Tonia M. Harris OCR-USDC/EDVA 703-646-1438
EASTERN DISTRICT OF VIRGINIA

CERTIFICATE OF REPORTER

I, Tonia Harris, an Official Court Reporter for the Eastern District of Virginia, do hereby certify that I reported from the Court's FTR recording, in my official capacity, the proceedings had and testimony adduced upon the Motion hearing in the case of the **AMAZON.COM AND AMAZON DATA SERVICES, INC., versus WDC HOLDINGS LLC, et al.** Civil Action No. 1:20-cv-484, in said court on the 1st day of April, 2022.

I further certify that the foregoing 7 pages constitute the official transcript of said proceedings.

In witness whereof, I have hereto subscribed my name, this April 7, 2022.

_____
Tonia M. Harris, RPR
Official Court Reporter

7