# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **AMAZON.COM, INC and AMAZON DATA SERVICES, INC.,** ) ) ) | **Case No. 1:20cv484** |
| Plaintiffs, ) ) | **Hon. Rossie D. Alston, Jr.** |
| ) | **Hon. Theresa Buchanan** |
| v. ) ) | |
| **WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al.,** ) ) ) ) | |
| Defendants, ) ) | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO SET PRETRIAL CONFERENCE FOR THE PURPOSE OF SETTING A TRIAL DATE** |
| **800 HOYT LLC,** ) ) | |
| Intervening Interpleader Plaintiff, ) ) | |
| v. ) ) | |
| **BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC, AMAZON.COM, INC, and AMAZON DATA SERVICES, INC.** ) ) ) ) ) | |
| Interpleader Defendants. ) ) | |

PLEASE TAKE NOTICE that on July 15, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, counsel for Defendants will present argument before this Court on their motion to set a pretrial conference for the purpose of setting a trial date.

48161648 v1

June 26, 2022                              **BURR & FORMAN LLP**

/s/ Rachel Friedman
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedma@burr.com

/s/ J. Alex Little
J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

Adam R. Smart (FL Bar No 1032572) (*pro hac vice*)
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for Carleton Nelson and Cheshire Ventures, LLC*

| | |
|---|---|
| Stanley L. Garnett | /s/ Jeffrey Hamlin |
| Justin L. Cohen | George R. Calhoun |
| Amanda K. Houseal | Jeffrey Hamlin |
| Brownstein Hyatt Farber Schreck LLP | James M. Trusty |
| 410 Seventeenth St., Suite 2200 | Ifrah Law, PLLC |
| Denver, CO 80202-4432 | 1717 Pennsylvania Ave, N.W. Suite 650 |
| sgarnett@bhfs.com | Washington, DC 20006 |
| jcohen@bhfs.com | george@ifrahlaw.com |
| ahouseal@bhfs.com | jhamlin@ifrahlaw.com |
| | jtrusty@ifrahlaw.com |

*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC*

48161648 v1

*/s/ Lindsay McKasson*
Lindsay McKasson
Jared Roberts
Binnall Law Group
717 King Street, Suite 200
Alexandria, VA 22314
lindsay@binnall.com

*Counsel for Renrets, LLC*

*/s/ Casey Kirschner*
Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
Casey.kirschner@gmail.com

*Pro se*

*/s/ Julie S. Palmer*
Julie S. Palmer
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
Tel: (804) 762-8027
Fax: (804) 747-6085
jpalmer@hccw.com

*Counsel for Rodney Atherton*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2022, a true and correct copy of the foregoing has been served through this Court's ECF system on all parties appearing in the action, and via email on:

> Casey Kirschner
> 635 N. Alvarado Lane
> Plymouth, MN 55447
> casey.kirschner@gmail.com
> *Pro se*

Dated: June 26, 2022

*/s/ Rachel Friedman*
Rachel Friedman

48161648 v1