IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendant. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDINGS, LLC, and BW HOLDINGS, LLC, <br><br> Interpleader Defendants <br><br> AMAZON.COM, INC. and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**DECLARATION OF SARA R. BODNER IN SUPPORT OF THE WATSON DEFENDANTS' MOTION FOR COURT-HOSTED SETTLEMENT CONFERENCE OR PRIVATE MEDIATION**

I, Sara R. Bodner, hereby declare as follows:

1.      I am over the age of 18 years. I am an attorney licensed to practice law in the States of Colorado and New York. I have been admitted *pro hac vice* to appear before this Court in the present case on behalf of Brian Watson, WDC Holdings LLC d/b/a Northstar Commercial Partners, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings, LLC (collectively, the "Watson Defendants"). I am an associate attorney at the law firm of Brownstein Hyatt Farber Schreck LLP.

2.      I make this declaration in support of the Watson Defendants' Motion for Court-Hosted Settlement Conference or Private Mediation.

3.      **Exhibit A** is a true and correct copy of an June 22, 2022 Memorandum Opinion in the case styled *WDC Holdings, LLC, et al. v. IPI Partners, LLC, et al.*, C.A. No. 2020-1026 (Del. Chancery).

4.      **Exhibit B** is a true and correct copy of an article entitled, "Amazon Data Center Builder Advances Suit Against Venture Partner," published by Bloomberg Law on June 23, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 27, 2022.

*/s/ Sara R. Bodner*  
Sara R. Bodner