**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., | |
| Plaintiffs, | CASE NO. 1:20-CV-484-RDA-TCB |
| v. | |
| WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS, et al., | |
| Defendant. | |

800 HOYT LLC,

    Intervening Interpleader Plaintiff /
    Intervening Interpleader Counter-Defendant,

v.

BRIAN WATSON, WDC HOLDINGS, LLC, and
BW HOLDINGS, LLC,

    Interpleader Defendants

AMAZON.COM, INC. and AMAZON DATA
SERVICES, INC.

    Interpleader Defendants / Interpleader
    Counter-Plaintiffs.

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that on Wednesday, July 20, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, counsel for the Watson Defendants will present argument before this Court on the Watson Defendants' Motion for Court-Hosted Settlement Conference or Private Mediation.

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun *(pro hac vice)*
James Trusty *(pro hac vice)*
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite
650 Washington, DC 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

Stanley L. Garnett *(pro hac vice)*
Amanda K. Houseal *(pro hac vice)*
Sara R. Bodner *(pro hac vice)*
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
sgarnett@bhfs.com
ahouseal@bhfs.com
sbodner@bhfs.com
lregansmith@bhfs.com

*Counsel for WDC Holdings LLC, Brian
Watson, Sterling NCP FF, LLC,
Manassas NCP FF, LLC, NSIPI
Administrative Manager, and BW
Holdings LLC*

I hereby certify that on June 27, 2022, I will electronically file the foregoing using the Court's CM/ECF system, which will provide service to all counsel of record, and will separately email *pro se* parties, as follows:

Elizabeth P. Papez
Patrick F. Stokes
Claudia M. Barrett
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W. Washington,
D.C. 20036-5306
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com

Veronica S. Moye
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
vmoye@gibsondunn.com
Counsel for Plaintiffs Amazon.com, Inc. and
Amazon Data Services, Inc.

Aaron G. McCollough
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com
Counsel for Receiver

Casey Kirschner*
635 N. Alvarado Lane
Plymouth, MN 55447
casey.kirschner@gmail.com

Alex Little
Rachel Friedman
Burr & Forman LLP
222 Second Ave. South, Suite 2000 Nashville,
TN 37201
Alex.little@burr.com
rfriedman@burr.com
Counsel for Carleton Nelson and Cheshire
Ventures

Lindsay R. McKasson
Jared J. Roberts
Binnall Law Group, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
lindsay@binnall.com
jared@binnall.com
Counsel for Renrets, LLC

Julie S. Palmer
M. Scott Fisher, Jr.
Angela R. MacFarlane
Harman, Claytor, Corrigan & Wellman, PC
P.O. Box 70280
Richmond, VA 23255
jpalmer@hccw.com
sfisher@hccw.com
amacfarlane@hccw.co
Counsel for Rodney Atherton

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin

* I further certify that I will mail the aforementioned materials via First-Class Mail to Mr. Kirschner at this address.