# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; CARLETON NELSON; JOHN DOES 1-20,<br><br>    Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC,<br><br>    Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant,<br><br>    v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC,<br><br>    Interpleader Defendants,<br><br>    and<br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br><br>    Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**NOTICE OF DEPOSITION OF CHESHIRE VENTURES LLC
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. (together, "Amazon"), by and through their counsel, will take the deposition upon oral examination of Cheshire Ventures LLC ("Cheshire Ventures"), through one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the deposition topics listed in Exhibit A, attached hereto.  In accordance with Rule 30(b)(6), Cheshire Ventures must designate one or more knowledgeable persons to testify regarding each of the topics listed in Exhibit A. Cheshire Ventures is directed to provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the person(s) designated to testify on its behalf and the topic(s) on which each such person will testify.  Amazon is available to meet and confer regarding the list of deposition topics.

The deposition will take place on March 10, 2022, beginning at 9:00 a.m. CST at the offices of Burr & Forman LLP, 222 Second Avenue South, Suite 2000, Nashville, Tennessee, 37201, or at such other location as may be mutually agreed upon by counsel.  The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths, and will be recorded by stenographic, audio, and videographic means.

Dated:  February 15, 2022

Respectfully submitted,

*/s/ Michael R. Dziuban*
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
cbarrett@gibsondunn.com
mdziuban@gibsondunn.com

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
vmoye@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I will email and mail via U.S. mail the foregoing to the following parties:

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com

*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC*

George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006
george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC*

Alex Little
Rachel Friedman
Burr & Forman LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Alex.little@burr.com
rfriedman@burr.com

*Counsel for Carleton Nelson and Cheshire Ventures*

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
Casey.kirschner@gmail.com

*Pro se*

Kathryn M. Skilton
Michael R. MacPhail
Faegre Drinker Biddle & Reath LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
kathryn.skilton@faegreddrinker.com
michael.macphail@faegredrinker.com

*Counsel for Intervenor 800 Hoyt, LLC*

Aaron G. McCollough
McGuireWoods
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
amccollough@mcguirewoods.com

*Counsel for the Receiver Mark Roberts*

*/s/ Michael R. Dziuban*
Michael R. Dziuban

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

4