# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants, <br><br>———————————————<br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, at al., <br><br> Interpleader Defendants. | Case No. 1:20cv484 <br><br> Hon. Rossie D. Alston, Jr. <br> Hon. Theresa Buchanan <br><br><br><br><br> **NOTICE OF FILING MOTION TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Local Rule 5(C), Defendant Cheshire Ventures, LLC files this notice of filing a motion to file a copy of the Exhibit A to the Declaration of Adam R. Smart in support of Cheshire Venture's opposition to Plaintiffs' motion to compel under seal.

Parties and non-parties that they may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal. The notice shall also state that any person objecting to the motion

48271037 v1

must file an objection with the Clerk within seven (7) days after the filing of the motion to seal and that if no objection is filed in a timely manner, the Court may treat the motion as uncontested.

|  |  |
|---|---|
| July 13, 2022 | **BURR & FORMAN LLP** |
|  | */s/ Rachel Friedman* |
|  | Rachel Friedman (VA Bar #93898) |
|  | 420 North 20th Street, Suite 3400 |
|  | Birmingham, AL 35203 |
|  | Telephone: (205) 251-3000 |
|  | Facsimile: (205) 458-5100 |
|  | rfriedma@burr.com |
|  | |
|  | */s/ J. Alex Little* |
|  | J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*) |
|  | Emily H. Mack (TN Bar No. 31217) (*pro hac vice*) |
|  | 222 2nd Ave. S., Suite 2000 |
|  | Nashville, TN 37201 |
|  | Telephone: (615) 724-3200 |
|  | alex.little@burr.com |
|  | emack@burr.com |
|  | |
|  | Adam R. Smart (FL Bar No 1032572) (*pro hac vice)* |
|  | 50 North Laura Street, Suite 3000 |
|  | Jacksonville, Florida 32202 |
|  | Telephone: (904) 232-7200 |
|  | asmart@burr.com |
|  | |
|  | *Attorneys for Cheshire Ventures, LLC* |

48271037 v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, a true and correct copy of the foregoing has been served upon the following via email:

>Casey Kirschner
>635 N. Alvarado Lane
>Plymouth, MN 55447
>casey.kirschner@gmail.com
>*Pro se*

Dated: July 13, 2022

*/s/ Rachel Friedman*
Rachel Friedman