IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMAZON.COM, INC. and AMAZON )
DATA SERVICES, INC., )
)
    Plaintiffs, )
)
    v. )    Civil Action No. 1:20-cv-484 (RDA/TCB)
)
WDC HOLDINGS LLC d/b/a )
NORTHSTAR COMMERCIAL )
PARTNERS, *et al.*, )
)
    Defendants. )
)
_____ )
800 HOYT LLC, )
)
    Intervening Interpleader Plaintiff, )
)
    v. )
)
BRIAN WATSON, WDC HOLDING LLC, )
BW HOLDINGS LLC, PLW CAPITAL I, )
LLC.AMAZON.COM, INC, and AMAZON )
DATA SERVICES, INC., )
)
    Interpleader Defendants. )
_____ )

## **ORDER**

    This matter comes before the Court on the Watson Defendants' Motion for Court-Hosted

Settlement Conference or Private Mediation ("Motion"). Dkt. 844. Plaintiffs oppose the Motion,

stating that the parties are not in agreement that such a conference would be helpful at this stage

of litigation. *See* Dkt. 867. Discovery continues in this case, and the parties will appear for a Final

Pretrial Conference on October 20, 2022, at which time this Court will set a trial date. At that

time, the Court will also consider its authority under Local Civil Rule 83.6 and evaluate whether

alternative dispute resolution should be ordered.  Accordingly, it is hereby ORDERED that the

Motion (Dkt. 844) is DENIED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and remove the

July 20, 2022 hearing on the Motion from the Court's docket.

It is SO ORDERED.

Alexandria, Virginia
July 15, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge

2