IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br>  Defendants, <br><br> 800 HOYT LLC, <br><br>  Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, et al., <br><br>  Interpleader Defendants. | Case No. 1:20cv484 <br><br> Hon. Rossie D. Alston, Jr. <br> Hon. Theresa Buchanan <br><br><br><br> ORDER |

UPON CONSIDERATION of Defendant Cheshire Ventures LLC's and counsel's unopposed motion for extension of time to file objections to the portion of the Court's July 15, 2022 Order awarding costs and fees (Doc. 889), until fourteen days after the undersigned rules on a forthcoming motion for reconsideration (in the event the parties cannot resolve the matter by agreement in the meantime), and good cause appearing for the requested relief, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the time for filing objections pursuant to Fed. R Civ. P. 72(a), only to the portion of the July 15, 2022 Order imposing costs and fees, is extended until fourteen days

following the undersigned's ruling on any motion for reconsideration.

ENTERED this 28th of July, 2022.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia