IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMAZON.COM, INC. AND AMAZON
DATA SERVICES, INC,

   Plaintiffs,

v.                                                                                  Case No. 1:20-CV-484-RDA-TCB

WDC HOLDINGS LLC D/B/A NORTHSTAR
COMMERCIAL PARTNERS, BRIAN
WATSON, STERLING NCP FF, LLC,
MANASSAS NCP FF, LLC, NSIPI
ADMINISTRATIVE MANAGER, NOVA
WPC LLC, WHITE PEAKS CAPITAL LLC,
VILLANOVA TRUST, CARLETON
NELSON, CASEY KIRSCHNER, ALLCORE
DEVELOPMENT LLC, FINBRIT
HOLDINGS LLC, CHESHIRE VENTURES
LLC, 2010 IRREVOCABLE TRUST, SIGMA
REGENERATIVE SOLUTIONS LLC,
CTBSRM INC, RODNEY ATHERTON,
DEMETRIUS VON LACEY, RENRETS
LLC,

   Defendants.

800 HOYT LLC,

Intervening Interpleader
Plaintiff, Intervening
Interpleader Counter-Defendant,

v.

BRIAN WATSON, WDC HOLDINGS, LLC,
BW HOLDINGS, LLC,

Interpleader Defendants,

And

AMAZON.COM, INC. and AMAZON DATA
SERVICES, INC.,
Interpleader Defendants,
Interpleader Counter-Plaintiffs.

1

## ORDER

This matter came before the Court on Defendants Rodney Atherton and Renrets LLC's motion to extend the protections of the Agreed Protective Order previously entered in this litigation, ECF No. 55, to these defendants. For good cause shown and there being no objection thereto, it is hereby

**ORDERED** that Defendants Atherton and Renrets LLC's motion is **GRANTED**, and it is further

**ORDERED** that the provisions of the Agreed Protective Order entered on June 4, 2020 (ECF No. 55) shall apply to all parties in the case.

ENTERED this 28th day of July, 2022.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virgnia