IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br>        Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIA PARTNERS, et al, <br><br>        Defendants, <br><br> 800 HOYT LLC, <br><br>        Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, et al., <br><br>        Interpleader Defendants. | Case No. 1:20cv484 <br><br> Hon. Rossie D. Alston, Jr. <br> Hon. Theresa Buchanan <br><br><br><br><br> **NELSON DEFENDANTS' UNOPPOSED MOTION FOR INDEPENDENT APPEARANCE OF FOREIGN ATTORNEY** |

Defendants Carleton Nelson and Cheshire Ventures, LLC ("Nelson Defendants") respectfully file this Unopposed Motion for Independent Appearance of Foreign Attorney, and, in so doing, respectfully state the following:

1. The Nelson Defendants respectfully request that their *pro ha vice* admitted counsel, Adam Smart, be permitted to attend the Friday, Augsut 12, 2022 Motion Hearing (Dkt. 903) without aid of local counsel.

2. Pursuant to Local Rule 83.1(D)(1)(b), local counsel is required to attend all hearings with foreign counsel admitted *pro hac vice*.

48774685 v1

3. The Nelson Defendants' local counsel, Rachel Friedman, has an unavoidable travel related conflict out of the country and cannot travel for and is unable to attend the hearing remotely on Friday. For this reason, the Nelson Defendants respectfully request that Ms. Friedman be excused from attendance and Mr. Smart be granted the limited ability to appear independently of her for the August 12, 2022 Motion Hearing only.

4. No party to the motion objects to Mr. Smart's limited independent appearance.

WHEREFORE, for the reasons detailed above, the Nelson Defendants respectfully request that the Court permit counsel Adam Smart to attend the Augsut 12, 2022 Motion Hearing independent of local counsel.

Dated: August 10, 2022

**BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedma@burr.com

J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

*/s/ Adam R. Smart*
Adam R. Smart (FL Bar No 1032572) (*pro hac vice*)
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for Carleton Nelson and Cheshire Ventures LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the August 10, 2022, a true and corrcet copy of the foregoing has been served via email on the following:

                                        Casey Kirschner
                                        635 N. Alvarado Lane
                                        Plymouth, MN 55447
                                        By email: casey.kirschner@gmail.com


                                        */s/ Rachel Friedman*

48774685 v1