# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; *et al.*, <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC, <br><br> Interpleader Defendants, <br><br> and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

## NOTICE OF WITHDRAWAL OF BRIAN WATSON'S MOTION TO COMPEL DISCOVERY

On February 11, 2022, Defendant Brian Watson filed his Motion to Compel Discovery, Dkt. 524, wherein he asked the Court to compel Amazon.com, Inc. and Amazon Data Services, Inc. (together, "Amazon") to provide him with adequate responses to certain interrogatories and requests for production of documents. The hearing on that motion was set for February 18, 2022.

1

Upon referral to Magistrate Judge Buchanan, the hearing was rescheduled for February 28, 2022, Dkt. 531. Two days later, Mr. Watson and the other Watson Defendants filed an Unopposed Motion for an Order Extending the Discovery Deadline and Holding in Abeyance Watson's Motion to Compel, Dkt. 542. The Court granted that motion and ordered that Watson's motion to compel be held in abeyance until further notice, Dkt. 556.

Mr. Watson now files this Notice to inform the Court and other parties that he is withdrawing his Motion to Compel Discovery.

Dated: August 10, 2022

Respectfully submitted,

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC  20006
202.524.4140 – Tel.
202 524.4141 – Fax
jhamlin@ifrahlaw.com
george@ifrahlaw.com

*Attorneys for Defendants Brian Watson, WDC Holdings LLC dba Northstar Commercial Partners, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager*

## CERTFICATE OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal of Brian Watson's Motion to Compel Discovery will be filed with the Clerk using the Court's CM/ECF system, which will send a notification of electronic filing ("NEF") to all counsel of record. I further certify that I will serve *pro se* Defendant Casey Kirschner by U.S. Mail First Class to the following address: 635 N. Alvarado Lane, Plymouth, MN 55447.

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VSB 46932)