# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

|  |  |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-484 (RDA/TCB) |

## ORDER

This matter comes before the Court on Defendant Brian Watson's ("Defendant") Notice of Withdrawal of Brian Watson's Motion to Compel Discovery. (Dkt. 907.) Defendant states that he wishes to withdraw his Motion to Compel Discovery (Dkt. 524), which the Court has held in abeyance since February 28, 2022. (Dkt. 556.)

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Compel (Dkt. 524) is **DENIED AS MOOT**.

ENTERED this 11th day of August, 2022.

/s/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia