UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WDC HOLDINGS, LLC, d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:20-cv-484 (RDA/TCB) |

## ORDER

It appearing to the Court that electronic devices will be necessary for all parties for the hearing on Friday, August 12, 2022, it is hereby

**ORDERED** that all parties are **GRANTED PERMISSION** to bring electronic devices, including cellphones, laptops, calendars, and any other such devices, into the Courthouse on Friday, August 12, 2022.

ENTERED this 11th day of August, 2022.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia