**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDINGS, LLC, and BW HOLDINGS, LLC, <br><br> Interpleader Defendants, <br><br> and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5(C) and Section 11(e) of the Protective Order entered in this case on June 4, 2020, ECF 55, Defendant Brian Watson respectfully seeks leave to file under seal the unredacted version of their Memorandum in Support of their Motion to Remove "Attorneys' Eyes Only" Designation and Exhibit C to the Declaration of Jeffrey R. Hamlin in support of that Motion.

Pursuant to the Protective Order, Non-Party IPI Partners LLC ("IPI") has designated Exhibit C as "Highly Confidential—Attorneys' Eyes Only." The Protective Order requires

discovery material designated by a party as "Highly Confidential—Attorneys' Eyes Only" to be filed under seal. Because Watson's Memorandum in Support of the Motion to Remove "Attorneys' Eyes Only" Designation describes and quotes language from Exhibit C, Watson also requests leave to file it under seal.

Under Local Civil Rule 5, IPI "must file a response to [this] motion complying with [the] requirements" of Local Civil Rule 5(C)(2), (3), and (4) justifying the sealing of the materials

Dated: August 12, 2022

Respectfully submitted,

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (*pro hac vice*)
James Trusty (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

Stanley L. Garnett (*pro hac vice*)
Amanda K. Houseal (*pro hac vice*)
Sara R. Bodner (*pro hac vice*)
Leah M. Regan-Smith (*pro hac vice*)
Neil S. Sandhu (*pro hac vice*)
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
sgarnett@bhfs.com
ahouseal@bhfs.com
sbodner@bhfs.com
lregansmith@bhfs.com
nsandhu@bhfs.com

*Counsel for WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings LLC*