# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants. | CASE NO. 1:20-CV-484-LO-TCB |
| 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDINGS, LLC, and BW HOLDINGS, LLC, <br><br> Interpleader Defendants, <br><br> and <br><br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br> Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**NOTICE OF HEARING REGARDING BRIAN WATSON'S MOTION TO REMOVE "ATTORNEY'S EYES ONLY" DESIGNATIONS**

PLEASE TAKE NOTICE that on Friday, August 19, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, counsel for Brian Watson will present argument before this Court on the Motion to Remove "Attorney's Eyes Only" Designation.

1

Dated: August 12, 2022  Respectfully submitted,

/s/ *Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC  20006
202.524.4140 – Tel.
202 524.4141 – Fax
jhamlin@ifrahlaw.com
george@ifrahlaw.com

*Attorneys for Defendants Brian Watson, WDC Holdings LLC dba Northstar Commercial Partners, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager*