UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-484  (RDA/TCB) |
| WDC HOLDINGS, LLC, d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

ORDERED that Plaintiffs' Motion for a Protective Order Prohibiting Rule 30(b)(6) Deposition (Dkt. 900) is **DENIED without prejudice.**

ENTERED this 15th day of August, 2022.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia