UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>THERESA CARROLL BUCHANAN</u>**

<u>MOTION HEARING</u>

**DATE:** __8/19/22_____
**START:** _10:06 a.m._____
**FINISH:** __10:11 a.m._____
**REPORTER: <u>FTR</u>**
**DEPUTY CLERK: <u>TINA FITZGERALD</u>**

**Civil Action Number:** __1:20-cv-484_____

        Amazon.Com Inc. et al

            vs.

        WDC Holdings LLC et al

Appearance of Counsel for:   (  ) Plaintiff   ( x ) Defendant   ( x ) Interested Party
                                    (  ) Pro Se Pltf   (  ) Pro Se Deft

Motion:
_____To Remove "Attorneys Eyes Only" Designations DE# 918_____
_____

(  ) Matter is Uncontested and Taken Under Advisement

Argued &

(  ) Granted ( x ) Denied (  ) Granted in part/Denied In Part
(  ) Taken Under Advisement (  ) Continued to _____

_____
_____

(  ) Report and Recommendation to Follow

( x ) Order to Follow

(  ) Rule to Show Cause to be Issued