# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-484-RDA-TCB |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, September 16, 2022, at 10:00 a.m. or as soon thereafter as the matter may be heard, counsel for the Watson Defendants will present argument before this Court on their Motion for Leave to Supplement Briefing in Support of Their Motion to Vacate Preliminary Injunction (Dkt. 695).

Date:   August 26, 2022

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jrhamlin@ifrahlaw.com

*Counsel for the Watson Defendants*