# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., | Case No. 1:20cv484 |
| Plaintiffs, | Hon. Rossie D. Alston, Jr. |
| v. | Hon. Theresa Buchanan |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., | |
| Defendants, | NOTICE OF HEARING ON DEFENDANT CARLETON NELSON'S MOTION TO STRIKE (Doc. 959) |
| 800 HOYT LLC, | |
| Intervening Interpleader Plaintiff, | EXPEDITED HEARING REQUESTED |
| v. | |
| BRIAN WATSON, et al. | |
| Interpleader Defendants. | |

PLEASE TAKE NOTICE that on September 2, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard, counsel for Defendant Carleton Nelson will present argument before this Court on his motion to strike five factual assertions in Amazon's motion for protective order and memorandum in support thereof.

The parties are already to appear at this hearing time and date on that very motion for protective order. Thus, the hearing is being requested on an expedited basis due to the nature of the relief requested, and because the motion at issue is already the subject of a hearing at that time.

47814164 v1

2

August 30, 2022　　　　　　**BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedman@burr.com

*/s/ J. Alex Little*
J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

Adam R. Smart (FL Bar No 1032572) (*pro hac vice)*
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for Carleton Nelson and Cheshire Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, a true and correct copy of the foregoing has been served upon the following via email:

> Casey Kirschner
> 635 N. Alvarado Lane
> Plymouth, MN 55447
> casey.kirschner@gmail.com
> *Pro se*

Dated: August 30, 2022          */s/ Rachel Friedman*
                                Rachel Friedman