IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br>      Plaintiffs, <br>  v. <br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON, CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, <br><br>      Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br>      Intervening Interpleader Plaintiff / Intervening Interpleader Counter-Defendant, <br>  v. <br><br>BRIAN WATSON; WDC HOLDINGS, LLC; PLW CAPITAL I, LLC; BW HOLDINGS; LLC, <br><br>      Interpleader Defendants, <br>  and <br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br><br>      Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**WAIVER OF ORAL ARGUMENT ON JOINT MOTION
ON BRIEFING SCHEDULE**

Pursuant to Local Civil Rule 7(E), Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. and Defendant Carleton Nelson hereby waive oral argument on the Joint Motion on Briefing Schedule.

Dated: August 31, 2022                                         Respectfully submitted,

| | |
|---|---|
| Veronica S. Moyé (*pro hac vice*) | */s/ Michael R. Dziuban* |
| GIBSON, DUNN & CRUTCHER LLP | Elizabeth P. Papez (*pro hac vice*) |
| 2001 Ross Avenue, Suite 2100 | Patrick F. Stokes (*pro hac vice*) |
| Dallas, TX 75201 | Jason J. Mendro (*pro hac vice*) |
| Telephone: (214) 698-3100 | Claudia M. Barrett (*pro hac vice*) |
| Facsimile: (214) 571-2900 | David W. Casazza (*pro hac vice*) |
| vmoye@gibsondunn.com | Amanda Staerling (*pro hac vice*) |
| | Michael R. Dziuban (Va. State Bar No. 89136) |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| | Telephone: (202) 955-8500 |
| | Facsimile: (202) 467-0539 |
| | epapez@gibsondunn.com |

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*


*/s/      Rachel Friedman*                                      */s/     Adam R. Smart*
Rachel Friedman (VA Bar #93898)           Adam R. Smart (FL Bar No 1032572) (*pro hac vice*)
420 North 20th Street, Suite 3400              50 North Laura Street, Suite 3000
Birmingham, AL  35203                               Jacksonville, Florida 32202
Telephone: (205) 251-3000                        Telephone: (904) 232-7200
Facsimile: (205) 458-5100                          asmart@burr.com
rfriedman@burr.com

J. Alex Little, IV (TN Bar No. 29858)
(*pro hac vice*)
Emily H. Mack (TN Bar No. 31217)
(*pro hac vice*)
222 2nd Ave. S., Suite 200
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

*Attorneys for Carleton Nelson*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

CTBSRM, Inc.
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Demetrius Von Lacey
2845 Des Moines Dr.,
Fort Collins, CO 80525

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com

2010 Irrevocable Trust
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Sigma Regenerative Solutions, LLC
6870 W 52nd Ave., Ste. 203

/s/ Michael R. Dziuban
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*