IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AMAZON.COM, INC. and AMAZON
DATA SERVICES, INC.,

   Plaintiffs,

  v.

WDC HOLDINGS LLC dba
NORTHSTAR COMMERCIAL
PARTNERS; BRIAN WATSON;
STERLING NCP FF, LLC; MANASSAS
NCP FF, LLC; NSIPI
ADMINISTRATIVE MANAGER; NOVA
WPC LLC; WHITE PEAKS CAPITAL
LLC; VILLANOVA TRUST;
CARLETON NELSON; CASEY
KIRSCHNER; ALLCORE
DEVELOPMENT LLC; FINBRIT
HOLDINGS LLC; CHESHIRE
VENTURES LLC; 2010
IRREVOCABLE TRUST; SIGMA
REGENERATIVE SOLUTIONS LLC;
CTBSRM, INC.; RODNEY
ATHERTON; DEMETRIUS VON
LACEY; RENRETS LLC,

   Defendants.

       CASE NO. 1:20-CV-484-RDA-TCB

800 HOYT LLC,

   Intervening Interpleader
   Plaintiff, Intervening
   Interpleader Counter-
   Defendant,

  v.

BRIAN WATSON; WDC HOLDINGS,
LLC; BW HOLDINGS, LLC,

   Interpleader Defendants,

  and

AMAZON.COM, INC., and AMAZON
DATA SERVICES, INC.,

> Interpleader Defendants,
> Interpleader Counter-
> Plaintiffs.

## CONSENT ORDER

Pursuant to Federal Civil Rule 15(a)(2), Renrets LLC's consent motion for leave to file an amended answer to the Third Amended Complaint is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____

_____ /S/

United States Magistrate Judge