**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **AMAZON.COM, INC and AMAZON DATA SERVICES, INC.,**  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>**WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al.,**  )<br>  )<br>Defendants,  )<br>_____  )<br>  )<br>**800 HOYT LLC,**  )<br>  )<br>Intervening Interpleader Plaintiff,  )<br>  )<br>v.  )<br>  )<br>**BRIAN WATSON, et al.,**  )<br>  )<br>Interpleader Defendants.  )<br>  ) | **Case No. 1:20cv484**<br><br>**Hon. Rossie D. Alston, Jr.**<br>**Hon. Theresa Buchanan**<br><br><br><br><br><br>**NOTICE OF ERRATA**<br>**(DOC. 968)** |

    Defendant Carleton Nelson files this notice of errata to correct Doc. 968 to correct the sentence at the end of page 8 going onto page 9 to state as follows: "Again, Mr. Nelson is seeking Ms. Galetti's individual deposition, and further, it is indisputable that Amazon's document production has **not** provided all of the necessary information." Defendant inadvertently left out the word "not" in this sentence. Although from the context of the sentence it should be clear that the omission was a typographical error, Defendant files this notice of errata to make it explicit.

September 1, 2022          **BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedman@burr.com

*/s/ J. Alex Little*
J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

Adam R. Smart (FL Bar No 1032572) (*pro hac vice*)
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for Carleton Nelson and Cheshire Ventures, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, a true and correct copy of the foregoing has been served upon the following via email:

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
casey.kirschner@gmail.com
*Pro se*

Dated: September 1, 2022          */s/ Rachel Friedman*
                                   Rachel Friedman

48944986 v1