IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS, LLC, <br><br> Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |

**NOTICE OF APPEARANCE**

John-David H. Thomas of the law firm Waller Lansden Dortch & Davis, LLP hereby gives notice of his appearance as counsel of record in this matter for Defendant Casey Kirschner.

    Respectfully submitted,

    /s/ John-David H. Thomas
    John-David H. Thomas (VA Bar #68714)
    WALLER LANSDEN DORTCH & DAVIS, LLP
    511 Union Street, Suite 2700
    Nashville, TN 37219
    Telephone: (615) 244-6804
    jd.thomas@wallerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF system.

/s/  John-David H. Thomas

4862-7815-3520.1