# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., | ) ) ) ) ) |
| Defendants, | ) ) |
| 800 HOYT LLC, | ) ) |
| Intervening Interpleader Plaintiff, | ) ) |
| v. | ) ) |
| BRIAN WATSON, et al., | ) ) |
| Interpleader Defendants. | ) ) |

Case No. 1:20cv484

Hon. Rossie D. Alston, Jr.
Hon. Theresa Buchanan

## ORDER

This matter comes before the Court on Defendant Carleton Nelson's Unopposed Motion for Independent Appearance of Foreign Attorney. Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

48972008 v1

2

**ORDERED** that local counsel Rachel Friedman is excused and *pro hac vice* admitted counsel Adam Smart is permitted to attend the Friday, September 9, 2022 hearing without aid of local counsel.

Entered this 8th day of September, 2022.

/S/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE