## ** CIVIL MINUTES **

Date: 9/09/2022  
Time: 10:00-10:35  
Court Reporter: T. Harris  

Judge: Buchanan

Civil Action Number: 1:20cv484

Amazon.Com, Inc., et al. v. WDC Holdings LLC, et al.

| Counsel for Plaintiffs: | Counsel for Defendant Carleton Nelson: |
|---|---|
| Elizabeth Papez<br>Claudia Barrett<br>Michael Dziuban | Adam Smart |

Appearance of Counsel for Plaintiffs and Counsel for Deft, Carleton Nelson.

The Court indicated that the Joint Motion for Briefing Schedule and Motion to Seal would be Granted.

Defendant Carleton Nelson's [959] Motion to Strike Portions of Amazon's Motion for Protective Order – Argued and Denied.

Plaintiffs' [953] Motion for a Protective Order - Argued and Granted.

Plaintiff's request for a conference on confidentiality designation. (Dkt. 989)  cont'd to next Friday, September 16, 2022 at 10:00 a.m.