# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS, LLC, d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:20-cv-484 (RDA/TCB) ) ) ) ) ) ) |

## ORDER

FOR REASONS stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiffs' Motion for a Protective Order (Dkt. 953) is **GRANTED.** It is further

**ORDERED** that Defendant's Motion to Strike Portions of Amazon's Motion for Protective Order and Supporting Memorandum (Dkt. 953,954) is **DENIED**.

ENTERED this 12th day of September, 2022.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia