# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-484 (RDA/TCB) ) |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

This matter comes before the Court on Plaintiff's Amazon.com, Inc. and Amazon Data Services, Inc.'s request for a conference on confidentiality designation. (Dkt. 989.)

Accordingly, it is hereby

**ORDERED** that Plaintiff's Amazon.com, Inc. and Amazon Data Services, Inc.'s request for a conference on confidentiality designation. (Dkt. 989)  is continued to September 16, 2022 at 10:00 a.m. before the undersigned.

ENTERED this 12th day of September 2022.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia