IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br>     Plaintiffs,<br><br>     v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,<br>     Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC,<br>     Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant,<br><br>     v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC,<br>     Interpleader Defendants,<br>     and<br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br>     Interpleader Defendants,<br>     Interpleader Counter-Plaintiffs. | |

**JOINT MOTION FOR AN ORDER EXTENDING CERTAIN CASE DEADLINES**

1

Amazon.com, Inc., Amazon Data Services, Inc., Rodney Atherton, Carleton Nelson, Casey Kirschner, Brian Watson, WDC Holdings LLC, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, Cheshire Ventures, and Renrets LLC (collectively, the "Parties") respectfully move this Court for an order extending the deadlines in this case for expert disclosures, summary judgment motions and briefs, and pretrial disclosures. The Parties also respectfully submit that the October 20, 2022 pretrial hearing should remain on calendar in order to set a trial date.

This motion is necessitated by the fact that Rodney Atherton's wife is seriously ill. To accommodate Mr. Atherton, the Parties have agreed to postpone his deposition until October 28. The Parties also agree that Mr. Atherton's testimony is essential to summary judgment, the expert analysis, and the formulation of trial strategy, and that the deadlines for all related submissions should, therefore, be postponed as well to ensure that the record is sufficiently developed when they are prepared. The Parties request that the due date for pretrial disclosures (witness and exhibit lists, deposition designations and statement of stipulated facts) be moved closer to the trial date, while keeping the October 20th hearing in place so that a trial date can be set.

Accordingly, the Parties respectfully and jointly request that the Court enter an Order setting the remaining case deadlines as follows and permitting the Parties to file pretrial disclosures sixty (60) days before trial:

| | |
|---|---|
| Pre-trial hearing to set trial date | October 20, 2022 |
| Expert disclosures | November 11, 2022 |
| Rebuttal expert reports | December 2, 2022 |
| Expert depositions complete | December 16, 2022 |
| Summary judgment motions | January 11, 2023 |
| Summary judgment responses | January 25, 2023 |
| Summary judgment replies | February 1, 2023 |
| Summary judgment hearing | February 8, 2023 |
| Pretrial hearing disclosures due | 60 days before trial |

A proposed order is attached.

Dated:  September 21, 2022              Respectfully submitted,

                                        /s/ Michael R. Dziuban
Veronica S. Moyé (*pro hac vice*)        Elizabeth P. Papez (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP             Patrick F. Stokes (*pro hac vice*)
2001 Ross Avenue, Suite 2100            Jason J. Mendro (*pro hac vice*)
Dallas, TX 75201                        Claudia M. Barrett (*pro hac vice*)
Telephone:  (214) 698-3100              David W. Casazza (*pro hac vice*)
Facsimile:  (214) 571-2900              Amanda Sterling (*pro hac vice*)
vmoye@gibsondunn.com                    Michael R. Dziuban (Va. State Bar No. 89136)
                                        GIBSON, DUNN & CRUTCHER LLP
                                        1050 Connecticut Avenue, N.W.
                                        Washington, D.C. 20036-5306
                                        Telephone:  (202) 955-8500
                                        Facsimile:  (202) 467-0539
                                        epapez@gibsondunn.com
                                        pstokes@gibsondunn.com
                                        jmendro@gibsondunn.com
                                        cbarrett@gibsondunn.com
                                        dcasazza@gibsondunn.com
                                        asterling@gibsondunn.com
                                        mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

Stanley L. Garnett                      /s/ Jeffrey Hamlin
Justin L. Cohen                         George R. Calhoun
Amanda K. Houseal                       Jeffrey Hamlin
Brownstein Hyatt Farber Schreck LLP     James M. Trusty
410 Seventeenth St., Suite 2200         Ifrah Law, PLLC
Denver, CO 80202-4432                   1717 Pennsylvania Ave, N.W. Suite 650
sgarnett@bhfs.com                       Washington, DC 20006
jcohen@bhfs.com                         george@ifrahlaw.com
ahouseal@bhfs.com                       jhamlin@ifrahlaw.com
                                        jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC*

/s/ Rachel Friedman                     /s/ Adam R. Smart
Rachel Friedman (VA Bar #93898)         Adam R. Smart (FL Bar No 1032572)
420 North 20th Street, Suite 3400       (*pro hac vice*)

| | |
|---|---|
| Birmingham, AL  35203<br>Telephone: (205) 251-3000<br>Facsimile: (205) 458-5100<br>rfriedman@burr.com | 50 North Laura Street, Suite 3000<br>Jacksonville, Florida 32202<br>Telephone: (904) 232-7200<br>asmart@burr.com |
| J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)<br>Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)<br>222 2nd Ave. S., Suite 2000<br>Nashville, TN 37201<br>Telephone: (615) 724-3200<br>alex.little@burr.com<br>emack@burr.com | |

*Counsel for Carleton Nelson*

| | |
|---|---|
| */s/ John-David Thomas*<br>John-David Thomas (VA Bar. No. 68714)<br>Waller Lansden Dortch & Davis LLP<br>511 Union St.<br>Suite 2800<br>Nashville, TN 37212<br>615-850-8682<br>jd.thomas@wallerlaw.com | */s/ Jared Roberts*<br>Lindsay R. McKasson, Esq.<br>Jared Roberts, Esq.<br>Binnall Law Group<br>717 King Street, Suite 200<br>Alexandria, VA 22314<br>lindsay@binnall.com<br>jared@binnall.com |
| *Counsel for Casey Kirschner* | *Counsel for Renrets LLC* |
| */s/ Julie Palmer*<br>Julie Palmer<br>Angela MacFarlane<br>Harman Claytor Corrigan & Wellman<br>PO Box 70280<br>Richmond, VA 23255<br>(804) 747-5200<br>jpalmer@hccw.com<br>amacfarlane@hccw.com | Caroline Lovett Callahan<br>Harman Claytor Corrigan & Wellman<br>1900 Duke Street<br>Suite 210<br>Alexandria, VA 22314<br>(804) 747-5200<br>ccallahan@hccw.com |

*Counsel for Rodney Atherton*

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

CTBSRM, Inc.  
6870 W 52nd Ave., Ste. 203  
Arvada, CO 80002

Demetrius Von Lacey  
2845 Des Moines Dr.,  
Fort Collins, CO 80525

2010 Irrevocable Trust  
6870 W 52nd Ave., Ste. 203  
Arvada, CO 80002

Sigma Regenerative Solutions, LLC  
6870 W 52nd Ave., Ste. 203  
Arvada, CO 80002

*s/ Michael R. Dziuban*  
Michael R. Dziuban  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036-5306  
Telephone:  (202) 955-8500  
Facsimile:  (202) 467-0539  
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*