# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br>          Plaintiffs, <br> <br>    v. <br> <br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, <br>          Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br>          Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant, <br> <br>    v. <br> <br> BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC, <br>          Interpleader Defendants, <br>    and <br> AMAZON.COM, INC., and AMAZON DATA SERVICES, INC., <br>          Interpleader Defendants, <br>          Interpleader Counter-Plaintiffs. | |

**WAIVER OF ORAL ARGUMENT ON JOINT MOTION FOR AN ORDER
EXTENDING CERTAIN CASE DEADLINES**

1

Pursuant to Local Civil Rule 7(E), Amazon.com, Inc., Amazon Data Services, Inc., Rodney Atherton, Carleton Nelson, Casey Kirschner, Brian Watson, WDC Holdings LLC, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, Cheshire Ventures, and Renrets LLC hereby waive oral argument on the Joint Motion.

Dated: September 21, 2022

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
vmoye@gibsondunn.com

Respectfully submitted,

*/s/ Michael R. Dziuban*
Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Jason J. Mendro (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Amanda Sterling (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
jmendro@gibsondunn.com
cbarrett@gibsondunn.com
dcasazza@gibsondunn.com
asterling@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

Stanley L. Garnett
Justin L. Cohen
Amanda K. Houseal
Brownstein Hyatt Farber Schreck LLP
410 Seventeenth St., Suite 2200
Denver, CO 80202-4432
sgarnett@bhfs.com
jcohen@bhfs.com
ahouseal@bhfs.com

*/s/ Jeffrey Hamlin*
George R. Calhoun
Jeffrey Hamlin
James M. Trusty
Ifrah Law, PLLC
1717 Pennsylvania Ave, N.W. Suite 650
Washington, DC 20006
george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager,*

2

*Sterling NCP FF, LLC, Manassas NCP FF, LLC*

/s/ Rachel Friedman
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedman@burr.com

J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

/s/ Adam R. Smart
Adam R. Smart (FL Bar No 1032572)
(*pro hac vice*)
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Counsel for Carleton Nelson*

/s/ John-David Thomas
John-David Thomas (VA Bar. No. 68714)
Waller Lansden Dortch & Davis LLP
511 Union St.
Suite 2800
Nashville, TN 37212
615-850-8682
jd.thomas@wallerlaw.com

*Counsel for Casey Kirschner*

/s/ Jared Roberts
Lindsay R. McKasson, Esq.
Jared Roberts, Esq.
Binnall Law Group
717 King Street, Suite 200
Alexandria, VA 22314
lindsay@binnall.com
jared@binnall.com

*Counsel for Renrets LLC*

/s/ Julie Palmer
Julie Palmer
Angela MacFarlane
Harman Claytor Corrigan & Wellman
PO Box 70280
Richmond, VA 23255
(804) 747-5200
jpalmer@hccw.com
amacfarlane@hccw.com

Caroline Lovett Callahan
Harman Claytor Corrigan & Wellman
1900 Duke Street
Suite 210
Alexandria, VA 22314
(804) 747-5200
ccallahan@hccw.com

*Counsel for Rodney Atherton*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:

CTBSRM, Inc.
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Demetrius Von Lacey
2845 Des Moines Dr.,
Fort Collins, CO 80525

2010 Irrevocable Trust
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Sigma Regenerative Solutions, LLC
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

*s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*