**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC, et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-00484 |

**NOTICE TO CIVIL CLERK**

In accordance with this Court's ECF Policies and Procedures,[1] Defendants Brian Watson and WDC Holdings, LLC, d/b/a Northstar Commercial Partners ("Northstar"), by and through undersigned counsel, hereby notify the Civil Clerk of this Court that they are re-filing their Motion to Amend This Court's Order Approving the Receiver's Use of Insurance Proceeds to Pay Defendants' Covered Legal Fees (Dkt. 998) and Proposed Order (Dkt. 998-1) to correct a typographical error that was discovered after the documents were filed. Specifically, the undersigned learned that the motion and proposed order state in error that Defendants have excess D&O coverage under Arch Insurance Company Policy No. AXXQ300383-01. In fact, their excess D&O coverage is under AIC Policy No. AXX9300383-01. In the documents filed herewith, the error has been corrected wherever it occurred by replacing the fourth character of the policy number—"Q"—with the number "9."

---

[1] *See EDVA ECF Policies and Procedures* at 101 (revised Sept. 23, 2020) ("If you realize, after you have committed a transaction, that you have made a mistake, . . . [f]ile the correct document or the corrected document, when appropriate[ and c]all the appropriate clerk's office help desk phone number (between the hours of 8:30 a.m. and 5:00 p,.m.).").

1

In addition, the undersigned fixed obvious grammatical errors, including where a word that was obviously intended was omitted by accident, and cleaned up an otherwise garbled sentence in the meet-and-confer certification at the end. In all other respects, the motion and proposed order are the same as the corresponding documents Defendants filed on September 12, 2022.

Dated: September 21, 2022                    Respectfully submitted,

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC  20006
202.524.4140 – Tel.
202 524.4141 – Fax
jhamlin@ifrahlaw.com
george@ifrahlaw.com

*Counsel for Defendants WDC Holdings LLC and Brian Watson*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I will electronically file the foregoing Notice to Civil Clerk and appended documents using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Dated: September 21, 2022         */s/ Jeffrey R. Hamlin*
                                  Jeffrey R. Hamlin

                                  *Counsel for WDC Holdings, LLC and Brian Watson*