IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,<br><br>    Defendants. | CASE NO. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC,<br><br>    Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant,<br><br>v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS; LLC,<br><br>    Interpleader Defendants,<br><br>and<br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br><br>    Interpleader Defendants,<br>    Interpleader Counter-Plaintiffs. | |

**ORDER**

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s Motion for Determination that Certain Documents and Information are not Protected by Attorney-Client or Work Product Privileges.

Upon consideration of the Motion and for good cause shown, this Court **FINDS** that the crime-fraud exception vitiates any privileges asserted based on an alleged attorney-client relationship between Defendant Rodney Atherton and his co-Defendants Demetrius Von Lacey and Sigma Regenerative Solutions. It is thus hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant Atherton must produce all relevant documents dated prior to April 2, 2020 related to Defendants Demetrius Von Lacey and Sigma Regenerative Solutions withheld on the basis of privilege; and it is furthered

**ORDERED** that Defendant Atherton must produce all relevant deposition testimony as to conduct occurring prior to April 2, 2020 related to Defendants Demetrius Von Lacey and Sigma Regenerative Solutions.

ENTERED this 5d day of October, 2022.

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, VA