IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMAZON.COM, INC. AND AMAZON
DATA SERVICES, INC,

   Plaintiffs,

v.                                                    Case No. 1:20-CV-484-RDA-TCB

WDC HOLDINGS LLC D/B/A NORTHSTAR
COMMERCIAL PARTNERS, BRIAN
WATSON, STERLING NCP FF, LLC,
MANASSAS NCP FF, LLC, NSIPI
ADMINISTRATIVE MANAGER, NOVA
WPC LLC, WHITE PEAKS CAPITAL LLC,
VILLANOVA TRUST, CARLETON
NELSON, CASEY KIRSCHNER, ALLCORE
DEVELOPMENT LLC, FINBRIT
HOLDINGS LLC, CHESHIRE VENTURES
LLC, 2010 IRREVOCABLE TRUST, SIGMA
REGENERATIVE SOLUTIONS LLC,
CTBSRM INC, RODNEY ATHERTON,
DEMETRIUS VON LACEY, RENRETS
LLC,

   Defendants.

800 HOYT LLC,

Intervening Interpleader
Plaintiff, Intervening
Interpleader Counter-Defendant,

v.

BRIAN WATSON, WDC HOLDINGS, LLC,
BW HOLDINGS, LLC,

Interpleader Defendants,

And

AMAZON.COM, INC. and AMAZON DATA
SERVICES, INC.,
Interpleader Defendants,
Interpleader Counter-Plaintiffs.

1

**MEMORANDUM IN SUPPORT OF MOTION TO VACATE ORDER GRANTING AMAZON'S MOTION FOR DETERMINATION THAT CERTAIN DOCUMENTS AND INFORMATION ARE NOT PROTECTED BY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGES**

Defendant Rodney Atherton respectfully requests that this Court enter an order vacating the October 3, 2022 Order granting Plaintiffs' Motion for Determination that Certain Documents and Information are Not Protected by Attorney-Client or Work Product Privileges, as Plaintiffs withdrew their motion on September 29, 2022 and the motion was never heard on the merits.

## I.   INTRODUCTION

On September 23, 2022, Plaintiffs filed a Motion for Determination that Certain Documents and Information are Not Protected by Attorney-Client or Work Product Privileges. Dkt. 1028. The Motion was scheduled to be heard on October 3, 2022. After meeting and conferring with Amazon's counsel to reach agreement on the Motion, on September 28, 2022, Defendant Rodney Atherton obtained a written waiver of attorney client privilege for relevant communications relating to the transactions and entities referenced in this litigation before April 1, 2020, signed by Von Lacey. Upon receipt of Mr. Von Lacey's waiver, on September 29, 2022, Amazon agreed to withdraw its Motion for Determination that Certain Documents and Information are Not Protected by Attorney-Client or Work Product Privileges.

On September 29, 2022, Plaintiffs filed a Notice of Withdrawal of Plaintiffs' Motion for Determination that Certain Documents and Information are Not Protected by Attorney-Client or Work Product Privileges. Dkt. 1047. Defendant Atherton never filed a brief in opposition to the Motion because the parties agreed it would be withdrawn upon Mr. Atherton's obtaining Mr. Von Lacey's waiver. Amazon filed its Notice of Withdrawal of the Motion prior to the scheduled hearing date, and the matter was not heard on the merits at the hearing on October 3, 2022 or at any other time. Nevertheless, on October 3, 2022, the Court entered an Order granting Plaintiffs'

2

Motion for Determination that Certain Documents and Information are Not Protected by Attorney-Client or Work Product Privileges and finding that "the crime-fraud exception vitiates any privileges asserted based on an alleged attorney-client relationship between Defendant Rodney Atherton and his co-Defendants Demetrius Von Lacey and Sigma Regenerative Solutions." Dkt. 1060. Mr. Atherton respectfully requests that this Order be vacated.

## II. ARGUMENT

The authority to vacate an interlocutory order comes from the Court's "inherent equitable power to modify an interlocutory order at any time prior to final judgment." *Braxton v. Virginia Folding Box Co.*, 72 F.R.D. 124, 127 (E.D. Va. 1976); see *Simmons Co. v. Grier Bros. Co.*, 258 U.S. 82, 88 (1922). "It is well established that the interlocutory orders and rulings made pretrial by a district judge are subject to modification by the district judge at any time prior to final judgment,...." *In re United States,* 733 F.2d 10, 13 (2d Cir. 1984).

On September 29, 2022, Amazon agreed to withdraw its Motion for Determination that Certain Documents  Information are Not Protected by Attorney-Client or Work Product Privileges after Defendant Atherton produced a "waiver of attorney client privilege" signed by Von Lacey. Based on this agreement, Defendant Atherton did not file a brief in opposition to Plaintiffs' Motion nor was the matter heard on the merits on October 3, 2022, as previously scheduled. The October 3, 2022 Order granting Plaintiffs' Motion for Determination that Certain Documents and Information are Not Protected by Attorney-Client or Work Product Privileges, specifically finding that the "crime-fraud exception vitiates any privileges asserted based on an alleged attorney-client relationship between Defendant Rodney Atherton and his co-Defendants Demetrius Von Lacey and Sigma Regenerative Solutions," prejudices Defendant Atherton and should be vacated. Counsel for Amazon has advised that they take no position on this Motion.

