IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM and AMAZON DATA SERVICES, INC., <br>       Plaintiffs, <br> v. <br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS, et al. <br>       Defendants. | Civil Action No. 1:20-CV-484-RDA-TCB |
| 800 HOYT LLC, <br><br>       Intervening Interpleader Plaintiff / Intervening Interpleader Counter - Defendant, <br> v. <br> BRIAN WATSON; WDC HOLDINGS LLC; BW HOLDINGS, LLC, <br><br>       Interpleader Defendants, <br> and <br> AMAZON.COM, et al. <br><br>       Interpleader Defendants / Interpleader Counter-Plaintiffs. | |

**WATSON DEFENDANTS' NOTICE OF COMPLIANCE WITH
COURT'S OCTOBER 3, 2022 ORDER (DKT. 1059)**

Defendants WDC Holdings LLC d/b/a Northstar Commercial Partners ("Northstar"), Brian Watson ("Mr. Watson"), Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings, LLC (collectively, the "Watson Defendants"), by and through undersigned counsel, hereby file this Notice of Compliance with the Court's Order (Dkt. 1059) and state as follows:

1

On October 3, 2022 the Court issued an Order (Dkt. 1059) in response to Plaintiffs' Motion to Compel Production of Revised Privilege Log and Documents Subject to Privilege Waiver (Dkt. 1029).

The Court ordered the Watson Defendants to produce a revised privilege log and any documents that should be disclosed no later than October 7, 2022.

On October 7, 2022, the Watson Defendants provided additional documents and a revised privilege log to Plaintiffs, and all other parties, in compliance with the Court's Order.

*     *     *     *     *

Dated: October 7, 2022　　　　　　　　　　BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Stanley L. Garnett*
Stanley L. Garnett (*pro hac vice*)
Amanda K. Houseal (*pro hac vice*)
Sara R. Bodner (*pro hac vice*)
Leah Regan-Smith (*pro hac vice*)
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
sgarnett@bhfs.com
ahouseal@bhfs.com
sbodner@bhfs.com
lregan-smith@bhfs.com

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (*pro hac vice*)
James Trusty (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I caused the foregoing document to be filed with the Court via the Court's CM/ECF System, which will send a notification of electronic filing to all counsel of record.

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VSB 46932)
