UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>WDC HOLDINGS, LLC, d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, <br><br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:20-cv-484 (RDA/TCB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter came before the Court pursuant to Plaintiff's Motion for Determination that Certain Documents and Information are not Protected by Attorney-Client or Work Product Privileges (Doc. 1028). Plaintiffs' later filed a motion to withdraw such motion (Dkt. 1047) therefore, it is hereby

**ORDERED** that the Courts Order entered on October 3, 2022 (Dkt. 1060) is hereby vacated and shall be removed from the docket.

ENTERED this 11th day of October 2022.

/S/
_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia