DATE: 10/20/22     CASE NUMBER: 1:20cv484     START: 10:17

JUDGE: ALSTON     REPORTER: T. Harris     END: 10:40

PARTIES:

Amazon.com, et al.

v.

WDC Holdings LLC, et al.

APPEARANCES: Counsel for   Plaintiffs (✓)   Defendants (✓)

Counsel indicated that they are in agreement on the following deadlines:

- o     Expert disclosures are due November 11, 2022
- o     Rebuttal expert reports December 2, 2022
- o     Expert depositions complete December 16, 2022
- o     Summary judgment motions are due January 11, 2023
- o     Summary judgment responses are due January 25, 2023
- o     Summary judgment replies are due February 1, 2023
- o     A summary judgment hearing is set for February 8, 2023.
- o     Pretrial hearing disclosures will be due 60 days before trial.

(✓) Case set for trial by JURY on 5/1/2023 at 9:00 (through 5/22/2023)

Counsel directed to contact Judge Davis' chambers no later than 3/1/2023 to set up a settlement conference to be held no later than 3/15/2023.

Counsel encouraged to consider mediation.

Counsel for Carleton Nelson, Alex Little, requests that local counsel not be required to be present. The Court indicated that if counsel submits a motion for pro hac vice, that would suffice, and relieve local counsel's responsibility to be present in court.