IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., ) ) ) Plaintiffs, ) ) v. ) ) WDC HOLDINGS LLC d/b/a ) NORTHSTAR COMMERCIAL ) PARTNERS, *et al.*, ) ) Defendants. ) _____ ) 800 HOYT LLC, ) ) Intervening Interpleader Plaintiff, ) ) v. ) ) BRIAN WATSON, WDC HOLDING LLC, ) BW HOLDINGS LLC, PLW CAPITAL I, ) LLC.AMAZON.COM, INC, and AMAZON ) DATA SERVICES, INC., ) ) Interpleader Defendants. ) _____ ) | Civil Action No. 1:20-cv-484 (RDA/IDD) |

## **ORDER**

This matter comes before the Court on Defendants Brian Watson and WDC Holdings, LLC's unopposed Motion to Amend the Court's October 14, 2022 Order. Dkt. 1079. It is hereby ORDERED that Defendants' Motion is GRANTED. The Court's October 14, 2022 Order (Dkt. 1075) is AMENDED in part to reflect that the insurance policy referenced in that Order should read "AIC Policy No. AAX9300383-01"; and it is

FURTHER ORDERED that all other portions of the Court's October 14, 2022 Order (Dkt.

1075) remain in full force and effect.

It is SO ORDERED.

Alexandria, Virginia
October 26, 2022

/s/

Rossie D. Alston, Jr.
United States District Judge

2