IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMAZON.COM, INC. AND AMAZON DATA
SERVICES, INC,

  Plaintiffs,

v.                                                            Case No. 1:20-CV-484-RDA-TCB

WDC HOLDINGS LLC D/B/A NORTHSTAR
COMMERCIAL PARTNERS, BRIAN
WATSON, STERLING NCP FF, LLC,
MANASSAS NCP FF, LLC, NSIPI
ADMINISTRATIVE MANAGER, NOVA WPC
LLC, WHITE PEAKS CAPITAL LLC,
VILLANOVA TRUST, CARLETON NELSON,
CASEY KIRSCHNER, ALLCORE
DEVELOPMENT LLC, FINBRIT HOLDINGS
LLC, CHESHIRE VENTURES LLC, 2010
IRREVOCABLE TRUST, SIGMA
REGENERATIVE SOLUTIONS LLC,
CTBSRM INC, RODNEY ATHERTON,
DEMETRIUS VON LACEY, RENRETS LLC,

  Defendants.

800 HOYT LLC,

Intervening Interpleader
Plaintiff, Intervening
Interpleader Counter-Defendant,

v.

BRIAN WATSON, WDC HOLDINGS, LLC,
BW HOLDINGS, LLC,

Interpleader Defendants,

And

AMAZON.COM, INC. and AMAZON DATA
SERVICES, INC.,
Interpleader Defendants,
Interpleader Counter-Plaintiffs.

1

## DEFENDANTS' MOTION FOR AN ORDER EXTENDING CASE DEADLINES

Defendants Rodney Atherton, Brian Watson, WDC Holdings LLC dba Northstar Commercial Partners, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC, Casey Kirschner, Carleton Nelson, Cheshire Ventures LLC, and Renrets, LLC with Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s consent hereby move this Court for an order extending the remaining case deadlines as follows:

| | |
|---|---|
| Expert disclosures | November 16, 2022 |
| Rebuttal expert disclosures | December 7, 2022 |
| Expert depositions complete | December 21, 2022 |

WHEREFORE, the Defendants with consent of Amazon request that the Court enter an Order extending the remaining case deadlines as set forth above.

**RODNEY ATHERTON**

By Counsel

/s/ Angela R. MacFarlane
Julie S. Palmer (VSB No. 65800)
Angela R. MacFarlane (VSB No. 87776)
Caroline L. Callahan (VSB No. 88497)
Counsel for Rodney Atherton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jpalmer@hccw.com
amacfarlane@hccw.com
ccallahan@hccw.com

## **C E R T I F I C A T E**

      I hereby certify that on the 11th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      David William Casazza, Esq.
      Michael Robert Dziuban, Esq.
      Amanda Jenkins Sterling, Esq.
      Elizabeth P. Papez, Esq.
      Patrick F. Stokes, Esq.
      Jason J. Mendro, Esq.
      Claudia M. Barrett, Esq.
      Gibson Dunn & Crutcher LLP
      1050 Connecticut Avenue, NW
      Washington, DC 20036-5306
      202-955-8500 - Phone
      dcasazza@gibsondunn.com
      mdziuban@gibsondunn.com
      asterling@gibsondunn.com
      epapez@gibsondunn.com
      pstokes@gibsondunn.com
      jmendro@gibsondunn.com
      cbarrett@gibsondunn.com

      Veronica Smith Moye, Esq.
      Gibson Dunn & Crutcher LLP
      2001 Ross Avenue
      Suite 2100
      Dallas, TX 75201
      214-698-3100 - Phone
      214-571-2936 - Fax
      VMoye@gibsondunn.com
      *Counsel for Amazon.com, Inc. and Amazon Data Services, Inc.*

      George R. Calhoun, Esq.
      Jeffrey Robin Hamlin, Esq.
      James M. Trusty, Esq.
      Ifrah Law, PLLC
      1717 Pennsylvania Avenue, NW
      Suite 650
      Washington, DC 20006
      202-524-4143 - Phone

202-524-4142 – Fax
george@ifrahlaw.com
jhamlin@ifrahlaw.com
jtrusty@ifrahlaw.com

Stan Garnett, Esq.
Amanda Kristine Houseal, Esq.
Justin L. Cohen, Esq.
Leah Mae Regan-Smith, Esq.
Neil Singh Sandhu, Esq.
Sara Reid Bodner, Esq.
Brownstein Hyatt & Farber PC
410 17th Street
22nd Floor
Denver, CO 80202
303-223-1100 - Phone
303-223-1111 - Fax
Sgarnett@bhfs.com
ahouseal@bhfs.com
jcohen@bhfs.com
lreadgansmith@bhfs.com
nsandhu@bhfs.com
sbodner@bhfs.com
*Counsel for Defendants Brian Watson, WDC Holdings, LLC, NSIPI Administrative Manager, Sterling NCP FF, LLC, Manassas NCP FF, LLC*

Adam Ryan Smart, Esq.
Burr & Forman LLP
50 North Laura Street
Suite 3000
Jacksonville, FL 32202
904-232-7200 - Phone
904-232-7213 - DD
904-232-7201 - Fax
asmart@burr.com

Alex Little, Esq.
Emily Harper Mack, Esq.
Burr & Forman LLP
222 Second Avenue South
Suite 2000
Nashville, TN 37201
615-724-3200 - Phone
615-724-3290 - Fax
emack@burr.com
Alex.Little@burr.com

4

Rachel Ross Friedman, Esq.
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
205-458-5267 - Phone
205-458-5100 - Fax
rfriedman@burr.com
*Counsel for Cheshire Ventures, LLC*

Aaron Gregory McCollough, Esq.
McGuire Woods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
312-849-8256 - Phone
312-698-4522 - Fax
amccollough@mcguirewoods.com
*Counsel for Receiver Mark Roberts*

Michael Ross MacPhail, Esq.
Alison Morgan Agnew, Esq.
Faegre Drinker Biddle & Reath LLP
1144 15th Street
Suite 3400
Denver, CO 80202
303-607-3500 - Phone
303-607-3600 - Fax
michael.macphail@faegredrinker.com
alison.agnew@faegredrinker.com
*Counsel for Intervenor 800 Hoyt, LLC*

Charles F. Conolly, Esq.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 20006
202-887-4000 - Phone
202-887-4288 - Fax
cconnolly@akingump.com

5

Lindsay R. McKasson, Esq.
Jared Roberts, Esq.
Binnall Law Group
717 King Street, Suite 200
Alexandria, VA 22314
lindsay@binnall.com
jared@binnall.com
*Counsel for Renrets, LLC*

Kevin Bryan Bedell, Esq.
1309 Capulet Court
McLean, VA 22102
703-963-6118 - Phone
kbbedell@outlook.com

Frederick W.H. Carter, Esq.
Michael W. Robinson, Esq.
Venable, LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
202-344-8191 - Phone
202-344-8300 - Fax
fwhcarter@venable.com
mwrobinson@venable.com

JD Thomas, Esq.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
615-850-8682 - Phone
jd.thomas@wallerlaw.com
*Counsel for Casey Kirchner*

                /s/ Angela R. MacFarlane
                Angela R. MacFarlane