# EXHIBIT A

# McCollough, Aaron G.

| | |
|---|---|
| **From:** | McCollough, Aaron G. |
| **Sent:** | Friday, February 4, 2022 11:25 AM |
| **To:** | Garnett, Stanley |
| **Subject:** | Brian Watson Taxes |

Stan – As discussed last week, the Receiver would like Brian to work directly with Plante Moran in connection with preparation of 2021 individual tax returns.  The Receiver and his team should be involved in all communications between Brian and Plante Moran, and the Receiver will review everything before filing, but we think Brian's direct involvement is appropriate.  The Receiver will be reaching out to Plante Moran to coordinate on that end as well, but please proceed accordingly on your side.  Obtaining an extension for the 2021 return in the first instance seems beneficial.  Let me know if you would like to discuss.

**Aaron G. McCollough**
Partner
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
T:   +1 312 849 8256
M: +1 804 212 5265
F:   +1 312 698 4522
amccollough@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

**McGuireWoods**