**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, et al., <br><br> Defendants, <br><br>———————————————— <br><br> 800 HOYT LLC, <br><br> Intervening Interpleader Plaintiff, <br><br> v. <br><br> BRIAN WATSON, WDC HOLDING LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC. <br><br> Interpleader Defendants. | Case No. 1:20cv484 <br><br> Hon. Rossie D. Alston, Jr. <br> Hon. Ivan D. Davis <br><br><br><br><br><br><br><br> **DEFENDANT CARLETON NELSON'S MOTION TO COMPEL PLAINTIFFS' SUPPLEMENTATION OF ITS RESPONSE TO REQUEST FOR PRODUCTION 4** |

COMES NOW Defendant Carleton Nelson through undersigned counsel, and moves, pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rule 37(A), for an Order compelling Plaintiffs to produce in response to his request for production number 4—which requests "All DOCUMENTS evidencing any procurement policies, processes, or procedures applicable to LEASE TRANSACTIONS or land purchases made by YOU" the following: (1) the new procurement policy for developers it implemented the same month it filed this lawsuit (which policy appears to mirror the conduct alleged to have occurred in this action): (2) the internal non-privileged

49677460 v1

communications related to the implementation of this new policy; (3) the certifications provided by any developer under this new policy that identified Nelson (of which Nelson is aware of two that have not been disclosed in discovery by Amazon); (4) Amazon's internal non-privileged discussions of those responsive certifications; and (5) any further follow-up with those specific responding developers.  This motion is supported by Nelson's brief in support of the motion, the declarations of Carleton Nelson and Adam R. Smart and exhibits thereto, and all matters of record.

### MEET-AND-CONFER CERTIFICATION

Counsel for Defendant Nelson certifies that he conferred in good faith with counsel for Plaintiffs via numerous emails and telephone calls on these matters. The parties were unable to resolve the matter and Amazon refused to provide any of the requested information.

December 23, 2022                **BURR & FORMAN LLP**

*/s/ Rachel Friedman*
Rachel Friedman (VA Bar #93898)
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rfriedman@burr.com

J. Alex Little, IV (TN Bar No. 29858) (*pro hac vice*)
Emily H. Mack (TN Bar No. 31217) (*pro hac vice*)
222 2nd Ave. S., Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
alex.little@burr.com
emack@burr.com

*/s/ Adam R. Smart*
Adam R. Smart (FL Bar No 1032572) (*pro hac vice*)
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
asmart@burr.com

*Attorneys for Carleton Nelson*

3

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on December 23, 2022, a true and correct copy of the foregoing has been served upon all parties of record via the ECF system and via email

Dated: December 23, 2022           */s/ Rachel Friedman*
                                                      Rachel Friedman

49677460 v1