# EXHIBIT F

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 2/20/2020 1:58:43 PM |
| **To:** | Aber, Jessica D. (USAVAE) [Jessica.D.Aber@usdoj.gov] |
| **CC:** | Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov]; MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | RE: Amazon |

Jess, Uzo –

Another topic we will raise with you today is asset restraint/recovery, and Amazon's interest and efforts in that regard.

Thanks,
Patrick


**Patrick Stokes**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com


**From:** Aber, Jessica D. (USAVAE) <Jessica.D.Aber@usdoj.gov>
**Sent:** Tuesday, February 18, 2020 8:52 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Cc:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** Re: Amazon

[External Email]
Uzo and I are available at 9 pm.

> On Feb 18, 2020, at 8:35 PM, Stokes, Patrick F. <PStokes@gibsondunn.com> wrote:
>
> We can do a call tonight. Just let us know when and we'll send a dial-in. Thanks.
>
> **Patrick Stokes**
>
> **GIBSON DUNN**
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
> Tel +1 202.955.8504 • Fax +1 202.530.4214
> PStokes@gibsondunn.com • www.gibsondunn.com

**From:** Aber, Jessica D. (USAVAE) <Jessica.D.Aber@usdoj.gov>
**Sent:** Tuesday, February 18, 2020 8:32 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Cc:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Subject:** Re: Amazon

[External Email]
Patrick - our schedules don't line up for tomorrow morning. We can talk tonight or tomorrow at/after 3. We defer to you.

Thanks,
Jess


On Feb 18, 2020, at 7:40 PM, Stokes, Patrick F. <PStokes@gibsondunn.com> wrote:


Jess, Uzo –

There have been some developments on our end. Do you have time to chat in the morning? (I can also talk tonight if that's easier, but not essential on our end.)

Thanks,
Patrick


**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com


This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the

sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

AMZ-CVL-056156