# EXHIBIT G

Message

___

**From:** Hudson, Kevin (USAVAE) [Kevin.Hudson@usdoj.gov]
**Sent:** 6/24/2022 7:31:50 PM
**To:** Stokes, Patrick F. [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stokes, Patrick653]
**Subject:** RE: Carleton Nelson

[WARNING: External Email]

Hi Patrick,

I'm writing to let you know that one of the seizures we made in Nelson/Krischner/Atherton case has also had its stay elapse. The claimant has agreed to an additional 12 month stay (and we don't think we'll need another), but would only agree if we returned $600,000 of the $800,000 seized. Given that we probably seized the funds too early and obtaining further stays on a contested basis seemed very unlikely, this is where we landed. I wanted to let you know before anything on this was filed.

Best regards,
Kevin

___

**From:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Sent:** Monday, February 14, 2022 11:19 AM
**To:** Hudson, Kevin (USAVAE) <KHudson@usa.doj.gov>
**Cc:** MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** [EXTERNAL] RE: Carleton Nelson

Hi Kevin, thanks for your email. Would you have time for a quick call today between 3-5 ET?

Best,
Patrick


**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 ▪ Mobile +1 202.321.3347 ▪ Fax +1 202.530.4214
PStokes@gibsondunn.com ▪ www.gibsondunn.com

___

**From:** Hudson, Kevin (USAVAE) <Kevin.Hudson@usdoj.gov>
**Sent:** Friday, February 11, 2022 1:13 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Subject:** Carleton Nelson

[WARNING: External Email]

Hi Patrick,

Jamar Walker gave me your contact information. I'm the forfeiture AUSA working on the Carleton Nelson et al. case. I'm writing to let you know that in one of our civil forfeiture cases, 1:20-cv-1343, we have settled with the Nelsons, resulting in the forfeiture of $108,000 and the return of $525,000 to the Nelsons. The decision to enter into

AMZ-CVL-084723

this settlement was driven by the status of the criminal case and the desire to avoid engaging in civil discovery, which usually has a negative impact on a criminal case that has not yet concluded (or at least gone to trial yet).  Unfortunately, our stay of the civil forfeiture case elapsed and the magistrate judge seemed to indicate that he was unwilling to grant another one.  If you have any questions or would like to discuss, I'm happy to do so.

Best regards,
Kevin

Kevin Hudson
Assistant U.S. Attorney
Chief, Asset Recovery Unit
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
(757) 591-4000

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

AMZ-CVL-084724