IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AMAZON.COM and AMAZON DATA SERVICES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-484 RDA/IDD |
| WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS, et al. | ) ) ) | |
| Defendants. | ) ) | |
| 800 HOYT LLC, | ) ) | |
| Intervening Interpleader Plaintiff/ Intervening Interpleader Counter-Defendant, | ) ) ) | |
| v. | ) ) | |
| BRIAN WATSON; WDC HOLDINGS LLC; BW HOLDINGS, LLC, | ) ) ) | |
| Interpleader Defendants, | ) ) | |
| and | ) ) | |
| AMAZON.COM, et al. | ) ) | |
| Interpleader Defendants/Interpleader Counter-Plaintiffs. | ) ) | |

**<u>ORDER</u>**

This matter is before the Court on The Watson Defendants' Motion for Leave to File Consolidated Summary Judgment Briefs that Exceed the Page Limits Under Local Civil Rule 7(F)(3) ("Motion") [Dkt. No. 1148]. This matter can be resolved without oral argument, as such

argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Watson Defendants may file one consolidated motion for summary judgment and one consolidated brief in support that consists of no more than (60) pages. It is further

ORDERED that Watson Defendants may file, in response to a brief opposing their motion for summary judgment, one consolidated reply of no more than forty (40) pages. It is further

ORDERED that Watson Defendants may oppose Amazon's motion for summary judgment with one consolidated opposition brief that consists of no more than sixty (60) pages. It is further

ORDERED that Watson Defendants may oppose any other summary judgment motion filed in this case by one or more parties by filing one responsive or opposition brief that consists of no more than sixty (60) pages.

ENTERED this 10th day of January 2023.

/s/ Ivan D. Davis
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia