UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20715-CR-COOKE

UNITED STATES OF AMERICA

v.

CHARLES KENNETH TOPPING,
a/k/a "Charlie Kenn,"

Defendant.
_____/

## VERDICT

We, the jury, unanimously find as follows as to **CHARLES KENNETH TOPPING**:

As to Count 1 of the Indictment:

✓ GUILTY      _____ NOT GUILTY

As to Count 2 of the Indictment:

✓ GUILTY      _____ NOT GUILTY

As to Count 3 of the Indictment:

✓ GUILTY      _____ NOT GUILTY

As to Count 6 of the Indictment:

✓ GUILTY      _____ NOT GUILTY

As to Count 7 of the Indictment:

✓ _____      _____
GUILTY            NOT GUILTY

As to Count 8 of the Indictment:

✓ _____      _____
GUILTY            NOT GUILTY

As to Count 9 of the Indictment:

✓ _____      _____
GUILTY            NOT GUILTY

As to Count 10 of the Indictment:

✓ _____      _____
GUILTY            NOT GUILTY

As to Count 11 of the Indictment:

✓ _____      _____
GUILTY            NOT GUILTY

As to Count 13 of the Indictment:

✓ _____      _____
GUILTY            NOT GUILTY

SO SAY WE ALL

_____     6/22/17
Foreperson (please sign)         Date
Miami, Florida