# EXHIBIT G

**From:** jlim@jclconsultingllc.com <jlim@jclconsultingllc.com>
**Sent:** Wednesday, July 24, 2019 2:20 PM EDT
**To:** Carleton Nelson <Cheshireventures@outlook.com>
**CC:** michael@glimcherlegacy.com <michael@glimcherlegacy.com>; Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Subject:** RE: H&M Gudelsky Purchase and Sale Agreement---Title Commitment
**Attachment(s):** "936-572.pdf"

CN,
Attached is the recorded plat and deed for NOVEC easement that is not in the title report.

**Johnny C. Lim**
Cell #: (703)798-2499
jlim@jclconsultingllc.com

---

**From:** Carleton Nelson <Cheshireventures@outlook.com>
**Sent:** Wednesday, July 24, 2019 2:02 PM
**To:** jlim@jclconsultingllc.com
**Cc:** michael@glimcherlegacy.com; Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Subject:** Re: H&M Gudelsky Purchase and Sale Agreement---Title Commitment

Thanks Johnny

John we will likely have to run title again here to be clean as we will want to make sure we get the alta lined up with the TC prior to close. Good news is it doesn't affect the proposed development plan.

Stand by - let's see if we can get the plat and deed and then we will push to a new TC once we understand it fully.

Thanks,

CN

On Jul 24, 2019, at 6:26 AM, "jlim@jclconsultingllc.com" <jlim@jclconsultingllc.com> wrote:

> <image001.gif>
> All,
> See attached draft Alta for review. Please note that there is an existing NOVEC easement on the eastern property line that was not included in the title report.  Let me know if you have any questions.  Thank you.
>
> 1. 1982 electric easement—location is blanket;
>    <span style="color:red">Shown as "E" on the Alta</span>
> 2. 2015 water line—location unclear;
>    <span style="color:red">Shown as "W" and "TC" on the Alta</span>
> 3. 1944 Electric easement—location blanket;
>    <span style="color:red">Approximate Location shown on the Alta as "E2"</span>
> 4. Preprinted exception for mineral rights.
>    <span style="color:red">This is not a survey matter but pertains to survey property and shown under (a) in Schedule B, Party II review on the Alta.</span>
>
> **Johnny C. Lim**
> Cell #: (703)798-2499
> jlim@jclconsultingllc.com
>
> ---
>
> **From:** Carleton Nelson <Cheshireventures@outlook.com>
> **Sent:** Friday, July 19, 2019 4:35 PM
> **To:** jlim@jclconsultingllc.com
> **Cc:** michael@glimcherlegacy.com; Cadwallader, John I. <JCadwallader@fbtlaw.com>
> **Subject:** FW: H&M Gudelsky Purchase and Sale Agreement---Title Commitment
>
> Johnny,
>
> See attached with 1-4 comments – can we see if #2 from John is on the plat and have your surveyor review the commitment?
>
> John – the Survey has been completed (JCL does miraculous things) so technically we are in the good graces of the church.

NELSON_CHESHIRE_00862954

Johnny and I will synch on your comments but I agree nothing seems problematic – will come back early next week with any follow up comments.

CN

---

**From:** Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Sent:** Friday, July 19, 2019 10:45 AM
**To:** Michael Glimcher <michael@glimcherlegacy.com>; cheshireventures@outlook.com
**Cc:** Herb Glimcher<herb@glimchercompany.com> <herb@glimchercompany.com>
**Subject:** H&M Gudelsky Purchase and Sale Agreement---Title Commitment

<image001.gif>

Michael and Carl—Attached is the TC which is in good shape and only reflects:

1. 1982 electric easement—location is blanket;
2. 2015 water line—location unclear;
3. 1944 Electric easement—location blanket;
4. Preprinted exception for mineral rights.

Pursuant to section 3.1 of the PSA we were to order a survey by June 5th and none was ordered as HG appropriately did not want to incur this expense. I made no title objections because the above encumbrances are not problematic and we have no survey. I'm sitting tight until you guys let me know what is needed. I know you will be contacting the local engineer and lawyer so let me know what if anything you need rom me. Cheers, John

**John I. Cadwallader**
Attorney at Law | Frost Brown Todd LLC

614.559.7212   Direct
614.804.6605   Mobile

jcadwallader@fbtlaw.com

---

**From:** Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Sent:** Friday, July 19, 2019 12:19 PM
**To:** Michael Glimcher <michael@glimcherlegacy.com>; cheshireventures@outlook.com
**Subject:** (1)Critical Dates adn (2) PSA---H&M Gudelsky Purchase and Sale Agreement

Michael and Carl—Here you go and call with questions. Best, John

**John I. Cadwallader**
Attorney at Law | Frost Brown Todd LLC

614.559.7212   Direct
614.804.6605   Mobile

jcadwallader@fbtlaw.com

---

**From:** Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Sent:** Friday, July 19, 2019 10:25 AM
**To:** Herb Glimcher<herb@glimchercompany.com> <herb@glimchercompany.com>

NELSON_CHESHIRE_00862955

**Subject:** FW: Critical Dates - H&M Gudelsky Purchase and Sale Agreement

Herb—as a follow-up to my text. Best, John

**John I. Cadwallader**
**Attorney at Law | Frost Brown Todd LLC**

614.559.7212   Direct
614.804.6605   Mobile

jcadwallader@fbtlaw.com

**From:** Schengeli, Linda M. <LSchengeli@fbtlaw.com> **On Behalf Of** Cadwallader, John I.
**Sent:** Wednesday, June 12, 2019 3:07 PM
**To:** Herb Glimcher <herb@glimchercompany.com>; casey.kirschner@gmail.com
**Cc:** Cadwallader, John I. <JCadwallader@fbtlaw.com>
**Subject:** Critical Dates - H&M Gudelsky Purchase and Sale Agreement

This email and the attachments are being sent at the request of John I. Cadwallader, Esq.

Thank you,
Linda Schengeli

**Linda M. Schengeli**
**Legal Secretary | Frost Brown Todd LLC**

614.559.7229   Direct

lschengeli@fbtlaw.com

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

<Alta Survey.pdf>

NELSON_CHESHIRE_00862956