**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS, LLC, <br><br> Defendants. | CASE NO. 1:20-CV-484-RDA-IDD |

## NOTICE OF CHANGE OF FIRM

Defendants WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings, LLC hereby give notice of the following changes to their counsel's contact information:

- On May 6, 2020, Stanley L. Garnett was admitted *pro hac vice* in this case as a partner and employee of Brownstein Hyatt Farber Schreck, LLP.

- Stanley L. Garnett's firm affiliation has changed from Brownstein Hyatt Farber Schreck, LLP to Garnett Powell Maximon Barlow;

- Stanley L. Garnett's email address is now stan.garnett@garnettlegalgroup.com;

- and

- His physical mailing address and telephone number are now 900 Arapahoe Avenue, Boulder, Colorado 80302; 303.991.3344.

Dated:  April 5, 2023

                                          Respectfully submitted,

                                          */s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (VA Bar No. 46932)
George R. Calhoun (*pro hac vice*)
James Trusty (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4140
Facsimile: (202) 524-4141
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

Stanley L. Garnett (*pro hac vice*)
Garnett Powell Maximon Barlow
900 Arapahoe Avenue
Boulder, Colorado 80302
(303) 991-3344
stan.garnett@garnettlegalgroup.com

Amanda K. Houseal (*pro hac vice*)
Sara R. Bodner (*pro hac vice*)
Leah M. Regan-Smith (*pro hac vice*)
Rosa L. Baum (*pro hac vice*)
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
sgarnett@bhfs.com
ahouseal@bhfs.com
sbodner@bhfs.com
lregansmith@bhfs.com
rbaum@bhfs.com

*Counsel for WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, I filed this Notice of Change of Firm, using the Court's CM/ECF system, resulting in service on all counsel of record in this matter.

/s/ Jeffrey R., Hamlin