**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Amazon.Com, Inc. et al | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:20-cv-00484 |
| WDC Holdings LLC et al | ) ) ) ) |
| Defendant. | ) |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on 4/6/2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in Defendant Atherton as to counts I, II, V, VII, and VIII of the Third Amended Complaint; for Defendant Casey Kirschner as to counts I, II, III, VI, VII, and VIII of the Third Amended Complaint; for the Watson Defendants as to counts I, II, III, VII, and VIII of the Third Amended Complaint; and for the Nelson Defendants as to counts I, II, III, VI, VII, and VIII of the Third Amended Complaint.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
              S. Howard
              Deputy Clerk

Dated: 4/6/2023

Alexandria, Virginia