## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

AMAZON.COM, INC. and AMAZON
DATA SERVICES, INC.,

        Plaintiffs,

    v.

WDC HOLDINGS LLC dba NORTHSTAR
COMMERCIAL PARTNERS; BRIAN
WATSON; STERLING NCP FF, LLC;
MANASSAS NCP FF, LLC; NSIPI
ADMINISTRATIVE MANAGER; NOVA
WPC LLC; WHITE PEAKS CAPITAL LLC;
VILLANOVA TRUST; CARLETON
NELSON; CASEY KIRSCHNER;
ALLCORE DEVELOPMENT LLC;
FINBRIT HOLDINGS LLC; CHESHIRE
VENTURES LLC; 2010 IRREVOCABLE
TRUST; SIGMA REGENERATIVE
SOLUTIONS LLC; CTBSRM, INC.;
RODNEY ATHERTON; DEMETRIUS VON
LACEY; RENRETS LLC,

        Defendants.

CASE NO. 1:20-CV-484-RDA-IDD

---

800 HOYT LLC,

        Intervening Interpleader
        Plaintiff, Intervening
        Interpleader Counter-
        Defendant,

    v.

BRIAN WATSON; WDC HOLDINGS, LLC;
BW HOLDINGS, LLC,

        Interpleader Defendants,

   and

AMAZON.COM, INC., and AMAZON
DATA SERVICES, INC.,

        Interpleader Defendants,
        Interpleader Counter-Plaintiffs.

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

Plaintiffs Amazon.com Inc. and Amazon Data Services, Inc. (collectively, "Amazon") hereby respond to Defendants' Motion to Extend the Time to File Responses and Replies to the Currently Pending Motions in Limine in Light of the Court's Order on Summary Judgment. Dkt. 1378 ("Mot."). As of this afternoon, Amazon understands that Defendants have decided that they will not file their responses to motions *in limine* today in accordance with the schedule this Court previously ordered. *See* Dkt. 1298. Defendants, thus, moved for an extension of that deadline a short time ago. *See* Dkt. 1378. Contrary to Defendants' assertion, Amazon does not oppose the relief Defendants request.[1]

Amazon responds here to note that it has worked strenuously to be in a position to meet the Court's deadline today, even in light of the Court's Order on Summary Judgment. Amazon stands ready to file its responses to Defendants' pre-trial motions promptly if the Court denies Defendants' extension motion.

---

[1]    Defendants indicated at 3:17 p.m. ET that they would tell the Court that Amazon opposes the motion if it did not state otherwise before 4 p.m. Amazon had not responded by their deadline.

Dated:  April 7, 2023

Respectfully submitted,

*/s/ Michael R. Dziuban*

Veronica S. Moyé (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
vmoye@gibsondunn.com

Elizabeth P. Papez (*pro hac vice*)
Patrick F. Stokes (*pro hac vice*)
Jason J. Mendro (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Amanda J. Sterling *(pro hac vice)*
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
epapez@gibsondunn.com
pstokes@gibsondunn.com
jmendro@gibsondunn.com
cbarrett@gibsondunn.com
dcasazza@gibsondunn.com
asterling@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system.  I will then send the document and a notification of such filing

(NEF) to the following parties via U.S. mail to their last-known address and by email, where noted:


CTBSRM, Inc.
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Demetrius Von Lacey
2845 Des Moines Dr.
Fort Collins, CO 80525

Casey Kirschner
635 N. Alvarado Lane
Plymouth, MN 55447
By email: casey.kirschner@gmail.com

2010 Irrevocable Trust
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Sigma Regenerative Solutions, LLC
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002


*/s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc*