## ** CIVIL MINUTES **

Date: 4/19/2023                                              Judge: Alston
Time: 10:30-10:50
Court Reporter: T. Harris

Civil Action Number: 1:20cv484

Amazon.Com, Inc., et al. v. WDC Holdings LLC, et al.

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Patrick Stokes<br>Jason Mendro<br>Michael Dziuban | Counsel for WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, and BW Holdings LLC:<br>   Stan Garnett<br>   Sara Bodner<br>Counsel for Carleton Nelson and Cheshire Ventures, LLC :<br>   Adam Smart<br>Counsel for Casey Kirschner:<br>   John-David Thomas<br>Counsel for Mark Roberts, as Receiver:<br>   Aaron McCollough<br>   Joseph Sheerin |

Matter on for a Status Conference.

Jury Trial continued from 5/1/2023 to 10/16/2023 at 9:00 (2 weeks – through 10/27/2023)

Hearings set for next week will be removed.

Counsel to contact Judge Kline no later than 6/1/2023 regarding scheduling of mediation.