IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AMAZON.COM and AMAZON DATA                )
SERVICES, INC.,                           )
                                          )
Plaintiffs,                               )
                                          )
v.                                        )     Civil Action No. 1:20-cv-484 RDA/IDD
                                          )
WDC HOLDINGS LLC dba NORTHSTAR )
COMMERCIAL PARTNERS, et al.               )
                                          )
Defendants.                               )
_____ )
800 HOYT LLC,                             )
                                          )
Intervening Interpleader Plaintiff/       )
Intervening Interpleader Counter-Defendant, )
                                          )
v.                                        )
                                          )
BRIAN WATSON; WDC HOLDINGS                )
LLC; BW HOLDINGS, LLC,                    )
                                          )
Interpleader Defendants,                  )
                                          )
and                                       )
                                          )
AMAZON.COM, et al.                        )
                                          )
Interpleader Defendants/Interpleader      )
Counter-Plaintiffs.                       )
_____

## **ORDER**

This matter is before the Court on The Watson Defendants' Consent Motion for

Expedited Schedule ("Motion") [Dkt. No. 1387]. This matter can be resolved without oral

argument, as such argument would not aid the decisional process. Upon consideration of the

Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Plaintiffs shall file their response to the Motion to Vacate no later than Friday, April 21, 2023, the Watson Defendants shall file their reply, if any, no later than Monday, April 24, 2023, and the hearing on the Watson Defendants' Motion to Vacate shall be set for Wednesday, April 26, 2023 at 10:00 a.m.

ENTERED this 19th day of April 2023.


_____/s/ Ivan D. Davis_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia