IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,<br><br>    Defendants. | CASE NO. 1:20-CV-484-RDA-IDD |
| 800 HOYT LLC,<br><br>    Intervening Interpleader Plaintiff, Intervening Interpleader Counter-Defendant,<br><br>  v.<br><br>BRIAN WATSON; WDC HOLDINGS, LLC; BW HOLDINGS, LLC,<br><br>    Interpleader Defendants,<br>  and<br><br>AMAZON.COM, INC., and AMAZON DATA SERVICES, INC.,<br>    Interpleader Defendants,<br>    Interpleader Counter-Plaintiffs. | |

**DECLARATION OF CLAUDIA M. BARRETT IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFENDANTS' MOTION TO VACATE PRELIMINARY
INJUNCTION AND APPOINTMENT OF MARK A. ROBERTS AS RECEIVER**

I, Claudia M. Barrett, declare under penalty of perjury as follows:

1.  I am over the age of 18 years. I am an attorney licensed to practice law in the state of California and the District of Columbia. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), and counsel for Amazon.com, Inc. and Amazon Data Services, Inc. (collectively, "Amazon" or "Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Response to Defendants' Motion to Vacate Preliminary Injunction and Appointment of Mark A. Roberts as Receiver.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the April 8, 2023 deposition of Kyle Ramstetter in the above-captioned action.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the April 6, 2023 deposition of Christian Kirschner in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on April 21, 2023.

_____
Claudia M. Barrett