# EXHIBIT A

Message

| | |
|---|---|
| **From:** | Huckel, Joshua W. (WF) (FBI) [jwhuckel@fbi.gov] |
| **Sent:** | 2/25/2020 7:03:22 PM |
| **To:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth]; Stokes, Patrick F. [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stokes, Patrick653] |
| **CC:** | Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov]; Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov]; Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov] |
| **Subject:** | RE: Case |

[External Email]
Absolutely. Will do.

-

On Feb 25, 2020 2:02 PM, "Stokes, Patrick F." <PStokes@gibsondunn.com> wrote:
Amazon is pulling this information together. Would you be able to email me a GJ subpoena requesting the information in light of employee privacy concerns?

Thanks,
Patrick
**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

**From:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>
**Sent:** Tuesday, February 25, 2020 12:55 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Cc:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>
**Subject:** Case

[External Email]
Patrick and Lora,
Can you please find out from Amazon the name of the bank to which it pays Casey Kirschner's direct payroll deposits? I'd also like to know the name of the bank to which Amazon paid Carleton Nelson when he was with the company. Thanks in advance for your assistance with this information.
Josh

*Special Agent Josh Huckel*
*FBI*
*Washington Field Office/NVRA*
*(703) 686-6243 (desk)*
████████ *(cell)*

CONFIDENTIAL

AMZ-CVL-056152

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

AMZ-CVL-056153

Message

| | |
|---|---|
| **From:** | Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov] |
| **Sent:** | 3/11/2020 12:45:07 AM |
| **To:** | Stokes, Patrick F. [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stokes, Patrick653] |
| **Subject:** | Re: Amazon |

[External Email]
Yes, you can get me at .

> On Mar 10, 2020, at 7:08 PM, Stokes, Patrick F. <PStokes@gibsondunn.com> wrote:
>
> Do you have time for a short call tonight?   Thanks.

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com · www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 3/11/2020 9:11:19 PM |
| **To:** | Connolly, Chuck [cconnolly@akingump.com]; Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |
| **CC:** | Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov]; Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov]; MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | RE: Cell Phone Numbers |

Mine is ▮▮▮▮▮▮▮▮. If you can't reach me, please also reach out to Lora MacDonald at ▮▮▮▮▮▮▮▮.

Thanks

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 •Fax +1 202.530.4214
PStokes@gibsondunn.com •www.gibsondunn.com

**From:** Connolly, Chuck <cconnolly@akingump.com>
**Sent:** Wednesday, March 11, 2020 4:43 PM
**To:** Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>
**Cc:** Stokes, Patrick F. <PStokes@gibsondunn.com>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>; Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Subject:** Re: Cell Phone Numbers

[External Email]
That's correct Jamar. Thanks.

Sent from my iPhone

> On Mar 11, 2020, at 4:34 PM, Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov> wrote:

**EXTERNAL Email****

Gents,

If you could send us your cell phone numbers, that would be great.

I think I may already have Chuck's (▮▮▮▮▮▮▮▮), but can you confirm?

Thanks,
Jamar

CONFIDENTIAL                                                  AMZ-CVL-056596

**Jamar K. Walker**
Assistant U.S. Attorney
U.S. Attorney's Office, Eastern District of Virginia
Justin W. Williams, U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Office: (703) 299-3827
Mobile: ██████████
jamar.k.walker@usdoj.gov

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

AMZ-CVI-056597

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 3/20/2020 8:24:45 PM |
| **To:** | Uzo Asonye [uzo.asonye@usdoj.gov] |
| **CC:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | Amazon |

Uzo, thanks for the call yesterday. As discussed, I'm sending you bank account information for accounts where we may seek to freeze assets in a civil action.

