IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMAZON.COM, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:20-cv-484 RDA/IDD<br>) |
| WDC HOLDINGS, d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## **ORDER**

This matter is before the Court on the Watson Defendants' Motion to File Documents Under Seal ("Motion") [Dkt. No. 1456]. Pursuant to Local Civil Rule 5(C), Plaintiffs filed their Response to Watson Defendants' Motion to File Documents Under Seal on December 1, 2023 ("Response"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and pursuant to Local Civil Rule 5, it is hereby

ORDERED that the Motion is **DENIED**. The Motion is denied because Defendants filed the Motion pursuant to the parties' Stipulated Protective Order, Dkt. No. 55, and Defendants represent in the Motion that they "do not believe there is any legitimate reason" for the designation of the documents as confidential. Plaintiffs' Response indicates that Plaintiffs do not object to the unredacted documents being unsealed and placed on the public docket. It is further

ORDERED that the documents sought to be sealed by the Motion [Dkt. Nos. 1458, 1458-1, 1458-2] shall be unsealed and placed on the public docket.

ENTERED this 5th day of December 2023.

/s/
_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia