IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-484 (RDA/IDD) |
| WDC HOLDINGS LLC d/b/a NORTHSTAR COMMERCIAL PARTNERS, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| 800 HOYT LLC, | ) ) | |
| Intervening Interpleader Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIAN WATSON, WDC HOLDING LLC, BW HOLDINGS LLC, PLW CAPITAL I, LLC.AMAZON.COM, INC, and AMAZON DATA SERVICES, INC., | ) ) ) ) ) | |
| Interpleader Defendants. | ) ) | |

**<u>ORDER</u>**

This matter comes before the Court on Intervening Interpleader Plaintiff/Counterclaim Defendant 800 Hoyt LLC ("800 Hoyt") and Intervening Interpleader Defendants/Counterclaim Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.'s (collectively, "Amazon") Joint Motion to Voluntarily Dismiss Interpleader Complaint and Interpleader Counterclaim ("Joint Motion"). Dkt. 1474. Having considered the Joint Motion together with the Memorandum in Support (Dkt. 1475), it is hereby ORDERED that the Joint Motion is GRANTED; and it is

FURTHER ORDERED that Amazon.Com, Inc. and Amazon Data Services, Inc.'s Interpleader Counterclaim is hereby DISMISSED; and it is

FURTHER ORDERED that 800 Hoyt LLC's Interpleader Complaint is hereby DISMISSED; and it is

FURTHER ORDERED that should additional funds become due and payable to Brian Watson, WDC Holdings LLC, BW Holdings LLC, or any other entity for which Brian Watson either directly or indirectly controls or holds any interest (including through a membership interest) from any source, 800 Hoyt LLC is hereby ORDERED to deposit such funds into the Court Registry Investment System Disputed Ownership Fund until all claims and judgments entered in *Amazon.com, Inc. et al. v. WDC Holdings LLC et al.*, Case No. 1:20-cv-00484, are final and non-appealable or otherwise fully discharged; and it is

FURTHER ORDERED that each party shall bear its own costs and attorneys' fees with respect to the Interpleader Complaint and Interpleader Counterclaim; and it is

FURTHER ORDERED that this Court shall retain jurisdiction over 800 Hoyt LLC to enforce the terms of this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

It is SO ORDERED.

Alexandria, Virginia
June 7, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge