**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, <br><br> Defendants. | CASE NO. 1:20-CV-484-RDA-IDD |

**AMENDED NOTICE OF HEARING ON PLAINTIFFS'
<u>MOTION TO REOPEN DISCOVERY</u>**

1

WHEREFORE on January 7, 2026, the Court requested Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. file an amended Notice of Hearing pertaining to their Motion to Reopen Discovery, ECF No. 1487;

PLEASE TAKE NOTICE that on Friday, January 16, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. will present argument before Magistrate Judge Ivan D. Davis at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314, on their Motion to Reopen Discovery, ECF No. 1487.

Dated: January 8, 2026                                  Respectfully submitted,

*/s/ Michael R. Dziuban*
Patrick F. Stokes (*pro hac vice*)
Jason J. Mendro (*pro hac vice*)
George J. Hazel (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
Amanda J. Sterling (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
pstokes@gibsondunn.com
jmendro@gibsondunn.com
ghazel@gibsondunn.com
dcasazza@gibsondunn.com
cbarrett@gibsondunn.com
asterling@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I will then send the document and a notification of such filing (NEF) to the following Parties via U.S. mail to their last known address and by email, where noted:

CTBSRM, Inc.
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Demetrius Von Lacy
2845 Des Moines Dr.
Fort Collins, CO 80525

2010 Irrevocable Trust
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

Sigma Regenerative Solutions, LLC
6870 W 52nd Ave., Ste. 203
Arvada, CO 80002

*/s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*