IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, <br><br> Defendants. | Case No. 1:20-cv-484-RDA-IDD |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion to Reopen Discovery ("the Motion"). Dkt. 1487. The Motion was fully briefed by January 6, 2026. On January 14, 2026, the Parties filed Notice that they agree that discovery from Kyle Ramstetter, namely, a deposition and document requests, should proceed, and that they will put on hold the issue of whether discovery should be had from Christian Kirschner until after Mr. Ramstetter is deposed as his deposition may inform the Parties about whether Mr. Kirschner's deposition is necessary. Dkt. 1498.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion to Reopen Discovery (Dkt. 1487) is GRANTED; and it is

1

FURTHER ORDERED that discovery is reopened only insofar as the Parties may seek to depose non-party Kyle Ramstetter and to serve document requests on Mr. Ramstetter. The deposition will proceed with Plaintiffs asking questions first, and Defendants will have an opportunity to ask questions of Mr. Ramstetter after Plaintiffs; and it is

FURTHER ORDERED that, after conferring with Judge Davis's Chambers, the Court finds that the hearing on the Motion set for Friday, January 16, 2026, at 10:00 a.m. is now MOOT; and it is

FURTHER ORDERED that the Friday, January 16, 2026 hearing is CANCELED.

It is SO ORDERED.

Alexandria, Virginia
January 14, 2026

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge