**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC, <br><br> Defendants, <br><br> and <br><br> KYLE RAMSTETTER, <br><br> Party in Interest. | CASE NO. 1:20-CV-484-RDA-IDD |

**NOTICE OF FILING OF MOTIONS**

Non-Party Witness Kyle Ramstetter respectfully submits this Notice of Filing

of the following pleadings that were hand-filled with the clerk:

1. Exhibit A – Notice of Limited Appearance;

2. Exhibit B – Motion to Stay Plaintiffs' Motion to Disqualify Pending Resolution of Motion to Strike or Transfer;

3. Exhibit C – Motion to Strike Plaintiffs' Motion to Disqualify for Improper Venue;

4. Exhibit D – Memorandum of Law in Support of Non-Party Witness's Expedited Motion to Strike Plaintiffs' Motion to Disqualify for Improper Venue; and

5. Exhibit E – Waiver of Oral Argument on Non-Party Witness's Expedited Motion to Strike Plaintiffs' Motion to Disqualify for Improper Venue, or in the Alternative, to Transfer.

These documents were hand filed with the Clerk of Court on April 30, 2026, but have not yet appeared on the Court's docket at the time of this filing. Amazon was served with the above referenced documents on April 30, 2026. Parties may submit memoranda in support of or in opposition to Non-Party Witness's Motion, filed concurrently herewith, within fourteen (14) days of service. If no objection is filed within fourteen (14) days, the Court may treat the motion as uncontested.

Date: May 7, 2026

Respectfully submitted,

**SECIL LAW**

*/s/ John P. Rowley III*
John P. Rowley III (VA Bar No. 19804)
1701 Pennsylvania Ave., N.W., Ste. 200
Washington, D.C. 20006
Tel: 202-642-0679
Email: jrowley@secillaw.com

**LITSON PLLC**

*/s/ J. Alex Little*
J. Alex Little (TN BPR #29858)
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026, I caused a true and accurate copy of the forgoing to be

served via the Court's ECF system on all counsel of record.

    /s/ *John P. Rowley III*
John P. Rowley III