**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,

Plaintiffs,

v.

WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC.; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,

Defendants.

CASE NO. 1:20-CV-484-RDA-IDD

**JOINT NOTICE ON THE STATUS OF THE PARTIES' DISCUSSIONS ON MOTIONS, STIPULATIONS, AND SETTLEMENT**

Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc. ("Plaintiffs" or "Amazon") and Defendants WDC Holdings LLC d/b/a Northstar Commercial Partners, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, NSIPI Administrative Manager, Carleton Nelson, Cheshire Ventures, LLC, Casey Kirschner, and Rodney Atherton ("Defendants") respectfully submit this joint notice in response to the Court's order from the bench on August 25, 2026. Dkt. 1732.

At the status conference on August 25, 2026, Magistrate Judge Davis ordered the Parties to submit a joint notice reporting on the status of the Parties' negotiations concerning the pending motions currently before Judge Alston, as well as the status on pending stipulations of fact and/or

testimony that can shorten the length of trial and on settlement negotiations. The parties now jointly state as follows.

**Status of Negotiations on Motions Pending Before Judge Alston**

The parties continue to discuss compromises to reduce the number of pretrial motions pending before the Court. On Monday, August 31, 2026, Amazon sent Defendants a list of further proposed agreements the parties could reach to narrow disputes or defer issues and offered a further conference. Defendants are reviewing Amazon's proposals.

**Status of Negotiations of Stipulations**

Amazon proposed 74 stipulations of fact on August 10, 2024. At the August 25 conference, counsel for Nelson, Kirschner, and Cheshire Ventures, stated that he had prepared 232 proposed stipulations of fact to narrow the trial. Defendants transmitted their proposed stipulations to Amazon on Friday, August 28. Defendants' draft contains 147 proposed stipulations in total, including some edited versions of the 74 stipulations that Amazon sent to Defendants on August 10.

Amazon is continuing to review Defendants' proposals. Accordingly, the parties filed a joint motion to extend the deadline to file stipulations of fact to September 10, and the Court granted the motion earlier today. Dkt. 1741.

**Status of Settlement Negotiations**

The parties have exchanged settlement offers. Amazon sent a settlement offer on August 14, 2026. Defendants responded to the offer on August 24, 2026. The Parties are currently very far apart on settlement, but they are in the process of identifying a neutral to preside over a potential mediation in mid-September and, to that end, Amazon and Defendants Nelson, Kirschner and Cheshire Ventures provided all parties lists of proposed mediators on September 1, 2026. The parties are reviewing the proposed lists.

Dated: September 1, 2026

Respectfully submitted,

/s/ Michael R. Dziuban
Patrick F. Stokes (*pro hac vice*)
George J. Hazel (*pro hac vice*)
Jason J. Mendro (*pro hac vice*)
David W. Casazza (*pro hac vice*)
Claudia M. Barrett (*pro hac vice*)
Amanda Sterling (*pro hac vice*)
Michael R. Dziuban (Va. State Bar No. 89136)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
pstokes@gibsondunn.com
ghazel@gibsondunn.com
jmendro@gibsondunn.com
dcasazza@gibsondunn.com
cbarrett@gibsondunn.com
asterling@gibsondunn.com
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*

**SECIL LAW**

/s/ John P. Rowley III
John P. Rowley III (VA Bar No. 19804)
1701 Pennsylvania Ave., N.W., Ste. 200
Washington, D.C. 20006
Tel: 202-642-0679
Email: jrowley@secillaw.com

**LITSON PLLC**

/s/ Alex Little
Alex Little
Brent A. Hannafan
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co

*Counsel for Defendants Carleton Nelson, Cheshire Ventures LLC, and Casey Kirschner*

**IFRAH LAW**

*/s/ Sara E. Dalsheim*
Sara E. Dalsheim (VSB No. 94721)
George R. Calhoun V (*pro hac vice*)
James Trusty (*pro hac vice*)
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006-2004
Tel: 202-524-4140
Email: sdalsheim@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

**GARNETT POWELL MAXIMON BARLOW & FARBES**

*/s/ Stanley l. Garnett*
Stanley L. Garnett (*pro hac vice*)
Sara R. Bodner (*pro hac vice*)
1125 17th Street, Suite 2200 Denver, CO 80202
Tel: 303-991-3344
Email: stan.garnett@garnettlegalgroup.com
sara.bodner@garnettlegalgroup.com

*Counsel for Defendants WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager*

**HARMAN, CLAYTOR, CORRIGAN & WELLMAN, P.C.**

*/s/ Julie S. Palmer*
Julie S. Palmer (VSB No. 65800)
Angela R. MacFarlane (VSB. No. 87776)
P.O. Box 70280
Richmond, VA 23255
Tel: 804-747-5200
Email: jpalmer@hccw.com
amacfarlane@hccw.com

*Counsel for Defendant Rodney Atherton*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Michael R. Dziuban*
Michael R. Dziuban
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
mdziuban@gibsondunn.com

*Counsel for Plaintiffs Amazon.com, Inc. and Amazon Data Services, Inc.*