**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,<br><br>Defendants. | CASE NO. 1:20-CV-484-RDA-IDD |

**WATSON DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR CLARIFICATION REGARDING THE ADMISSIBILITY OF THE 1999 BROADWAY RECORDING AND RAMSTETTER'S STATEMENT OF FACTS AND FBI CONFESSION (DKT. 1826)**

Defendants WDC Holdings LLC d/b/a Northstar Commercial Partners, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager (collectively, the "Watson Defendants"), by and through undersigned counsel, submit their Response to Plaintiffs' Motion for Clarification Regarding the Admissibility of the 1999 Broadway Recording and Ramstetter's Statement of Facts and FBI Confession (Dkt. 1826). In support thereof, the Watson Defendants state as follows:

Amazon designated portions of Kyle Ramstetter's deposition testimony where the Huckle Handwritten Statement (PX-892R) and the 1099 Broadway Recording (PX-037) are read or played into the record. The Watson Defendants objected to certain portions of that deposition testimony. The Court sustained some of these objections and independently excluded other portions of the deposition testimony where these exhibits were read or played into the record. Dkt. 1815. The Watson Defendants seek to enforce the Court's rulings on the deposition testimony of Mr. Ramstetter[1] by applying those rulings to the corresponding exhibits that Amazon intends to introduce through Mr. Ramstetter's Video Deposition. Specifically, the Watson Defendants request that Amazon be ordered to redact these exhibits consistent with the Court's rulings on Mr. Ramstetter's deposition testimony. These redactions are necessary because of the undue prejudice that will result from the jury having this additional material without Mr. Ramstetter being able to appear live and be questioned about it, and because the motivation, bias, and/or context for Mr. Ramstetter's testimony, and statements as reflected in the two exhibits at issue, cannot be separated from the criminal proceeding. F.R.E. 403; F.R.E. 106.

Huckle Handwritten Statement: The Watson Defendants objected to the designation of pages 60 through 65 of Mr. Ramstetter's September 1, 2026 deposition. During that portion, Mr. Ramstetter reads a portion of PX-892R into the record. The Court sustained the Defendants' hearsay and Rule 403 objections. A proposed redacted exhibit is attached as **Exhibit A**.

1099 Broadway Recording: The Watson Defendants objected to the designation of pages 230:11-232:14 of Mr. Ramstetter's September 1, 2026 deposition on the bases of speculation,

[1] The Watson Defendants do not seek to challenge the Court's Order on the Joint Notice to Court Regarding Designations of Kyle Ramstetter's Deposition Testimony (Dkt. 1815). The Watson Defendants note however that they have not yet identified their affirmative deposition designations for Mr. Ramstetter's deposition testimony.

leading, foundation, mischaracterizes testimony, FRE 106, and 602. The Court sustained the objections. During this designation, the recording is played into the transcript. A proposed redacted transcript is attached as **Exhibit B.**

Respectfully submitted this 8th day of November 2026.

**IFRAH LAW**

*s/ Sara E. Dalsheim*
Sara E. Dalsheim (VA Bar No. 94721)
James Trusty (*pro hac vice*)
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006-2004
Tel: 202-524-4140
Email: sdalsheim@ifrahlaw.com
jtrusty@ifrahlaw.com

**GARNETT POWELL MAXIMON BARLOW & FARBES**

Stanley L. Garnett (*pro hac vice*)
Sara R. Bodner (*pro hac vice*)
1125 17th Street, Suite 2200
Denver, CO 80202
Tel: 303-991-3344
Email: stan.garnett@garnettlegalgroup.com
sara.bodner@garnettlegalgroup.com

*Attorneys for Defendants WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent via the Court's CM/ECF system to all counsel of record in this matter on this 8th day of November 2026.

*s/ Sara E. Dalsheim*
Sara E. Dalsheim