**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON DATA SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WDC HOLDINGS LLC dba NORTHSTAR COMMERCIAL PARTNERS; BRIAN WATSON; STERLING NCP FF, LLC; MANASSAS NCP FF, LLC; NSIPI ADMINISTRATIVE MANAGER; NOVA WPC LLC; WHITE PEAKS CAPITAL LLC; VILLANOVA TRUST; CARLETON NELSON; CASEY KIRSCHNER; ALLCORE DEVELOPMENT LLC; FINBRIT HOLDINGS LLC; CHESHIRE VENTURES LLC; 2010 IRREVOCABLE TRUST; SIGMA REGENERATIVE SOLUTIONS LLC; CTBSRM, INC; RODNEY ATHERTON; DEMETRIUS VON LACEY; RENRETS LLC,<br><br>Defendants. | CASE NO. 1:20-CV-484-RDA-IDD |

**WATSON DEFENDANTS' NOTICE REGARDING DISPUTED DESIGNATIONS FROM THE MARCH 30, 2022 DEPOSITION OF DANIEL MULCAHY**

Defendants WDC Holdings LLC d/b/a Northstar Commercial Partners, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager (collectively, the "Watson Defendants"), by and through undersigned counsel, respectfully submit this Notice regarding the disputed designations from the March 30, 2022 deposition of Daniel Mulcahy.

**Table 1 – Amazon's Objections to the Watson Defendants' Operative Designations**

**Amazon's Key to Objections:**
- **REL: No relevance (FRE 402)**
- **PRE: Prejudicial, waste of time, cumulative, and/or confusing (FRE 403)**
- **IN: Incomplete designation (FRE 106) and/or incomplete Q&A**
- **HSY: Hearsay (FRE 801, 802, 805)**
- **LGC: Legal conclusion**
- **ARG: Argumentative (FRE 611(a))**
- **PK: Lack of personal knowledge (FRE 602)**
- **CV: Cumulative**

| No. | Watson Defendants' Designations (Page:Line) | Amazon's Objections | Court's Disposition |
|---|---|---|---|
| 1. | 6:16-20 [added for completeness] | No objection yet asserted | |
| 2. | 7:2-5 [added for completeness] | No objection yet asserted | |
| 3. | 25:10-24 | REL, PRE, IN | |
| 4. | 27:3-20 | REL, IN | |
| 5. | 59:15-20 | REL | |
| 6. | 63:17-22 | PRE | |
| 7. | 70:2-70:8 | HSY | |
| 8. | 75:12-20 | PRE | |
| 9. | 76:2-4 | PRE | |
| 10. | 79:3-80:21 | REL (79:19-20, 80:19-21)<br>PRE (79:3-80:21) | |
| 11. | 81:16-82:7 | PRE | |
| 12. | 84:24-85:4 | REL | |
| 13. | 114:24-115:1 | LGC, PRE, ARG | |
| 14. | 115:14-15 | REL | |
| 15. | 129:10-130:8 | PRE | |
| 16. | 133:18-20 | ARG, LGC, PRE | |
| 17. | 134:15-142:4 [some of this range withdrawn by Defendants as reflected in highlighted transcript] | ARG, LGC, PRE, REL | |
| 18. | 142:18-143:21 | PRE | |
| 19. | 144:24-145:25 | REL | |
| 20. | 146:16-150:21 [some of this range withdrawn by Defendants as reflected in highlighted transcript] | PRE, PK | |

| | | | |
|---|---|---|---|
| 21. | 156:20-157:11 | PRE | |
| 22. | 157:18-158:10 | PRE | |
| 23. | 159:25-160:2 | PRE | |
| 24. | 165:6-7 | PRE, REL | |
| 25. | 171:15-174:22 [some of this range withdrawn by Defendants as reflected in highlighted transcript] | PRE, REL | |
| 26. | 186:20-188:3 [some of this range withdrawn by Defendants as reflected in highlighted transcript] | REL, PRE | |
| 27. | 196:9-11 [added for completeness] | No objection yet asserted | |
| 28. | 202:14-20 [added for completeness] | No objection yet asserted | |
| 29. | 209:3-5 [added for completeness] | No objection yet asserted | |
| 30. | 234:3-16 [added for completeness] | No objection yet asserted | |
| 31. | 236:3-6 | CV, PRE | |
| 32. | 236:10-20 | PRE, REL | |
| 33. | 236:22-25 | PRE, REL | |
| 34. | 247:19-23 [added for completeness] | No objection yet asserted | |
| 35. | 248:6-14 | PRE | |
| 36. | 257:13-15 | PRE, CV | |
| 37. | 257:17 | PRE, CV | |
| 38. | 257:19-25 | PRE, CV | |