## III. CONCLUSION

WHEREFORE, for the reasons outlined above, Defendant Rodney Atherton respectfully requests that this Court enter an Order vacating the October 3, 2022 Order granting Plaintiffs' Motion for Determination that Certain Documents and Information are Not Protected by Attorney-Client or Work Product Privileges, specifically vacating the finding that the "crime-fraud exception vitiates any privileges asserted based on an alleged attorney-client relationship between Defendant Rodney Atherton and his co-Defendants Demetrius Von Lacey and Sigma Regenerative Solutions."

**RODNEY ATHERTON**

By Counsel

/s/ Julie S. Palmer
Julie S. Palmer (VSB No. 65800)
Angela MacFarlane (VSB No. 87776)
Caroline L. Callahan (VSB No. 88497)
Counsel for Rodney Atherton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com
amacfarlane@hccw.com
ccallahan@hccw.com

## **C E R T I F I C A T E**

      I hereby certify that a true copy of the foregoing was sent via email this 6th day of October, 2022 to:

      David William Casazza, Esq.
      Michael Robert Dziuban, Esq.
      Amanda Jenkins Sterling, Esq.
      Elizabeth P. Papez, Esq.
      Patrick F. Stokes, Esq.
      Jason J. Mendro, Esq.
      Claudia M. Barrett, Esq.
      Gibson Dunn & Crutcher LLP
      1050 Connecticut Avenue, NW
      Washington, DC 20036-5306
      202-955-8500 - Phone
      dcasazza@gibsondunn.com
      mdziuban@gibsondunn.com
      asterling@gibsondunn.com
      epapez@gibsondunn.com
      pstokes@gibsondunn.com
      jmendro@gibsondunn.com
      cbarrett@gibsondunn.com

      Veronica Smith Moye, Esq.
      Gibson Dunn & Crutcher LLP
      2001 Ross Avenue
      Suite 2100
      Dallas, TX 75201
      214-698-3100 - Phone
      214-571-2936 - Fax
      VMoye@gibsondunn.com
      *Counsel for Amazon.com, Inc. and Amazon Data Services, Inc.*

      George R. Calhoun, Esq.
      Jeffrey Robin Hamlin, Esq.
      James M. Trusty, Esq.
      Ifrah Law, PLLC
      1717 Pennsylvania Avenue, NW
      Suite 650
      Washington, DC 20006
      202-524-4143 - Phone
      202-524-4142 – Fax
      george@ifrahlaw.com
      jhamlin@ifrahlaw.com
      jtrusty@ifrahlaw.com

Stan Garnett, Esq.
Amanda Kristine Houseal, Esq.
Justin L. Cohen, Esq.
Leah Mae Regan-Smith, Esq.
Neil Singh Sandhu, Esq.
Sara Reid Bodner, Esq.
Brownstein Hyatt & Farber PC
410 17th Street
22nd Floor
Denver, CO 80202
303-223-1100 - Phone
303-223-1111 - Fax
Sgarnett@bhfs.com
ahouseal@bhfs.com
jcohen@bhfs.com
lreadgansmith@bhfs.com
nsandhu@bhfs.com
sbodner@bhfs.com
*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC*

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
*Pro se*

Adam Ryan Smart, Esq.
Burr & Forman LLP
50 North Laura Street
Suite 3000
Jacksonville, FL 32202
904-232-7200 - Phone
904-232-7213 - DD
904-232-7201 - Fax
asmart@burr.com

Alex Little, Esq.
Emily Harper Mack, Esq.
Burr & Forman LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201
615-724-3200 - Phone
615-724-3290 - Fax
emack@burr.com
Alex.Little@burr.com

6

Rachel Ross Friedman, Esq.
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
205-458-5267 - Phone
205-458-5100 - Fax
rfriedman@burr.com
*Counsel for Cheshire Ventures, LLC*

Aaron Gregory McCollough, Esq.
McGuire Woods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
312-849-8256 - Phone
312-698-4522 - Fax
amccollough@mcguirewoods.com
*Counsel for Receiver Mark Roberts*

Michael Ross MacPhail, Esq.
Alison Morgan Agnew, Esq.
Faegre Drinker Biddle & Reath LLP
1144 15th Street
Suite 3400
Denver, CO 80202
303-607-3500 - Phone
303-607-3600 - Fax
michael.macphail@faegredrinker.com
alison.agnew@faegredrinker.com
*Counsel for Intervenor 800 Hoyt, LLC*

Charles F. Conolly, Esq.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 20006
202-887-4000 - Phone
202-887-4288 - Fax
cconnolly@akingump.com

JD Thomas, Esq.
Waller
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
615-850-8682 - Phone

7

jd.thomas@wallerlaw.com

                                               /s/ Julie S. Palmer
                                               Julie S. Palmer