Best,
Patrick

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

**Entity Bank Accounts**

| Villanova Trust bank account | |
|---|---|
| Beneficiary: | ███████████████████████████████████████. |
| Bank: | ███████████ |

| WDC Holdings bank account | |
|---|---|
| Address: | ████████████ |
| Phone Number: | ██████████ |
| Bank: | ██████████████████ |
| TIN/SSN: | ████████ |
| Potential Account #: | ██████████ |

**Individual Bank Accounts**

AMZ-CVL-056231

**Casey Kirschner personal bank account**

Amazon Employee Direct Deposit Account (as of 06/18/2015):

"Transit ABA/Account #":  ██████████████

**Christian Kirschner personal bank account**

Beneficiary Address:  ████████████████████

Potential Account #:  ████████

Potential ABA Number:  ████████

Potential Bank Name:  ████████

Potential Bank Address:  ██████████████████████

**Carleton Nelson personal bank account**

Amazon Employee Direct Deposit Accounts (as of 02/26/2020):

"Transit ABA/Account #":  ██████████████

"Transit ABA/Account #":  ██████████████

"Transit ABA/Account #":  ██████████████

Other Amazon Employee Direct Deposit Accounts:

"Transit ABA/Account #":  ██████████████

AMZ-CVL-056232

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 3/23/2020 1:02:21 PM |
| **To:** | Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov] |
| **Subject:** | RE: Tuesday afternoon call |

Thanks


**Patrick Stokes**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 •Fax +1 202.530.4214
PStokes@gibsondunn.com •www.gibsondunn.com


**From:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Sent:** Monday, March 23, 2020 8:56 AM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Subject:** RE: Tuesday afternoon call

[External Email]
I'm tied up until late morning/lunch. As soon as I have an open window, I'll let you know.

**From:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Sent:** Monday, March 23, 2020 8:50 AM
**To:** Asonye, Uzo (USAVAE) <UAsonye@usa.doj.gov>
**Subject:** RE: Tuesday afternoon call

Do you have time to catch up this morning on our bank account list, as well as broader issues?

Thanks


**Patrick Stokes**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 •Fax +1 202.530.4214
PStokes@gibsondunn.com •www.gibsondunn.com


**From:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Sent:** Monday, March 23, 2020 8:27 AM
**To:** cconnolly@akingump.com; Stokes, Patrick F. <PStokes@gibsondunn.com>
**Cc:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>; Combs, Randy C. (WF) (FBI) <rccombs@fbi.gov>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>
**Subject:** RE: Tuesday afternoon call

AMZ-CVL-065421

[External Email]
OK. 3:30pm Tuesday. Can you circulate a conference call number?

**From:** Connolly, Chuck <cconnolly@akingump.com>
**Sent:** Friday, March 20, 2020 6:26 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; Asonye, Uzo (USAVAE) <UAsonye@usa.doj.gov>
**Cc:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>; Combs, Randy C. (WF) (FBI) <rccombs@fbi.gov>; Walker, Jamar K. (USAVAE) <jkwalker@usa.doj.gov>; Bateman, Samantha (USAVAE) <SBateman@usa.doj.gov>
**Subject:** RE: Tuesday afternoon call

3:30 works for Akin and IPI.

**From:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Sent:** Friday, March 20, 2020 6:15 PM
**To:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>; Connolly, Chuck <cconnolly@akingump.com>
**Cc:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>; Combs, Randy C. (WF) (FBI) <rccombs@fbi.gov>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>
**Subject:** RE: Tuesday afternoon call

**\*\*EXTERNAL Email\*\***

Hi all, I'm still waiting to hear from one key participant, but in the interest of time, how about we tentatively set the call for 3:30 ET on Tuesday? I believe that should work.