**Table 2 – Watson Defendants' Objections to Amazon's Counter Designations**

| No. | Amazon's Counter Designations (Page:Line) | Watson Defendants' Objections | Court's Disposition |
|---|---|---|---|
| 1. | 41:10-18 | Relevance, Confusing, beyond the scope of completeness | |
| 2. | 47:7-25 | Relevance, Confusing, beyond the scope of completeness | |
| 3. | 77:18-25 | Relevance, Personal knowledge, Cumulative | |

| | | | |
|---|---|---|---|
| 4. | 78:6-17 | Relevance, Personal knowledge, Cumulative | |
| 5. | 78:21-22 | Relevance, Personal Knowledge, Cumulative | |
| 6. | 85:9-87:3 | Relevance, beyond the scope of completeness, 403, 404 | |
| 7. | 89:24-92:21 | Relevance, beyond the scope of completeness, 403, hearsay, 404 | |
| 8. | 93:2-13 | Relevance, beyond the scope of completeness, 403, 404 | |
| 9. | 95:6-96:22 | Foundation, Beyond the scope of completeness, 403, 404 | |
| 10. | 169:8-170:19 | Relevance, beyond the scope of completeness, 403, hearsay, 611, 404 | |
| 11. | 174:23-175:1 | Relevance, 403, beyond scope of completeness | |
| 12. | 189:1-190:3 | No objection to 189:1-3; remainder beyond the scope of completeness, cumulative, Relevance | |
| 13. | 192:4-5 | No objection | |
| 14. | 216:20-218:12 | Beyond the scope of completeness, lacks personal knowledge, cumulative | |
| 15. | 221:11-14 | Relevance, lacks personal knowledge, cumulative, beyond scope – relevant designation withdrawn by Defs | |

| | | | |
|---|---|---|---|
| 16. | 222:23-223:25 | Beyond the scope of completeness, cumulative | |
| 17. | 224:2-6 | Relevance, beyond the scope of completeness, Personal knowledge | |
| 18. | 224:8-17 | Relevance, beyond the scope of completeness, foundation, cumulative | |
| 19. | 239:23-25 | Relevance, beyond the scope of completeness, Cumulative, 403 | |
| 20. | 240:3-241:9 | Cumulative, Relevance, beyond the scope of completeness, lacks personal knowledge, 403 | |
| 21. | 241:12 | Cumulative, Relevance, beyond the scope of completeness, 403 | |
| 22. | 245:4-7 | Relevance, Foundation, beyond the scope of completeness | |
| 23. | 245:10-20 | Relevance, Foundation, beyond the scope of completeness, personal knowledge | |
| 24. | 245:24-246:11 | Relevance, Foundation, beyond the scope of completeness, speculation | |
| 25. | 246:14-20 | Relevance, Foundation, beyond the scope of completeness | |
| 26. | 247:9-14 | No objection | |

| | | | |
|---|---|---|---|
| 27. | 247:24-248:5 | No objection if 247:19-23 is also included for completeness | |
| 28. | 251:14-20 | No objection | |
| 29. | 252:7-14 | Cumulative | |
| 30. | 257:4-11 | No objection | |

A highlighted version of the transcript is being provided contemporaneously. The colors are: (1) Green – Watson Defendants' affirmative designations with no objections, (2) Yellow – Watson Defendants' affirmative designations that Amazon objects to, and (3) Purple – Amazon counter-designations.

Respectfully submitted this 10th day of November 2026.

**IFRAH LAW**

*s/ Sara E. Dalsheim*
Sara E. Dalsheim (VA Bar No. 94721)
James Trusty (*pro hac vice*)
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006-2004
Tel: 202-524-4140
Email: sdalsheim@ifrahlaw.com
jtrusty@ifrahlaw.com

**GARNETT POWELL MAXIMON BARLOW & FARBES**

Stanley L. Garnett (*pro hac vice*)
Sara R. Bodner (*pro hac vice*)
1125 17th Street, Suite 2200
Denver, CO 80202
Tel: 303-991-3344
Email: stan.garnett@garnettlegalgroup.com
sara.bodner@garnettlegalgroup.com

*Attorneys for Defendants WDC Holdings LLC, Brian Watson, Sterling NCP FF, LLC, Manassas NCP FF, LLC, and NSIPI Administrative Manager*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent via the Court's CM/ECF system to all counsel of record in this matter on this 10th day of November 2026.

*s/ Sara E. Dalsheim*
Sara E. Dalsheim