Thanks

**Patrick Stokes**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 •Fax +1 202.530.4214
PStokes@gibsondunn.com •www.gibsondunn.com

**From:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Sent:** Friday, March 20, 2020 4:57 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; cconnolly@akingump.com
**Cc:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>; Combs, Randy C. (WF) (FBI) <rccombs@fbi.gov>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>
**Subject:** Tuesday afternoon call

[External Email]
Patrick and Chuck—

Can you suggest some time(s) on Tuesday afternoon (3/24) that we can connect for approximately 30 minutes? I'm tied up from 1:30-2:30p (eastern) but otherwise free. This is the call that I suggested you may want your clients to participate in, but I defer to you. I was hoping for Monday, but we need to run a couple things down first. Thanks.

Uzo

Uzo Asonye
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
Phone: 703-299-3964
Fax: 703-299-3981
uzo.asonye@usdoj.gov

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 3/25/2020 2:33:59 PM |
| **To:** | Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov]; Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov]; cconnolly@akingump.com [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d426aafadd92407c9fa7be873a7af3e3-Alcon Asia:Co] |
| **CC:** | Huckel, Joshua W. (WF) (FBI) [jwhuckel@fbi.gov]; Combs, Randy C. (WF) (FBI) [rccombs@fbi.gov]; Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov] |
| **Subject:** | RE: Tuesday afternoon call |

Will send one now. Thanks.


**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 •Fax +1 202.530.4214
PStokes@gibsondunn.com •www.gibsondunn.com


**From:** Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>
**Sent:** Wednesday, March 25, 2020 10:25 AM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>; cconnolly@akingump.com
**Cc:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>; Combs, Randy C. (WF) (FBI) <rccombs@fbi.gov>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>
**Subject:** RE: Tuesday afternoon call

[External Email]
Patrick,

11:30 works for us. If you guys could send around a dial-in, that would be great.

Jamar

**Jamar K. Walker**
Office: (703) 299-3827
Mobile: ▮▮▮▮▮▮▮
jamar.k.walker@usdoj.gov


**From:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Sent:** Wednesday, March 25, 2020 10:11 AM
**To:** Asonye, Uzo (USAVAE) <UAsonye@usa.doj.gov>; cconnolly@akingump.com
**Cc:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>; Combs, Randy C. (WF) (FBI) <rccombs@fbi.gov>; Walker, Jamar K. (USAVAE) <jkwalker@usa.doj.gov>; Bateman, Samantha (USAVAE) <SBateman@usa.doj.gov>
**Subject:** RE: Tuesday afternoon call

Uzo and team –

CONFIDENTIAL

Are you available for a brief call today at, say, 11:30 am?  Chuck and I can update you on our respective positions on timing issues.

Best,
Patrick

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.,  Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

**From:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Sent:** Friday, March 20, 2020 4:57 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; cconnolly@akingump.com
**Cc:** Huckel, Joshua W. (WF) (FBI) <jwhuckel@fbi.gov>; Combs, Randy C. (WF) (FBI) <rccombs@fbi.gov>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>
**Subject:** Tuesday afternoon call

[External Email]
Patrick and Chuck—

Can you suggest some time(s) on Tuesday afternoon (3/24) that we can connect for approximately 30 minutes?  I'm tied up from 1:30-2:30p (eastern) but otherwise free.  This is the call that I suggested you may want your clients to participate in, but I defer to you.  I was hoping for Monday, but we need to run a couple things down first.  Thanks.

Uzo

Uzo Asonye
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
Phone: 703-299-3964
Fax: 703-299-3981
uzo.asonye@usdoj.gov

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

AMZ_CIVIL_056581

---

Message

---

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 3/29/2020 2:39:38 PM |
| **To:** | Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov] |
| **Subject:** | Re: Just seeing your text |

How about 12?

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

On Mar 29, 2020, at 1:36 AM, Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov> wrote:

[External Email]

I can talk Sunday.

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 3/30/2020 8:43:02 PM |
| **To:** | Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov]; Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov]; Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |
| **CC:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | Amazon |

Per my discussion with Uzo this weekend, I wanted to give you a heads up that Amazon plans to bring into the loop Keith Klein, Ernest Popescu, and Joe Minarik after the investigation goes overt. Please let us know if you would like to discuss further.

Best,
Patrick

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

CONFIDENTIAL                                                                                          AMZ-CVL-056224

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 4/1/2020 1:09:26 AM |
| **To:** | Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov]; Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov]; Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov] |
| **CC:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | SDC (Developer) |

Amazon has a transaction closing in the very near future in which SDC is attached to the deal as the developer. It is very important for Amazon to acquire the land, and Amazon can remove SDC from the deal at a later time if that becomes necessary. (And no payments will be made to SDC in the near term.) Please let us know as soon as possible if you have any concern with Amazon moving forward or would like to discuss further.

Thanks,
Patrick


**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

CONFIDENTIAL

Appointment

| | |
|---|---|
| **From:** | MacDonald, Lora Elizabeth [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MACDONALD, LORA ELIZABETH] |
| **Sent:** | 4/2/2020 12:50:03 AM |
| **To:** | Stokes, Patrick F. [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stokes, Patrick653]; Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov] |
| **CC:** | Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov]; Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov]; Joshua Huckel [Joshua.Huckel@ic.fbi.gov]; Yousri Omar [yousri@amazon.com]; Matt Doden [doden@amazon.com] |

| | |
|---|---|
| **Subject:** | Amazon IT/Security call |
| **Location:** | Dial In Below |

| | |
|---|---|
| **Start:** | 4/2/2020 1:00:00 AM |
| **End:** | 4/2/2020 1:30:00 AM |
| **Show Time As:** | Tentative |

| | |
|---|---|
| **Required Attendees:** | Stokes, Patrick F.; Asonye, Uzo (USAVAE) |
| **Optional Attendees:** | Walker, Jamar K. (USAVAE); Bateman, Samantha (USAVAE); Joshua Huckel; Yousri Omar; Matt Doden |

Toll-free dial-in number (U.S. and Canada):
(866) 747-5969

International dial-in number:
(631) 812-8554

Conference code:
2028873738

---

**From:** Stokes, Patrick F.
**Sent:** Wednesday, April 1, 2020 8:46 PM
**To:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Cc:** MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>; Joshua Huckel <Joshua.Huckel@ic.fbi.gov>; Yousri Omar <yousri@amazon.com>; Matt Doden <doden@amazon.com>
**Subject:** Re: Amazon IT/Security call

Uzo, we'll send a dial-in for 9pm ET.

Thanks

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306

CONFIDENTIAL

AMZ-CVL-056306

Tel +1 202.955.8504 • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

On Apr 1, 2020, at 8:17 PM, Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov> wrote:

[External Email]

Patrick-

When you have the IT/Security people at amazon ready to talk to us, please circulate a conference call number and our team will jump on the line. Thanks.

Uzo

CONFIDENTIAL                                                                      AMZ-CVL-056307

Appointment

| From: | MacDonald, Lora Elizabeth [/O=GIBSONDUNN/OU=EXCHANGE  ADMINISTRATIVE  GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MACDONALD,  LORA ELIZABETH] |
|---|---|
| Sent: | 4/2/2020 7:36:59 PM |
| To: | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange  Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth]; Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov]; Stokes, Patrick F. [/o=GIBSONDUNN/ou=Exchange  Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stokes,  Patrick653]; Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov]; Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |

| Subject: | Casey/Fogle |
|---|---|
| Location: | Dial In Below |

| Start: | 4/2/2020 7:45:00 PM |
|---|---|
| End: | 4/2/2020 8:15:00 PM |
| Show Time As: | Busy |

**Required Attendees:**  Asonye, Uzo (USAVAE);  Stokes, Patrick F.; Bateman, Samantha (USAVAE);  Walker, Jamar K. (USAVAE)

Toll-free dial-in number (U.S. and Canada):
(866) 747-5969

International dial-in number:
(631) 812-8554

Conference code:
2028873738

_____

**From:** Asonye, Uzo (USAVAE) <Uzo.Asonye@usdoj.gov>
**Sent:** Thursday, April 2, 2020 3:35 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; Bateman, Samantha (USAVAE) <Samantha.Bateman@usdoj.gov>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>
**Cc:** MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Casey/Fogle

[External Email]
Let's do 3:45pm today. Please circulate dial in.

**From:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Sent:** Thursday, April 2, 2020 3:23 PM
**To:** Asonye, Uzo (USAVAE) <UAsonye@usa.doj.gov>; Bateman, Samantha (USAVAE) <SBateman@usa.doj.gov>; Walker, Jamar K. (USAVAE) <jkwalker@usa.doj.gov>
**Cc:** MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** Casey/Fogle

Amazon is considering next steps.  Do you have time to talk before 4:30?  Thanks

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

AMZ-CVL-056205

Message
_____

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 5/2/2020 3:09:42 PM |
| **To:** | Asonye, Uzo (USAVAE) [Uzo.Asonye@usdoj.gov]; Bateman, Samantha (USAVAE) [Samantha.Bateman@usdoj.gov]; |
| | Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |
| **CC:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | Amazon Civil Case |
| **Attachments:** | 2020-4-28 SEALED Granted TRO.pdf; Stamped SEALED Verified Complaint EDVA 20-cv-484.pdf |

All,

As part of Amazon's ongoing cooperation and at your request, Amazon would like to share with you filings it made in a
civil case filed against the defendants identified in the attached materials. Judge O'Grady modified the sealing order on
Friday to permit us to share these materials with all defendants, IPI, and you. The Complaint is 19 MB, so if it doesn't go
through we'll figure out another way to send it. We also have a large volume of exhibits. We can have those sent
to you by an SFTP if that works on your end.

Please let us know if you have any questions.

Best,
Patrick


**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 · Fax +1 202.530.4214
PStokes@gibsondunn.com · www.gibsondunn.com

CONFIDENTIAL                                                                    AMZ-CVL-056086

Appointment

| | |
|---|---|
| **From:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Sent:** | 3/3/2021 3:00:28 PM |
| **To:** | Burke, Matthew (USAVAE) [Matthew.Burke@usdoj.gov]; Stokes, Patrick F. [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stokes, Patrick653]; Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |
| **Subject:** | Amazon |
| **Location:** | Dial-in: (866) 747-5969 / Code: 2028873738 / Cell: 866-747-5969,, 2028873738# |
| **Start:** | 3/3/2021 7:30:00 PM |
| **End:** | 3/3/2021 8:00:00 PM |
| **Show Time As:** | Tentative |

| | |
|---|---|
| **Required Attendees:** | Burke, Matthew (USAVAE); Stokes, Patrick F.; Walker, Jamar K. (USAVAE) |

---

**From:** Burke, Matthew (USAVAE) <Matthew.Burke@usdoj.gov>
**Sent:** Wednesday, March 3, 2021 9:50 AM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>
**Cc:** MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** RE: Amazon

[External Email]
Patrick,

Could we plan to talk at 2:30?  Circulate a dial-in if that works for you.

Thanks,

Matt

**From:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Sent:** Wednesday, March 3, 2021 9:20 AM
**To:** Walker, Jamar K. (USAVAE) <jkwalker@usa.doj.gov>; Burke, Matthew (USAVAE) <mburke@usa.doj.gov>
**Cc:** MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Subject:** Amazon

Hi Jamar, Matt –

Are you able to do a quick call today before 10?  Otherwise 12-3? Sorry for the short notice, but the call shouldn't take long.

Thanks,
Patrick

CONFIDENTIAL

**Patrick Stokes**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 •Mobile ▪▪▪▪▪▪▪ •Fax +1 202.530.4214
PStokes@gibsondunn.com •www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

AMZ-CVL-055857

Message
_____

| | |
|---|---|
| **From:** | Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |
| **Sent:** | 3/5/2021 2:58:19 PM |
| **To:** | Stokes, Patrick F. [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Stokes, Patrick653] |
| **Subject:** | RE: Forfeiture Hearing |
| **Attachments:** | JacksonKelly_Civil_Complaint.pdf |

[External Email]
Got it. Thanks.

Will update you on the VNS as soon as I know more.

In the interim, your call reminded me that there was an additional civil forfeiture complaint filed last week. I have attached it here. No other updates on that front.

Thanks,
Jamar

**Jamar K. Walker**
Office: (703) 299-3827
Mobile:
jamar.k.walker@usdoj.gov

**From:** Stokes, Patrick F. <PStokes@gibsondunn.com>
**Sent:** Friday, March 5, 2021 9:33 AM
**To:** Walker, Jamar K. (USAVAE) <jkwalker@usa.doj.gov>
**Subject:** Forfeiture Hearing

As discussed, here's the dial-in information we've been provided:

Dial in: 1-877-336-1828

Access code: 897-7102

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Mobile              • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

_____

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

AMZ-CVL-055880

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

AMZ-CVL-055881

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 1/26/2022 7:04:14 PM |
| **To:** | Burke, Matthew (USAVAE) [Matthew.Burke@usdoj.gov]; MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **CC:** | Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |
| **Subject:** | RE: let's please talk this afternoon |

Matt, Jamar — we can speak from 3-3:30 or 4-5.  Just let us know and we'll send a dial-in.

Thanks

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Mobile +⬛⬛⬛⬛⬛ • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

**From:** Burke, Matthew (USAVAE) <Matthew.Burke@usdoj.gov>
**Sent:** Wednesday, January 26, 2022 1:58 PM
**To:** Stokes, Patrick F. <PStokes@gibsondunn.com>; MacDonald, Lora Elizabeth <LMacDonald@gibsondunn.com>
**Cc:** Walker, Jamar K. (USAVAE) <Jamar.K.Walker@usdoj.gov>
**Subject:** let's please talk this afternoon

[WARNING: External Email]

Patrick and Lora,

We'd like to speak with you for 15 minutes today.  Please let us know if and when you can squeeze us in.

Thanks,

Matt

Matthew Burke
Assistant United States Attorney
U.S. Attorney's Office for the Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
Direct: (703) 299-3927

AMZ-CVL-084422

Message
_____

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES, PATRICK653] |
| **Sent:** | 2/8/2022 11:10:42 PM |
| **To:** | Burke, Matthew (USAVAE) [Matthew.Burke@usdoj.gov]; Walker, Jamar K. (USAVAE) [Jamar.K.Walker@usdoj.gov] |
| **CC:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | Amazon |

Please let us know if you have time for a brief call this evening or tomorrow. We're available anytime this evening, and tomorrow we can talk 12:45-1:15, 3:30-4, or 4:30 on.

Thanks

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Mobile █████████ • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com

CONFIDENTIAL

---

Message

| | |
|---|---|
| **From:** | Stokes, Patrick F. [/O=GIBSONDUNN/OU=EXCHANGE  ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STOKES,  PATRICK653] |
| **Sent:** | 3/18/2022 6:11:33 PM |
| **To:** | Walker, Jamar K. (USAVAE)  [Jamar.K.Walker@usdoj.gov]; Burke, Matthew (USAVAE)  [Matthew.Burke@usdoj.gov] |
| **CC:** | MacDonald, Lora Elizabeth [/o=GIBSONDUNN/ou=Exchange  Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=MacDonald, Lora Elizabeth] |
| **Subject:** | Amazon |

Jamar, Matt – do you have time today for a quick call?  We can talk before 3 or 4-5.  We have a 5pm deadline for a filing this relates to.

Thanks

**Patrick Stokes**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8504 • Mobile ▊▊▊▊▊▊ • Fax +1 202.530.4214
PStokes@gibsondunn.com • www.gibsondunn.com